**NFLPA, on its own behalf and on behalf of Ezekiel Elliott v.
NFL and NFL Management Council**

### Index of Exhibits for the Declaration of Jeffrey Kessler

| NFLPA Ex. # | Description |
| --- | --- |
| Exhibit A-NFLPA-1 | Series of undated photographs of Tiffany Thompson ("Thompson") |
| Exhibit A-NFLPA-2 | Series of April 24, 2016 photographs of Thompson |
| Exhibit A-NFLPA-3 | Series of July 18, 2016 photographs of Thompson |
| Exhibit A-NFLPA-4 | Series of July 21, 2016 photographs of Thompson and Ezekiel Elliott ("Elliott") |
| Exhibit A-NFLPA-5 | July 21, 2016 photograph of Thompson |
| Exhibit A-NFLPA-6 | Series of July 21, 2016 photographs of Thompson |
| Exhibit A-NFLPA-7 | Series of July 22, 2016 photographs taken by the Columbus Division of Police |
| Exhibit A-NFLPA-8 | Series of July 22, 2016 and undated photographs of Thompson |
| Exhibit A-NFLPA-9 | Series of July 22, 2016 photographs of Thompson |
| Exhibit A-NFLPA-10 | Series of July 22, 2016 photographs of Thompson |
| Exhibit A-NFLPA-11 | August 28, 2008 letter from H. Henderson regarding an Article 46 appeal decision |
| Exhibit A-NFLPA-12 | October 1, 2010 letter from H. Henderson regarding an Article 46 appeal decision |
| Exhibit A-NFLPA-13 | Columbus Police Division Directive for Domestic Violence effective August 1, 1987 and revised on October 15, 2010 |
| Exhibit A-NFLPA-14 | October 22, 2014 Decision on Discovery and Hearing Witnesses in the *Rice* disciplinary appeal issued by the Honorable Barbara S. Jones (ret.) |
| Exhibit A-NFLPA-15 | November 28, 2014 Award in the *Rice* disciplinary appeal by the Honorable Barbara S. Jones (ret.) |
| Exhibit A-NFLPA-16 | 2016 NFL Personal Conduct Policy |
| Exhibit A-NFLPA-17 | February 12, 2016 Aventura Police Department Incident Report |
| Exhibit A-NFLPA-18 | Annotated timeline of events from July 16, 2016 through July 23, 2016 |

*NFLPA, on its own behalf and on behalf of Ezekiel Elliott v.*
*NFL and NFL Management Council*

### Index of Exhibits for the Declaration of Jeffrey Kessler

| NFLPA Ex. # | Description |
|---|---|
| Exhibit A-NFLPA-19 | July 15, 2016 through July 17, 2016 text messages exchanged between Thompson and M. Blades |
| Exhibit A-NFLPA-20 | Transcript from the video recorded in early morning of July 19, 2016 |
| Exhibit A-NFLPA-21 | Copy of the video recorded in early morning of July 19, 2016 |
| Exhibit A-NFLPA-22 | July 20, 2016 through July 26, 2016 text messages exchanged between Thompson and Elliott |
| Exhibit A-NFLPA-23 | July 20, 2016 through August 1, 2016 text messages exchanged between Thompson and S. Lee |
| Exhibit A-NFLPA-24 | July 22, 2016 Preliminary Investigation Report from the Columbus Division of Police |
| Exhibit A-NFLPA-25 | July 22, 2016 Witness Statement made by A. Mason to the Columbus Division of Police |
| Exhibit A-NFLPA-26 | July 22, 2016 Witness Statement made by B. Moazampour to the Columbus Division of Police |
| Exhibit A-NFLPA-27 | July 22, 2016 Witness Statement made by Elliott to the Columbus Division of Police |
| Exhibit A-NFLPA-28 | July 22, 2016 Witness Statement made by D. Minney to the Columbus Division of Police |
| Exhibit A-NFLPA-29 | July 22, 2016 Witness Statement made by T. Sandbothe to the Columbus Division of Police |
| Exhibit A-NFLPA-30 | July 22, 2016 text messages exchanged between Thompson and A. Mason |
| Exhibit A-NFLPA-31 | July 27, 2016 text messages exchanged between Thompson and A. Mason |
| Exhibit A-NFLPA-32 | August 1, 2016 affidavit of B. Moazampour |
| Exhibit A-NFLPA-33 | August 2, 2016 affidavit of A. Jackson |
| Exhibit A-NFLPA-34 | August 3, 2016 affidavit of S. Elliott |
| Exhibit A-NFLPA-35 | August 11, 2016 affidavit of M. White |
| Exhibit A-NFLPA-36 | August 12, 2016 affidavit of A. Jackson |

*NFLPA, on its own behalf and on behalf of Ezekiel Elliott v.*
*NFL and NFL Management Council*

**Index of Exhibits for the Declaration of Jeffrey Kessler**

| NFLPA Ex. # | Description |
|---|---|
| Exhibit A-NFLPA-37 | August 15, 2016 affidavit of C. Bosah |
| Exhibit A-NFLPA-38 | September 5, 2016 Frisco Police Department Incident Report |
| Exhibit A-NFLPA-39 | September 5, 2016 Voluntary Statement made by Elliott to the Frisco Police Department |
| Exhibit A-NFLPA-40 | September 6, 2016 Official Press Release from the Columbus City Attorney R. Pfeiffer, Jr. |
| Exhibit A-NFLPA-41 | September 21, 2016 text messages exchanged between Thompson and M. Blades |
| Exhibit A-NFLPA-42 | Transcript from the September 26, 2016 interview of Thompson by K. Roberts and K. Janke |
| Exhibit A-NFLPA-43 | Transcript from the November 16, 2016 interview of Thompson by K. Roberts and K. Janke |
| Exhibit A-NFLPA-44 | June 6, 2017 NFL Investigative Report ("Elliott Report") submitted by L. Friel and K. Roberts |
| Exhibit A-NFLPA-45 | June 26, 2017 meeting convened by the NFL to discuss the Elliott investigation and Elliott Report |
| Exhibit A-NFLPA-46 | June 26, 2017 Expert Report of L. Giordano, M.D. |
| Exhibit A-NFLPA-47 | July 5, 2017 Medical Report of L. Thanning, M.D. |
| Exhibit A-NFLPA-48 | July 17, 2017 submission submitted by the NFLPA on behalf of Elliott in response to the NFL's investigation ("NFLPA Submission") |
| Exhibit A-NFLPA-49 | August 11, 2017 letter from B. Todd Jones setting forth NFL Commissioner Roger Goodell's disciplinary decision imposing Elliott's six-game suspension |
| Exhibit A-NFLPA-50 | August 15, 2017 notice of appeal from H. McPhee to B. Todd Jones, A. Birch et al. |
| Exhibit A-NFLPA-51 | NFLPA's August 18, 2017 Request for Documents and Witnesses sent to the NFL |
| Exhibit A-NFLPA-52 | NFL's August 22, 2017 letter responding to the NFLPA's Request for Documents and Witnesses |
| Exhibit A-NFLPA-53 | NFLPA's August 22, 2017 Motion to Compel |
| Exhibit A-NFLPA-54 | NFL's August 23, 2017 response to the NFLPA's Motion to Compel |

***NFLPA, on its own behalf and on behalf of Ezekiel Elliott v.***
***NFL and NFL Management Council***

**Index of Exhibits for the Declaration of Jeffrey Kessler**

| NFLPA Ex. # | Description |
|---|---|
| Exhibit A-NFLPA-55 | Henderson's decision on the NFLPA's Motion to Compel dated August 23, 2017 but issued on August 24, 2017 |
| Exhibit A-NFLPA-56 | August 25, 2017 letter from H. McPhee to H. Henderson demanding the NFL immediately produce the documents referred to in Dr. Thanning's report |
| Exhibit A-NFLPA-57 | August 25, 2017 affidavit of M. Hewitt |
| Exhibit A-NFLPA-58 | Article 46 in the NFL-NFLPA Collective Bargaining Agreement |
| Exhibit A-NFLPA-59 | Curriculum Vitae of Dr. M. Graham |
| Exhibit A-NFLPA-60 | Curriculum Vitae of Dr. L. Thanning |
| Exhibit A-NFLPA-61 | Digital Shield forensic report provided to the NFL |
| Exhibit A-NFLPA-62 | December 8, 2007 article by N. Langlois, *The science behind the quest to determine the age of bruises—a review of the English language literature* |
| Exhibit A-NFLPA-63 | January 19, 2010 article by M.L. Pilling et al., *Visual assessment of the timing of bruising by forensic experts* |
| Exhibit A-NFLPA-64 | 2011 article by S. Grossman et al., *Can we assess the age of bruises?  An attempt to develop an objective technique* |
| Exhibit A-NFLPA-65 | June 20, 2013 article by M. Lecomte et al., *The use of photographs to record variation in bruising response in humans* |
| Exhibit B-NFL | Exhibits produced by the NFL in the underlying arbitration before Arbitrator Harold Henderson (Tabs A – G, which include Exhibits 1-103) |
| Exhibit C | Transcript from the August 29-31, 2017 arbitration hearing before Arbitrator Harold Henderson[1] |
| Exhibit D | December 11, 2012 Award in the *New Orleans Saints ("Bounty")* disciplinary appeal |
| Exhibit E | December 12, 2014 Award in the *Peterson* disciplinary appeal |
| Exhibit F | June 22, 2015 Decision on Hearing Witnesses and Discovery in the *Brady* disciplinary appeal |
| Exhibit G | November 9, 2012 Pre-Hearing Order No. 4 in the *New Orleans Saints ("Bounty")* disciplinary appeal |

---

[1] We are submitting the rough version of the transcript from the third day of the arbitration, August 31, but we will supplement the final version once we receive it.