# Exhibit A-NFLPA-1

# Exhibit 1A

CONFIDENTIAL 02



# Exhibit 1B

CONFIDENTIAL 02



CONFIDENTIAL 02