# Exhibit A-NFLPA-2

# Exhibit 2A



CONFIDENTIAL 02

# Exhibit 2B

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 2C

CONFIDENTIAL 02





# Exhibit 2D



CONFIDENTIAL 02

