# Exhibit A-NFLPA-3

# Exhibit 3A



CONFIDENTIAL 02

# Exhibit 3B

CONFIDENTIAL 02



# Exhibit 3C

CONFIDENTIAL 02

<mark>Case 4:17-cv-00615   Document 1-6   Filed 08/31/17   Page 7 of 13 PageID #: 65</mark>



CONFIDENTIAL 02

# Exhibit 3D



# Exhibit 3E

CONFIDENTIAL 02



# Exhibit 3F

CONFIDENTIAL 02



CONFIDENTIAL 02