# Exhibit A- NFLPA-4

# Exhibit 4A





# Exhibit 4B



