# Exhibit A-NFLPA-5

# Exhibit 5

CONFIDENTIAL 02



