# Exhibit A-NFLPA-6



# Exhibit 6A



CONFIDENTIAL 02

# Exhibit 6B



CONFIDENTIAL 02

# Exhibit 6C

CONFIDENTIAL 02



CONFIDENTIAL 02