# Exhibit A-NFLPA-7



# Exhibit 7A



CONFIDENTIAL 02



CONFIDENTIAL 02



# Exhibit 7B



# Exhibit 7C

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 7D



# Exhibit 7E

CONFIDENTIAL 02



# Exhibit 7F

CONFIDENTIAL 02



# Exhibit 7G

CONFIDENTIAL 02



CONFIDENTIAL UZ

# Exhibit 7H

CONFIDENTIAL 02





# Exhibit 7I





# Exhibit 7J

CONFIDENTIAL 02



# Exhibit 7K

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 7L



CONFIDENTIAL 02

# Exhibit 7M

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 7N

## Columbus Division of Police
## Photo Card

Name of Victim /~~Suspect~~ THOMPSON, TIFFANY

Place of Occurrence 1840 CANVAS LN • 29 W. 3RD AVE.

Date 7-22-2016     Time 3:00     AM/PM

Offense DOMESTIC VIOLENCE     Incident # 160637752 & 160637641

Photographer SGT. J. MORROW 5292     CSSU # _____

Number of Photos 15     Requested by SGT. J. MORROW 5292

* List Photo Descriptions on Back

I-10.104 (9/05)

# Exhibit 7O

CONFIDENTIAL 02

1. TIFFANY THOMPSON - FULL SHOT PROOF
   - FROM DJ BOOTH WEARING 4 ITEMS
2.
3.
4.
5.
6.
7/8
   - CHECK DJ WITH LEFT HAND
   - DELETED DJ WITH PHRASES
9/10/11 23 W/ 3RD AVE - CHECKS PROOF WITH PROLE
12. 23 W/ 3RD AVE - YOU CANNOT ADD ANYMORE PROOF
13. 23 W/ 3RD AVE - PROOF OF LEGITIMATE
14. PROOF OF PROTO CODE
15. SCAN OF PROTO CODE

CONFIDENTIAL 12