# Exhibit A- NFLPA-8

# Exhibit 8A

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 8B

CONFIDENTIAL 02



CONFIDENTIAL 02





# Exhibit 8C



CONFIDENTIAL 02

# Exhibit 8D



CONFIDENTIAL 02

# Exhibit 8E



CONFIDENTIAL 02



# Exhibit 8F



CONFIDENTIAL 02



CONFIDENTIAL 02