# Exhibit A- NFLPA-8

# Exhibit 8A



# Exhibit 8B


CONFIDENTIAL 02




# Exhibit 8C


CONFIDENTIAL 02

# Exhibit 8D



# Exhibit 8E


CONFIDENTIAL 02

# Exhibit 8F


CONFIDENTIAL 02