# Exhibit A-NFLPA-9

# Exhibit 9A

CONFIDENTIAL 02



# Exhibit 9B



# Exhibit 9C

CONFIDENTIAL 02



# Exhibit 9D

CONFIDENTIAL 02



# Exhibit 9E

CONFIDENTIAL 02

