# Exhibit A-NFLPA-10



# Exhibit 10A

CONFIDENTIAL 02



CONFIDENTIAL 02

# Exhibit 10B



CONFIDENTIAL 02



# Exhibit 10C





CONFIDENTIAL 02

# Exhibit 10D

CONFIDENTIAL 02



CONFIDENTIAL 02