# Exhibit A-NFLPA-11



# NATIONAL FOOTBALL LEAGUE

RECEIVED SEP 0 5 2008

Harold R. Henderson
Executive Vice President

August 28, 2008

**Via Facsimile & Overnight Mail**
Harvey Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

Lawrence P. Ferazani, Esq.
NFL Management Council
280 Park Avenue
New York, NY 10017

Re: ▓▓▓▓▓▓▓▓

Gentlemen:

On Tuesday, August 26, 2008, ▓▓▓▓▓▓ appeal of discipline imposed on him violating the NFL's Personal Conduct Policy was heard. This will set out the resolution of that appeal.

First, Mr. ▓▓▓▓ will be suspended without pay for Denver's first regular season game. He will be eligible to be reinstated on Tuesday, September 9. He will also be fined an additional amount equal to 1/17th of his 2008 Paragraph 5 Salary.

Second, Mr. ▓▓▓▓ shall be expected to comply with all treatment and counseling obligations in a manner fully satisfactory to Dr. Sara Hickmann. Any failure to do so will be grounds for additional discipline.

Third, Mr. ▓▓▓▓ remains a repeat offender under the Personal Conduct Policy. Any further conduct inconsistent with that Policy shall subject him to additional and more substantial discipline. In that respect, if charges are brought against Mr. ▓▓▓▓ relating to the incident involving him and ▓▓▓▓ in Atlanta this past March, the Commissioner specifically reserves the right to impose discipline based on those charges and their disposition. It is also worth noting that, in the event of any future violations of the Policy, one factor that may be considered in imposing discipline is "prior or additional misconduct (whether or not criminal charges were filed). . . ."

We wish Mr. ▓▓▓▓ well for the 2008 season and the balance of his NFL career.

Sincerely,

HAROLD R. HENDERSON

HRH:fdt
cc: Commissioner Roger Goodell
    Tom DePaso
    Brandon Marshall