# Exhibit A-
# NFLPA-17

## Aventura Police Department

### Incident Report

Report Date_Time  02/12/2016 18:20

Case # 01-16-000783

| | Case # | Report Date_Time | Occurred From | Occurred To | Report Type |
|---|---|---|---|---|---|
| **N** | 01-16-000783 | 02/12/2016 18:20 | 02/12/2016 17:15 | 02/12/2016 17:35 | Original |
| **C** | **Report Title** | | **Case Status** | **Case Status Date** | **Cleared** |
| **I** | BATTERY SIMPLE | | SUSPENDED | 02/12/2016 | 02/12/2016 19:25 |
| **D** | **Common Name** | | | | |
| **E** | PARK CENTRAL -  3300 NE 191ST ST Apt. 513 AVENTURA, FL 33180 (MIAMI DADE County) | | | | |
| **N** | Day of Week : FRIDAY | | Alcohol Related : NO | | |
| **T** | Responded  02/12/2016 17:41 | | Drug Related : NO | | |
| | Arrived : 02/12/2016 17:43 | | Total Damaged Property Value : $0.00 | | |
| | Location Type : APARTMENT-CONDO | | Total Stolen Property Value : $0.00 | | |
| | Zone : ZONE 2 | | Total Recovered Property Value : $0.00 | | |

| | | State Classification | | | Attempted/Committed |
|---|---|---|---|---|---|
| **O** | | | | | COMMITTED |
| **F** | | | | | |
| **F** | | **Statute/Ordinance** | **Location Type** | | **Disposition Date** |
| **E** | **1** | 784.03 | APARTMENT-CONDO | | |
| **N** | | Offense : BATTERY SIMPLE | Computer Theft : NO | | |
| **S** | | EZEKIEL ELLIOTT (OTHER,Primary Role) | Evidence Collected : NO | | |
| **E** | | Attack Reason : OTHER | # of People Arrested : 00 | | |
| | | Weapon 1 : HANDS/FISTS/FEET-  OFFENSE ONLY | | | |

End of Offense:  1

| | | Person Type | Business/Person Name | | | Business Phone |
|---|---|---|---|---|---|---|
| **P** | | VICTIM | TIFFANY M THOMPSON | | | |
| **E** | | **Home Phone** | **Person Address** | | | |
| **R** | **1** | | 732 BREVARD CR PICKERINGTON, OH 43147 | | | |
| **S** | | **Other Phone** | **Employer Address** | | | |
| **O** | | (614) 378-3880 | | | | |
| **N** | | **Race** | **Sex** | **SSN** | **DL Exp. Date** | **DL Number** |
| | | WHITE | Female | | 01/03/2017 | TP726392 |
| | | **Birth Date** | **Birth Place** | | | |
| | | 01/03/1996 | COLUMBUS, OH, UNITED STATES | | | |
| | | Age : 20 | Will File Charges : NO | | | |
| | | Occupation : SALES | Can Identify Offender : YES | | | |
| | | DL State : OH | Sobriety of Victim : SOBER | | | |
| | | DL Country  UNITED STATES | Extent of Injury : MINOR | | | |
| | | Max. Height : 5'05" | Injury Type 1 : OTHER | | | |
| | | Max. Weight : 120 lbs | Medical Treatment : Treated at the Scene | | | |
| | | Adult/Juvenile : ADULT | Body Marks | | | |
| | | Victim Type : ADULT | | | | |

End of Person:  1

| | | Person Type | Business/Person Name | | | Business Phone |
|---|---|---|---|---|---|---|
| **P** | | OTHER | EZEKIEL E ELLIOTT | | | |
| **E** | | **Home Phone** | **Person Address** | | | |
| **R** | **2** | | Use Address from Incident Location Information | | | |
| **S** | | **Other Phone** | **Employer Address** | | | |
| **O** | | (614) 440-2003 | | | | |
| **N** | | **Race** | **Sex** | **SSN** | **DL Exp. Date** | **DL Number** |
| | | BLACK | Male | | 07/22/2024 | E430-205-95-252-0 |
| | | **Birth Date** | **Birth Place** | | | |
| | | 07/22/1995 | ST. LOUIS, MO, UNITED STATES | | | |
| | | Age : 20 | Build : MEDIUM | | | |
| | | Occupation : UNEMPLOYED | Complexion : MEDIUM | | | |
| | | DL State : FL | Glasses : NO | | | |
| | | DL Country : UNITED STATES | Hand Use : RIGHT HANDED | | | |
| | | Max. Height : 6'00" | Status : RELEASED AT SCENE | | | |
| | | Max. Weight : 225 lbs | Religion : UNKNOWN | | | |

| Reporting Officer | Department | Report Status: |
|---|---|---|
| OFC KEVIN L CHILDS   (169) | AVENTURA POLICE DEPARTMENT | Approved |
| **Supervising Officer** | | **Date/Time** |
| | | |
| **Verifying Officer** | **Department** | **Date / Time** |
| SGT TERRY SCOTT   (168) | AVENTURA POLICE DEPARTMENT | 02/12/2016 21:06 |

01 - 16 - 000783

CONFIDENTIAL 02

## Aventura Police Department

Report Date_Time 02/12/2016 18:20

### Incident Report

Case # 01-16-000783

| | |
|---|---|
| Adult/Juvenile : ADULT | Marital Status : SINGLE |
| Shirt : RED | Speech : NORMAL |
| Pants : GRAY SWEAT | School Grade : 12 |
| Shoes : BLACK SNEAKERS | Residency Type : AVENTURA |
| Hair Color : BLACK | Residency Status : FULL YEAR |
| Hair Length : MEDIUM (UP to 2") | Citizenship : UNITED STATES |
| Hair Style : AFRO | Weapon Held : HANDS/FISTS/FEET-   OFFENSE ONLY |
| Facial Hair : MUSTACHE AND GOATEE | Body Marks: |
| Teeth : NO DISCERNABLE FEATURES | MO : ASSAULTS |
| Eye Color : BROWN | |

End of Person.     2

**N A R R A T I V E**   **1**

**Topic     ORIGINAL NARRATIVE**

I was dispatched to the Park Central Condominium's, located at 3300 NE 191st St., in reference to an altercation. Upon my arrival, I met with Tiffany Thompson. Tiffany advises that she was visiting a friend of her's at this location. The friend, ( With Benefits) Ezekiel Elliott. Tiffany states that they got into a verbal argument that turned physical, over a social media incident. She states that Ezekiel, pushed her up against the wall, during the argument in his apartment. The force of the push, caused her to have left shoulder pain. Miami-Dade Engine 8 responded to the scene and gave her a medical evaluation. There were no visible sign's of an injury and Tiffany was asked if she needed to go to the Hospital, which she declined. Rescue gave her an ice-pack for her injury, then left the scene.

Ezekiel was asked to tell his side of the story, and he explained that Tiffany called him from Ohio a few day's ago. She flew down and stayed with him for a couple of day's. According to Ezekiel, Tiffany became angry over a social media incident and upset because she was asked to leave his apartment, and go back to Ohio. Tiffany did not want to do that, so that escalated the situation further. He attempted to go to his room and lock the door, when Tiffany prevented him from doing so by grabbing him around the waist. That is when he pushed her to get her off of him. She then called Police.

Since there were no physical sign's of any injury. Her word against his and no independent witnesses, a report was taken and Tiffany was advised on how to file charges, if she chose to do so.

Tiffany left the scene via Uber, without further incident.

End of Narrative:   1

| Reporting Officer | Department | Report Status: |
|---|---|---|
| OFC KEVIN L CHILDS   (169) | AVENTURA POLICE DEPARTMENT | Approved |
| Supervising Officer | | Date/Time |
| Verifying Officer | Department | Date / Time |
| SGT TERRY SCOTT   (168) | AVENTURA POLICE DEPARTMENT | 02/12/2016 21:06 |

2   of 2

CONFIDENTIAL 02

| User: 917 | AVENTURA POLICE DEPARTMENT | 09/28/16 14:00:37 |
|---|---|---|

## Event Report

**Event ID:** 2016-008677    **Call Ref #:** 266    Date/Time Received: 02/12/16 17:37:31

**Rpt #:** 16-000783    **Call Source:** PHONE    Prime 369
Unit: CHILDS, KEVIN

Services Involved: LAW

**Location:** 3300-513 NE 191ST ST

X-ST: NE 192ND ST

Jur: CAD    Service: LAW    Agency: APD
St/Beat: 2    District:    RA:

**Business:** PARK CENTRAL WEST    Phone: ( ) -    GP: GP2A

**Nature:** ASSAULT W/POSS INJURIES    Alarm Lvl: 1    Priority: P    Medical Priority:

**Caller:** TIFFANY    Alarm:

**Addr:** 3300 NE 191ST ST    Phone: (614) 378-3880    Alarm Type:

**Vehicle #:**    St:    Report Only: No    Race:    Sex:    Age:

**Call Taker:** BALABANP    Console: E911-2

**Geo-Verified Addr.:** Yes    Nature Summary Code: 32    Disposition: RW    Close Comments:

**Notes:** NEG ON DOMESTIC [02/12/16 18:08:09 DURDENL]
{348} RESC ARR [02/12/16 17:48:54 SEARSS]
32 OCC IN THE APARTMENT LISTED. FEMALE FLED TO THE LOBBY. MALE FOLLOWED HER. [02/12/16 17:43:11 BALABANP]
FEMALE ADV IT'S OCCURED BEFORE. [02/12/16 17:41:52 BALABANP]
NO WEAPONS. [02/12/16 17:41:42 BALABANP]
MDFR ADV AT 1741 ALRM NO 033724 [02/12/16 17:41:20 BALABANP]
32 OCC IN THE APARTMENT LISTED. [02/12/16 17:40:13 BALABANP]
MALE IS REFUSING TO LEAVE THE FEMALE ALONE. [02/12/16 17:40:07 BALABANP]
SUBJ - EZEKIEL ELLIOTT, 20YOA, B/M RED SHIRT, GRY SWEAT PANTS. IN THE LOBBY WITH THE VICTIM. [02/12/16 17:39:34 BALABANP]
FEMALE REQ MDFR. [02/12/16 17:38:43 BALABANP]
MALE SHOVED THE FEMALE AGAINST THE WALL AND HIT HER IN THE CHEST. [02/12/16 17:38:37 BALABANP]
Aborted by Medical Priority with code: TEST [02/12/16 17:38:25 BALABANP]
FEMALE ADV HER BOYFRIEND HIT HER. [02/12/16 17:38:25 BALABANP]

### Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 02/12/16 17:37:31 | | | |
| Call Routed: 02/12/16 17:39:40 | 000:02:09 | Unit Reaction: 000:01:22 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 02/12/16 17:39:40 | 000:02:09 | En-Route: : : | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 02/12/16 17:41:06 | 000:03:35 *(Time Held)* | On-Scene: 001:41:13 | *(1st Arrive to Last Clear)* |
| 1st En-Route: 02/12/16 17:41:06 | 000:03:35 | | |
| 1st Arrive: 02/12/16 17:42:28 | 000:04:57 *(Reaction Time)* | | |
| Last Clear: 02/12/16 19:23:41 | 001:46:10 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 369 | 169 | D | Dispatched | 02/12/16 17:41:06 | Out Evt: [A] at 2952 AVENTURA BLVD | | SEARSS |
| 369 | 169 | E | En-Route | 02/12/16 17:41:06 | Out Evt: [A] at 2952 AVENTURA BLVD | | SEARSS |
| 34 | 932 | E | En-Route | 02/12/16 17:41:15 | Out Srv: [TRVL] at Just Logged In | | SEARSS |
| | 932 | D | Dispatched | 02/12/16 17:41:15 | Out Srv: [TRVL] at Just Logged In | | SEARSS |
| 348 | 148 | E | En-Route | 02/12/16 17:41:28 | Stat/Beat: 2 | | SEARSS |
| 348 | 148 | D | Dispatched | 02/12/16 17:41:28 | Stat/Beat: 2 | | SEARSS |

r_bret    Page 1

**Event ID: 2016-008677    Call Ref #: 266    ASSAULT W/POSS INJURIES at 3300-513 NE 191ST ST**

| Unit | Empl ID | Type | Description | Time Stamp | Radio Log Comments | Close Code | User |
|------|---------|------|-------------|------------|---------|------------|------|
| 384 | 932 | A | Arrived | 02/12/16 17:42:28 | | | SEARSS |
| | 168 | D | Dispatched | 02/12/16 17:43:27 | | | SEARSS |
| 370 | 168 | A | Arrived | 02/12/16 17:43:27 | | | SEARSS |
| 369 | 169 | A | Arrived | 02/12/16 17:43:55 | | | SEARSS |
| 348 | 148 | A | Arrived | 02/12/16 17:44:10 | | | SEARSS |
| 348 | 148 | C | Cleared | 02/12/16 18:22:43 | | BU | DURDEN |
| 384 | 932 | C | Cleared | 02/12/16 18:28:51 | BU | BU | DURDEN |
| 370 | 168 | X | Canceled | 02/12/16 19:12:11 | Pre-empted to Event # 274 | | DURDEN |
| 369 | 169 | C | Cleared | 02/12/16 19:23:41 | | RW | Unit:369 |

| Unit | Empl ID | Type | Description | Time Stamp | Event Log Comments | Close Code | User |
|------|---------|------|-------------|------------|---------|------------|------|
| | | TR | Time Received | 02/12/16 17:37:31 | By: PHONE | | BALABA |
| | | ENT | Entered Street | 02/12/16 17:37:56 | 3300 NE 191ST ST | | BALABA |
| | | CHG | Changed Street | 02/12/16 17:38:07 | 3300 NE 191ST ST --> 3300-513 NE 191ST | | BALABA |
| | | ENT | Entered Nature | 02/12/16 17:38:09 | DOMESTIC ASSAULT | | BALABA |
| | | MPS | Med. Pri. Started | 02/12/16 17:38:09 | Case Started | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:38:25 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:38:25 | | | BALABA |
| | | MPA | Med. Pri. Aborted | 02/12/16 17:38:25 | Case Aborted | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:38:37 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:38:43 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:39:35 | | | BALABA |
| | | CHG | Changed Nature | 02/12/16 17:39:39 | DOMESTIC ASSAULT --> ASSAULT | | BALABA |
| | | FIN | Finished Call Taking | 02/12/16 17:39:40 | | | BALABA |
| | | ENT | Entered | 02/12/16 17:39:44 | TIFFANY | | BALABA |
| | | ENT | Entered CallerPhone | 02/12/16 17:39:56 | 6143783880 | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:40:07 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:40:13 | | | BALABA |
| | | VCH | Viewed Call History | 02/12/16 17:40:15 | Location Information | | DURDEN |
| | | VCH | Viewed Call History | 02/12/16 17:40:59 | Location Information | | DURDEN |
| | | ARM | Added Remarks | 02/12/16 17:41:20 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:41:42 | | | BALABA |
| | | ARM | Added Remarks | 02/12/16 17:41:52 | | | BALABA |
| | | VCH | Viewed Call History | 02/12/16 17:42:19 | Location Information | | SEARSS |
| | | ARM | Added Remarks | 02/12/16 17:43:11 | | | BALABA |
| | | RSW | Reset Watchdog Timer | 02/12/16 17:47:04 | Units: 369,370,384 >>> 10Min. | | SEARSS |
| | | ARM | Added Remarks | 02/12/16 17:48:54 | | | SEARSS |
| | | RSW | Reset Watchdog Timer | 02/12/16 17:49:03 | Units: 348 >>> 10Min. | | SEARSS |
| | | VCH | Viewed Call History | 02/12/16 17:49:38 | Location Information | | SEARSS |
| | | RSW | Reset Watchdog Timer | 02/12/16 17:58:29 | Units: 370,384,369,348 >>> 30Min. | | LOPEZK |
| | | RPT | Requested Report# | 02/12/16 18:07:57 | APD Report #16-000783 | | DURDEN |
| | | ARM | Added Remarks | 02/12/16 18:08:09 | | | DURDEN |
| | | RSW | Reset Watchdog Timer | 02/12/16 18:28:58 | Units: 369,370 >>> 10Min. | | DURDEN |
| | | RSW | Reset Watchdog Timer | 02/12/16 18:47:41 | Units: 369 >>> 10Min. | | DURDEN |
| | | RSW | Reset Watchdog Timer | 02/12/16 18:47:44 | Units: 370 >>> 10Min. | | DURDEN |
| | | RSW | Reset Watchdog Timer | 02/12/16 18:58:49 | Units: 370,369 >>> 15Min. | | DURDEN |
| | | RSW | Reset Watchdog Timer | 02/12/16 19:20:52 | Units: 369 >>> 999Min. | | DURDEN |



CONFIDENTIAL 02