# Exhibit A-NFLPA-18

Thompson punches vehicle
Saturday, July 16
Sunday, July 17
Monday, July 18
Tuesday, July 19
Wednesday, July 20
Thursday, July 21
Friday, July 22
Saturday, July 23
Elliott arrives in Columbus
Pickup at airport
Go to Park Street together
5am facetime incident
They go out separately
3am lockout incident
Go out separately
She ignores him out
1am pool party
9am stayed out all night incident
Late pm at mall
At Carriage House
4am driving home drunk incident
Thompson gets in car accident
2am "girl fight"
2:30am Carriage House parking lot incident
2:35am 911 call
2:40am police respond
Photo 3A "7-10 days old... consistent with 1 week old." (Thanning)
Photos 3A-F taken at 3:55-4:13pm
Photo 3B "1-2 week old, healing bruise and possibly insect bites." (Thanning)
Photo 3C "Older, healing bruise, top of shoulder, 2 fresh... scratch marks, Healing abrasion. Upper arm bruise... Recent." (Thanning)
Photo 3D "a scratch mark or a linear bruise . . . it looks recent." (Giordano)
Photo 3E "At least a week-10 days old." (Thanning)
Photo 3F "This appears to be an older bruise, most likely more than a week old." (Giordano)
Photo 4A "no discernible injuries" (Giordano)
Photo 4B "difficult to conclude whether the mark represents an injury or a shadow artifact." (Giordano)
Photos 4A-B and 5 taken at 4th Street Bar
Photo 5 "either bruising or shadow" (Giordano)
Photos 6A-C taken in car
Photo 6A Color "usually means that it is older" (Thanning, NFL Rep. at 41) "Both bruises appear recent." (Giordano)
Photo 6B "larger older bruise (greater than a week old)." Recent bruising on hands, scrapes on knuckles "consistent with" "hand and wrist striking a hard abrasive surface, possibly with the hand partially clenched." (Giordano)
Photo 6C "I don't know what that bruising was from." (Thompson, NFL Report at 146-47)
3am photos 7A-O taken
Injuries consistent with "girl fight."
5:30am photos 8A-B and 8D-F taken at Ayrin's
Injuries consistent with "girl fight." Photos taken on unknown date. (NFL Report at 3)
Photos 9A-E taken at City Attorney's Office
Injuries consistent with "girl fight."
6:24pm 10A-D taken at CW's parents' house
Injuries consistent with "girl fight."
**Unless otherwise noted, all citations are directly from the Expert Reports of Drs. Thanning and Giordano

