# Exhibit A-NFLPA-19

95

**+18142882052 Kal**
Not my ass no more picking up whack ass shifts
7/16/2016 11:17:36 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6517 (Table: message, handle, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Right lmao
7/16/2016 11:21:33 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B3328 (Table: message, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Remember al gender those big ass underwear
7/16/2016 11:21:45 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7FF4 (Table: message, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
We were on the floor crying
7/16/2016 11:21:52 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7E16 (Table: message, chat, Size: 21880832 bytes)

**+18142882052 Kal**
Them videos still on my Twitter
7/16/2016 11:22:29 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7C6E (Table: message, handle, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
You'll have to send it to me  I always watch our vids when I'm sad to laugh
7/16/2016 11:22:52 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7A90 (Table: message, chat, Size: 21880832 bytes)

**+18142882052 Kal**
I wish I could fuckin save them
7/16/2016 11:23:53 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B783D (Table: message, handle, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Fuck man
7/16/2016 11:47:31 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7577 (Table: message, chat, Size: 21880832 bytes)

**+18142882052 Kal**
Wyd
7/17/2016 1:04:05 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B74BB (Table: message, handle, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Drunk as duck
7/17/2016 1:45:37 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B732D (Table: message, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Duck
7/17/2016 1:45:39 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6FF4 (Table: message, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Duck
7/17/2016 1:45:42 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6E64 (Table: message, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
Fuck
7/17/2016 1:45:47 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6CD4 (Table: message, chat, Size: 21880832 bytes)

**+18142882052 Kal**
Oh shittt
7/17/2016 1:45:55 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B684A (Table: message, handle, chat, Size: 21880832 bytes)

**+18149294472 Tiffany Thompson**
I'm weak
7/17/2016 8:32:36 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B30AE (Table: message, chat, Size: 21880832 bytes)

11

2

**+18143562052 Kai** — 7/17/2016 10:30:14 AM(UTC-4)
What

**+18148294472 Tiffany Thompson** — 7/17/2016 12:20:00 PM(UTC-4)
I was fucked up

**+18143562052 Kai** — 7/17/2016 12:21:12 PM(UTC-4)
I smoked 5 blunts lastnight

**+18148294472 Tiffany Thompson** — 7/17/2016 12:21:30 PM(UTC-4)
I was drinking so crazy and took Molly

**+18148294472 Tiffany Thompson** — 7/17/2016 12:21:45 PM(UTC-4)
We need to smoke asap

**+18143562052 Kai** — 7/17/2016 12:21:57 PM(UTC-4)
smh you can't drink on that medicine

**+18148294472 Tiffany Thompson** — 7/17/2016 12:22:09 PM(UTC-4)
I did and it made me feel better

**+18143562052 Kai** — 7/17/2016 12:22:11 PM(UTC-4)
Do u feel better down there

**+18148294472 Tiffany Thompson** — 7/17/2016 12:22:22 PM(UTC-4)
Yes it's gone thank god

**+18143562052 Kai** — 7/17/2016 12:22:52 PM(UTC-4)
Now to fix mine

**+18148294472 Tiffany Thompson** — 7/17/2016 12:23:07 PM(UTC-4)
Yes asap gotta get you feeling good again

**+18143562052 Kai** — 7/17/2016 12:27:09 PM(UTC-4)
Scared to show them my vagina tho

**+18143562052 Kai** — 7/17/2016 12:27:10 PM(UTC-4)
I haven't even looked at myself down there smh

**+18143562052 Kai** — 7/17/2016 12:27:28 PM(UTC-4)
If I had bumps Chaz would too right so I need to quit being scared cuz Chaz is fine down there

**+18148294472 Tiffany Thompson** — 7/17/2016 12:28:10 PM(UTC-4)
I think you're fine

12