# Exhibit A- NFLPA-19

| | +18142862052 Kel | |
|---|---|---|
| ☆ | Not my ass no more picking up whack ass shifts | 7/16/2018 11:17:36 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6517 (Table: message, handle, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Right lmao | 7/16/2018 11:21:33 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B8328 (Table: message, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Remember al gender those big ass underwear | 7/16/2018 11:21:46 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7FF4 (Table: message, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | We were on the floor crying | 7/16/2018 11:21:52 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7E18 (Table: message, chat, Size: 21880832 bytes)

| | +18142862052 Kel | |
|---|---|---|
| ☆ | Them videos still on my Twitter | 7/16/2018 11:22:29 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7C5E (Table: message, handle, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | You'll have to send it to me I always watch our vids when I'm sad to laugh | 7/16/2018 11:22:52 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7A90 (Table: message, chat, Size: 21880832 bytes)

| | +18142862052 Kel | |
|---|---|---|
| ☆ | I wish I could fuckin save them | 7/16/2018 11:23:33 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7830 (Table: message, handle, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Fuck man | 7/16/2018 11:47:21 PM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B7677 (Table: message, chat, Size: 21880832 bytes)

| | +18142862052 Kel | |
|---|---|---|
| ☆ | Wyd | 7/17/2018 1:04:05 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B74B5 (Table: message, handle, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Drunk as duck | 7/17/2018 1:45:37 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B732D (Table: message, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Duck | 7/17/2018 1:45:39 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6FF4 (Table: message, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Duck | 7/17/2018 1:45:42 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6E64 (Table: message, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | Fuck | 7/17/2018 1:45:47 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B6CD4 (Table: message, chat, Size: 21880832 bytes)

| | +18142862052 Kel | |
|---|---|---|
| ☆ | Oh shittt | 7/17/2018 1:45:55 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B684A (Table: message, handle, chat, Size: 21880832 bytes)

| | +18149284472 Tiffany Thompson | |
|---|---|---|
| ☆ | I'm weak | 7/17/2018 8:32:38 AM(UTC-4) |

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4B69AE (Table: message, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

**+18142862052 Kai**
What
7/17/2018 10:30:14 AM(UTC-4)

**+18148294472 Tiffany Thompson**
I was fucked up
7/17/2018 12:20:00 PM(UTC-4)

**+18142862052 Kai**
I smoked 5 blunts lastnight
7/17/2018 12:21:12 PM(UTC-4)

**+18148294472 Tiffany Thompson**
I was drinking so crazy and took Molly
7/17/2018 12:21:30 PM(UTC-4)

**+18148294472 Tiffany Thompson**
We need to smoke asap
7/17/2018 12:21:48 PM(UTC-4)

**+18142862052 Kai**
smh you can't drink on that medicine
7/17/2018 12:21:57 PM(UTC-4)

**+18148294472 Tiffany Thompson**
I did and it made me feel better
7/17/2018 12:22:09 PM(UTC-4)

**+18142862052 Kai**
Do u feel better down there
7/17/2018 12:22:11 PM(UTC-4)

**+18148294472 Tiffany Thompson**
Yes it's gone thank god
7/17/2018 12:22:22 PM(UTC-4)

**+18142862052 Kai**
Now to fix mine
7/17/2018 12:22:52 PM(UTC-4)

**+18148294472 Tiffany Thompson**
Yes asap gotta get you feeling good again
7/17/2018 12:23:07 PM(UTC-4)

**+18142862052 Kai**
Scared to show them my vagina tho
7/17/2018 12:27:09 PM(UTC-4)

**+18142862052 Kai**
I haven't even looked at myself down there smh
7/17/2018 12:27:10 PM(UTC-4)

**+18142862052 Kai**
If I had bumps Chaz would too right so I need to quit being scared cuz Chaz is fine down there
7/17/2018 12:27:28 PM(UTC-4)

**+18148294472 Tiffany Thompson**
I think you're fine
7/17/2018 12:28:10 PM(UTC-4)

2

12