# Exhibit A-NFLPA-20

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13   Video Recorded in Early Morning Hours of July 19,
14   2016
15
16
17
18
19
20
21
22
23
24
25

Page 1

Page 2

1	MAN: [UNINTEL]
2	ALVAREZ JACKSON: [UNINTEL], no she
3	about to [UNINTEL]. She says she's about to punch
4	in her door [UNINTEL].
5	MAN: [UNINTEL]
6	TIFFANY THOMPSON: [UNINTEL] sit here
7	and watch?
8	ALVAREZ JACKSON: I got to.
9	TIFFANY THOMPSON: Why?
10	ALVAREZ JACKSON: [UNINTEL].
11	TIFFANY THOMPSON: [UNINTEL] audience.
12	ALVAREZ JACKSON: I got to see on the
13	weekends, try to punch through a [UNINTEL]--
14	TIFFANY THOMPSON: No.
15	UNKNOWN MALE: Let me see, flip the
16	camera, let me see [UNINTEL] dumb shit.
17	TIFFANY THOMPSON: [UNINTEL] put all of
18	my force into it.
19	ALVAREZ JACKSON: [UNINTEL] on the
20	weekends, you going to get so [UNINTEL] the
21	window.
22	TIFFANY THOMPSON: I'm going to throw
23	your shit out and his shit out. [UNINTEL] got
24	back.
25	ALVAREZ JACKSON: That's cool,

Page 3

1	[UNINTEL]. Hey, look. I'm cool, I never told you
2	that you got to leave, nothing.
3	TIFFANY THOMPSON: Huh?
4	ALVAREZ JACKSON: We cool.
5	TIFFANY THOMPSON: No, I'm not being
6	cool, because he's being a fucking [UNINTEL]
7	right now.
8	ALVAREZ JACKSON: Baby, that's not me.
9	TIFFANY THOMPSON: [UNINTEL] know
10	exactly where he's at.
11	ALVAREZ JACKSON: It's just the system,
12	it's not--
13	TIFFANY THOMPSON: [UNINTEL] the system.
14	UNKNOWN MALE: So what she breaking the
15	car window for?
16	ALVAREZ JACKSON: It's not me.
17	TIFFANY THOMPSON: It is.
18	ALVAREZ JACKSON: You blaming this shit-
19	-
20	TIFFANY THOMPSON: [UNINTEL] where the
21	fuck he's at, who he's with.
22	ALVAREZ JACKSON: I wish I knew.
23	TIFFANY THOMPSON: You do know.
24	ALVAREZ JACKSON: His phone died when he
25	was trying to tell me.

Page 4

1	TIFFANY THOMPSON: Huh?
2	ALVAREZ JACKSON: His phone died when he
3	was trying to tell me.
4	TIFFANY THOMPSON: It was not dying.
5	ALVAREZ JACKSON: Oh my--
6	TIFFANY THOMPSON: [UNINTEL] all my
7	texts.
8	ALVAREZ JACKSON: Tiff--
9	TIFFANY THOMPSON: Up until 3:00 in the
10	morning, and he had me off.
11	ALVAREZ JACKSON: Tiff--
12	TIFFANY THOMPSON: How can I still
13	[UNINTEL] to you?
14	ALVAREZ JACKSON: Tiff--
15	TIFFANY THOMPSON: My calls go one, two,
16	three, four, five, declined.
17	ALVAREZ JACKSON: Hey.
18	TIFFANY THOMPSON: [UNINTEL] blocked.
19	ALVAREZ JACKSON: Hey Tiff, punch
20	through the glass, I got to see this.
21	TIFFANY THOMPSON: No.
22	UNKNOWN MALE: Why she punch through the
23	glass?
24	TIFFANY THOMPSON: [UNINTEL]
25	ALVAREZ JACKSON: [UNINTEL] dumbass,

Page 5

1	man, you a fucking retard.
2	TIFFANY THOMPSON: [UNINTEL] fucking
3	car.
4	UNKNOWN MALE: Why she punching in the
5	glass, dude?
6	ALVAREZ JACKSON: Man, hey, Tiff, bro,
7	you nuts, bro, you fucking crazy.
8	TIFFANY THOMPSON: I am.
9	UNKNOWN MALE: Is there keys in the car?
10	TIFFANY THOMPSON: [UNINTEL] caused this
11	crazy.
12	ALVAREZ JACKSON: What'd you say?
13	TIFFANY THOMPSON: I said he caused this
14	crazy.
15	ALVAREZ JACKSON: He caused this crazy,
16	no, he don't. Hey, Tiff--
17	TIFFANY THOMPSON: [UNINTEL] do.
18	ALVAREZ JACKSON: That shit can't be
19	caused, bro.
20	TIFFANY THOMPSON: It is.
21	ALVAREZ JACKSON: That shit natural.
22	TIFFANY THOMPSON: He's fucking crazy,
23	too, he's [UNINTEL].
24	ALVAREZ JACKSON: [UNINTEL]
25	TIFFANY THOMPSON: Telling me he's got

Page 6

1   to [UNINTEL] drinks with me, and I get mad
2   because I threw [UNINTEL] in that fucking bar.
3        ALVAREZ JACKSON: Well, look. I just say
4   you just come back in here.
5        TIFFANY THOMPSON: I'm not.
6        ALVAREZ JACKSON: And just lay down.
7        TIFFANY THOMPSON: I'm not laying down.
8        ALVAREZ JACKSON: And just give him an
9   earful tomorrow.
10       TIFFANY THOMPSON: No, an earful? He'll
11  get a fucking heel to his fucking eye.
12       UNKNOWN MALE: [UNINTEL]
13       TIFFANY THOMPSON: Then he won't be able
14  to play fucking football.
15       UNKNOWN MALE: Is the key in the car?
16       TIFFANY THOMPSON: I'm not playing with
17  this dumbass anymore. As soon as he fucking comes
18  through that door, watch.
19       UNKNOWN MALE: Where's the key at?
20       ALVAREZ JACKSON: I ain't going to let
21  you do my man dirty.
22       TIFFANY THOMPSON: Right.
23       ALVAREZ JACKSON: I ain't going to let
24  you hit him, but I'll let you give him an earful.
25       TIFFANY THOMPSON: No, the fucking

Page 7

1   earful don't do shit.
2        ALVAREZ JACKSON: She's talking about
3   earful, don't do--
4        TIFFANY THOMPSON: It goes through one
5   ear, out the other. Like always.
6        UNKNOWN MALE: So does she like, carry
7   keys to her car?
8        ALVAREZ JACKSON: Tiff, why you trying
9   to get in your car?
10       TIFFANY THOMPSON: Huh?
11       ALVAREZ JACKSON: Why you trying to get
12  in your car?
13       TIFFANY THOMPSON: My fucking apartment
14  keys are in there, and I'm trying to go home.
15       UNKNOWN MALE: So is her keys in her
16  car, or is she just busting the window for no
17  fucking reason?
18       ALVAREZ JACKSON: [UNINTEL]
19       TIFFANY THOMPSON: [UNINTEL]
20       ALVAREZ JACKSON: Just call the who?
21       TIFFANY THOMPSON: The cops.
22       ALVAREZ JACKSON: The cops.
23       TIFFANY THOMPSON: Yes, so they can
24  break into my car.
25       ALVAREZ JACKSON: Hey Tiff, go what you

Page 8

1   go to do. Man, call the cops, bro, please.
2        UNKNOWN MALE: [UNINTEL]
3        ALVAREZ JACKSON: [UNINTEL] you fucking
4   nuts, bro. What is your problem?
5        TIFFANY THOMPSON: [UNINTEL] right now.
6        ALVAREZ JACKSON: So you can punch
7   through the window?
8        TIFFANY THOMPSON: Yes.
9        ALVAREZ JACKSON: You dumb as fuck,
10  [UNINTEL].
11       TIFFANY THOMPSON: [UNINTEL] Elbow, and
12  fucking broke it. I'm not playing.

Page 9

1   Gotham Transcription states that the preceding
2   transcript was created by one of its employees
3   using standard electronic transcription equipment
4   and is a true and accurate record of the audio on
5   the provided media to the best of that employee's
6   ability. The media from which we worked was
7   provided to us. We can make no statement as to
8   its authenticity.

         Attested to by:


         Sonya Ledanski Hyde

3

**A**

**ability (1)**
9:6
**able (1)**
6:13
**accurate (1)**
9:4
**ain't (2)**
6:20,23
**ALVAREZ (42)**
2:2,8,10,12,19,25 3:4
    3:8,11,16,18,22,24
    4:2,5,8,11,14,17,19
    4:25 5:6,12,15,18
    5:21,24 6:3,6,8,20
    6:23 7:2,8,11,18,20
    7:22,25 8:3,6,9
**anymore (1)**
6:17
**apartment (1)**
7:13
**Attested (1)**
9:10
**audience (1)**
2:11
**audio (1)**
9:4
**authenticity (1)**
9:8

**B**

**Baby (1)**
3:8
**back (2)**
2:24 6:4
**bar (1)**
6:2
**best (1)**
9:5
**blaming (1)**
3:18
**blocked (1)**
4:18
**break (1)**
7:24
**breaking (1)**
3:14
**bro (5)**
5:6,7,19 8:1,4
**broke (1)**
8:12
**busting (1)**
7:16

**C**

**call (2)**
7:20 8:1

**calls (1)**
4:15
**camera (1)**
2:16
**car (9)**
3:15 5:3,9 6:15 7:7,9
    7:12,16,24
**carry (1)**
7:6
**caused (4)**
5:10,13,15,19
**come (1)**
6:4
**comes (1)**
6:17
**cool (4)**
2:25 3:1,4,6
**cops (3)**
7:21,22 8:1
**crazy (5)**
5:7,11,14,15,22
**created (1)**
9:2

**D**

**declined (1)**
4:16
**died (2)**
3:24 4:2
**dirty (1)**
6:21
**door (2)**
2:4 6:18
**drinks (1)**
6:1
**dude (1)**
5:5
**dumb (2)**
2:16 8:9
**dumbass (2)**
4:25 6:17
**dying (1)**
4:4

**E**

**ear (1)**
7:5
**earful (5)**
6:9,10,24 7:1,3
**Early (1)**
1:13
**Elbow (1)**
8:11
**electronic (1)**
9:3
**employee's (1)**
9:5

**employees (1)**
9:2
**equipment (1)**
9:3
**exactly (1)**
3:10
**eye (1)**
6:11

**F**

**five (1)**
4:16
**flip (1)**
2:15
**football (1)**
6:14
**force (1)**
2:18
**four (1)**
4:16
**fuck (2)**
3:21 8:9
**fucking (15)**
3:6 5:1,2,7,22 6:2,11
    6:11,14,17,25 7:13
    7:17 8:3,12

**G**

**give (2)**
6:8,24
**glass (3)**
4:20,23 5:5
**go (4)**
4:15 7:14,25 8:1
**goes (1)**
7:4
**going (4)**
2:20,22 6:20,23
**Gotham (1)**
9:1

**H**

**He'll (1)**
6:10
**heel (1)**
6:11
**hey (6)**
3:1 4:17,19 5:6,16
    7:25
**hit (1)**
6:24
**home (1)**
7:14
**Hours (1)**
1:13
**Huh (3)**
3:3 4:1 7:10
**Hyde (1)**

9:13

**I**

**J**

**JACKSON (42)**
2:2,8,10,12,19,25 3:4
    3:8,11,16,18,22,24
    4:2,5,8,11,14,17,19
    4:25 5:6,12,15,18
    5:21,24 6:3,6,8,20
    6:23 7:2,8,11,18,20
    7:22,25 8:3,6,9
**July (1)**
1:13

**K**

**key (2)**
6:15,19
**keys (4)**
5:9 7:7,14,15
**knew (1)**
3:22
**know (2)**
3:9,23

**L**

**lay (1)**
6:6
**laying (1)**
6:7
**leave (1)**
3:2
**Ledanski (1)**
9:13
**look (2)**
3:1 6:3

**M**

**mad (1)**
6:1
**MALE (11)**
2:15 3:14 4:22 5:4,9
    6:12,15,19 7:6,15
    8:2
**man (6)**
2:1,5 5:1,6 6:21 8:1
**media (2)**
9:5,6
**morning (2)**
1:13 4:10

**N**

**natural (1)**
5:21
**never (1)**
3:1
**nuts (2)**

5:7 8:4

**O**

**Oh (1)**
4:5

**P**

**phone (2)**
3:24 4:2
**play (1)**
6:14
**playing (2)**
6:16 8:12
**please (1)**
8:1
**preceding (1)**
9:1
**problem (1)**
8:4
**provided (2)**
9:5,7
**punch (5)**
2:3,13 4:19,22 8:6
**punching (1)**
5:4
**put (1)**
2:17

**Q**

**R**

**reason (1)**
7:17
**record (1)**
9:4
**Recorded (1)**
1:13
**retard (1)**
5:1
**right (3)**
3:7 6:22 8:5

**S**

**says (1)**
2:3
**see (4)**
2:12,15,16 4:20
**shit (7)**
2:16,23,23 3:18 5:18
    5:21 7:1
**sit (1)**
2:6
**Sonya (1)**
9:13
**soon (1)**
6:17
**standard (1)**

9:3
**statement (1)**
9:7
**states (1)**
9:1
**system (2)**
3:11,13

**T**

**talking (1)**
7:2
**tell (2)**
3:25 4:3
**Telling (1)**
5:25
**texts (1)**
4:7
**THOMPSON (46)**
2:6,9,11,14,17,22 3:3
   3:5,9,13,17,20,23
   4:1,4,6,9,12,15,18
   4:21,24 5:2,8,10,13
   5:17,20,22,25 6:5,7
   6:10,13,16,22,25
   7:4,10,13,19,21,23
   8:5,8,11
**three (1)**
4:16
**threw (1)**
6:2
**throw (1)**
2:22
**Tiff (8)**
4:8,11,14,19 5:6,16
   7:8,25
**TIFFANY (46)**
2:6,9,11,14,17,22 3:3
   3:5,9,13,17,20,23
   4:1,4,6,9,12,15,18
   4:21,24 5:2,8,10,13
   5:17,20,22,25 6:5,7
   6:10,13,16,22,25
   7:4,10,13,19,21,23
   8:5,8,11
**told (1)**
3:1
**tomorrow (1)**
6:9
**transcript (1)**
9:2
**transcription (2)**
9:1,3
**true (1)**
9:4
**try (1)**
2:13
**trying (5)**
3:25 4:3 7:8,11,14

**two (1)**
4:15

**U**

**UNINTEL (39)**
2:1,2,3,4,5,6,10,11,13
   2:16,17,19,20,23
   3:1,6,9,13,20 4:6,13
   4:18,24,25 5:2,10
   5:17,23,24 6:1,2,12
   7:18,19 8:2,3,5,10
   8:11
**UNKNOWN (11)**
2:15 3:14 4:22 5:4,9
   6:12,15,19 7:6,15
   8:2

**V**

**Video (1)**
1:13

**W**

**watch (2)**
2:7 6:18
**weekends (2)**
2:13,20
**What'd (1)**
5:12
**window (4)**
2:21 3:15 7:16 8:7
**wish (1)**
3:22
**worked (1)**
9:6

**X**

**Y**

**Z**

**0**

**1**

**19 (1)**
1:13

**2**

**2016 (1)**
1:14

**3**

**3:00 (1)**
4:9