# Exhibit A-NFLPA-21

# Native File