# Exhibit A-NFLPA-22

+16149284472 Tiffany Thompson
7/20/2016 10:21:59 PM(UTC-4)

Current Location.loc.vcf
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8E4B (Table: message, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachment/dr/13/BBA1DF2F-180F-434B-AC49-6467C0430DE2/Current Location.loc.vcf : Unknown (Size: 241 bytes)

7/20/2016 10:23:17 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8C70 (Table: message, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/20/2016 10:26:43 PM(UTC-4)
Why'd you want my location
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8BFF (Table: message, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/20/2016 10:36:03 PM(UTC-4)
What am I supposed to do Ezekiel?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8A44 (Table: message, chat, Size: 21880832 bytes)

+12148867271 Ezekiel Elliott
7/20/2016 10:37:06 PM(UTC-4)
Are u there ? I'm about to leave
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F887F (Table: message, handle, chat, Size: 21880832 bytes)

+12148867271 Ezekiel Elliott
7/20/2016 10:37:15 PM(UTC-4)
I'm like 2 min away
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F88BC (Table: message, handle, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/20/2016 10:37:22 PM(UTC-4)
Yea
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8511 (Table: message, chat, Size: 21880832 bytes)

+12148867271 Ezekiel Elliott
7/20/2016 10:37:58 PM(UTC-4)
Alright give me a little
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/20/2016 10:38:15 PM(UTC-4)
A little? Or a couple minutes lol which one is it
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F9E41 (Table: message, chat, Size: 21880832 bytes)

+12148867271 Ezekiel Elliott
7/20/2016 10:42:28 PM(UTC-4)
On the way
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8C5C (Table: message, handle, chat, Size: 21880832 bytes)

7/21/2016 12:27:37 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FA41C (Table: message, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/21/2016 2:34:37 PM(UTC-4)
It's off
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FC0DA (Table: message, chat, Size: 21880832 bytes)

+16149284472 Tiffany Thompson
7/21/2016 2:34:43 PM(UTC-4)
Call me asap
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FC841 (Table: message, chat, Size: 21880832 bytes)

+12148867271 Ezekiel Elliott
7/21/2016 2:39:40 PM(UTC-4)
Wats up
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FC8A8 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 2:46:45 PM(UTC-4)
I rearended someone
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FC515 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 2:53:43 PM(UTC-4)
The dealer ship can buff the paint & stuff out right ?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FC388 (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 2:54:04 PM(UTC-4)
Yea we will get it figured out
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FDFF8 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 2:54:13 PM(UTC-4)
U didn't lose the cash right ?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FDE39 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 2:55:20 PM(UTC-4)
Pretty sure it's still in my bag
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FDC78 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 2:55:43 PM(UTC-4)
You know when the people are gonna be there to fix the wall or do I need to just fix it?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FDAB1 (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 3:15:57 PM(UTC-4)
They are coming back and forth
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FD2AF (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 3:26:47 PM(UTC-4)
I feel so sick
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FEFF8 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 3:30:02 PM(UTC-4)
My place is so gross
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FEE5B (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 3:51:34 PM(UTC-4)
Really need you right now
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FECAE (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 5:01:44 PM(UTC-4)
U still at home ?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FEAFB (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 6:12:53 PM(UTC-4)
Did you look at my car
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FE5FC (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott**
7/21/2016 6:14:13 PM(UTC-4)
No
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FFFF8 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 6:15:23 PM(UTC-4)
I thought Rae was already here?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FFE6F (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
7/21/2016 7:24:24 PM(UTC-4)
Where you going?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FFCAC (Table: message, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

**+16149284472 Tiffany Thompson** — 7/21/2016 7:26:01 PM(UTC-4)
I need to know what to do about the wall?
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x4FFB05 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 7:26:08 PM(UTC-4)
Should I just finish it
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x4FF92C (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 7:26:16 PM(UTC-4)
Because the guy said it won't be done until tomorrow
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x4FF777 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 7:36:27 PM(UTC-4)
Want me to see if Nathalia is going out?
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x501FF4 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 8:46:51 PM(UTC-4)
Will you come lay with me for a little
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x501E1D (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 9:37:34 PM(UTC-4)
U gotta go
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x502420 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 9:38:17 PM(UTC-4)
I'm sorry I just got my ass beat and don't wanna leave you
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x502285 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 9:38:43 PM(UTC-4)
I'm sorry I want to spend your birthday with you since you're going to Miami for the weekend
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503FF4 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 9:38:59 PM(UTC-4)
Tate is leaving
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503DB4 (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 9:57:27 PM(UTC-4)
Can u listen to me
For once
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503720 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 9:57:41 PM(UTC-4)
Just have a bad feeling
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503567 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 9:57:44 PM(UTC-4)
U should leave
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503386 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 9:57:45 PM(UTC-4)
Really
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x503217 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:01:01 PM(UTC-4)
Tate just left
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x504FF4 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:01:08 PM(UTC-4)
My aunt came and got him
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x504E51 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:01:29 PM(UTC-4)
We're having a good time tonight
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x504C9A (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:01:35 PM(UTC-4)
I'm just gonna smoke
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x5047C8 (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:01:41 PM(UTC-4)
Naw man
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x50461D (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:02:04 PM(UTC-4)
You told me last night we were going to so stick to what you say please
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x504488 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:05:58 PM(UTC-4)
Mood

C362518E-D555-4901-A75A-08BB39BF5ACA.PNG

Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x504272 (Table: message, chat, attachment, Size: 21880832 bytes)
IPhone/var/mobile/Library/SMS/Attachments/83/03/0D93E5B3-F303-497F-BCB9-D7CD909BE40B/C362518E-D555-4901-A75A-08BB39BF5ACA.PNG : Unknown (Size: 3903079 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:06:08 PM(UTC-4)
Really can't do this anymore
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x505FF8 (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:06:17 PM(UTC-4)
About to just not go out
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x505E3D (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:06:22 PM(UTC-4)
Stay at my dads
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x505C8A (Table: message, handle, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:07:21 PM(UTC-4)
Yep
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x50596E (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:07:36 PM(UTC-4)
Hey calm down baby
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x505AE5 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:07:51 PM(UTC-4)
Everything will be okay tonight
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x5057E3 (Table: message, chat, Size: 21880832 bytes)

**+12148867271 Ezekiel Elliott** — 7/21/2016 10:07:58 PM(UTC-4)
Naw
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x506FF8 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:08:22 PM(UTC-4)
Listen to me for just one time
Source file: IPhone/var/mobile/Library/SMS/sms.db : 0x506E6B (Table: message, chat, Size: 21880832 bytes)

445

**+16149284472 Tiffany Thompson** — 7/21/2016 10:08:57 PM(UTC-4)
You owe me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x506CD8 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:09:18 PM(UTC-4)
Least you can do for me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x506B3D (Table: message, chat, Size: 21880832 bytes)

**+12146867271 Ezekiel Elliott** — 7/21/2016 10:09:29 PM(UTC-4)
Not in the mood man
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x50698C (Table: message, handle, chat, Size: 21880832 bytes)

**+12143867271 Ezekiel Elliott** — 7/21/2016 10:09:31 PM(UTC-4)
Honestly
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5087E3 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:09:40 PM(UTC-4)
I'm sorry
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x50664C (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:09:52 PM(UTC-4)
I love you
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5064B5 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:10:39 PM(UTC-4)
I love you so fucking much
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x50631A (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/21/2016 10:14:38 PM(UTC-4)
I need to talk to you
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x507FF4 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson** — 7/26/2016 9:09:37 PM(UTC-4)
I
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x579E49 (Table: message, chat, Size: 21880832 bytes)