# Exhibit A-NFLPA-23

96

3

+1814[illegible]4472 Tiffany Thompson
Yes you have to
7/20/2016 10:51:18 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F9780 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
Can't pass it up Lee Lee
7/20/2016 10:51:21 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F95B8 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
I'm not just a fuck tho
7/20/2016 10:51:26 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8431 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
But yeahhh your right
7/20/2016 10:51:33 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4F8281 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
Then don't fuck him
7/20/2016 10:51:34 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FAFF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
That'll fuck with him even more
7/20/2016 10:51:53 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FAE48 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Lol I gotta go I only made it one night too
7/20/2016 10:51:55 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FAC84 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
Yes go
7/20/2016 10:52:23 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FAAA8 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Ok
7/20/2016 11:12:14 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x4FA818 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Call me adap
7/22/2016 10:29:13 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x515FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
ASAP!!!!!
7/22/2016 10:29:18 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x515E8E (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Are you okay best friend
7/22/2016 10:29:25 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x516CCA (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Tiff call me
7/22/2016 10:38:38 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x516E38 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
You okay
7/22/2016 10:58:39 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x518C38 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Hello
7/22/2016 11:01:34 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x518AA1 (Table: message, handle, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

4

+18148888113 Lee Lee
7/22/2016 11:11:44 AM(UTC-4)
IMG_1825.PNG
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x518015 (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1825.PNG : Unknown (Size: 658393 bytes)

+18148888113 Lee Lee
7/22/2016 11:12:23 AM(UTC-4)
IMG_1826.PNG
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x518705 (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/34/04/034A718D-894D-43CA-8[illegible]/IMG_1826.PNG : Unknown (Size: 289082 bytes)

+18148888113 Lee Lee
Call me
7/22/2016 11:22:08 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5184F5 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Tiff all me I'm worried
7/22/2016 11:48:58 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x519FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
About you
7/22/2016 11:48:57 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5186BC (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Bro you have me worried be careful please
7/22/2016 12:18:42 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x51AC8E (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Bro what's going on
7/22/2016 1:48:53 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x51CA85 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Now
7/22/2016 1:48:54 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x51C4DA (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/22/2016 1:49:05 PM(UTC-4)
IMG_1829.PNG
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x51EFF8 (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/4e/10/E0DA7938-9784-48F7-888D-4C8D7[illegible]/IMG_1829.PNG : Unknown (Size: 1903057 bytes)

+18148888113 Lee Lee
Broooo call me.
7/22/2016 2:58:14 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x521FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
ASAP
7/22/2016 2:58:18 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x521E88 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Why?
7/22/2016 2:58:21 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x521CCA (Table: message, chat, Size: 21880832 bytes)

8

5

+1814[illegible]113 Lee Lee
Nevemind you don't have to — 7/22/2016 5:58:37 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x521840 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Call me asap — 7/22/2016 6:01:18 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x52A607 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
You call — 7/22/2016 7:09:56 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x52928D (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Call me later we gotta talk — 7/23/2016 12:43:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x538FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
I wasn't trying to be mean or make you cry I just want you to re me the truth and be honest I'm not going to judge you — 7/23/2016 1:18:15 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x536960 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
I'm not lying man. He fucked me up man — 7/23/2016 1:33:34 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x536709 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
Bruises from Saturday just went away — 7/23/2016 1:33:48 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x539FF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
If I was lying then why would I have bruises from different nights and some of them slowly going Swagg — 7/23/2016 1:34:06 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5399E4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
away — 7/23/2016 1:34:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x539791 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
Also if I got fucked up in a bar fight half my bruises would be fresh. The girl yanked my hair I turned around and said really bitch got in her face and she swing at me. Never even hit me — 7/23/2016 1:35:54 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x539801 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
There's cameras to prove man. I never fell or anything Thursday night — 7/23/2016 1:38:35 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x53AFF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
I never said you were lying but your story isn't adding up tiff I asked you twice yesterday did you fight after social and you said no — 7/23/2016 1:43:18 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x53A92E (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Like everybody has the same version but you .... And like everybody keep Saying he was doing that why didn't you leave him you kept staying there and I know how you are you act exactly what Zeke was saying — 7/23/2016 1:44:17 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x53A99E (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
Like I keep finding stuff out .... That you haven't told me — 7/23/2016 1:47:02 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x53BFF8 (Table: message, handle, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

6

+18146888113 Lee Lee
All he said was okay. 7/23/2016 2:48:04 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x538BD3 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
I love you and I'm sorry you have to be put in the middle of me and Zakes business and having your head go crazy trying to figure out what's true and not true. 7/23/2016 2:58:00 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x538A21 (Table: message, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
I love you too and it's okay I understand I And I know I just don't want you to get ruined and you not be able to handle it ya know I just want you to stay strong and fuck social media you know what happened and the truth will come out 7/23/2016 2:59:50 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x530FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
And I'm here to back you up 110% 7/23/2016 3:00:01 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x53CC97 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Call me asap 7/23/2016 11:01:43 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54CAD0 (Table: message, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
Did you get in 7/24/2016 12:00:45 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54C788 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
No 7/24/2016 12:00:52 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54C8E2 (Table: message, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
Wow really 7/24/2016 12:03:12 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54C48A (Table: message, handle, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
Wyd 7/24/2016 1:52:38 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54F40D (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Nothin getting ready to go get Tate and take him to my moms friends house 7/24/2016 1:54:55 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x54F281 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Wyd 7/24/2016 1:54:58 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550FF4 (Table: message, chat, Size: 21880832 bytes)

+18146888113 Lee Lee
Nothing with bae and ft me real quick 7/24/2016 1:58:47 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550E8A (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
It keeps saying poor connection 7/24/2016 2:04:57 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550C98 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
My phone is fucked ip 7/24/2016 2:08:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550AD0 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Up 7/24/2016 2:08:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x55091E (Table: message, chat, Size: 21880832 bytes)

7

+18148888113 Lee Lee
7/24/2016 2:08:29 PM(UTC-4)
Call me later
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550796 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 2:08:32 PM(UTC-4)
Wha your free
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5505F6 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 2:08:37 PM(UTC-4)
I will
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x550455 (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 2:08:47 PM(UTC-4)
Tell him he can contact me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5502C8 (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 2:07:44 PM(UTC-4)
Call me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x551FF4 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 2:23:51 PM(UTC-4)
Okay
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5515F7 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 3:34:06 PM(UTC-4)
?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x552C54 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 3:38:21 PM(UTC-4)
My bad I was playing Ino
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x552ACE (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 3:38:42 PM(UTC-4)
Uno and you want me to three way y'all later and mute the phone and put it down and y'all can talk
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x55291C (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 3:41:39 PM(UTC-4)
If that's what he wants to do
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5526CF (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 3:42:09 PM(UTC-4)
He's already basically contacting me by talking to you
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x554FF4 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 4:20:44 PM(UTC-4)
Okay
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x554C4C (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 4:22:20 PM(UTC-4)
Just text and ask what he wants
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x554ABA (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
7/24/2016 4:24:10 PM(UTC-4)
Let me know
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5548F4 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 5:00:33 PM(UTC-4)
Okay
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x55445E (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
What he say — 7/24/2016 6:18:19 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5542C5 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
No response — 7/24/2016 6:27:38 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
Can you screenshot me what he said earlier so I can see if he actually meant it — 7/24/2016 6:28:03 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555E5C (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Yeah hold on. — 7/24/2016 6:28:31 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555A73 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
You can delete your response idc — 7/24/2016 6:28:31 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x556C38 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
You can see them lol — 7/24/2016 6:29:48 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5558D6 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
Okay bestie — 7/24/2016 6:30:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555727 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 6:52:47 PM(UTC-4)
IMG_9847.png
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555E4A (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]EA2C5-ADC8-42CA-A11D-[illegible]FFC3F[illegible]/IMG_9847.png : Unknown (Size: 272408 bytes)

+18148284472 Tiffany Thompson
No one is getting famous off of him — 7/24/2016 8:08:22 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x556C38 (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson
This isn't what it's about either — 7/24/2016 8:08:31 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x555A65 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/24/2016 8:12:59 PM(UTC-4)
IMG_1952.PNG IMG_1951.PNG IMG_1948.PNG IMG_1947.PNG IMG_1948.PNG
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5555A2 (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1952.PNG : Unknown (Size: 251305 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1951.PNG : Unknown (Size: 272228 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1948.PNG : Unknown (Size: 285843 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1947.PNG : Unknown (Size: 251331 bytes)
iPhone/var/mobile/Library/SMS/Attachments/[illegible]/IMG_1948.PNG : Unknown (Size: 272408 bytes)

+18148284472 Tiffany Thompson
He can call me — 7/24/2016 8:48:52 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x55555A (Table: message, chat, Size: 21880832 bytes)




9

+18149284472 Tiffany Thompson
*67
7/24/2016 8:47:07 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5863C8 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Or we can do 3way call and have you call us on 3 way
7/24/2016 8:48:11 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x587FF4 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
?
7/24/2016 7:24:16 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x587E04 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
I just woke up my bad
7/24/2016 8:20:22 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x588FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Hold on I got pulled over
7/24/2016 8:57:53 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x588801 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Call me
7/24/2016 10:22:27 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x559245 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
What's up
7/25/2016 9:24:14 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x560FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Just woke up
7/25/2016 11:22:06 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x580E80 (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
I need you to call me asap Lee Lee
7/25/2016 11:25:47 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58098A (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Please
7/25/2016 11:32:50 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x581FF4 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
Okay . Hold on I'm talking to jailynn
7/25/2016 11:48:18 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x581CD0 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Okay
7/25/2016 11:50:30 AM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58179C (Table: message, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Text Zeke and ask what time he can talk on the phone today with no one around
7/25/2016 12:17:59 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x582E84 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
I did he didn't respond
7/25/2016 12:37:48 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x582941 (Table: message, handle, chat, Size: 21880832 bytes)

+18149284472 Tiffany Thompson
Can I call you
7/25/2016 12:59:34 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x583FF4 (Table: message, chat, Size: 21880832 bytes)

10

+1814[illegible]113 Lee Lee
7/25/2016 12:58:47 PM(UTC-4)
Yeah
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x583E54 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:02:59 PM(UTC-4)
Did he text you back
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x583387 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:29:38 PM(UTC-4)
Call me asap
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x583207 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:31:19 PM(UTC-4)
???
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584FF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:33:10 PM(UTC-4)
Hold on I'm at work
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584E80 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:33:17 PM(UTC-4)
And no he didn't
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584CC2 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:33:28 PM(UTC-4)
That's weird
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584B1A (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:33:56 PM(UTC-4)
He just texted me he said you keep calling and hanging up
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58497E (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:34:17 PM(UTC-4)
No his phone is ringing busy
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584786 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:34:23 PM(UTC-4)
Thought y'all were on the phone
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5845C8 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:34:30 PM(UTC-4)
No
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584404 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:34:32 PM(UTC-4)
Cause you weren't answering
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x584276 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]4472 Tiffany Thompson
7/25/2016 2:34:46 PM(UTC-4)
Is he by hisself
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x585FF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:35:05 PM(UTC-4)
Idk he said stop calling and hanging up
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x585E50 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee
7/25/2016 2:35:10 PM(UTC-4)
Call him .
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x585C80 (Table: message, handle, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

+18148284472 Tiffany Thompson 7/26/2016 3:42:06 PM(UTC-4)
His phone keeps ringing busy
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x585AB4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 3:48:18 PM(UTC-4)
He said he'll call when he not with evil
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x586028 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 3:48:18 PM(UTC-4)
Rocky
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x585780 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 3:48:16 PM(UTC-4)
Okay
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5865C4 (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 7:22:01 PM(UTC-4)
When you get off
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58690F (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 8:28:57 PM(UTC-4)
Are you really ignoring me?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58A58A (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 8:29:11 PM(UTC-4)
No I'm on the phone
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58A380 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 8:29:37 PM(UTC-4)
I called awhile ago and texted awhile ago...
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58A200 (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 8:29:53 PM(UTC-4)
I feel like you been distant with me ever since everything has been going on
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58BFF4 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 8:33:00 PM(UTC-4)
I know I been off the phone ever since I got off .... And no it's just a lot going on and idk how to take all this .
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58BD07 (Table: message, handle, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 8:37:34 PM(UTC-4)
Damn. If you really want me to just leave you alone I will. You can go be on Ezekiel's and Alvarez's sides. Just know I appreciate you being there for me through the rough times and being there for me when I had to go through that abortion. You know none of this is easy for me and it never will be easy because of my love that I had for him since day one
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58B94D (Table: message, chat, Size: 21880832 bytes)

+18148284472 Tiffany Thompson 7/26/2016 8:38:17 PM(UTC-4)
I feel like a shitty friend for putting you in the middle of all of this
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58CA78 (Table: message, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 8:38:22 PM(UTC-4)
It's not that just tiff your story's just aren't adding up I feel like your not be 100% honest with me .... Like you're hiding something from me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58C883 (Table: message, handle, chat, Size: 21880832 bytes)

+1814[illegible]113 Lee Lee 7/26/2016 8:38:41 PM(UTC-4)
Like you can be honest with me I will not judge you ever
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58C5BA (Table: message, handle, chat, Size: 21880832 bytes)

CONFIDENTIAL 02

12

+18148888113 Lee Lee
7/25/2016 8:39:46 PM(UTC-4)
It's bothering me
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58C3C8 (Table: message, handle, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
7/25/2016 8:40:18 PM(UTC-4)
I've told you everything.. From Saturday to Thursday.
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58DFF4 (Table: message, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
7/25/2016 8:40:54 PM(UTC-4)
Seems like you're honestly picking him over me. It hurts man
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58D83A (Table: message, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
7/25/2016 8:41:19 PM(UTC-4)
You know what he's done to me in the past so why not believe me that he touched me 5 days in a row
Source file: iPhone/var/mobile/Library/SMS/sms.db : [illegible] (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/25/2016 9:08:00 PM(UTC-4)
Because you didn't leave and wanted to stay by him and then your story has changed a couple times and you said he touched you Thursday and multiple people said otherwise and it's a couple things you still not saying thank other people are
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58E9A0 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/25/2016 9:00:56 PM(UTC-4)
Just sketch and you act out of emotion and I know how you are your spiteful and then you think about it
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x582209 (Table: message, handle, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
7/25/2016 9:08:01 PM(UTC-4)
Ok. Well goodluck in life, wish you the best of luck with everything in your future. Can't wait to see what life has brought you in 10 years. Love you "bestie"
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58FFF4 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/25/2016 9:11:32 PM(UTC-4)
If that's how you want it to be then alright tiff .... I'm just being honest . But you got it love you too
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58FD2F (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/26/2016 6:40:16 AM(UTC-4)
What's wrong ? I'm about to call you when I get to work
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x592FF8 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
7/26/2016 7:24:59 PM(UTC-4)
Why you call lastnight
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5C0C79 (Table: message, handle, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
8/1/2016 3:09:46 PM(UTC-4)
What's been going on with you ... Tiff text me back I'm
Worried about you
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5F7814 (Table: message, handle, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
8/1/2016 4:44:30 PM(UTC-4)
What you mean what's been going on with me?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5F75F9 (Table: message, chat, Size: 21880832 bytes)

+18148888113 Lee Lee
no.
8/1/2016 4:48:38 PM(UTC-4)
I heard some woozy stuff like you been prostituting and you called your self the sex slave in the police report and that's how you been acting have you been wilding ?
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5F741F (Table: message, handle, chat, Size: 21880832 bytes)

+18149294472 Tiffany Thompson
8/1/2016 4:58:46 PM(UTC-4)
I'm weak. Don't bring that shit up to me man. No I did not fucking call myself that I would never. I'm not a sex slave. I would never prostitute what do I look like? I would never, my parents raised me better. Idk how the sex slave got in the police report but I got it taken care of and taken off because that's not my occupation. I have 2 whole jobs. I've been spending every minute of the day with my family and dog. I just went back to work at dahlia Saturday and I go back to elements massage at the end of this month. There's no possible way for me to be wilding because I don't have an apartment anymore
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5F8FF4 (Table: message, chat, Size: 21880832 bytes)

14