# Exhibit A-NFLPA-25

# Witness Statement • Columbus Division of Police

| Offense Report Number | Incident Number | Date |
|---|---|---|
| 160637641 | 16063764 | 7-22-16 |

I, **Ayrin Nelson** (Print Name) hereby voluntarily make this statement to:

**T. Ricks #1546** (Officer's Name) at **29 W 8RD AVE** (Location)

We waited outside for them to get here. When Zeke pulled up in the car with some girl, Tiff got out and the girls started arguing. Zeke & the girl got out the car, as Tiff made her way to stand in front of the door. They talked a little. Tiff fell back and opened the door, then Zeke pushed pass her, and everybody but me and Tiff went in.

• the door that Tiff stumbled on was the door to the residence.

• When we left 'Social' around 2:15am, outside Tiff and some girls were arguing and they started fighting. The fight lasted for about a minute. I was pulling her back from around her waist with my arm.

CONFIDENTIAL 02