# Exhibit A-NFLPA-26

# Witness Statement • Columbus Division of Police

| Offense Report Number | Incident Number | Date |
|---|---|---|
| 1606376 641 | 16 0637641 | 7/22/16 |

I, **Bijan Moazampour**, hereby voluntarily make this statement to:

**T. Ricks #1546** at **29. W. 3rd**

As I pulled into parking lot at 29 W. 3rd Tiffany & her car were parked east south side of the lot. As I pull in & park at the North West side of the lot. Dylan pulled into the lot behind me in his white Jeep Wrangler. Proceeded to park to the right (west) of Tiffany's car. Then Taylor was driving Ezekiel's car & parked to right (west) of Dylan's Jeep. As Dylan was backing up she walked behind his car with no regard to anything. Immediately walked up to Ezekiel's car & proceeded to try & start a fight with Taylor. As she started doing that Ezekiel opened the door & walked into the apartment. She then kept talking & trying to provoke Taylor & others. We all walked inside to try & avoid the situation.

CONFIDENTIAL 02

64