# Exhibit A-NFLPA-27

**Witness Statement** • Columbus Division of Police

| Offense Report Number | Incident Number | Date |
|---|---|---|
| 160637641 | 160637641 | 7/22/16 |

I, Ezekiel Elliott, hereby voluntarily make this statement to:

T. Ricks #1546 at 29 W 3rd Ave

Showed up @ my rental. Tiffany Thompson was waiting outside my place. While parking she agressively approached my vehicle that my freind Taylor Sandpothee was driving. tried to fight her. I entered the residence & she called the police. Tiffany Thompson and I are just friends. NEVER dated. She never lived w/ me. We had a sexual relationship thats all. While I entered she screamed, "I am going to ruin your carreer. You have messed w/ the wrong person." At 11:30pm she told me she was calling the police on me via text. She called me 40+ times tonight. We were together @ the club tonight. She asked if she was going home w/ me tonight and I said no then she said she was going to ruin my night.