# Exhibit A-NFLPA-28

**Witness Statement** • Columbus Division of Police

| Offense Report Number | Incident Number | Date |
|---|---|---|
| 16063764 | 16063764 | 7-22-16 |

I, Dylan Minney, hereby voluntarily make this statement to: T. Ricks #1546 at 29 W. 3RD AVE.

Upon leaving Park Street Patio/Saloon we arrived at the house of Ezekiel at roughly 2:30 am to see Tiffany waiting for us uninvited. We had drove in 3 seperate cars, not counting Tiffany's car. Tiffany was parked in the far left spot, Ezekiel's car parked on the far right spot. My car backed into the middle spot. Before I could even finish parking Tiffany who was visably angry approached the car that Ezekiel was in. Tiffany then started to verbally threaten the driver as well as say to Ezekiel "I'm calling the cops to ruin your career, your career is done." At this point by standers attempted to calm her down and purposely made sure to stay between Tiffany & Ezekiel. I was inbetween the two parties of Tiffany and Ezekiel as he walked into the house to ensure that nothing happened as far as contact since she had already said she was calling the cops.

# Witness Statement (continued) • Columbus Division of Police

| Offense Report Number | Incident Number | Date |
|---|---|---|
| 16063764| | 16063764| | 7-22-16 |

At this point Ezekiel was in the house and a couple of us as his friends blocked the door to make sure that Tiffany could not enter. At this point she called the police. Tiffany had been in a fight earlier in the night that had been broken up by Park Street Saloon security with another female party that I did not know.

Incident Tape Recorded: ☐ Yes ☐ No ☐ Audio ☐ Video  Property Number _____

Address of Witness: 630 ___ wood St Chillicothe OH 45601  Phone: 74_-_0_-1427

Signature of Witness: [signature]  Officer's Signature: J hurts #1516

CONFIDENTIAL 02