# Exhibit A-NFLPA-29

# Witness Statement • Columbus Division of Police

**Offense Report Number:** 160637641
**Incident Number:** 160637641
**Date:** 7-22-16

I, Taylor Sandbothe, hereby voluntarily make this statement to:

**Officer's Name:** T. Ricks #1546 at **Location:** 29 W. 3RD AVE

We arrived @ the location. Tiffany was already at the apartment complex. She initiated confrontation immediately as we pulled up. At the window she was trying to yell and argue with us. She attempted to insert herself into the conversation whenever we were attempting to go into the apartment. She was calling Ade a "hoe" or something as we were rolling up the windows and making our way inside. Tiffany was attempting to engage in confrontation with me and Zeke once we pulled up to the apartment complex. Zeke was in the passenger seat and walked inside with me as soon as we arrived.

CONFIDENTIAL 02