# Exhibit A-NFLPA-30

**Messages** +1 (614) 928-4472 — Details

> To the elevator

> Second floor

Come get me from the lobby

*Friday 2:53 AM*

If they ask he dragged me out of my car

> Okay

> Just now?

When we got here

Like we pulled up and he showed up then yanked me out if the police ask

*Friday 4:57 AM*

> Where are you

Sitting on the side of the road

Where are you?

iMessage