# Exhibit A-NFLPA-31



# Extraction Report
Apple iPhone

## Chats (1)

\* These details are cross-referenced from this device's contacts

**iMessage: +16149284472** (1)

| # | |
|---|---|
| 1 | Participants:<br>+16149284472<br>Tiffany Thompson* (owner)<br>+12169900133<br>Ayrin*<br><br>Source: iMessage +16149284472<br>Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xCC4C8A<br>(Table: chat, handle, Size 21880832 bytes)<br>Body file: chat-1.txt | Start Time: 7/22/2016 4:57:35 AM(UTC-4)<br>Last Activity: 9/7/2016 2:05:52 PM(UTC-4)<br>Number of attachments: 8 | Deleted |

**7/26/2016 9:00:52 PM(UTC-4), +12169900133 (Ayrin)**
Oh lol love you babe
Status: Read
Read: 7/27/2016 2:51:10 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x57BFFB (Table: message, handle, chat, Size: 21880832 bytes)

**7/27/2016 2:51:06 PM(UTC-4), +12169900133 (Ayrin)**
I have some of the screenshots of your texts with zeke if you need them for proof so lmk
Status: Read
Read: 7/27/2016 2:51:10 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5876EB (Table: message, handle, chat, Size: 21880832 bytes)

**7/27/2016 2:51:32 PM(UTC-4), +16149284472 (Tiffany Thompson)**
Yes baby that would help so much
Status: Sent
Delivered: 7/27/2016 2:51:32 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5874B7 (Table: message, chat, Size: 21880832 bytes)

**7/27/2016 2:52:18 PM(UTC-4), +12169900133 (Ayrin)**
Okay
Status: Read
Read: 7/27/2016 3:48:07 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x588B66 (Table: message, handle, chat, Size: 21880832 bytes)

**7/27/2016 3:25:49 PM(UTC-4), +12169900133 (Ayrin)**
Attachments:



IMG_4023.PNG
Status: Read
Read: 7/27/2016 3:48:07 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58BE52 (Table: message, handle, chat, attachment, Size: 21880832 bytes)
iPhone/var/mobile/Library/SMS/Attachments/bb/11/7B8A2A79-258A-4630-B74B-BED5EB0A2053/IMG_4023.PNG : (Size: 235660 bytes)

**7/27/2016 3:48:36 PM(UTC-4), +16149284472 (Tiffany Thompson)**
Oh yeah I took that screenshot
Status: Sent
Delivered: 7/27/2016 4:03:24 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x58BC43 (Table: message, chat, Size: 21880832 bytes)

**7/27/2016 8:57:29 PM(UTC-4), +12169900133 (Ayrin)**
Do you want me to lie about what happened that night bc zekes lawyer is about to call me again
Status: Read
Read: 7/27/2016 9:25:11 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A3FF8 (Table: message, handle, chat, Size: 21880832 bytes)

**7/27/2016 9:19:54 PM(UTC-4), +12169900133 (Ayrin)**
Hurry text me back
Status: Read
Read: 7/27/2016 9:25:11 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A3DB8 (Table: message, handle, chat, Size: 21880832 bytes)

1

7/27/2016 9:25:17 PM(UTC-4), +16149284472 (Tiffany Thompson)
Huh

Status: Sent
Delivered: 7/27/2016 9:25:10 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A3C13 (Table: message, chat, Size: 21880832 bytes)

7/27/2016 9:25:44 PM(UTC-4), +16149284472 (Tiffany Thompson)
Call me

Status: Sent
Delivered: 7/27/2016 9:25:44 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A3A8C (Table: message, chat, Size: 21880832 bytes)

7/27/2016 9:25:46 PM(UTC-4), +12169900133 (Ayrin)
What him pulling you out the car by your wrist

Status: Read
Read: 7/27/2016 9:25:53 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A36FB (Table: message, handle, chat, Size: 21880832 bytes)

7/27/2016 9:25:58 PM(UTC-4), +16149284472 (Tiffany Thompson)
Call me

Status: Sent
Delivered: 7/27/2016 9:25:59 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A371C (Table: message, chat, Size: 21880832 bytes)

7/27/2016 9:26:01 PM(UTC-4), +12169900133 (Ayrin)
I'm on the phone now

Status: Read
Read: 7/27/2016 9:26:13 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A358B (Table: message, handle, chat, Size: 21880832 bytes)

7/27/2016 9:26:06 PM(UTC-4), +12169900133 (Ayrin)
So hurry

Status: Read
Read: 7/27/2016 9:26:13 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A33E0 (Table: message, handle, chat, Size: 21880832 bytes)

7/27/2016 9:26:20 PM(UTC-4), +16149284472 (Tiffany Thompson)
Ayrin

Status: Sent
Delivered: 7/27/2016 9:26:20 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A324D (Table: message, chat, Size: 21880832 bytes)

7/27/2016 9:26:23 PM(UTC-4), +16149284472 (Tiffany Thompson)
Yea

Status: Sent
Delivered: 7/27/2016 9:26:23 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A4FF8 (Table: message, chat, Size: 21880832 bytes)

7/27/2016 9:26:37 PM(UTC-4), +12169900133 (Ayrin)
Okay

Status: Read
Read: 7/27/2016 11:39:28 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A4E6F (Table: message, handle, chat, Size: 21880832 bytes)

7/27/2016 11:39:31 PM(UTC-4), +16149284472 (Tiffany Thompson)
Call me

Status: Sent
Delivered: 7/27/2016 11:39:32 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A8C07 (Table: message, chat, Size: 21880832 bytes)

7/27/2016 11:42:23 PM(UTC-4), +16149284472 (Tiffany Thompson)
Don't lie if you didn't see anything happen then don't say you did

Status: Sent
Delivered: 7/27/2016 11:42:23 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5A8807 (Table: message, chat, Size: 21880832 bytes)

7/27/2016 11:58:50 PM(UTC-4), +16149284472 (Tiffany Thompson)
You need to call me asap

Status: Sent
Delivered: 7/27/2016 11:58:51 PM(UTC-4)

Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x5AAAAA (Table: message, chat, Size: 21880832 bytes)

CONFIDENTIAL 02