# Exhibit A-NFLPA-32

BM

## AFFIDAVIT OF BIJAN MOAZAMPOUR

STATE OF OHIO )
) ss.:
COUNTY OF FRANKLIN )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

1. On the night of July 21, 2016, I was with Ezekiel Elliott ("Ezekiel") and our friends at the Carriage House located at 29 W. 3rd Avenue, Columbus Ohio. We were there at approximately 11:00pm to get ready for Ezekiel's 21st birthday celebration that was going to take place at the Social Room located at 527 North Park Street, Columbus Ohio.

2. While we were getting ready to leave for the Social Room, Ezekiel expressed to me that Tiffany Thompson ("Tiffany") was not invited to the birthday celebration and that he did not want her to attend.

3. When we were at the Social Room, I witnessed Tiffany come in and out of Ezekiel's VIP section.

4. After leaving the Social Room, I drove back to the Carriage House for Ezekiel's after-party gathering and upon arriving in the driveway, I saw Tiffany's vehicle in the driveway.

5. Shortly after parking my vehicle, I saw Taylor Sandbothe enter the driveway in a vehicle with Ezekiel in the passenger seat.

6. After Taylor parked the vehicle, I witnessed Tiffany run up to Taylor's driver-side window and start screaming at Taylor and Ezekiel.

7. Taylor, Ezekiel and the other passengers in the vehicle then exited the vehicle and began to walk to the Carriage House door. At no time whatsoever during the walk to the Carriage House did Ezekiel come in contact with Tiffany.

8. While Ezekiel and his friends were walking into the Carriage House, Tiffany was screaming at Ezekiel and getting into Taylor's face, who was walking in between Ezekiel and Tiffany.



9. Ezekiel eventually walked into the Carriage House and called his father, who showed up shortly after.

                                                                                     _____
                                                                                     BIJAN MOAZAMPOUR

Sworn to before me this
____ day of August, 2016

_____
Notary Public

Thomas M. Jeffcoat, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.60 R.C.