# Exhibit A-NFLPA-33

## AFFIDAVIT OF ALVAREZ JACKSON

STATE OF FLORIDA )
) ss.:
COUNTY OF )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

- On the night of July 21, 2016, I was with Ezekiel Elliott ("Ezekiel") at the Carriage House ("Carriage House") located at 29 W. 3rd Avenue, Columbus Ohio. We were there getting ready for Ezekiel's birthday celebration that was going to take place at the Social Room located at 527 North Park Street, Columbus Ohio.

- While we were getting ready to leave for the Social Room, Ezekiel expressed to me that he did not want Tiffany Thompson ("Tiffany") to attend his birthday celebration and that she was not invited.

- After leaving the Social Room, I drove back to the Carriage House for Ezekiel's after- party gathering and upon arriving in the driveway, I saw Tiffany's vehicle parked in the far left parking spot of the Carriage House driveway.

- Ezekiel arrived at the Carriage House in the passenger seat of the vehicle that Taylor Sandbothe ("Taylor") was driving.

- After Taylor parked the vehicle, I witnessed Tiffany run up to Taylor's driver-side window and start screaming at Taylor. She was also yelling at Ezekiel to get out of the car.

- Taylor, Ezekiel and the other passengers in the vehicle then exited the vehicle and began to walk to the Carriage House door. At no time whatsoever during the walk to the Carriage House did Ezekiel come into contact with Tiffany or come within 5-7 feet of Tiffany.

- While Ezekiel was walking into the Carriage House, Tiffany was screaming at Ezekiel and yelling that she was going to ruin his career.

ALVAREZ JACKSON



53

Sworn to before me this
02 day of August, 2016

Jackson Alvarez Kitt II

Notary Public

SILVIA LARRONDO
MY COMMISSION #FF126793
EXPIRES May 27, 2018