# Exhibit A-NFLPA-34

*S.E.*

## *AFFIDAVIT OF STACY ELLIOTT*

STATE OF OHIO )
) ss.:
COUNTY OF FRANKLIN )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

1. I am Ezekiel Elliott's ("Ezekiel") father and I have personal knowledge regarding Ezekiel's living situation and the events on July 22, 2016 at the Carriage House ("Carriage House") located at 29 W. 3rd Avenue, Columbus Ohio.

2. I currently reside at 422 E. 20th Avenue, Apt 2, Columbus Ohio 43201.

3. I helped organize Ezekiel's 21st birthday celebration at the Social Room and arranged for Ezekiel and his friends to stay at the Carriage House.

4. When Ezekiel's party at the Social Room was over, I made sure Ezekiel was escorted out of the back door of the Social Room and ensured that Ezekiel was driven back to the Carriage House safely by his friend Taylor Sandbothe ("Ms. Sandbothe"). I allowed Ezekiel and his friends to borrow one of my vehicles for the night.

5. After escorting Ezekiel out of the back door of the Social Room, I walked to my other vehicle and was on my way to meet Ezekiel and his friends at the Carriage House for Ezekiel's after-party gathering.

6. On my drive to the Carriage House, I was a few blocks away when I received a call from Ezekiel that Tiffany Thompson ("Ms. Thompson") was outside and causing problems.

7. When I arrived at the Carriage House, I saw Ms. Thompson outside by her car. I waited outside until the police arrived.

8. I have been living in Columbus, Ohio since Ezekiel's freshman year at the Ohio State University to assist Ezekiel with adjusting to college life and to help Ezekiel because of his busy football schedule demands. As such, I am fully familiar with Ezekiel's living situation and who he has lived with since he moved out of our home in Alton, Illinois.

9. I have personal knowledge that Ezekiel signed a lease to live at 1860 Canvasback Lane, Columbus, Ohio 43215 on or about July 20, 2015 until on or about July 20, 2016. I co-signed the lease for this apartment.

10. Prior to living at 1860 Canvasback Lane, Ezekiel lived with his football teammates and friends Joey Bosa and Alvarez Jackson. I was also the co-signor for this apartment.

67



11. From July 2015 to January 2016, I would visit Ezekiel at least once a week to help take care of his dog, "Ace", to take Ezekiel grocery shopping, and to help Ezekiel with his daily household needs, such as taking in and going through his mail and paying his bills and rent.

12. To the best of my knowledge, Ms. Thompson did not receive any mail at 1860 Canvasback Lane, Columbus Ohio and there was no evidence of any female residing at that apartment during my regular visits to Ezekiel's residence.

13. In fact, I remember an instance in February of 2016 where Ms. Thompson, Ezekiel, and I were at 1860 Canvasback Lane and Ms. Thompson needed to go home. I gave her a ride back to her residence.

14. From approximately early January 2016 to the end of February 2016, I have knowledge that Ezekiel was in Aventura, Florida training for the National Football League Combine. At no time during that training period was Ms. Thompson living with Ezekiel in Florida.

15. On approximately March 8, 2016, Ezekiel signed a one-year rental agreement to live in Miami, FL. Moreover, on or about August 1, 2016, Ezekiel also signed a rental agreement to live in Dallas, Texas. He has been traveling between those cities as he is preparing for his rookie season in the NFL. At no time has Ms. Thompson been his live-in boyfriend in any of these cities.

16. I am aware that Ms. Thompson rents her own apartment in the Dublin area and has since approximately February or March of 2016. I have knowledge that Ezekiel assisted with Ms. Thompson's rent payments for her new apartment in the Dublin area.

17. Ms. Thompson has never been Ezekiel's live-in girlfriend and has never lived with Ezekiel for any three-month period in the past year (or any time prior).

Sworn to before me this
3rd day of August, 2016

Stacy Elliott

Notary Public