# Exhibit A-NFLPA-35

## AFFIDAVIT OF MATTHEW WHITE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

1. My name is Matthew White and I am a resident of Columbus, Ohio.

2. On the night of Monday July 18th, and into the morning of Tuesday, July 19th, 2016 I was at the pool of the 600 Goodale Apartments, located on Goodale Blvd., just of I-670. I was with several friends.

   At approx. 1:00 a.m. Tuesday Morning, Tiffany Thompson arrived with a friend to join us. I personally know Ms. Thompson from work.

3. I was in the immediate vicinity of Ms. Thompson for a bulk of the 2 hours while she was there. For much of that time, I was engaged in conversation with her and her friend and was seated or standing no more than a few feet from her. .

4. I did not observe and bruises, scrapes, cuts or other marks anywhere on her body, hands, neck, face, hands or anywhere. She was wearing an equivalent of a bikini during most of her time in and around the pool.

5. She stayed until approx. 3:00 a.m. when she left in an Uber.

AFFIANT FURTHER SAYETH NOT.

_____
Matthew White

Sworn to before me this
11 day of August, 2016

_____
Notary Public



Edward W. Hastie
Attorney @law
Notary Public, State of Ohio
My commission has no expiration date
See. 147.03 R.C.