# Exhibit A-NFLPA-36

***AFFIDAVIT OF ALVAREZ JACKSON***

STATE OF )
) ss.:
COUNTY OF )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

1. I am friends with Ezekiel Elliott ("Mr. Elliott") and Tiffany Thompson ("Ms. Thompson") and have personal knowledge of their interactions during the week of July 16, 2016 to July 23, 2016.

**Saturday July 16, 2016**

2. On Saturday, July 16, 2016, I traveled from Dallas, Texas to Columbus, Ohio with Mr. Elliott.

3. At the airport we were greeted by Ms. Thompson and she subsequently drove us to Mr. Elliott's Apartment ("Apartment") located at 1860 Canvasback Lane, Columbus Ohio.

4. When we arrived at Mr. Elliott's Apartment at approximately 2:00 p.m., Mr. Elliott, Ms. Thompson and I stayed at the Apartment until we went to the Social Room ("Social Room") that evening. The Social Room is located at 527 North Park Street, Columbus, Ohio.

5. Mr. Elliott, Ms. Thompson, myself and another friend left the Social Room at approximately 2:30 a.m. Sunday morning. The four of us went back to Mr. Elliott's Apartment and we stayed at the Apartment until approximately 3:30 a.m.

6. At approximately 3:30 a.m., I left the Apartment to go stay at another friend's house.

7. At no point did I witness any altercation between Ms. Thompson or Mr. Elliott. I also did not see any evidence of injury, bruising, or scrapes on Ms. Thompson at any point on July 16.

**Sunday July 17, 2016**

8. On Sunday, July 17, 2016, I returned back to the Apartment at approximately 11:00 a.m. to see Mr. Elliott and Ms. Thompson.

9. When I arrived, Ms. Thompson and Mr. Elliott were in a good mood, happy and playing with Mr. Elliott's dogs. Throughout the day, Mr. Elliott, Ms. Thompson and I stayed at the Apartment.

10. That evening, Mr. Elliott and I went to BBR without Ms. Thompson and met with several friends.

11. Mr. Elliott and I returned home to Mr. Elliott's Apartment at approximately 3:00 a.m Monday morning.

12. Ms. Thompson arrived at the Apartment shortly thereafter.

13. Ms. Thompson and Mr. Elliott slept in the bedroom and I slept on the couch outside the bedroom and did not hear any type of fighting, yelling or abuse taking place that night.

**Monday July 18, 2016**

14. On Monday, July 18, 2016, Ms. Thompson, Mr. Elliott and I woke up and stayed at the Apartment for most of the day.

15. Ms. Thompson eventually left the Apartment during the day and Mr. Elliott and I eventually met our friends at BBR and 4th Street at night. I was with Mr. Elliott for the entire day and the entire time we were out visiting with friends.

16. After 4th Street, I went back to the Apartment.

17. Mr. Elliott did not return home that night He returned home the following morning.

18. I arrived back at the Apartment at approximately 3:15 a.m.

19. Ms. Thompson was already there in the parking lot.

20. Ms. Thompson had accidently locked her keys in the car and wanted to try to get them so she could go back to her own apartment since Mr. Elliott was not there.

21. I encouraged Ms. Thompson to come inside and stay at the Apartment as I did not believe she was in any condition to drive home.

22. Ms. Thompson eventually came inside the Apartment and then called another male to come and pick her up. When the car arrived, I walked Ms. Thompson to the car and there were males that I recognized in the car. Ms. Thompson did not get in the car and came back inside the Apartment with me, we talked for a while and then went to sleep.

23. At no point during this night did Ms. Thompson reference any actual physical altercations with Mr. Elliott nor did I see any evidence of bruises, cuts, scraps or injury.

**Tuesday July 19, 2016**

24. On July 19, 2016 between approximately 8:00 a.m. and 9:00 a.m., Mr. Elliott arrived back to the Apartment. Ms. Thompson was awake when Mr. Elliott arrived.

25. Mr. Elliott and Ms. Thompson spoke in the living room a few feet away from where I was laying on the couch.

26. Mr. Elliott and Ms. Thompson then went into the bedroom and went to sleep until around 1:00 p.m.

27. When Ms. Thompson and Mr. Elliott came out of the bedroom around 1:00 p.m., the three of us ate lunch and hung around the house.



28. That night, Mr. Elliott and Ms. Thompson stayed in and did not go out with me. I went out with my friends and arrived back to the Apartment between 3.00 a.m. and 4:00 a.m. When I arrived home, Ms. Thompson and Mr. Elliott were sleeping and I did not hear any type of fighting, yelling or physical abuse.

<u>Wednesday, July 20, 2016</u>

29. The morning of July 20, 2016, I woke up on the couch and stayed with Ms. Thompson and Mr. Elliott at the Apartment during the day.
30. Around 3:00 p.m., Mr. Elliott, Ms. Thompson and I left the Apartment and drove to Tuttle Mall near where Ms. Thompson lives. We all ate at the restaurant Genji.
31. After we ate at Genji, we dropped Ms. Thompson off at her apartment and we checked into the Carriage House – located at 29 West Third Avenue, Columbus, Ohio.
32. Later than night, Mr. Elliott and I, along with our other friends, went to 4th Street Bar from approximately 12:00 a.m. to 2:00 a.m. (Thursday Morning). Ms. Thompson met us there eventually.
33. After 4th Street, Mr. Elliott, Ms. Thompson and I went back to the Carriage House. Ms. Thompson was too intoxicated to drive and we encouraged her to stay at the Carriage House.
34. My bedroom was across the hall from Mr. Elliott's room.
35. I did not hear or see any type of physical abuse, altercation or fighting.

Thursday, July 21, 2016

36. On Thursday, July 21, 2016, I woke up at the Carriage House and stayed at the Carriage House with Ms. Thompson and Mr. Elliott. Ms. Thompson left the Carriage House around 5:00 p.m. and I stayed there with Mr. Elliott.

37. During the day, Ms. Thompson was wearing a tank top and shorts and I did not observe any bruises on her body, leg, neck or hands.

38. The rest of my observations for Thursday July 21 and Friday July 22 are memorialized in the August 2, 2016 Affidavit I already executed. It is attached to this document as Exhibit A.

ALVAREZ JACKSON

Sworn to before me this
12 day of August, 2016

Notary Public

ROMANA GRACANIN
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 15914992
My Commission Expires March 03, 2019