# Exhibit A-NFLPA-37

### *AFFIDAVIT OF CHIEDU BOSAH*

STATE OF OHIO )
                     ) ss.:
COUNTY OF FRANKLIN )

The undersigned, being first duly cautioned and sworn, says that the following facts are true to the best of his knowledge:

1. My name is Chiedu Bosah, and I reside in Columbus, Ohio.
2. I am a student at The Ohio State University.
3. I am personally acquainted with Ezekiel Elliott having had a class and group project with him.
4. On the night of Wednesday July 20, 2016 and the early morning of Thursday, July 22, 2016 I was with Ezekiel at Fourth Street Bar and Grill near OSU's campus.
5. I was there from approximately 9:30 to 2:20 a.m..
6. Ezekiel arrived around the same time and left just before I did.
7. That night, Ezekiel introduced me to Tiffany Thompson.
8. During the night I took few pictures with Ezekiel, Tiffany, and other friends of his.
9. At no point during the night did I see any noticeable bruises, cuts, or injuries on Tiffany's body.
10. In fact, everyone appeared to be getting along well.
11. Attached to this affidavit is a picture containing myself, Ezekiel, Tiffany, and several other of Ezekiel's friends. This was picture was taken at 1:55 a.m. on THursday July 21, 2016. I am able to confirm the time/date from the metadata on my Iphone It is attached as Exhibit A.
12. Also attached to this affidavit is a picture of just myself, Ezekiel, and Tiffany. It was taken around the same time and at the same location. It is attached as Exhibit B.

AFFIANT FURTHER SAYETH NAUGHT

                                                        _____
                                                        Chiedu Bosah

Sworn to before me this __15__ day of August, 2016

_____
Notary Public

Thomas M. Jeffelt, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.