# Exhibit A-NFLPA-38

# Incident Report
## FRISCO POLICE DEPARTMENT

7200 STONEBROOK PKWY
FRISCO TX 75034

(972) 292-6000

16084203    Page 1 of 2

**Incident Number:** 16084203   **Agency ID:** FPD   **Date Time Reported:** 09/05/2016 14:59
**Date Time Occurred:** 09/03/2016 02:39 - 09/03/2016 10:00
**Location of Offense:** 10027 HILLSDALE LN   FRISCO, TX 75034

---

**Offense:**
   **Offense Code:** (PC42.07.A) HARASSMENT

   Statute: PC42.07.A HARASSMENT
   IBR Offense Code: (90Z) All Other Offenses
   UCR Offense Code: (2600) All Other Offenses
   NCIC Offense Code: (0999) NOT APPLICABLE
   State Offense Code: (53990004) HARASSMENT
   Case Officer: EVANOFF, VANESSA              Status: (AC) ACtive
   Status Date Time: 09/06/2016 11:31          Loc Type: (20) Residence/Home
   Alcohol Involved: No                        Drug Involved: No

---

**Parties:**
   How Involved: (V) Victim            Victim Type: (I)   INDIVIDUAL
      Name: ELLIOT, EZEKIEL ELIJAH
      Address: 10027 HILLSDALE LN, FRISCO, TX 75034
      DOB: 07/22/1995   Race: B   Ethnic: N   Sex: M   Height: 600   Weight: 225   Hair: BAL   Eyes: BRO
   How Involved: (Z) Other
      Name: THOMPSON, TIFFANY
      Address: IN COLUMBUS IN COLUMBUS, OH
      DOB: [redacted]   Race: B   Ethnic: U   Sex: F   Height:    Weight:    Hair:    Eyes:
   How Involved: (W) Witness
      Name: OCASIO, JORGE 3237
      Address: 7200 STONEBROOK PKWY, FRISCO, TX 75034
      DOB: 18 - 98   Race: W   Ethnic: U   Sex: M   Height:    Weight:    Hair:    Eyes:

---

**Property:**
   Loss Type   (E) EVIDENCE -1
      Property Type: TAPE                    Date Time Reported: 09/05/2016 17:36
      Brand:                                 Model:
      Serial NO / OAN: /                     Value: $0.00
      Color:                                 Quantity: 1
                                             NIC#:
      Remarks: OCASIO M.V.R. FOOTAGE. SYSTEM ID # 2097045.

---

**Vehicles :**
   Loss Type:   (N) None -1
      Date Time Reported: 09/05/2016 14:59   Vehicle Value: $0.00
      Color: /    Year:       Make:                         Model:
      LIS: IL   LIC: 2033240   LIT: TK   LIY: 2016   VIN:            Style:
      NIC#:

      Remarks:

---

**Drugs:**   No Drugs Items Entered For Incident

---

**Narratives:**
**MEDIA**
*Date: 09/05/2016 16:32*          Officer: OCASIO, JORGE

Possible known person is placing unwanted calls to victim which are annoying him.

**INITIAL NARRATIVE**
*Date: 09/05/2016 16:33*          Officer: OCASIO, JORGE

*Frisco Police Department*

*CFS #16084203*
*Police Officer Jorge Ocasio #3237*
*Harassment*

On Monday, September 5, 2016, I was dispatched to 10027 Hillsdale Lane, Frisco, Denton County, Texas, in reference to a harassment call.

Upon my arrival, I made contact with Ezekiel Elliott, b/m, dob 07/22/1995. Ezekiel informed me that on Saturday, September 3, 2016, between the hours of 0239 and 1000 hours, he had recieved fifty plus calls from his ex-girlfriend which caused him to become annoyed.

Ezekiel identified the ex-girlfriend as Tiffany Thompson, dob ███████. He further stated that Tiffany was calling from blocked numbers. Ezekiel stated that he answered a couple of the calls and informed Tiffany that she was not suppose to be calling him. Ezekiel informed me that Tiffany is not suppose to communicate with him because of a prior domestic violence incident allegation.

Ezekiel stated that Tiffany left a voice message on his phone. He was advised to save the voice mail and call log.

Ezekiel stated that sometime in July 2016, Tiffany hacked into his e-mail account and retrieved telephone numbers from the account. He stated that she has been contacting the telephone numbers and has been leaving untruthful things that can hurt his image. Ezekiel stated that this occurred while they were in Ohio.

Ezekiel was advised to refrain from calling or texting Tiffany. He was provided with a "What Happens Next" form and advised to update this report if needed.

Ezekiel provided a written statement of his accounts of the incident. The statement was submitted to the records division for processing.

NFI.

| | |
|---|---|
| **Case Assignments:** | Not Available |
| **Case Events:** | Not Available |
| **Case Narratives:** | Not Available |

**Reporting Officers:** OCASIO, JORGE