# Exhibit A-NFLPA-39

# FRISCO POLICE DEPARTMENT
## VOLUNTARY STATEMENT (NOT UNDER ARREST)

CS# 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      16084203

I, Ezekiel Elliott, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to Frisco Police Depart. Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it may serve.

Address: 10027 Hillsdale ln Frisco, TX 75033

Race: Black  Sex: M  Date of birth: 7/22/95  Age: 21  Email address: ezekielelliott21@gmail.com

Home phone number: ___  Work phone number: ___  Cell phone number: 614-440-7003

Drivers License Number: ___  State ___

Emergency Contact: Frank Salzano  305-619-1271

(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it.)

During the morning of 9/3 Tiffany began calling me at 2:39 Am from no caller ID because her number was blocked on my phones. She called me around 50+ times and left one voicemail on my phone ~~Previs~~ I answered the phone a couple times to tell her she is not supposed to be contacting me because we have another legal issue being investigated at the moment and she continued to call. Previously Tiffany hacked into my email and got numbers from my contacts off my email and began contacting them. The same night she called one of my friends 40+ times from No Caller ID slightly after ~~around the same~~ the time she was calling me.

I have read each page of this statement consisting of __2__ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at 10027 Hillsdale lane (location), this 5 day of Sept, 20 16.

___ - 3237
SIGNATURE OF WITNESS

x Ezekiel E Elliott
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

SIGNATURE OF WITNESS

Revised 10122012

# FRISCO POLICE DEPARTMENT
## VOLUNTARY STATEMENT (NOT UNDER ARREST)

CS# 16084203

I, Ezekiel Elliott, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to Frisco Police. Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it may serve.

Address: 10027 Hillsdale Ln Frisco, TX 75033

Race: Black  Sex: M  Date of birth: 7/22/95  Age: 21  Email address: ezekielelliott21@gmail

Home phone number: _____  Work phone number: _____  Cell phone number: 614-440-7003

Drivers License Number: _____  State: _____

Emergency Contact: Frank Salzano 305-619-1271

(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it.)

She then texted my friend the same morning from a fake number (she used a texting app) saying untrue, hurtful things that could very much ruin my image. This isn't the first time she has contacted someone from my contacts. The calls she are placing are annoying me and unwanted.

I have read each page of this statement consisting of __2__ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at 10027 Hillsdal lane (location), this 9/5 day of Sept., 20 16.

Signature of witness: ____ 3237
Signature of person giving voluntary statement: x Ezekiel E. Elliott

Revised 10122012