# Exhibit A-NFLPA-40



## Richard C. Pfeiffer, Jr.
CITY ATTORNEY

CITY ATTORNEY'S OFFICE • COLUMBUS OHIO

Tuesday September 6, 2016

## OFFICIAL PRESS RELEASE

On Friday July 22, 2016, Tiffany Thompson, in conjunction with a previously publicized Columbus Police report, filed an intake complaint with the City Attorney's Office, Prosecutor Division. Her complaint included allegations of Domestic Violence by her boyfriend, Ezekiel Elliott, on 5 separate occasions. The time period of the allegations encompassed Sunday July 17, 2016 through Friday July 22, 2016.

Ms. Thompson completed the required paperwork and Intake staff conducted an interview where specific details about each allegation were gathered. Witness statements, police reports, and medical records were acquired. Photographs of text messages and visible injuries were taken. Upon completion of the initial investigative phase, the complaint was evaluated by a prosecutor. The evaluation called for follow up with several witnesses and a closer examination of all the evidence presented.

Subsequent to the filing of an intake complaint by Ms. Thompson, the City Attorney's Office, Prosecutor Division was contacted by both a representative and legal counsel for Mr. Elliott. These individuals were cooperative with the investigation and provided additional information, including witness affidavits and photographs, for review and consideration.

A final evaluation of the complaint for potential charges involved an assessment of the credibility of all identified witnesses based on the accuracy and thoroughness of their statements both standing alone and in comparison to one other. Moreover, there was a careful examination of all injuries and an attempt to determine the source of their cause. Finally, the potential motive, if any, of all parties was examined.

After reviewing the totality of the evidence, the City Attorney's Office, Prosecutor Division is declining to approve criminal charges in this matter for any of the 5 alleged incidents. This is primarily due to conflicting and inconsistent information across all incidents resulting in concern regarding the sufficiency of the evidence to support the filing of criminal charges.

**Civil Division**
77 N. Front Street
Columbus, Ohio 43215
614-645-7385
614-645-6949

**Claims Division**
77 N. Front Street
Columbus, Ohio 43215
614-645-7385
Fax 614-724-6503

**Prosecutor Division**
375 S. High Street
Columbus, Ohio 43215
614-645-7483
Fax 614-645-8902

**Real Estate Division**
77 N. Front Street
Columbus, Ohio 43215
614-645-7712
Fax 614-645-3913

**Police Legal Advisor**
120 Marconi Blvd.
Columbus, Ohio 43215
614-645-4530
Fax 614-645-4551

www.ColumbusCityAttorney.org