# Exhibit A- NFLPA-41

**+16149284472 Tiffany Thompson**
Of course not
9/21/2016 2:45:10 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE19E45 (Table: message, chat, Size: 21880832 bytes)

**+16142862052 Kai**
Right
9/21/2016 2:45:17 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE19B07 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
Silly girl
9/21/2016 2:45:38 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE1996E (Table: message, chat, Size: 21880832 bytes)

**+16142862052 Kai**
I'll work her ass
9/21/2016 2:46:12 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE197CD (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
You don't need to fight her
9/21/2016 2:58:20 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE1F782 (Table: message, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
Not worth it
9/21/2016 2:58:24 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE1F5BB (Table: message, chat, Size: 21880832 bytes)

**+16142862052 Kai**
Nah I will if she keeps talking tho
9/21/2016 2:58:48 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE21E11 (Table: message, handle, chat, Size: 21880832 bytes)

**+16142862052 Kai**
Them tickets for 106, what kind are they ??
9/21/2016 3:29:35 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2921F (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
Right by the stage
9/21/2016 3:30:08 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2AFF4 (Table: message, chat, Size: 21880832 bytes)

**+16142862052 Kai**

9/21/2016 3:30:15 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2AE43 (Table: message, handle, chat, Size: 21880832 bytes)

**+16142862052 Kai**
d
9/21/2016 3:30:19 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2AB1F (Table: message, handle, chat, Size: 21880832 bytes)

**+16142862052 Kai**
Nee
9/21/2016 3:30:19 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2ACB0 (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
Sucks I don't got money rn
9/21/2016 3:30:44 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2A96E (Table: message, chat, Size: 21880832 bytes)

**+16142862052 Kai**
Hurts bc I don't either but I might dip into my savings to see Yeezus
9/21/2016 3:31:32 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2A7CD (Table: message, handle, chat, Size: 21880832 bytes)

**+16149284472 Tiffany Thompson**
You better leave that money alone
9/21/2016 3:34:55 PM(UTC-4)
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2A5B3 (Table: message, chat, Size: 21880832 bytes)

74

175

**+16142862052 Kai**
Lmao right I know
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2A3E4 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 3:37:57 PM(UTC-4)

**+16142862052 Kai**
We really gotta go to Florida bro
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2DFF8 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:15:01 PM(UTC-4)

**+16142862052 Kai**
Laurissa has pull we better take advantage
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2DE29 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:15:10 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Let's go
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2DC44 (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:16:36 PM(UTC-4)

**+16142862052 Kai**
Got to
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2DAA7 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:17:11 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Finesse that mark guy and save up enough for plane ticket
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2D90A (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:28:58 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Dude I wish he didn't want us to kiss in front of him for 500 cause if he wanted just pics that'd be so easy to finesse him
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2D706 (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:29:10 PM(UTC-4)

**+16142862052 Kai**
He dont text back anyway
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2D482 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:30:28 PM(UTC-4)

**+16149284472 Tiffany Thompson**
He's done giving you money
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2FFF4 (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:31:13 PM(UTC-4)

**+16149284472 Tiffany Thompson**
?
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2FE2F (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:31:14 PM(UTC-4)

**+16142862052 Kai**
He doesn't text back anymore weirdly I think Morgan told him not to talk to me anymore
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2FCA2 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:31:54 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Fuck her
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE2FA66 (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:33:14 PM(UTC-4)

**+16142862052 Kai**
Feel me
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE35E5F (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:35:46 PM(UTC-4)

**+16149284472 Tiffany Thompson**
I need money and money quick
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE35CB8 (Table: message, chat, Size: 21880832 bytes)*
9/21/2016 4:38:42 PM(UTC-4)

**+16142862052 Kai**
Me tf too
*Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE35AF1 (Table: message, handle, chat, Size: 21880832 bytes)*
9/21/2016 4:39:07 PM(UTC-4)

CONFIDENTIAL 02

**+16149284472 Tiffany Thompson**
What if I sold mine and Ezekiel's sex videos
9/21/2016 4:40:25 PM(UTC-4)

**+16142882052 Kai**
We'd all be millionaires
9/21/2016 4:41:39 PM(UTC-4)

**+16142882052 Kai**
We could black mail him w that
9/21/2016 4:41:47 PM(UTC-4)

**+16149284472 Tiffany Thompson**
I want to bro
9/21/2016 4:44:43 PM(UTC-4)

**+16142882052 Kai**
Let's do it
9/21/2016 4:44:54 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Scared
9/21/2016 4:45:09 PM(UTC-4)

**+16142882052 Kai**
Shit
9/21/2016 4:45:23 PM(UTC-4)

**+16142882052 Kai**
Id be like look give me 10k or I'll just sell our sex videos for the same amount flat
9/21/2016 4:45:35 PM(UTC-4)

**+16142882052 Kai**
Me and my friends tryna go on vacation and get boob jobs
9/21/2016 4:45:47 PM(UTC-4)

**+16142882052 Kai**
9/21/2016 4:45:50 PM(UTC-4)

**+16149284472 Tiffany Thompson**
9/21/2016 4:47:07 PM(UTC-4)

**+16149284472 Tiffany Thompson**
10k Bitch I want 20k
9/21/2016 4:47:15 PM(UTC-4)

**+16149284472 Tiffany Thompson**
Go big or go home
9/21/2016 4:47:24 PM(UTC-4)

**+16142882052 Kai**
That's fine too
9/21/2016 4:47:24 PM(UTC-4)

**+16142882052 Kai**
Like what
9/21/2016 4:47:29 PM(UTC-4)

+16149284472 Tiffany Thompson
**I'm not contacting him anymore**
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE39E55 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 4:47:44 PM(UTC-4)

+16149284472 Tiffany Thompson
**Karma is getting his dumbass**
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE39C8A (Table: message, chat, Size: 21880832 bytes)
9/21/2016 4:47:56 PM(UTC-4)

+16142862052 Kal
Yeah
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE39ABD (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 4:52:35 PM(UTC-4)

+16149284472 Tiffany Thompson
**Cool response**
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE39924 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 4:54:09 PM(UTC-4)

+16149284472 Tiffany Thompson
You still at work
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE39779 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 4:54:17 PM(UTC-4)

+16149284472 Tiffany Thompson
Did Morgan ever text you back too
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE385C8 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 4:54:27 PM(UTC-4)

+16142862052 Kal
Yes I'm at work and I'm not in a good mood these dogs have me so annoyed
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE383F9 (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 5:21:56 PM(UTC-4)

+16142862052 Kal
And no
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE381DD (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 5:21:59 PM(UTC-4)

+16149284472 Tiffany Thompson
Just got the start of my money for my plane ticket
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3AE17 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 5:29:56 PM(UTC-4)

+16142862052 Kal
How much
Source file: iPhone/var/mobile/Library/SMS/sms.db : 0xE3AC26 (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 5:30:35 PM(UTC-4)

+16149284472 Tiffany Thompson
76 from platos
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3AA87 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 5:30:46 PM(UTC-4)

+16142862052 Kal
Bet bitch
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3A8DE (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 5:30:54 PM(UTC-4)

+16149284472 Tiffany Thompson
I'm gonna try and take the stuff they didn't buy to a different one and see if they'll buy it
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3A73D (Table: message, chat, Size: 21880832 bytes)
9/21/2016 5:31:30 PM(UTC-4)

+16142862052 Kal
What all you give
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3A4F5 (Table: message, handle, chat, Size: 21880832 bytes)
9/21/2016 5:31:42 PM(UTC-4)

+16149284472 Tiffany Thompson
MiSs me's Bebe heels my express flats and Steve Madden flats, dresses and shirts
Source file: iPhone/var/mobile/Library/SMS/sms.db  0xE3A342 (Table: message, chat, Size: 21880832 bytes)
9/21/2016 5:32:29 PM(UTC-4)

CONFIDENTIAL 02