# Exhibit A-NFLPA-42

Tiffany Thompson was interviewed on September 26, 2016, in Columbus. Ohio, by NFL Director of Investigations Kia Roberts and NFL Security Representative Kim Janke. Ms. Thompson provided background information. Ms. Thompson stated that she grew up in Columbus, Ohio, and that her highest level of education is a college diploma. She stated that she is not married and has no children.

Ms. Thompson was asked how she and Mr. Elliott first met, and said that they met at a bar called Park Street Bar in January 2015. Ms. Thompson was asked how it came about that they first met and said, " I actually did not know who he was. I knew who he was with. He was with Joey Bosa. We bumped into each other and started talking. Exchanged numbers. And then we probably texted for a good two and a half months and then we finally started hanging out." Ms. Thompson was asked when she and Mr. Elliott officially became a couple, and said that they became a couple in August 2015. Ms. Thompson was asked why she considered them to be a couple and said,  "He sat me down and specifically said, 'I have feelings for you, I love you, and I want us to go further with this.'" Ms. Thompson was asked where she and Mr. Elliott were living when they became a couple and said that Mr. Elliott was living in an apartment complex off campus. Mr. Elliott was asked if she and Mr. Elliott ever lived together and said, "We lived together at 1860 Canvasback Lane, which is in Watermarks in Greenview."Ms. Thompson was asked when she and Mr. Elliott lived together and said, "For about 3 months so, I don't know exactly, probably about Thanksgiving I was living there, so probably October until he left for Miami for training in January.  But then there would be periods of time where I would leave for like a week and go home and stay with my family. And get like more of my stuff and all of that."

 Ms. Thompson was asked who was paying the rent and said that Mr. Elliott was. Ms. Thompson was asked who paid the bills, and said that she did not know. Ms. Thompson was asked how it came about that she began living with Mr. Elliott and said, "I just was over there a lot and basically start living there. He never wanted me to leave." Ms. Thompson was asked if she had a key to Mr. Elliott's apartment and said, yes. Ms. Thompson was asked if she was ever financially dependent upon Mr. Elliott and said, "I was not dependent on him until I got pregnant. After I made the police report in Miami. Because he put his hands on me then. And I came back home Valentine's day and then um, I started to like, I dropped the charges, like they didn't go any further with the case or anything.

KR: Mhm.

TT: Um, and then like we started talking again probably about a week or two weeks.  And then, we went in to him buying my apartment, buying my car, and then I found out I was pregnant. So that just like escalated everything.

KR: Got it. So February 2016, so we're talking about this year? You made a police report in Miami. Tell me about that. Where does this incident occur when you call the police? Where are you located specifically?

TT: At his apartment in Aventura.

KR: In Aventura. What happened?

TT: I was there for like a week. And like, there's this guy that like I don't really feel comfortable around. That's his friend.

KR: Mhm. What's that friend's name?

TT: Drew.

KR: Okay. Drew what?

TT: I don't know his last name.

KR: Why do you, I'm sorry let's just back up. Why don't you feel comfortable around him?

TT: He's just um, I don't like, I don't know how to put this. I don't like how he, I don't know, like being a leader towards Ezekiel. Like he was leading him down like the wrong path. Like with -

KR: Bad influence?

TT: Yeah, exactly.

KR: So you're in his apartment at Aventura. What's that specific address?

TT: I don't know.

KR: Don't remember?

TT: *laughs.*

KR:  When you say it's in Aventura is that a city or an apartment complex?

TT: A city

KR: A city.

TT: I couldn't tell you the exact apartment complex that he was in.

KR: Okay. So tell me what happens in February.

TT: So we got in an argument because of the night before. The night before we were actually out.

KR: You want some water?

TT: I'm good. We were actually out the night before. I left. I got in the Uber by myself and went back home and he stayed with his friend Drew.

KR: Out?

TT: Yes.

KR: Okay.

TT: He came home and I was like packing up all of my stuff and everything.  Cause like, he was making me feel really uncomfortable. I've known previously like in the past, like him messing around with other girls and like cheating. And I was okay with that, like I was perfectly fine. Sounds horrible but now a days you have to be if you love someone, um, that's in that lifestyle.

KR: Mhm.

TT: So I was basically packing my stuff up. He came home. He started pushing me around into the walls. Was like you're not leaving, you're not going anywhere.

KR: Mhm.

TT: I was like I am I changed my flight. Um, and he -

KR: Where were you planning on going?

TT: Back here to Columbus.

KR: Okay.

TT: So, um, he was like just lay down with me go to sleep and like let's rethink this in the morning. Um, so I wake up the next morning, perfectly fine and then he literally like just blows up and takes all of my stuff and throws it out in front of his front door and then I try to go in the house to get like the rest of my stuff and he open hand shoves me in my chest into the wall and kind like elbows me. Um, and I just like, I was like this isn't okay. Like it's just not. So, I called the police and made a report and then after that, that's when we didn't talk for a couple weeks and then we came back in communication.

KR: Okay. So this incident in Miami, and I'm just – this is how I'm understanding it what you're saying. Is that, he'd gone out the night before?

TT: Yes.

KR: And you thought -

TT: I was with him. But then I -

KR: And then you came home?

TT: Right.

KR: Did you think that he had been with another girl that night?

TT: No.

KR: Okay.

TT: No. I knew for sure he wasn't.

KR: So what is the argument about? So you said you started packing your things saying I'm leaving. What upset you that it made you want to go back to Columbus?

TT: He made me feel uncomfortable by whispering because the week before he was in L.A. And like, he has had previous, like, girls out there that um he's had sexual relationships with. And, he was like, I felt like he was whispering it to Drew behind my back.

KR: While you guys were out that night?

TT: Mhm.

KR: Okay. What made you think that was specifically what he was talking about?

TT: Because he turned his head and normally when he talks about things he doesn't turn his head. He'll always includes me into the conversation.

KR:  Is that why you got upset and left the club that night?

TT: Mhm.

KR: Okay so you go home and start packing. At about what time does he get back home from the club and this conversation happens?

TT: It was probably about 3:30 -3:00 o'clock.

KR: Was he drunk when he came home?

TT: He was.

KR:  Were you drunk?

TT: I was not.

KR: Do you remember how much he had to drink that night at the club?

TT: No.

KR: Do you remember how much you had to drink that night at the club?

TT: I didn't have anything to drink.

KR: Okay. Why do you say he was drunk? In what way was he behaving that made you think he was drunk?

TT: He was like just really angry. Like, when he drinks, it's I don't know it's just a different side to him. It's like he loses like all control of his self.

KR: Did he smell of alcohol?

TT: Mhm.

KR: So, when comes into the apartment what happens? Does he start yelling immediately? Are you guys arguing? How do we get kind of ramped up to the point that he's pushing you?

TT: He comes in and he just goes what are you doing.  And that's when I'm like I'm leaving. And then he just like loses full control.

KR: Was he yelling at you?

TT: Yes.

KR:  On a scale of 1-10 how loud would you say he was yelling?

TT: Probably about a 7 or 8.

KR: Were you yelling back at him?

TT: I was. I was telling him to stop.

KR: Um, Anybody else at home when this happens?

TT: No.

KR: And this is an apartment or a house?

TT: Apartment.

KR: Okay. So how do we get to the point where there is this physical interaction between the two you?

TT: So I was going to grab my stuff and that's when he like pushes me.

KR: Okay. Describe to me how he pushes you. Show me. One hand? Both hands? Where does it connect on your body?

TT: Both hands. It's like pinning me up against the like wall.

KR: Okay. What room were you in?

TT: Um, I was in the spare bedroom.

KR: So what are you doing when he pushes you with both hands?

TT: I'm just standing there. Terrified. I keep trying to get around him to get my bags and stuff and he just keeps shoving me.

KR: Okay. How many times would you say he pushed you?

TT: Probably about a good 4-6 times.

KR: Okay. And is he just pushing you with both hands? Or is he pushing you up against the wall every time?

TT: Pushing me with both hands and up against the wall.

KR: Okay is he saying anything as he's pushing you up against the wall?

TT: I honestly don't remember.

KR: Did you have any injuries as a result of that?

TT: I had like bruised, like little bruises and stuff on me from his like finger, thumb prints.

KR: Bruises where?

TT: Um, like on my arms.

KR: Okay. How did the bruises on your arms get there if he is shoving you in the chest?

TT: He then ended up grabbing me. Like grabbing my arms. He like, prior to that, he like would yank me around like he's busted my jaw, from grabbing, like here in Columbus at 1860 he busted my jaw.  It's just been a lot of stuff.

KR: So, you say that he's pushing you in the chest. Kind of just go. Tell me everything. So, he pushes you in the chest and then kind of list everything physical he does to you at that time -

TT: So he pushes me -

KR: However that comes about -

TT: ...in the chest. Just like keeps pushing me back trying to get me away from my bags. And when I go to like get around him, that's when he like grabs my arm to like stop me.

KR: Okay.

TT: And then he'll like push me again, like pin me up against the wall to stop me.

KR: Okay. Um, besides pushing you in the chest with both hands and grabbing you by the arm, did he do anything else to you physically?

TT: No.

KR: How tall are you? What's your height and weight?

TT: I'm 5"5' and a half and I weigh 117.

KR: Okay and what's his height and weight if you had to guess?

TT: He's 6 foot and weighs about 225-230 pounds.

KR:  Okay. So how does this interaction end? How does it stop?

TT: He then realizes what he's doing, like every other time. And that's when I said he said just come to bed and lay down with me.

KR: Okay. And did you?

TT: I did.

KR: And when did you call the police?

TT: The next day when he put his hands on me again.

KR: Okay. And how does that come about? When he puts his hands on you again?

TT: Um, it comes about like us starting to argue again and throwing my stuff out in front of his front door.

KR: And when did this happen? When did you guys start arguing? The night day is it like in the morning? Or later on in the day? If you remember?

TT: It was like afternoon.

KR: Okay.

TT: Yeah it was like afternoon-ish.

KR: Got it. Um, and so how does it come about during this argument? What are you guys arguing about this time?

TT: The same exact thing.

KR: That you wanted to leave? Or that you thought that he was whispering about you in the club?

TT: That, and that I wanted to leave.

KR: Okay. And tell me what he does to you physically at this point.

TT: So, he throws all of my stuff out and then while I go on to try and grab the rest of my stuff, he open hand shoves me into the wall and kind of like elbows me.

KR: Okay. Anything else physical?

TT: No.

KR: Okay. So you said you called the police after that incident?

TT: Mhm.

KR: You call 911?

TT: I did.

KR: How long does it take for the police officers to arrive?

TT: Not that long. Probably 5 minutes. Maybe less than that.

KR: Did they arrest him?

TT: They didn't.

KR:  Why not?

TT: They pulled him off to the side and was talking to him.

KR: Did they explain to you why they didn't arrest him? I'm just curious.

TT: They didn't tell me why. They said because I had no physical injuries or anything that, they couldn't arrest him.

KR: So what happens after the police leave? Are you guys arguing again? Or, what happens then?

TT: After the police leave I leave like I call an Uber, I leave, and then the next day he calls me. Um-

KR: You called an Uber and went where?

TT: I went to the hotel and stayed at the hotel.

KR: Do you remember what hotel that was?

TT: No.

KR: Okay.

TT: It was, maybe, I don't know.

KR: Okay.

TT: I just know like where it's located.

KR: Okay.

TT: Um, but went to the hotel. He comes actually that night, sits down, talks to me. Really don't know, I forget what our conversation was about. And then, I told him like I was done with him. Like, I couldn't do it anymore. Um, and then the next day he calls me while I'm catching my flight apologizing saying I want you to have a safe flight, I'm sorry. Um, and that's it.

KR: Okay. Did you go back to Columbus or did you stay in Miami?

TT: I came back to Columbus.

KR: You said a few minutes ago that there have been incidents before where he broke your jaw and where he's yanked you around. Total how many incidents prior to what happens here at, you know, the allegations that you've made that happened in June. Prior to that, how many times would you say that there's been incidents where he's hit you, pushed you, shoved you, slapped you? Anything like that?

TT: I couldn't, I don't know. I don't even know a number.

KR: But there were multiple incidents? Yes?

TT: Yes.

KR: Okay. Are you okay? Let me get you some, can she have some tissues?

TT: Thanks.

KR:  Do you want to take a minute or are you okay?

TT: *Crying.* I'm fine.

KR: Okay. When you say that he broke your jaw, tell me about that, when that did that happen and how that kind of came about?

TT: He didn't break it. He, um, just like busted it so like it was swollen but it wasn't like any bones or anything wasn't broke. Um, he yanked my arms and when he yanked my arms like in his apartment there's a wall that like goes like, it's like kind of like in the way. Like when you walk back to the bathroom in his room. Um, there's a wall right there so when he yanked my arms and I tried to like yank away from him, and he like tried to yank me back, that's when my jaw like hit the corner of the wall.

KR: Got it. And when that incident happened, you said that – so tell me about that. Why is he yanking your arms? What are you guys arguing about? First of all, when does that happen?

TT: Um, I don't know when that incident happened. I couldn't tell you exactly.

KR: Before the incident in February in Miami happened?

TT: It did happen before then.

KR: Okay.

TT: But I don't know exactly when.

KR: So you guys are arguing, what is he doing to you?

TT: Um he didn't like slap me, hit me or anything. He's just yanking me around.

KR: Do you remember what you guys were arguing about when this happens?

TT: No.

KR: Mhm.

TT: It was just honestly about the dumbest stuff, our arguments. Um, and then I remember he went back to the bed and I was sitting down on the sofa and I called my friend Makaila and I sent her pictures of my face because it was bruised and swollen. Um-

KR: Explain to me how your jaw ends up getting hit. Explain the layout where you are when your face ends up hitting this wall.

TT: So here's the wall. He's like right here, like and I'm standing right here. Like, we're arguing back and forth just like face to face with each other. So he like goes to grab me like by my arms, like yank me, and I try to yank back, and then that's when like I like kind of like lost balance and then when he tried to yank me back that's when my jaw like kind of like cornered like the wall.

KR:  Got it. And what happened after your jaw hit the wall?

TT: After the jaw hit the wall, that's when I told him I always said like I couldn't do it anymore and I just came back.

KR: Do you remember specifically what you guys were arguing about this time?

TT: No.

KR: No. And you said that you texted you friend Makaila? What's Makaila's last name?

TT: Lates.

KR: Lates?

TT: Mhm.

KR: And what's her phone number?

TT: She has a new phone number *laughs*.

KR: Okay.

TT: It's (614) 286-2052.

KR: And what did you text Mikala and say?

TT: I called her. And then, um I think I face timed her and then I sent her pictures. I don't know. Yeah, I only sent her the pictures. Um, and I just told her like what had happened and everything. And then I asked her to come and get me.

KR: Mhm. Did she come and get you?

TT: I don't think she did.

KR: Okay.

TT: No, I don't think so.

KR: Okay, so let's go back to February. Tell me about this incident that happened in Miami and that he was not arrested.  Um, you said that you then come back up to Columbus.

TT: Correct.

KR:  You guys don't talk for a few weeks and then you start speaking again? What happens then when you start speaking again?

TT: When we start speaking again he just says I want to help you, um I love you so much. I would like to buy you an apartment and a car and prior to this, I had a stable like place to live with my family. Um, I've always kept a good job, like I've had like a car to drive. His thing was, my family was basically, I wouldn't say keeping me from him, it's just they knew what was going on and they didn't really accept it. So -

KR: When you said they really knew what was going on, they knew what specifically?

TT: They knew our arguments and like him just like mentally and physically like tearing me down.

KR: And who specially in your family had you spoken to about the problems that you were having with him?

TT: My mom.

KR: Okay what's your mom's name?

TT: Tessie Thompson.

KR: And if I wanted to get in touch with her I could contact you and we could do it that way?

TT:  *can't hear response*

KR: Okay. So does he buy you an apartment? So what month are we talking about? I know that the Miami incident is February. When does he start offering to buy you a place?

TT: So, maybe like two weeks after. I think I, we signed for my apartment February 28 I think that's when we signed for. Or March, the first week of March.

KR: Did he buy it or did you guys rent it together?

TT: He, so he um was the co-signer, and he was giving me money every month to pay my bills.

KR: How much? Was he giving you the complete total of the rent?

TT: He was. And I have quick pay so he'd send me all of that. He was paying my car payment, um, my water bills, my electric, my, just everything.

KR: How much was your rent every month that he was giving you the money for?

TT: My rent was 806 so he would give me about $1,500 every month.

KR: Okay and did you pay him any of that money back?

TT: I didn't.

KR: No. Okay. And does he buy you a car as well?

TT: He did.

KR: Okay he bought you a car? Or was it a lease situation?

TT: Um, a lease.

KR: Okay -

TT: Cause he said he was going to end up paying the car off, um, as a gift. But, that never happened.

KR:  What kind of car did he get you?

TT: A 200 Chrysler and it's maroon. It's a 2015.

KR: And was he paying for those car notes?

TT: He was.

KR: And insurance?

TT: Mhm.

KR: Do you know about how much money that was?

TT: My car note is 263 and my car insurance is 196.

KR: And, do you still have that car?

TT: I do.

KR: Okay. But who's paying for it now?

TT: I am.

KR:  You are. And when did he stop paying for it?

TT: Um, the last quick pay he gave me was July 11th.

KR: Okay. After the incident in June?

TT: The incident was July.

KR: The incident, oh that's right the incident was July 22nd? Is that right?

TT: It was July 16th through the 22nd.

KR: Okay. And, um okay. So you said you come back up here. He gives you this place he gives you a car and then you find out you're pregnant. When do you find out you're pregnant?

TT: I found out I was pregnant probably, I could tell you exactly, I still have the pictures of when I took the pregnancy test. March 10th.

KR: March 10th. And when do you tell him that you're pregnant?

TT: That day.

KR: Okay. What was his reaction? Wait, so you're up here.

TT: Mhm.

KR:  Yes. Is he still in Miami?

TT: He's in Columbus.

KR: He's in Columbus. So he's here as well.

TT: Mhm.

KR: Where is he living? Is he staying at the apartment with you?

TT: Um, he would like periodically like stay with me at my apartment or I would stay at his apartment. It was back and forth.

KR: And as of March where was his apartment where he living in Columbus?

TT: He was still at 1860.

KR: Okay. Which is where you guys had previously kind of lived together before?

TT: Mhm.

KR: Why do you think he bought you a place? I mean when to go sign on this place with you? If you guys, you know what I mean? If he still had a place here and that's kind of where you guys were staying together, why do you think that he rented you this new place?

TT: Because his lease was up and my lease had been up, so instead of continuing his lease there he just wanted to go ahead and get me my own place so I could decorate it how I wanted and all that.

KR: Got it. Um, okay so you tell him that you're pregnant and what's his reaction?

TT: He's speechless.

KR: Mhm.

TT: Didn't really say much. Um, came over that night.

KR: To your apartment?

TT: Mhm. And we sat down and talked and my friend Shelia was over there when we were talking. He was just like I'm just not ready to be a dad and I mean I wasn't ready to be a mom but then again, like I was. Um, so couple weeks go by, um I get on prenatals, I go to a doctor, figure all that stuff out. Um, my family was really against abortion. Um, and I have always been to. But I just figured it would be the best for myself and him. Um, cause it was his rookie year. I didn't want to see him, like anything stopping him or anything. Um, so, I went ahead and went through with the abortion and um, he was just right there by my side through it all.

KR: Mhm. And what month did you get the abortion?

TT: Um, I was about 10 weeks when I got it. So, it was I think April.

KR:  Okay. And, how are things going between the two of you at this point?

TT: Perfectly fine. Um, I mean, he would be in Miami and like when I was pregnant I was bleeding really bad. I was pregnant with twins, and I ended up miscarrying the twin. So, like I was bleeding really bad while he's in Miami, I needed him. I would call him he wouldn't answer. Um, so there was times like he wasn't there supporting or anything. And then, um, when I did like tell him like I was scared for the abortion and stuff like I wanted to keep it, he was just like, no no no no. Just try and keep changing my mind. So, um, I mean, like I said, I just thought it was best again for him and myself at the end of the day. Um, and then after I got the abortion, I actually went to Chicago. My friend Shelia went with me, and his best friend Alvarez went with me, um we all flew together on the same plane, stayed in the same hotel. Alvarez had his own room. Me and Shelia shared a room. Alvarez and Shelia went to Planned Parenthood with me and then um, sat with me through it all.

KR: So you got the abortion in Chicago?

TT: Mhm.

KR: Okay.

TT: Because they did, with here in Ohio they do, I did the bill so it would be like natural. Um, so I took the first pill there in Chicago and with here in Ohio they have a 24-hour period. I just wanted to get it done and over with. So I went there. Um, so they could give me both of the pills. So I took the first pill there and then came back here to Columbus and took the second pill. And Ezekiel was there with me through it all.

KR: When does Ezekiel get drafted? When's the draft? April?

TT: When was the draft? I was there-

KR: Okay, um so he gets drafted. Is the plan that you're staying in Ohio or that you're going to go to Dallas?

TT: We had talked about me moving to Dallas. I was actually there right after, I was actually in Chicago during the draft. I was with him -

KR: This is a different time from when you went to Chicago for the procedure? Right?

TT: Correct. And, then I went back to Chicago with him.

KM: April.

TT:  I was um in Chicago. It was like the end of April right?

KR:  That sounds right.

TT: Yeah, um, I was with him that whole week, went to his family events, um, family dinners. I was really close with his sisters. Um, Layla and Aaliyah.

KR: Little sisters or big sisters?

TT: Little. He's the oldest. So um, spent time with them, me and like his sisters went shopping around Chicago. Me and Alvarez went to get food. Like I was just like really close with his side of the family and like friends and all of that. So, um, draft night of course went out celebrated, um, next day he flew out to Dallas and then I flew – actually I did not fly back I rode, drove back with his friends Mike Maducko, Darf and Alvarez.

KR: From Chicago back here after the draft?

TT: Correct the next day.

KR: How far away is Chicago from here?

TT: Like 6 hours.

KR:  Okay, um, okay. So, there was a conversation about you going to Dallas. Kind of tell me what happens after the draft. Kind of what's the arc of the relationship?

TT: So we're still together. Um, perfectly fine, so happy for him like he always wanted to go to the Cowboys. Um, heard him talk about it so much. And, um, he, I went down to Dallas actually in May. I was there for 2 weeks. Kind of was looking around, um, went like out to steak houses, went out like in Uptown Dallas. He was showing me around and everything. Um, and then he was telling me he was thinking about buying a house. So then, um, I never really made it down there to look at houses with him. But like he would always like, when I was down there for the two weeks, he would show me houses like on the computer and stuff that he was interested in. So, um, I was going to, the talk was I was going to eventually move down there with him.

KR: Okay. And um, let's fast forward a little bit to July when this incident happened. When this incident happened in July are you guys together at that point? Are you a couple?

TT: We are. We had actually been off and on for let's say about three weeks, we were off and on. Just arguing, things weren't like really going well.

KR: The three weeks leading up to July 16th through the 22nd?

TT: Correct.

KR: Okay.

TT: And then um, he had texted me because he had some rough things going on his life. But like, I was the only one he felt comfortable talking to with, so -

KR: Do you want to tell me what you were talking about or do you not?

TT: Um-

KR: It's up to you.

TT: It was like, prior to um, drugs and his partying um, he had been in Miami and um, found out when he went out to L.A. they were going to drug test him. And when he was in Miami, um, he was doing a bunch of um coke, and smoking and all of that. Um, and he just like he texted me I think I still have it. Yeah I still have the text and it was like um, I can never, like we can never be done. Um, I love you and you're the only one I could talk to about certain things. And just like so forth. Like so on.

KR: Okay.

TT: So that's when I told him.

KR: During that period of time that you're talking about, where you say he was in Miami and he was doing a bunch of coke, did you ever see him do it? Or? Yes?

TT: I did.

KR: Weed?

TT: Yes.

KR: Okay.

TT: He's a heavy, um, smokes a lot.

KR: So he finds out that he's going to be drugged tested when he goes to L.A.?

TT: Yes.

KR:  How does that come about? I'm curious, how does that happen?

TT: I guess you guys do, he told me like you guys, before the season, like random drug tests or something?

KR: Mhm.

TT: I don't know I just listened to him. *Laughs.*

KR: Right Right. Okay.

TT: So-

KR: So he's stressed out about potentially failing the drug test?

TT: So-

KR: Did he end up taking that drug test?

TT: He did. Um, and I told him that it was going to be aright but he was going to pass it. Um-

KR: Did he pass it?

TT: He did. He was taking a whole bunch of home drug tests. I remember him keep calling me in his hotel before he like had to go to the BET awards and stuff. And, he kept calling me and was like. I keep taking all these um, at home drug tests, and they're all like failing. And then, he told me after he took like the real actual one, like his pee was really diluted. So, but.

KR:  Got it. Okay, so the three weeks leading up to the 16th to the 22nd you guys had been arguing and going back and forth. But you still considered yourself to be a couple?

TT:  Yes.

KR:  Before July 22nd, this is actually the night of his birthday event, when was the last time you'd seen him?

TT: That night.

KR: That night? Where?

TT: At the club.

KR:  At the club? Prior to seeing him at the club that night, when was the last time you had seen him before that?

TT: Um, at the rental place that he um, cause he moved out of his apartment. So, it was at the rental place. It's like Carriage something.

KR:  The Carriage House?

TT: Yeah, the Carriage House.

KR: So the last time, the 22nd you see him at the club. Before that, you see him at his apartment-

TT: No at the Carriage House I've seen him before that.

KR: I'm confused.

TT: So he moved out of his apartment, yeah so the last place I saw him was at the Carriage House.

KR: and when was that in relation to July 22nd?

TT: I'm sorry.

KR: So you see him on July 22nd at the club?

TT: Yes.

KR:  Before that, when was the last time you seen him? Was it the day before? Was it a week before? Was it a month before?

TT: The last time I seen him, I was with him all through that week.

KR: All through that week? Okay.

TT: Yes.

KR: Got it. Um -

TT: So Saturday through Wednesday we were staying at his apartment. And then Wednesday he moved his stuff out of the apartment and went over to the rental house.

KR: Okay.

TT: So Wednesday and Thursday we stayed at the rental house.

KR: Okay. And tell me about this 6 day or 5 day span when you say he was being abusive towards you. Tell me about that.

TT: So, um, it all started Saturday. I picked him up from the airport.

KR: Where was he coming from?

TT: Dallas. I picked him and Alvarez up. Um, sorry.

KR:  It's okay. Take your time.

TT: I picked them both up from the airport. Um, and, we went back to his apartment. Um, and then me and him just like went and laid in the bed and was like cuddling and stuff, and then, um, I think we took a nap or something. And then we got up, and got ready to go out. And, once we had gotten home that night, um, just started arguing.

KR: Where did you guys go that night? This is the night of the 16th.

TT: We went to Park Street.

KR: Mhm.

TT: Social. And um, a girl is face timing him from Dallas and I question him about it. Just asking him a simple yes or no question, like not yelling at him or anything just asked why is she calling you. I think it was like 4 or 5 in the morning.

KR: And you're at home?

TT: Yes.

KR: Okay. Mhm. His apartment?

TT: Mhm.

KR: Mhm.

TT: And he was like why does it matter like I'm laying here in bed with you like, just like this and that. And then, um he rolls over and like tries to have sex with me. But I don't want to.

KR: Mhm.

TT: Um, and then he tries to actually have anal and I tell him no. And he gets mad and goes um, get up go sleep on the couch.  Like go sleep on the other sofa that Alvarez isn't sleeping on.

KR: Mhm.

TT: So I'm like no I want to lay in bed with you. So he gets up, drags me, like yanks me out of the bed, and like here's the bed, so here's the door I'm on this side of the bed, he's on the other side. Um, yanks me out of the bed, the doors shut, since Alvarez is staying there also. Pushes me up against the door by holding me with both of his hands.

KR: Mhm.

TT: Um, chokes me and says what did I tell you. Um, and then he goes to try to hit me and I go to block it with, I forget which arm it was honestly, and I go to block it and after that, um, he goes back and lays in bed like everything's fine.

KR: Mhm.

TT: And he was very, very, um, drunk that night.

KR: Mhm. Did you have any visible injuries as a result of what happened on the 16th?

TT: I did.

KR: What was that?

TT: I had the bruise somewhere, it was on either arm, of him hitting my arm, from me blocking the hit, and then I had, um, it was like this big, like print like on the side, like from him grabbing me.

KR: And at the point that he grabs you, I'm sorry did you say that you're in the bed? Or you're out of the bed?

TT: I'm in the bed.

KR: Okay. And does he say anything while he's grabbing you?

TT: He said go sleep on the couch.

KR:  Mhm.

TT: On the sofa.

KR:  And you said that you were in the bedroom. The doors opened or closed?

TT: It was closed.

KR:  Okay and were you, what was going on in there? Was it loud enough where Alvarez was in the living room he could have heard it?

TT: No.

KR: He could not have heard it. This was an apartment right?

TT: Mhm.

KR:  And um, he does that to you and then what happens?

TT: So then I just, I go and lay back down in bed, like I'm not going to have you sit there, and tell me what to do and tried to, like I'm a kid or something. Um, so I went and laid back down in bed and then I went back to sleep. So then, this was Sunday, that was Sunday morning. So then Sunday-

KR: Wait you said that he was drunk right? So you guys all went out that night?

TT: Correct.

KR:  And did you see how much he was drinking?

TT: I did. He actually got bottle service.

KR: Okay. How much would you say he drank?

TT: Um, I don't know. A lot. He got a couple bottles of champagne and um, a Patron, Patron bottle.

KR: Were you drinking that night?

TT: I had a couple of glasses of champagne.

KR: Did you feel drunk?

TT: No.

KR: Okay and when this incident happens, when he grabs you, by the neck in the bed. You do believe that he's drunk?

TT: Mhm.

KR: Okay so tell me what happens. You guys go to sleep, wake up, what happens then.

TT: We go to sleep, um Sunday he, he wakes, I think we wake up, or we sleep all, I don't honestly remember. We sleep all day Sunday and then that night he tells me he's going to the Hookah bar with his friends.

KR: Mhm.

TT: So, I go and do something with my, or was that Monday? Sunday. Okay so Sunday, I don't remember if it was Sunday or Monday night.

KR: Mhm.

TT: Um, but either one of the nights he told me he was going to the Hookah bar with his friends. Okay go ahead, go have fun, um, so I got ready to go hang out with my friends. Um, I wasn't going to stay in the house while he was doing something.

KR: You're at his apartment, correct?

TT: Mhm. So I get ready I leave and then I meet my friends and then um, for dinner actually. And then, it was like around 7, 8 o'clock. And then. Okay so this was Monday night this happened. Um, and then I end up seeing him out. So, like while like we're out just like walking around Downtown and stuff, Downtown Columbus, he's calling my name and I'm like ignoring him. Um-

KR:  You're with your friends, he's with his friends and he's sees you and is calling your name. Why are you ignoring him?

TT: Just because of like everything that happened prior to that I just kind of wanted to have my space and like him have his space.

KR: This incident where he grabs you in the bed happens early in the morning on Sunday after you guys have gone out on Saturday night. This incident that we're leading up to now where he's trying to get your attention, when is this? Is this Sunday? You said Sunday or Monday? You're not sure.

TT: This is Monday.

KR: Monday night.

TT: Monday, yeah.

KR: Okay.

TT: I don't remember what happened on Sunday.

KR: Okay.

TT: Um, I'm not going to sit here and try to tell you when I don't remember.

KR:  Right, aha.

TT: So Monday, we're out walking around Downtown. Calls my name, he goes Tiffany, Tiffany, and I just ignore him. And he's goes okay that's cool you're just going to ignore me. And then he texts me and is like all of your stuff will be outside of my apartment when you get home. Um, then, um -

KR: Now, so at that point you had a lot of things at his apartment?

TT: Yes.

KR:  Even though you had your own place?

TT: Mhm.

KR: Okay.  So he says all of your things will be outside. And then what happens?

TT: So, he told me all of my things will be outside and I text him back and I was like Ezekiel stop, just go have fun or something like that. And then, um, he doesn't come home that night.

KR: Mhm.

TT: Come to find out, he went to a hotel with another girl.

KR: When did you find that out?

TT: Um, that morning. When he came home and he showered.

KR:  This is Monday night when you are ignoring him he says your things will be outside?

TT: Yes, going into Tuesday morning.

KR: Going into Tuesday morning, okay. So now, he doesn't come home that night. Monday night into Tuesday.

TT: Correct. He gets home Tuesday morning around like 8 o'clock.

KR: Okay and what happens?

TT: He's talking to Alvarez, and um, he wakes me up and goes you gotta leave. And I was like why? What did I do? He doesn't really say much. He was just laughing. And then he goes and gets in the shower and I'm like why are you showering? So instantly I knew. Like he didn't come home, um, I knew exactly what you were doing. So he showers and then um, he comes into the room, and starts talking to me or something and like we start arguing back and forth.

KR: In the bedroom?

TT: Mhm.

KR: Mhm.

TT: And then, he's, I like question him, um, calling him nasty and all this stuff, and, so then I start to cry, um, cause obviously my feelings are hurt, like what girl, you love someone and you're dealing with that.

KR:  Right.

TT: So, um start to cry and like I start gathering my things up, and he pushes me down on the bed and goes no I gave you the option to leave, you're not leaving now.

KR: Mhm.

TT: And I said no I want to leave, let me leave. Um, and then he pushes me back down on the bed again and goes stay. He was like do not get up. And I was like what am I your puppy dog. And he's like yeah, actually you are. And then he walks out to the living room, grabs his phone or something. He takes my phone from me so I can't call anyone or text anyone. Takes my phone from me. So I get up and I go out to the living room to try to get my phone back and he's like grabbing my arm like pushing me away, like stiff arming me and stuff. Um, and then tells me to go back into the room, so I go back into his room and sit down. Um, he comes in, we're arguing, he shuts the door, I try to stand up and he keeps forcefully pushing me down onto the bed.

KR: Mhm.

TT: Um, he's hitting me, yanking me, the whole nine. And then, he starts crying and says I don't know what's gotten into me. Um, I love you I'm sorry. And then he goes to hug me…*starts crying*…and says it's just tough love.

KR: mhm. Let me ask you a question. That first time when you are in the bedroom with him and you guys are talking and calling him nasty, you said you were trying to stand up and he was pushing you down. Was he pushing with one hand or both hands?

TT: Pushing me with one.

KR: Okay. Where was he pushing you on your body? Where was it connecting?

TT: Right here.

KR:  On your chest?

TT: In the middle.

KR: He's pushing you back into the bed-

TT: Like my shoulder or something.

KR: Do you know how many times he pushed you?

TT: A good handful of times.

KR: And you said he kind of goes out to the living room area, gets his phone, he's taking your phone and at this point he just starts yanking me and hitting me. I know you don't remember specifically but kind of try to break that down for me, what he's doing at various points.

TT: He was, just like, like when I would try to get away, that's like, he would like slap me, or he would pull my hair. Um-

KR: How many times would you say he slapped you? And where?

TT: He slapped me across my face, right here, probably about once or twice. Um, and then he kept like grabbing my face like really forcefully like with a tight grip. I kept looking away from him because I didn't want to look him in the face.

KR: When he's doing this are you guys arguing? Is he saying things to you? Is he yelling at you?

TT: He's not saying anything he just keeps repeating I gave you an option to leave.

KR: Mhm.

TT: And you didn't take it until you wanted to.

KR: Mhm.

TT: So, um after like, he's like pulling my hair, like um, kept shoving me and stuff. That's when, um, I sit back down on the bed, and he, I look away from him, and he keeps grabbing my face.

KR: Okay.

TT: Um, he would also take his pointer finger and point like really hard, with the pressure point like right here.

KR: Mhm.

TT: Um, and then that's when we go into Wednesday, Tuesday, that's when Tuesday he was like let me change. He was like please give me this last chance to change.

KR: And this is during this incident?

TT: Mhm.

KR: Okay.

TT: This is when he grabs me, tries to hug me, and say it's tough love. And he's like please, he's crying while this is happening. He's like um, he's like I can't lose you. Just please give me a chance to change. And I'm just like I gave you so many chances. So, I laid down in bed with him *crying* and he goes I promise I'm going to change. He was like please don't leave just stay in bed with me all day.

KR: Mhm.

TT: So then Tuesday we literally stay in bed all day together, just sleep on and off, and then um, and meanwhile all this is happening like Alvarez saw him push me and all of that, and all in the living room.

KR:  Alvarez saw what happened that Tuesday morning when he comes back from the hotel?

TT: Yeah.

KR: Mhm.

TT: Um, and then we're sleeping on and off all day and I remember Alvarez coming in to Zeek's room saying are you guys going to get up and are we going to do something? And Zeek's like no I just want to lay here with her. Um, so then we sleep the rest of the night, going into Wednesday. Um, some lady comes over to like, start packing his boxes up and stuff so I get in the shower, get ready, get myself together.

KR: This is now Wednesday?

TT: Yes.

KR:  Mhm.

TT: Get myself together and everything um and that I go home because he tells me like we're going out that night.

KR: Let me just stop you for a minute. That incident that happens that Tuesday morning when he returns to the hotel, I don't know if I asked you this, but did you have any visible injuries?

TT: I did. I had bruises. Like I had a thumb prints on the back of my arms and on my elbows and stuff.

KR: Did you tell anyone about that incident? When it first happened?

TT: Um..

KR: Any friends or family?

TT: I told my aunt I believe. Elaine Glenn.

KR: Okay.

TT: Yeah, I think she's the only one I told.

KR:  When did you tell her?

TT: I told her, I told her Wednesday.

KR: Okay.

TT: When I went home to get more of my stuff. Um, so while he's like getting all his boxes and stuff wrapped up and all that, like packed up um, I go home and then I get my clothes and stuff together, play around with my puppy a little bit. He also bought me a dog.

KR: Mhm.

TT: An Australian Shepherd from Petland. Go home, play with my puppy. And I would take my dog like over to his house to stay with us and all of that. I was just trying to like pass time by with um, while he was doing his stuff because I didn't want to be over there. So, that's about 4 o'clock Wednesday. I'm at the mall, he calls me and is like what are you doing. I'm like shopping and he was like alright well he was like I'm getting ready to com pick you up. We're going to go to dinner and go to Petland to get Tate, my dog, some bones and stuff. So-

KR: What kind of dog is it?

TT: A mini Australian Shepherd.

KR: A what?

TT: Australian Shepherd.

KR: Australian Shepherd. Okay.

TT: And then, so we go to Petland first…

KR: When did he buy you the dog? I'm sorry for the interruption.

TT: Um, I want to say it was April.

KR: Okay.

TT: It was while I was pregnant he bought me the dog. So late March, April. Um, and then, sorry I forgot where I was at.

KR: You were at the mall Wednesday he said I'm going to come pick you up we're going to get dinner and bones for the dog.

TT: Yeah, so then we went to Petland first, and then we went to Genji. It was me, him, and Alvarez. And then, we all had dinner, he took me back to my apartment. I got my stuff, and then from like 7 I head over to the Carriage place. Um, we pull up about the same time and um, then we go in, we check the place out together, it's a really nice rental. Figure out whose staying in which room, cause it was, Alvarez was staying there also. So, we go out to 4th Street that night. Um at the club like I start like, we're talking, and I start crying cause I'm just not like having a good time. He goes what's wrong. I just like start shedding a tear. Um, I'm just like I'm not happy like I don't want to be out with you. He's like come on let's have a good time. So, we're out, like having fun. We get back to the Carriage house, probably about 2:30-3 o'clock.  Um, he had left Alvarez, cause Alvarez wanted to drive since Zeek had been drinking.

KR: Mhm.

TT: Alvarez wanted to drive, and I had a couple of drinks also. Alvarez was in the driver's seat and Zeek was yelling at him like get out of my car, like you're not driving, I am, so it was like Alvarez, Bijon, and someone else like outside the car. I was in the passenger's seat and Zeek was driving. And Zeek just like takes off.

KR: This is leaving 4th street that night?

TT: Mhm. And Zeek just takes off and I'm like screaming at him like what are you doing? Why are you being dumb?

KR: You're in the car with him?

TT: Mhm.

KR: And who else is in the car? Alvarez?

TT: No, he left Alvarez and his friends on the street.

KR: Okay.

TT: So then, I'm like screaming at him because he was like being dumb driving and all that and I didn't feel safe in the car. So, next thing I know we get back to the Carriage House and just start arguing.

KR: About what?

TT: Just about me like, I don't even remember, what even started it.

KR: When did, I'm sorry, Wednesday night when you guys get back from 4th Street and you're arguing is he drunk at that point?

TT: Yes.

KR: Okay. Had you seen how much he drank that night?

TT: Um, he had multiple shots of, um, Patron and he had Grey Goose and vodka. Er, Grey Goose and vodka. Grey goose and red bull.

KR: Had you been drinking that night?

TT: Yes, I did have a couple of drinks.

KR: Were you drunk? By the time you get home did you feel drunk?

TT: I wouldn't say drunk. I mean I was tipsy but I still knew exactly what was going on.

KR: What had you been drinking?

TT: Um I had grey goose and red bull.

KR: Okay. Um, so I'm just going to stop you right here because I'm just trying to make sure I have this straight because we're talking about a lot of different incidents. The Monday night incident, you ignore him, you bump into him out, he doesn't come in until the next morning and that was when he was pushing you back down on the bed. What is the incident, and I'm sorry because I should have taken

better notes, the incident that preceeds that? Is that Sunday night or Saturday night? Saturday night when you pick him, so you pick him up from the airport -

TT: Airport-

KR: On Saturday. You guys go out that night.

TT: Correct.

KR:  And then there's an incident that happens at his apartment. Another one.

TT: Yes.

KR: And that incident that's when he's pushing you as well, right?

TT: Mhm.

KR: And what is that argument about?

TT: The argument that happened, it was over a girl face timing him.

KR: Okay. And you guys go out that night.

TT: Yes.

KR: Okay. I'm sorry so go ahead with Wednesday night. You guys are at his place and you're arguing.

TT: So we're arguing, um, I don't know when Alvarez walked in, but um sometime in the point of him and um, me arguing, he did and we were in the room. So, I just remember, to the point where he yanked me off the bed. So, there's like a little hallway. Here's like the main, like this, um main bedroom and like there's a bathroom and like a little storage closet across the hall.

KR: Mhm.

TT: Um, he picked me up and threw me. Um, up against the storage closet and I fell to the ground. Um, I still had my heels and everything on I think. I did.

KR: You said he pushed you?

TT: He picked me up and threw me-

KR: Threw you. Mhm.

TT: Um, and then while all this is happening we're just like going back and forth about like everything that's happened in the past. Like -

KR: Was Alvarez there when this happened?

TT: Mhm.

KR: Mhm. Does he say anything? Try to break it up?

TT: He just tells Zeek to stop. Um, so then we're out in the hallways for a couple minutes just arguing back and forth about like, him and like girls, and just us not getting along at all.

KR: Mhm.

TT: Um, and then um, I want to, we went back into the room and shut the door. Um, I had said something like, I had said something like really, that made him like really angry. And I don't remember what I said. But when I was heading to the laundry room to get something, and um, he attacked me.

KR: Mhm.

TT: Pinned me to the floor.

KR: Mhm.

TT: And started choking me. Um, and that left, like a line across my neck, like a bruise.

KR: Mhm.

TT: And I had thumb prints. He had hit me in my arms, um-

KR: How? Slapped? Punched?

TT: Punched. He was forcefully grabbing my arms, leaving thumb prints on them, fingerprints, um, and then going back to the choking incident, he had me pinned down to the floor for quite a while. He then, um, was choking me with one hand and then started with both hands.

KR: Mhm.

TT: And I started to not be able to breathe so I started kicking my legs. And then he got off of me. I go to grab my stuff and he goes you're not leaving until tomorrow. Um, I said no I'm leaving now. I said I need to call the police and he was like you're not. He was like you're not calling the police. You're not getting them involved. Um, and then like we start arguing again and he says something. Cause like I started to like do modeling and like he knew I always wanted to do photoshoots and stuff and he didn't want me to do any of that.

KR: Mhm.

TT: He's like no I don't want someone I love doing photoshoots, modeling or any of that.

KR: Mhm.

TT: So, um, he brings up his ex-girlfriend and was like, I was like, what it's okay for any other girl to do it but not me. And he was like, at least um my ex-girlfriend signed to an agency.

KR: Mhm.

TT: And then I went to grab my stuff, he pulled me away and pushed me into the side of the bed, to where like my hip hit the corner of it because the bed was so high.

KR: Mhm. Did you have bruising on your hip?

TT: Mhm.

KR: Mhm.

TT: And then, um, it was like really late in the morning, it was like 5 o'clock in the morning probably. We were still up. Um, I just sat in the chair forever, balling my eyes out because there's two chairs in the room.

KR: Mhm.

TT: And just balling my eyes out and he came and grabbed me and I was just like leave me along, like just let me sleep in this chair.

KR: Mhm.

TT: So he went and laid in bed and fell asleep. Passed out instantly. That's how intoxicated he was.

KR: Mhm.

TT: Passed out instantly and once he was asleep I went into the bed and like laid on the very edge of it and went to sleep until the next morning. And then when we woke up, um, and we were talking. Okay, so we were talking about what we were doing that night for his birthday.

KR: Mhm. And this was now Thursday.

TT: Yes.

KR: Thursday when?

TT: Thursday probably about I would say about 11, 12 o'clock.

KR: AM?

TT: Yes.

KR: Okay. So let me just back up for a minute. So these incidents that we're talking about. This incident that happens after you pick him up from that airport, and you guys are arguing this girl starts facetiming him and there's a physical interaction. Did you tell anybody about that? Then? Not later. Like, close in time to Saturday night?

TT: No.

KR: No? did you take any pictures?

TT: I did.

KR: When?

TT: That night or that next day when I showered and saw -

KR: On Sunday?

TT: Mhm.

KR: We're going to go through the pictures that I have and you tell me if it's something different. Um, and then that Monday he threatens to put your stuff out, he doesn't come home until the next morning. He's pushing you, and you get some bruises. Did you tell anybody about that incident immediately?

TT: Which one? Monday?

KR: This is, right, Monday night where you guys argue he says I'll put your stuff out and he doesn't come home. He comes home the next morning, you guys are arguing, you said he's pushing you. Did you tell anybody about that?

TT: No.

KR: And did you have visible injuries from that?

TT: I did.

KR: Bruising. And did you take pictures of that?

TT: Mhm.

KR: When did you take pictures -

TT: Took pictures of everything. Um, I think I took pictures that next day too. Or that day.

KR: Okay.

TT: That night.

KR: And then we have Wednesday. This is when he yanks you off the bed. He picked you up and threw you. Did you tell anybody about that when it happens immediately?

TT: Mhm.

KR: Who'd you tell?

TT: I mean not immediately. I called the next day. I called my aunt. I was on face time with my friend Jordan. Um I called-

KR: You called these people when? This incident happens Wednesday when are you calling them?

TT: Thursday.

KR: Thursday. Thursday before the incident happens at the club or after?

TT: Before.

KR: Okay. And who specifically did you tell can you give me their names? Their full names?

TT: Mhm. Um, Jordan Steck?, I called her-

KR: What's her phone number?

TT: Um, (614) 373-9857.

KR: Okay and who else did you tell?

TT: Shelia. Shelia called me and um, asked me what was wrong. And I sat there and explained it to her.

KR: Why did she think something was wrong with you?

TT: Just because of how my face looked. I had been crying a lot.

KR: You saw her? I'm confused she calls you and says what's wrong-

TT: On face time.  *Laughs*.

KR: Oh okay. Okay I was like, I was confused. And then you tell her what happened. What's Shelia's last name?

TT: Shelia Lee.

KR: And what's her phone number?

TT: (614) 668-8113.

KR: Okay, so now we're up to Thursday and you guys are talking about his party that night. At any point did he tell you that he didn't want you to come to his party?

TT: He told me, so I left the carriage place to go to my apartment to get clothes. Came back, showered at the Carriage place, Carriage House. Um, started doing my makeup and stuff and then all of a sudden he comes in the room and says you gotta leave. And I'm just like why, what's wrong?

KR: What time is this?

TT: This is probably around 10 at night. Thursday night. Um, and I was like why what's wrong? He was just like I can't believe what I've done to you. Um, he was like just come celebrate my party, my birthday with me, and then um, you can come home with me after. And then, I was like okay so then, well then we sit down and talk and then I call my friend Ayrin. Well, my ex friend Ayrin. Um, to see if she wanted to go out. Um, and then I went over to her apartment. She saw all of the bruises on me. She saw my neck. She helped me try to cover up the bruises but -

KR: So I'm confused. Ezekiel says you have to leave-

TT: Mhm.

KR: …because I feel bad about the things I've done to you. And then he says let's celebrate my birthday and then you go get Ayrin to go out.

TT: Well I went to Ayrin's house and I was talking to Ayrin about everything that had happened. And I told her that when Ezekiel left Friday for Miami, cause he was going to Miami to celebrate his birthday, cause he has friends there also. So, um, I was talking to Ayrin while I was like getting dressed and stuff. And, about like, making a police report for domestic violence.

KR: Mhm.

TT: After he left because I was scared what he would do that night.

KR: Mhm.

TT: So I had called the non-emergency number while I was with Ayrin. Asked how I needed to go about making a police report about everything and they said just came, come down to the station. So, then um -

KR: and when did you make that call? I'm sorry.

TT: It was like 11 o'clock. Right before I went out.

KR: 11 o'clock Pm on Thursday.

TT: It was like 11:30. 11 something.

KR: Mhm. Why did you decide to call right then?

TT: Just talking to one of my friends about it.

KR: Which? Ayrin?

TT: Mhm. Made me realize by myself that I needed to go further on with actions, like-

KR: So but after you make that decision you still then go to his birthday party, right?

TT: I went to the club -

KR: Mhm.

TT: Um, I walked in, and he told me to come celebrate with him. He texted me, um, and I had told him I called the non-emergency number and talked with the police station.

KR: You told him that or you texted him that?

TT: I texted him that.

KR: Mhm. What was his response when you said that?

TT: He texted me back something like, um, where are you. Come celebrate with me. He said something like all you're trying to do is ruin my birthday.

KR: Mhm.

TT: And I said, I told him, so I went over there to his section, because he had a whole bunch of people over there just having a good time. So I went over there and was like happy birthday I'm not trying to ruin your night or your birthday or anything but this does need to stop.

KR: Mhm.

TT: Um, and im in his section for probably about a good 5, 10 minutes.

KR: Mhm.

TT: And then I leave his section and I'm just like walking around and then I didn't have anything to drink that night. So, I was ready to like leave early. So then we left the club and that's when one of the girls came behind me, pulled my hair, um, and was screaming at me.

KR: One of what girls?

TT: A random girl.

KR: Mhm.

TT: Um, I don't know her name I've never seen her before.

KR: Mhm.

TT: I'm guessing it was someone that he talked to. I mean I don't know why she would just randomly pull my hair.

KR: Black girl? White girl? Old? Young?

TT: She was white, dark hair, she had flats on I had heels on. Um-

KR: And you guys got into a fight right?

TT: We did not get into a fight.

KR: Okay.

TT: So she pulls my hair and then I turn around and I look at her and I scream and I go, I say something like back to her like um, who are you like you're not, and like I got in her face. And then she tried to swing and then a whole bunch of people like pulled me back. I didn't fall like, she didn't hit me or anything.

KR: And you have no idea who this girl is? Never seen her before? Haven't seen her since?

TT: No.

KR: Okay so then what happens?

TT: So then me and Ayrin go to leave, um, and Ezekiel keeps face timing me. Like after the club like where are you. Are you coming over? Like this and that. So then I text him, we're like exchanging text message and I forgot what he said and I was like I'll see you when you get here. So I pulled up, um, and I was just waiting like for everyone to get there since I left the club early. So then, um, he gets home and a girl was driving his car. So I get out and I walk over to the car um, and I ask him like what this whole thing is about.

KR: Mhm.

TT: So then -

KR: This whole thing meaning what?

TT: Like her driving the car, like who is she with. Cause Alvarez was in the back seat.

KR: Mhm.

TT: And Zeek was in the passenger. So I asked him what the whole thing was about. Why she was driving the car and so on. Um, and then I go, I exchange words with um, with the girl, and she goes Ezekiel would never touch me. I 've known him for too long. And that's when I say what do you mean. She was like he would never lay his hands on me. And I'm like that's because he doesn't love you you guys aren't together. And then I go back and get in my car. And then Ezekiel comes over and he goes you just need to leave. And then I tell him no. And then we start arguing and that's when he liked reached across from him and pulls this hand off the steering wheel and yanks me out of my car.

KR: And is anybody else in the car with you when he does this?

TT: Ayrin was outside of the car?

KR: Right outside of the car?

TT: I don't know where she was looking I wasn't paying attention.

KR: When all this is happening, you and this girl are exchanging words after she pulls up driving his car, who else is around? So we know that it's you, you're there, Ayrin's there, the girls there, Ezekiel's there. Who else is there in the immediate vicinity?

TT: All of Ezekiel's friends.

KR: Who's that?

TT: Um, Bijon, his cousin -

KR: Who's cousin? Ezekiel's?

TT: Bijon's cousin.

KR: Bijon's cousin. Do you know that person's name?

TT: No.

KR: Okay, mhm.

TT: Alvarez, Dylan, um, one of his teammates from Dallas. And then, Aryin was outside of the car, was outside with him.

KR: Okay.

TT: And then that girl that was with him.

KR: Okay. So you say he reaches across and yanks you out of your car? How is he yanking you out? Is your door open?

TT: He opens my door.

KR: Okay. He says you need to leave; you say I'm not. Why didn't you just want to leave at that point?

TT: Because I felt like I wasn't the one that needed to be leaving.

KR: But it was at his house right?

TT: It was not his house.

KR: Mhm.

TT: It was a rental.

KR: Right, but he's telling you that he wants you to leave right?

TT: Mhm.

KR: He's there with his friends he doesn't want you there. I'm just trying to understand why you felt like you didn't need to leave. You're saying you didn't feel like you needed to leave. Who do you think should have left?

TT: The other girl.

KR: Now why should she have been the one to leave?

TT: Because I was the girlfriend in the situation.

KR: Mhm.

TT: In the whole situation and she wasn't.

KR: Okay, so he says you need to leave, you say I'm not going anywhere. Is it then that he opens up your door and pulls you out?

TT: Mhm. And then-

KR: Describe it to me again. So you're, pretend like you're driving. So you're sitting here

TT: So-

KR: Because you're driving that night, right?

TT: Yes.

KR: Okay.

TT: So I have my hands on the steering wheel like this one like down like at the bottom and this one at the top. He opens the door goes to grab my wrist with a tight grip-

KR: Right or Left? Trying to grab your right or left wrist?

TT: My right.

KR: Aha.

TT: Um, tries, doesn't try, actually does grab my wrist. Um, and then pulls me out like kind of like pulling me like this way out of my car.

KR: Okay. Does he completely get your body out of the car?

TT: Yeah, he does.

KR: Okay, what happens when you get pulled out? Do you fall? Do you stand up? Do you push him away?

TT: My knee hit the door, like my side door, um and then my door got all like dented up an everything from him, from it just swinging open and hitting like the fence at the Carriage House. And like the yellow pole. Um, and then after that I said alright this is enough I'm calling the police.

KR: Mhm.

TT: And then that's when his dad shows up. He calls his dad and his dad shows up.

KR: Mhm.

TT: And then him and everyone else goes in the house.

KR: Okay. Whose him? Ezekiel and everybody else?

TT: Mhm. Yeah.

KR: Okay, um, so you call the police, at about 11 o'clock on this Thursday night, the night of Ezekiel's birthday celebrations. And you're trying to get some guidance as to how you file a report. Right? You're saying how do I file a report and they say something like come back in tomorrow, right?

TT: They say I just have to come down to a police station.

KR: Okay.

TT: To go about it.

KR: When you call that night to contact the police department in Columbus, do you call 911?

TT: I called the non-emergency number.

KR: You called the non-emergency number.

TT: And after he yanked me out of my car I said this is enough like I can't do it anymore. That's when I called 911.

KR: Why did you call this non-emergency number to get guidance for filing a report and then go to two of his birthday celebrations within hours?

TT: Just as if I stayed there after every other incident happened.

KR: Mhm.

TT: Um -

KR: So what made you call 911 now?

TT: I was just fed up with everything. I couldn't take it anymore.

KR: Mhm.

TT: And I knew if I didn't go into legal actions it would keep going on and on and on.

KR: Mhm.

TT: And that Wednesday night, when I almost possibly like could have lost my life, by not breathing.

KR: Mhm.

TT: It just made me realize like, I couldn't, I couldn't handle it anymore.

KR: Right. Um, just one minute. So the police show up correct?

TT: Yes.

KR: And what happened, how long is it until the police show up?

TT: Um, probably I'd say about 10 minutes.

KR: Okay. And what happens when they get there? Do you speak to them?

TT: I do I'm actually standing away from the whole, like I'm locked in the front. Cause the way the Carriage House it's kind of like back in an alley so like I walked to like the front like main street.

KR: Okay.

TT: Where they came. So I could get away from all of that. Um-

KR: And you spoke to them?

TT: Yes.

KR: What did you tell them had happened?

TT: I told them exactly what I told you. He yanked me out of my car, um, I've been dealing with multiple incidents of domestic violence of him hitting me, pulling me, all of that.

KR: And what did the police officers say in response to that?

TT: They said that they were going to go um, I had to fill out a report. Two of them. And then, one of them stayed with me and then the other one went back and was talking with everyone else.

KR: Okay. Everyone else meaning Ezekiel and his friends?

TT: Yes.

KR: Okay.

TT: And then, the sergeant got there and he took pictures of all of my visible injuries. I really didn't talk much to the officers. They were just asking me like questions about mine and his relationship and all of that. And then, after that my grandma comes and picks me up.

KR: Mhm.

TT: After the police and everything is said and done, with all of their reports.

KR: Okay. So have you seen the police report? Have you?

TT: Mhm.

KR: So what the police officers write up is that they don't make, um, they do not make any mention of you talking to them about all these multiple incidents. Do you know why they would have left that off of the report? Are you sure you told them about it? Because they don't mention that here. They mention that you said that he had assaulted you that night but they don't mention specifically that you told them that there had been multiple incidents of abuse.

TT: I didn't tell them it's been happening since he got in town Saturday.

KR: Okay. Um, so I want to just walk through a few things with you. One second. You have it up already?

KJ: Which one do you want?

KR: Awesome can you play the 911 call?

KJ: Mhm.

KR: Thank you.

KJ: It says it's not supported.

KR: I can pull it up on mine. That girl that Ezekiel was with that night that pulls up in his car. Had you seen that girl before?

TT: Um, I've seen her out but I never knew anything.

KR: Okay, so she wasn't somebody that you were um, that you were familiar with?

TT: No.

KR: Okay. Let's keep talking while I'm trying to pull this up. Wi-Fi isn't working right but we'll get it up and running.

*Plays 911 call.*

KR: Let me just, I'm going to read some things to you. So this is from the woman who was driving Ezekiel's car that night. She says that um, her and Ezekiel and all the other friends had exited their respective cars and that they were going into his apartment and that you were calling her a ho, and trying to basically engage him in a confrontation when they were trying to go into the apartment? Is that true?

TT: That is not.

KR: Did you call her a ho?

TT: No.

KR: Did you try to fight her?

TT: No.

KR: Okay. Um, had you told her I'm sorry, had you told Ezekiel that you were going to send the cops to his house on that Thursday night? Had you told him that?

TT: I did not. I told him that the police were involved.

KR: When did you tell him that?

TT: I told him that I had contact as soon as I got off the phone.

KR: After you called at around 11?

TT: Mhm. I said that I called the police station.

KR: Okay. Um, this young woman also says that during the night she was within 5 feet of you and she didn't see any bruises on your arms or on your neck.

TT: Who?

KR: This is the girl that was driving Ezekiel's car. She said she saw you throughout the evening and that you didn't have any bruising on you.

TT: How did she see me throughout the evening?

KR: Did you, so her saying that she didn't have any bruises, that you didn't have any bruising on you you're saying that's not true?

TT: No, because I couldn't even cover my bruises up when I went out.

KR: Mhm.

TT: Because that's how, they were starting to turn like a yellow, like into a color that you can't cover up.

KR: Okay. So was this the outfit that you had on that night when you went to Ezekiel's party?

TT: Yup.

KR: Okay. And where was the bruising? Can you see it on this picture?

TT: The bruising right there and a whole bunch of bruises like on the back. I wore that so my neck could be covered up.

KR: Okay.   So this is the bruising that you say is from him?

TT: Yep.

KR: And in particular do you remember during what incident you got that bruise on your arm?

TT: That was from Wednesday night I want to say. Wednesday or, yeah Wednesday.

KR: Wednesday night is the night that you were out and you ignored him?

TT: No, Wednesday night is the night we went to 4th Street.

KR: Okay -

TT: The night that I ignored him was Monday or Sunday.

KR: Okay.

TT: Yeah Monday.

KR: And Wednesday night, what is that argument about? Maybe that's the best way to call it. What was the argument about that night?

TT: Just about various things that happened in the past.

KR: Okay. And what did he do to you that night? You said that's when he threw you?

TT: That's when he threw me, choked me.

KR: Okay. Got it. So this is your car?

TT: Yes.

KR: Okay and is this where your car was parked when he pulled you out of it?

TT: Yes.

KR: Okay. And where is this in relation to his apartment? Do you know what I mean like this looks like the garage? Right? Is it like the garage?

TT: It's like the parking so like right to the right of it where that white jeep is is the front door.

KR: The front door going into the apartment building?

TT: Mhm.

KR: Okay. So what's this? This is the outside of the apartment building?

TT: Yeah that's like the rental place like kind of like a leasing office.

KR: Got it. Got it. And these pictures here that look like they're taken of your car. You took these pictures?

TT: I took those pictures the next day.

KR: Which next day?

TT: Thursday.

KR: The day after Thursday. Or Thursday.

TT: Wednesday.

KR: Wednesday. These are the pictures you took Thursday as a result of -

TT: Wednesday.

KR: …Wednesday when he choked you and he threw you.

TT: Yes.

KR: Okay. Now we have a bruise here on your arm. Now all these bruises that we see here you're saying you got those from Wednesday night when he threw you, he choked you, and grabbed you by the arms right?

TT: Mhm. Most of them are from Wednesday night.

KR: What part of your body is that?

TT: That's my right here -

KR: Okay.

TT: That's in his bathroom in 1860. He came and grabbed me-

KR: He grabbed you.

TT: That's from him pushing me up against the wall just from hitting different objects.

KR: And what part of your body is that?

TT: That's my hips.

KR: Okay. And how did you get that bruise on your hip? Is that what you told me from when you said hit it on the table?

TT: On the corner of the bed.

KR: Okay and he pushed you into the bed?

TT: Mhm.

KR: Okay. And I think this is the same thing. Is that right? Okay. Let's back up because these are different pictures.

TT: Those are the same thing they just wanted me to -

KR: Just different angles.

TT: Yeah.

KR: What part of your body is that?

TT: That's my right knee.

KR: Your right knee. And how did you get that injury?

TT: That's from him picking me up and throwing me and me falling down.

KR: Okay. Okay. These, so, these pictures of the car you said you took them Thursday as a result of what happened on Wednesday night.

TT: Mhm.

KR: This picture? Where it kind of looks like you have something on your head? I guess that's a towel. When had you taken these pictures?

TT: That was Sunday.

KR: The Sunday after a Thursday-

TT: That was the Sunday after Saturday night.

KR: Saturday night okay. The night where the girls face timing him?

TT: Yes.

KR: Okay. And how did you get these injuries?

TT: The one on the top is just from him like pushing me into the door. I don't know what that is on my collar bone. Um and then my arm is just from him shoving me.

KR: Okay. Okay. Um, alright so that's that. Let's keep going. So we had multiple people there that were there that night Tiffany. Um, that all say that you started, you ran up to Ezekiel's car and started screaming at Ezekiel and the girl driving his car. And they're also saying that you threatened very loudly saying you were calling the police and that you were going to ruin his career. Is there any truth to any of that?

TT: No.

KR: Okay.

TT: It's just very frustrating.

KR: Why do you think those people would have said that if that's not true?

TT: I mean, who wouldn't say that. Like, you're best friends with him.

KR: Mhm.

TT: I mean I would hope, not hope, but I would think any friends would say anything.

KR: You think that they're trying to protect him?

TT: Yes, especially Alvarez.

KR: Okay. So this is somebody named Brian Keith who is a police officer. Okay? And what he says is that at approximately 2:10AM outside of Social, so this is now late Thursday night, early Friday morning right? Ezekiel's birthday night. The cop says that both of you guys were throwing punches with one hand and pulling each other's hair with the other. Several punches were thrown between the two parties and that he thinks that the fight lasted approximately 60 seconds. Is that true?

TT: No.

KR: Okay.

TT: I wish I, no. L*aughs*.

KR: And the police officer got that wrong?

TT: I mean, how many fights has he like do they have, I've asked. This is exactly what I asked the prosecutors. Why can't you pull the camera footage?

KR: Mhm. So this is another guy named Kenny Alvarado.  I don't know if you know this person.

TT: I do.

KR: What's your relationship with him?

TT: I, he lets me into the club because I'm Ezekiel's girlfriend.

KR: Aha.

TT: Very known downtown. So, every time Ezekiel was in town and I had gone out, he'd be the one that would be letting me out, letting me in.

KR: So what Mr. Alvarado says is that about 2:10 AM, this is also outside of Social, he saw a fight. Two females were punching each other and pulling each other's hair and recognized one to be Tiffany Thompson. I did not recognize the other woman.  No? No fight? She just pulled your hair and then nothing happens?

TT: I exchanged words with her. I was screaming at her.

KR: Mhm.

TT: But I did not fight her.

KR: Okay. This is someone named Matthew White. That he says he knows you from work?

TT: Yes.

KR: Okay. Mr. White says that on July 18th and Tuesday July 19th, right? He sees you and that you guys I guess I don't know it was a pool party or what. But you had on a bikini and that he was with you for about 2 hours and that he didn't observe any bruising on you.

TT: Yeah, I talked to the prosecutors about that. I was there only for about 30 minutes.

KR: Mhm.

TT: My friend sent me screen shots of the Uber because my phone died. So she had to get me an Uber back to, cause I didn't drive. She had to get me an Uber back to Ezekiel's apartment. So it was about 1:30. And I had my leggings on and my white tank top that I wore that night.

KR: Okay.

TT: And I was soaking wet -

KR: So why do you think this particular person would have said this if this wasn't true? Cause this isn't one of Ezekiel's friends…

TT: Right.

KR: So I'm just wondering why you think it is that he would have said this if that wasn't, if that wasn't accurate?

TT: I wasn't in a bikini. I was in my leggings and my white tank top.

KR: Mhm.

TT: The most that, I pulled my white tank top up, cause it was soaking wet and I like wringed it out. That's the only-

KR: And you say you weren't there for two hours?

TT: No.

KR: Were you drinking? Had you been drinking that night? When you were at this party with this young man?

TT: No.

KR: So he just got this wrong?

TT: He didn't get that wrong I mean I was at the pool party but I wasn't drinking or anything.

KR: And you said that -

TT: I didn't even have a bikini with me.

KR: Okay. Um, this is one of Ezekiel's friends who says that he went out with you guys at 4th Street. He was there. Um, and that he introduced Ezekiel introduced you to him. He said everyone was getting along very well and at no point did he see any noticeable bruises cuts or injuries on you at any point that night.

TT: That's the night that I wore the, um, I wore a really thick choker. Black. Um, to cover my neck. I also had lots of makeup on my neck and then Ezekiel helped me cover up my bruises on my arms.

KR: Okay. So I'm going to, we're not going to keep you too much longer. I know this is pretty detailed but I mean there, there's kind of a lot to talk about here and I didn't know that you had these incidents. Um, that I didn't know anything about.  So, is what you're saying is that in this, that in this picture, this is so annoying -

TT: Yep.

KR: That you had bruises underneath your neck.

TT: Mhm. Underneath my choker.

KR: Underneath your choker. Okay. Um, okay so I'm going to read you what Ayrin wrote. At approximately 2 o'clock AM on July 22nd, I exited Social with Tiffany to walk to our vehicle. Tiffany was approached by another female who proceeded to physically assault Tiffany by first slapping Tiffany in the face and pulling her hair. A fight ensued for approximately a few minutes before it was broken up. After that fight, we walked to the vehicle and Tiffany said that Ezekiel was having a gathering at his rented apartment at the Carriage House. We drove to the Carriage House. We were the first ones there and we waited in our vehicle in the parking lot for Ezekiel and his friends to arrive. When Ezekiel arrived he was sitting in the passenger's seat and another female was driving. Tiffany exited our vehicle, approached the female driver in Ezekiel's vehicle and started screaming at her. The female driver, Ezekiel, and the other friends walked towards the Carriage House.  At no point during Ezekiel's walk to the Carriage House did I witness Ezekiel come into physical contact with Tiffany. Tiffany yelled to Ezekiel that she was going to ruin his career and call the police. Um, while the police were questioning Tiffany, Tiffany told me via text message to tell the police that Ezekiel pulled her out of the vehicle and assaulted her which is untrue.

TT: I did text her and told her that. Um, because I knew that they were going to have her write a statement. Um-

KR: You texted her while you guys were standing there together? I'm confused.

TT: No I was outside by myself with the cops. And she was back with Ezekiel, um, and all of the other witnesses. So they were all back there by themselves for a good probably 10-15 minutes I was outside

talking to the cops. Um, just by themselves. And then once the cops had me sit down to write a report, that's when the other cop went back there.

KR: Okay, so tell me about your texting her. You texted her and said tell the police he pulled me out of the car?

TT: I told her to just, I never asked her to lie, there's no reason to lie.  Um, I just specifically wanted her to just put that in the statement. Like, not to mention, like any anything else like, that was just the most important to put in there.

KR: Mhm.

TT: Um, and then I never said I wanted to ruin his career. I never want anyone's career to be ruined because I know he does, he plays football because he loves to play. Um, of course. He does it for his family. And I wouldn't want that to be ruined. I knew he grew up with nothing. So, with that said, all I wanted out of this, I don't want to see him get suspended. I don't want to see him get anything like wrong with like, Dunn, like I just want him to be put through counseling so it doesn't happen to the next girl.

KR: Okay, um, let me show you this. So it looks to me, correct me if I'm wrong, this is a text message conversation between you and Ayrin. If they ask, he dragged me out of my car. And she writes back and says okay, just now? When we got here. Like we pulled up and he showed up then yanked me out if the police asked. And why did you tell her to say that?

TT: Because I don't even know if she like witnessed it. Cause she was outside of the car.

KR: She was outside of the car where?

TT: Outside of the car at the Carriage House. Like when he had yanked me out.

KR: But how far away is she in relation to the car?

TT: She was probably, I think she was in front of the jeep. In front of the white jeep. Not too far.

KR: Who else was in there? You her and Ezekiel and that's it?

TT: It was just me, I think it was me, I think she was in front of the jeep and then of course me and Ezekiel next to on my side, the driver's side. And then everyone else I think was like by the front door.

KR: Mhm. How would she have been in a position that she wouldn't see though? That's what I'm confused about. Was she just standing by the white jeep by herself not talking to anybody?

TT: Yeah that's how she is. She's very, she dated, so the way I met Ayrin is through Ezekiel. Because his best friend Darf, they dated.

KR: Okay.

TT: So Ezekiel knew Ayrin before I knew her and, no he didn't. No. I don't think so. I think Darf didn't bring her around until, I don't know. Does it matter? But um, so I met Ayrin one night when me, Darf, Ezekiel and a bunch of Ezekiel's friends went to I think it was a Young Thug concert at the Newport down

on campus. And she's very quiet and very awkward. Like socially awkward. So, I mean she doesn't really talk much or anything so that's just how she is.

KR: So you think she could have been in a position where she just might not have seen what happened?

TT: Yeah.

KR: And then it looks like Ayrin texts you and says do you want me to lie about what happened that night because Zeek's lawyer is about to call me again.

TT: Do you have the rest of those text messages?

KR: Um, you have more that you think would explain her asking if you want her to lie?

TT: No I don't. I provided the prosecutors with the rest of the text messages. I'm going to pull them up right now because I still have all of them.

KR: Why would she have asked you that? Do you have any just, I'm trying to understand the context of her asking you if she wanted you to lie?

TT: I honestly think she was setting me up.

KR: Okay. Do you know what these text messages are? Somebody's writing Tiffany was down to her bra and panties basically when she got into the pool. Do you have any idea who that's from? I'm guessing that's from that guy who said that you had on a bikini and no bruises but I'm not sure. I wasn't sure if you knew what that was about.

TT: Here's the rest of the text messages if you'd like to see them. Me saying don't lie if you didn't see anything.

KR: Okay. Got it. So I'll definitely make a note of it. I think this is Ezekiel writing you. And he says can you please stop bottle serving. You were a bottle server somewhere?

TT: Yes.

KR: Where?

TT: Um, Sway. And then I started bottle serving, I would work like special events like special DJ events at Dahlia.

KR: Okay. Why was he asking you to stop bottle serving?

TT: He didn't like me working.

KR: And he writes this whole shit makes me realize I can't be done with you. Like you're the only person I really feel comfortable talking to about anything. Going down here, I honestly I'm sorry it took something like this to show that but I realize now and that's all that matters honestly. What was he talking about then?

TT: What was that again?

KR: I'm sorry it took something like this to show that but I realize now and that's all that matters honestly. What was he talking about?

TT: I think he was talking about like me and him being done a couple weeks and just like him getting like caught up in a whole bunch of stuff that he got caught up in when he was down in Miami.

KR: And when you text him on this date, I can't see what this says, it looks like, I don't even want to say I can't tell but you're writing him and saying I don't think it's a good idea for me to just see you for a day or two so we don't have to. I guess you're saying see each other at all when you're back.

TT: Mhm.

KR: Why did you say that?

TT: Just because like I don't know. I just didn't think it was good idea for me to just see him while we had been done.

KR: When he writes here don't play with me your shit will really be sitting outside my house. Is that when he sees you and you ignore him?

TT: Yep.

KR: Okay. Okay. Now, this date, this is, I'm curious about. All I know is this says 8:46pm, 8:46, 9:37, 9:38. Will you come lay with me for a little and he writes back and says you gotta go.

TT: That's Thursday night that he asked me to leave.

KR: Okay. And then you say I'm sorry I just got my ass beat and don't want to leave you. What were you talking about?

TT: That I was scared to leave um, and go out without him because I was scared, like after I come back from the club like to be with him, that it would happen again.

KR: I'm confused. I'm sorry I just got my ass beat, and don't want to leave you. What were you talking about when you were saying you got your ass beat? What were you referencing?

TT: Well that was, I was referencing Wednesday night.

KR: Okay. And then you say I'm sorry I want to spend your birthday with you since you're going to Miami for the weekend. So this is you saying I do want to come out with you.

TT: Mhm.

KR: On Thursday night

TT: Yes.

KR: Okay.

TT: Cause he got mad because my dog was in the rental and like my dog wasn't still like full potty trained so he didn't want Tate there. So I had my aunt come and get Tate.

KR: Okay and then you write back, can you listen, I'm sorry he writes back can you listen to me for once I just have a bad feeling you should leave really.

TT: Mhm.

KR: Okay and that's him telling you to leave the apartment?

TT: Yes.

KR: And him kind of saying he doesn't want you coming out that night right?

TT: There's text messages saying that he wanted me to come out that night.

KR: Okay. Um, you write him a text message saying I have to go to the station tomorrow for them to take pictures of me. Congrats bro. Right after you write police are involved. From what you're saying it sounds like this is what you send after he's told you he doesn't want you to come out that night. So this is after you called the non-emergency number?

TT: He wanted me to come out that night. He never told me once he did not want me to come out that night. He wanted me to celebrate his birthday with him. I said congratulations because this is what it resulted to and I never wanted to have to get the police involved. But I was just like I said before, it would have never stopped if I never gotten the police involved again.

KR: But after you send this I have to go to the station tomorrow for them to take pictures of me, you still go to both of his birthday events that night.

TT: I go out and that's when he tells me to come in his section and that's when I go in his section.

KR: Ayrin tells the prosecutors that you guys got thrown out of his VIP section. Did that happen?

TT: No.

KR: Okay.

TT: I walked out.

KR:  How long had you and Ayrin been friends before this incident happens in July?

TT: A couple of months.

KR: So you don't know her that well?

TT: No.

KR: Okay. So it looks like these are text messages between Ezekiel and your friend Shelia. Have you seen these?

TT: Yeah Shelia sent them to me.

KR: Hm?

TT: Shelia's the one that sent them to me.

KR: Okay. And Shelia is your friend or his friend?

TT: Mine.

KR: Yours. Do you know when this conversation happens?

TT: Um it happened a couple of days after like everything happened with the police.

KR: On Thursday night?

TT: Yeah.

KR: Got it.

TT: And he called me, no caller ID multiple times too to try to talk to me.

KR: Alvarez writes an affidavit and swears that on July 16th, that Saturday, you guys went out to Social Room which is exactly what you said and that he didn't see any injuries on you that evening. Then he's talking about going through to Sunday, said you guys had a good day playing with dogs and that he did not hear any fighting or yelling on that Sunday night. Going through to that Monday, Monday meaning really Tuesday, that Elliot, that Ezekiel doesn't come home. This is what Alvarez also writes. He says that you said that you'd accidentally locked your keys in the car. You came back to their apartment and wanted to try to get them out so you could get back to your own apartment since Ezekiel wasn't there. You told her to come inside and stay because she wasn't in any condition to drive home. You eventually came inside of the apartment. You called another male to pick you up, and that you didn't get in the car, talked for a while and went to sleep. And he said he didn't see any injuries on you at that point. Is any of that true?

TT: I lost my key at Ezekiel's house I never locked my key in my car. If that was the case I would have just called the cops and had them come and get it. And then I was not drinking that night. So, I was perfectly fine. I never called a male to come and pick me up. I was sitting outside on like the little curb area outside Ezekiel's apartment and my friend Mark and his friend were in the apartment complex and drove around and saw me so they stopped and asked if I was okay because I had been out there crying and stuff. And then I went back in to Ezekiel's apartment by myself.

KR: Why were you out there crying because this is the night that he didn't come home?

TT: Yes.


KR: Okay.

TT: I went back in to Ezekiel's apartment by myself. Alvarez didn't tell me to come back in. And I went to bed by myself.

KR: Mhm. Okay um Alvarez says that he sees you pretty consistently because he was staying with Ezekiel from that time period between the 16th to the 22nd –

TT: Correct.

KR: …and at no point in there did he see that you had any injuries. What do you think about that? You write Ezekiel and say, I know, I think this is you to him, correct me if I'm wrong. I know you're stressed out if you need me call me just do everything you possibly can to pass your drug test tomorrow. That's what you were talking about before when he had been taking, he had been doing coke?

TT: Yes.

KR: Okay. What day do you. Okay so July 22nd, Thursday that's it. When's the next time you see Ezekiel after the parking lot you called police.

TT: Thursday? After that Thursday night?

KR: Mhm. In the parking lot.

TT: I don't see him after anything, like after-

KR: You haven't seen him since?

TT: No.

KR: Okay. Um and when do you post this on Instagram?

TT: I posted that Thursday night after I called the police.

KR: Okay so let me get this straight. Which time you called the police? The 911 time not the non-emergency call?

TT: Right. Right.

KR: Okay. Um, why did you decide to post it then?

TT: I felt like what I had gone through it needed to be out there because I know other girls have gone through it. And I felt like I could be a voice for them. To just make it stop.

KR: Have you attempted to reach out to him since that Thursday night?

TT: I did call him a couple times.

KR: Mhm. Why?

TT: Just to see if he was going to, I had um, conflict with my apartment complex, my lease and my car.

KR: What with your car?

TT: With him paying my car off.

KR: And you wanted to see if he was still going to do that after what happened?

TT: Correct.

KR: When the police officers arrive that Thursday night I know you said that you told them about those various incidents where he assaulted you. Did you actually show them your injuries?

TT: Yes.

KR: Okay. And do you know if the police officers came and spoke to, do you know if they actually spoke to Ezekiel?

TT: They did.

KR: They did? Okay.

TT: They didn't arrest him because of conflicting stories.

KR: Is that what they told you there?

TT: Yes.

KR: Okay. When you posted it on Instagram, I think there was a certain point when you posted it to Ezekiel's handle? Right to @ whatever his Instagram handle is. Why did you do that?

TT: I did. Um, I posted it because I felt like everyone needed to know that behind every person that there's a different side to them.

KR: Mhm. But why did you for lack of a better term address it to him specifically? So I know you posted it on Instagram, but then you also do an @ to him. Why did you do that specifically to him?

TT: Because he's the one that did it to me. And I wanted to make it known.

KR: When you call 911 on Thursday, the police come, this whole conversation happens. They decide not to arrest him because of inconsistent statements. When the police show up, about what time is it now? 2, 3 in the morning? What time do you put it on Instagram?

TT: It was like right after, right after the police left.

KR: There or at home?

TT: At home.

KR: At home. Okay. Have you spoken to Ayrin since that night?

TT: I have. She actually has told me everything is going to be okay. After she said that, she texted me, I told her that our friendship was done and over with because I felt like what she had provided information with was not correct and um I don't need to be associating with people like that. She had texted me this right after I told her, don't tell them, like don't lie. After I told her not to lie.

KR: Okay. Kim do you have anything?

KM: One thing and I just don't know if it even matters, when you went to Miami to visit him who, how'd you get there?

TT: I flew.

KM: Who paid for those tickets?

TT: He did. And I have all the flights and everything from me going to St. Louis to spend time with him and his family, to Dallas, to Miami, going everywhere with him. He paid for all of my flights and everything.

KR: Um, so here's, here's what I'm struggling with. I understand why you say that Ezekiel's friends would lie about what happened that night. Right? That makes perfect sense. But then we have people like this guy who said he saw you in a bikini and you didn't have any bruising. Or this guy from the club saying that he sees you get into a fight with this girl, or even more importantly Aryin, who's your friend saying, you know, Tiffany told me to tell the police something that was untrue, I didn't see any bruises on Tiffany, Tiffany was threatening to ruin his career. I just don't know why this many people would be so untruthful. Do you have anything to add to that? Like what your theories are about that? Because it's a lot of people. We're not just talking about one or two people that are Ezekiel's friends it's like double

digits of witnesses that are saying something completely inconsistent with what you're saying. So what do you think about that?

TT: I mean, I think it's really not fair. Because for people out there. I mean I've had a lot of hate. Death threats. It's been really rough. It's just I have no reason to sit here and go through this every day the emotion the pain. To sit here and lie to, cause I knew the outcome that it was going to bring me.

KR: And what do you mean by that?

TT: The outcome I mean with it going viral, everyone knowing and the comments and stuff that I was going to get. I just started to actually like get my life back together after it all happened. Um, I finally found a really like good job um, I'm looking into getting into school and all that and I just feel like money has a lot to do with this?

KR: Do you think people got paid off? I mean is that what you're saying?

TT: I don't want to sit here and say that but I'm saying after seeing snap chats of his friends and stuff with jewelry on that they never had before and everything and after seeing just like everything that happened after it. It just, knowing Ezekiel personally and talking to him every day, being his girlfriend and knowing his family and all of that. I honestly feel like they got their story together and they stuck to their story.

KR: Including Aryin? Including the guy who was at that party? Where there was swimming going on?

TT: I'm not saying he's lying I'm just saying I was never in a bikini.

KM: Were you ever in your bra and panties?

TT: No. And the only, let's see the visible bruises, it was dark so the only ones that  he could have saw were on my arms.

KM: I do have a question. You did say at one point that you were wringing your clothes out cause they were wet.

TT: Yeah I pulled my tank top up.

KM: Why were they wet?

TT: Because he threw me in the pool.

KR: The guy who wrote that affidavit?

TT: Correct.

KR: Is he a friend of yours?

TT: No just a coworker.

KR: At which job?

TT: Dahlia the night club and I don't work there often I only work special events so I don't really know anyone but the girls that I work with. I had dinner that night with Kelsey. I sat there with Kelsey and showed her everything.

KR: What's Kelsey's first and last name?

TT: Kelsey I don't know her last name by heart.

KR: If you could give us her phone number too that would be helpful.

TT: (614) 403-8637.

KR: Anything else you want to add? I know you said that a little while ago that it's not you goal for him to be suspended and you want him to hopefully undergo some type of counseling but anything else that you think is important for us to consider?

TT: Just to basically to put him through counseling for domestic violence and the drugs. That's it. I don't want him, his career to be ended or anything because there's still part of me that I care. *Cries.*

KR: Right right. Ya'll were together a while I get it it's tough. These situations are tough generally when you add in the press and you getting threats, it's gotta be really taxing. But it sounds like you're in a good place you have this new job, you're into getting back into school and it's it's a tough time right now but it's going to get better it's going to be okay. Any other questions for us? I'll keep you posted with how things are going and I explained the process to you, so what's up next I'll interview Ezekiel and generate a report and there will be decisions made by other people at the league and they will decide what happens