# Exhibit A-NFLPA-43

Tiffany Thompson Interview 11.16.2016

November 16, 2016
Columbus, Ohio
KR: Kia Roberts
TT: Tiffany Thompson
KJ: Kimberly Janke


KR:

TT: ….over social media.

KR: Okay. What's his name?

TT: Lucky Whitehead.

KR: Okay. So does he call you before or after he calls Shelia? In his feelings(?)

TT: He called Shelia

KR: Okay.

TT: And his feelings(?) and talking to Shelia about it. And then like once he found out like all of the details and everything then that's when he was like well now I don't want her to come to Dallas.

KR: Okay. And he called you about what time on Monday?

TT: We were texting.

KR: Texting. And what was he saying to you?

TT: He was just calling me dumb and like, was laughing.

KR: Did he threaten you at all?

TT: No.

KR: Okay. What did you say in response to him calling you dumb? And I'm going to text you later to get that from you.

TT: I said Le-Le tells me everything you tell her so don't act dumb Zeek. And then I was like here are all the texts and then he was like you sent them to me in the first place.  Which I don't know what he meant by that.

1

KR: Yeah I was going to ask what that meant.

TT: And then I sent him all of our conversation from snapchat that me and Lucky were having. And then I was like here are these also.  And then, so I guess he received the text from like screenshots of mine and Lucky's texts from someone else. Basically is what he's saying.

KR: Okay. Do you have any idea who sent that to him? I'm just curious.

TT: I saw what the number was and put it in my phone and I don't have it saved. So I told him like I don't have it saved but I'll ask my friend Larisa because it was like an area code from Ohio. And he was like whatever. And then he had like the peace sign emoji and I just didn't reply.

KR: Okay and you haven't spoken to him since?

TT: No.

KR: Okay. And with Aryin asking Zeek for three thousand dollars. She told you that? Or she told Shelia and Shelia told you that?

TT: She told Shelia and Shelia told me.

KR: Okay. Is Shelia okay? You said she'd been in and out of the hospital.

TT: Yeah she had a kidney infection.

KR: Oh.

TT: I know. And she's pregnant so-

KR: How far along is she now?

TT: I think four and a half months. Five months.

KR: Okay so we're just going to work our way through some questions. Some of these are follow ups based on what I've spoken to you about and also to your aunt about and some of them are just independent questions that I was thinking about once I reviewed what we spoke about last time.  When we spoke to you here at the hotel, not when we were at Panera, you mentioned that your mom knew of abuse between you and Ezekiel?

TT: Yeah somewhat.

KR: Okay. What's your mom's full name?

TT: Tessie Malese Thompson.

KR: Okay and what did your mom know?

TT: She just really knew about what happened in February in Aventura.

KR: In Florida?

TT: Mhm.

KR: Did she know about any other incidents?

TT: She would see bruises on me and kind of like assume that they were from him because I wouldn't come around really. I would try not to come around and she would just ask me and I would tell her like, no, they're not from him.

KR: What did you specifically tell her about what had happened in Aventura?

TT: I told her that he shoved me up against the wall and we got in an argument and it was previous to that night also.

KR: Okay. Did you tell her that he'd hit you? Or just pushed? From the Aventura incident. We'll get into that in a minute.

TT: I told her how he like open hand like shoved me and like hit me in my chest.

KR: Do you remember when you told her in relation to when the Aventura incident happened? So if that happens February 12. When do you think it was that you told your mom about it?

TT: I called my mom that day.

KR: Okay the same day?

TT: Yes.

KR: From Florida?

TT: Yes, like the time that everything was happening.

KR: Okay and besides that particular incident were there any incidents of abuse that you told her about besides that one?

TT: No.

KR: Okay. You also mention that there was an incident that happened before. Where it sounded like, and correct me if I'm wrong, almost like he'd pushed you into a wall somewhere and you bruised your jaw? Like your jaw kind of hit into the wall?

3

TT: He yanked me and busted my jaw right here.

KR: Okay. When did that happen? You told us that that was prior to what happened in Aventura in February. Does that sound right?

TT: Yeah.

KR: Okay-

TT: So that happened probably a couple months before.

KR: Okay and where?

TT: It happened before he left for Miami in January.

KR: Okay. Where did it happen?

TT: 1860 Cambusback Lane.

KR: And that was his apartment?

TT: Correct.

KR: 1860 Cambusback. Is that like an apartment complex or was it like his own free standing house that he had?

TT: Apartment complex.

KR: It's an apartment complex. Okay. And tell me exactly what happened. So you said he yanked you. Tell me what were you guys arguing about?

TT: Well we had many arguments about obviously girls calling his phone when they didn't need to be calling. Guys texting me being in my DMs. Just little things like that. And we were just arguing back and forth about the past. That was always our argument. And he yanked, like we were, he yanked me so I was in the living room, and I was walking and he like grabbed my arms and like yanked me to where like here's the corner and the way he yanked me like I tried to stop myself and my jaw ended up hitting right there.

KR: So you're in the living room and so he yanked your two hands with his two hands?

TT: Yes.

KR: What was he trying to do? To stop you from walking away?

TT: He was like pulling me like, yeah stopping me from walking away.

4

KR: Was there anybody else there at 1860 Cambusback when this happened?

TT: No.

KR: Okay. Was it like after a night when you guys had been drinking and partying? Was it like in the middle of the day?

TT: No. Um, just a regular night at home.

KR: Okay. Okay. After he yanks you what happens then?

TT: He goes to bed and I sit on the couch and that's when I call my friend Mikaela on facetime.

KR: Okay. And when you call Mikaela on facetime did you have injuries at that point?

TT: I did. My jaw was swollen and it was slightly blue and purple.

KR: On which side of your face? The left side or right side?

TT: My right side.

KR: Did you take any pictures of this?

TT: I did.

KR: Okay. That was on your old phone that he broke?

TT: Oh yeah I left it in my car.

KR: You forgot the old phone? It's in the car too?

TT: It's in my car.

KR: Okay we'll remember that. We'll remember for you to go get it. It's no problem. So that was in the old phone?

TT: Yes.

KR: And it was bruising. What did you say on the right side of your face?

TT: My right side.

KR: And what point that night do you call Mikaela?

TT: I called her right after it happened.

5

KR: I know you said it happens before he leaves in Miami to go to January. What are you thinking? July? November? December? I mean, just an approximation.

TT: I'd probably say about November. October, November.

KR: October, November. Okay. So when you call Mikaela what do you say to her?

TT: I tell her everything that was happening. Well that happened. And um, she was like let me see the side of your face. I actually think I texted her to see if she could facetime first. And um then we were on facetime and I showed her and she was like send me a picture because face timing you can hardly see sometimes if it's clear or not. So then I sent her a picture.  And um, she was like yeah I can see where it's swollen and bruised.

KR: What's the status of you and Mikaela's relationship right now?

TT: We are not on speaking terms.

KR: And why is that?

TT: Um, we've been friends for quite a while. Ever since I moved to Pickerington.

KR: You moved to Pickerington from where?

TT: From Reynoldsburg. And we just have one of those friendships to where we argue a lot. We disagree on a lot of things. So we get, like our friendship is on and off all the time.

KR: Right. So I spoke to Mikaela. I don't even know when that was Tiffany. Maybe like a month, a month or two ago. And she told me that she doesn't remember having any conversation with you or seeing any injuries from you. What do you think about that?

TT: Well I know she did contact my aunt and my mom right after, well she didn't, her mother did.  Right after.

KR: Oh really? Okay.

TT: Um she spoke to you and said that she had everything written down on a piece of paper and ready because she didn't want to be involved in the situation.

KR: She had everything written down on a piece of paper meaning what?

TT: Meaning that she was going to say to you.

KR: Okay. So she kind of prepared a story in advance?

TT: I guess, yeah.

6

KR: That Mikaela tells her mom that and her mom calls your mom and says that?

TT: Mhm.

KR: How does your mom react when she told her that? I mean what does your mom make of that?

TT: I didn't even know about it. Until um, I didn't even know she talked to you guys. Um, but then I asked my mom and my aunt and my aunt was like no, um, Mikaela's mom contacted, well Mikaela contacted my aunt and then Mikaela's mom contacted my mom.

KR: Mikaela contacted Aunt Elaine and in addition to that, Mikaela's mom contacted your mom?

TT: Correct.

KR: Why do you think Mikaela's mom would have called your mom to tell her that? I mean it just, it sounds like Mikaela's mom was calling your mom to say that Mikaela basically didn't tell the truth?

TT: Throughout our whole friendship my mom and Mikaela's mom, Karen, always communicated no matter what. So, they've always had communication and so basically Mikaela and my aunt are close. Because the whole religious, church and everything like that. So that's why Mikaela reached out to my aunt. And then I don't, I honestly don't know why she would write anything down or anything.

KR: Did you get any medical treatment as a result of what happened in Aventura? No Aventura, at 1860 Cambusback when your face gets bruised?

TT: No I just but a bag of frozen vegetables on it.

KR: But besides facetiming with Mikaela and or screenshotting her a picture of your injuries did you tell anybody else about what had happened? For that particular incident on Cambusback?

TT: I think my aunt was the only person.

KR: Okay. So, we'd spoken here about Cambusback, I don't know October, November of 2015, and then we have Aventura in December, I'm sorry February 2016.  And then we lead up to this July, this kind of 5 days of abuse. Besides that, and I know I've asked you this before and I'm hoping you can kind of firm it up a little bit. Were there any other incidents of abuse? So we have this July chunk, February, and last November.

TT: There was probably abuse every month.

KR: Okay.

7

TT: Well not every, it started, I wouldn't, not at the beginning of our relationship. So probably our relationship began in August.

KR: 2015?

TT: 2015. I would say probably October/November is when it started.

KR: Okay. So tell me if you can remember what was the first time that he put his hands on you?

TT: Um, first time he put his hands on me I honestly don't remember.

KR: Is there any instance that you specifically remember outside of Cambusback, Aventura, and this set of incidents in July?

TT: I remember when I was pregnant and he dragged me across the street.

KR: Okay. And we spoke about that right? Tell me about that again? It was that you thought he was with a girl and you followed him somewhere?

TT: He walked out of Forth Street Bar and Grill with a girl and he told me he said you're pregnant you don't need to be out here. It was actually, I had just got off of work.

KR: Okay. And you approached him? When he came outside of the bar?

TT: I did.

KR: Okay and you say you were with a friend that night. Who was that?

TT: Aaliyah.

KR: Okay. What is Aaliyah's last name?

TT: Ruthers?

KR: Okay you have her number?

TT: Yeah I gave it to you -

KR: Did you give it to me at Panera right? Okay. Just wanted to double check that I asked for it. So you approached him and what happens then?

TT: He said like you don't need to be out that late at night. I'm pregnant I need to take my ass home. We start arguing back and forth. And-

KR: Where is the girl?

8

TT: Standing there the whole entire time. Right next to Alvarez.

KR: Alvarez saw this as well?

TT: Yeah.

KR: Anybody else out there see this besides you, Alvarez, Ezekiel and the other girl?

TT: No

KR: Okay. Aaliyah, wait you said Aaliyah saw what happened over where she was sitting in the car.

TT: She was outside of the car. She walked over with me.

KR: Okay, so Aaliyah was out there as well. Okay and what happens then?

TT: So we're arguing and me and the girl start arguing back and forth. And Zeek just grabs me and literally like drags me from like, he picks me up from behind. My feet are dragging from the side like my heels are dragging on the road and um-

KR: He's dragging you towards where?

TT:  Towards my car that was diagonal from Alvarez's car. And then he grabs my arms like from the back like this and he like pushes me into my car and says take your ass home and of course I didn't. I followed him to Alvarez's and then that's when-

KR: You and Aaliyah?

TT: Correct. And then that's when I parked and Alvarez came outside and pulled out his gun on me.

KR: Okay so walk me through that again. You said you get to his apartment. Make yourself comfortable. You want to take your shoes off. Do what you need to do. You get to the apartment, you get to the apartment and Aaliyah's with you in the car. She comes with you.

TT: Yes to Alvarez's apartment.

KR: To Alvarez's apartment. When you get to Alvarez's apartment do you see Ezekiel?

TT: I do. Ezekiel gets out of the car with the girl and Alvarez says go inside.

KR: Alvarez, Ezekiel, and the girl are all in the car together?

TT: Yes. So then Alvarez tells Zeek to go inside. The girl goes inside with him and then Zeek comes out. Alvarez comes out with his gun.

KR: In his hand?

TT: He has a hoodie on so his gun is right here, like half of it is in his hoodie, half of it is in his hand. I said go ahead shoot me. Like shoot me if you have your gun out here, go ahead. And he was like I'm not going to shoot you. I wouldn't do that. So then Zeek comes outside and says come on Alvarez. And Alvarez was like, Alvarez says something like Zeek get the fuck inside or he said something in that kind of nature. And then Aaliyah was like come on Tiff just get in the car let's leave. So then finally I get in the car and then Aaliyah and Alvarez exchange words. I'm not sure really what was said.

KR: Okay and then you guys leave?

TT: Yes, and go back to my apartment.

KR: When's the last time you spoke to Ezekiel after that?

TT: The next day.

KR: Okay and what did he say about what had happened?

TT: It was actually over at his house the next day. He had said that he was just mad at me and that he needed time away from me because we were arguing and that he was sorry that Alvarez pulled his gun out and then that was basically it.

KR: Okay. So when do you think that incident occurred? You say you were pregnant. So maybe March of this year?

TT: Yeah it was March or April.

KR: Okay so you have Cambusback, we have Aventura February, we have this incident in February or March here in Columbus and then we have the days of abuse in July. I know you said there are other incidents but besides those, anything else specific? Any specific incidents that you recall?

TT: And then the incident where he broke my phone.

KR: Right and when did that incident happen?

TT: I want to say I could look at pictures but there's just so many on my phone. I would, I'm not sure.

KR: You think you could tell by your pictures when that happened?

TT: It was in April.

KR: April of this year?

TT: Yes, because I remember taking pictures of the fingerprint bruises.

KR: And tell me again what happened then.

TT: So it was a weekend. He came in town I think on the Thursday or Friday and he had a girl from LA staying with him that he flew in. Her name was Sayora and they went to Social that night.  Friday night.

KR: And in April he's not at Ohio State anymore? He's done right?

TT: Correct. This was before the draft. So then, he goes out with the girl Friday night. Leave him completely alone.

KR: How did you know he had this girl in town from LA?

TT: I saw them out together. Actually me and Aryin had gone out that night. That Friday night. And then Saturday I went out with Aryin and Shelia to a club called XO. I saw Zeek, his body guard at the time walk in, and then the girl behind Zeek, her friend Rose that goes to Ohio State, that went to Ohio State, I don't know anymore.  And then, the rest of his friends Alvarez, everyone else. So then I'm in the section, he's in his own section, I'm in my own section with different guys.

KR: This is April 2016?

TT: Correct.

KR: Okay. Are you still pregnant at this point?

TT:  I'm not. So then, I'm in the section and he sees me just having fun with these guys. Talking to them, dancing, etc. So then he comes and yanks me out of the section. He doesn't yank me once, not twice, not three times but multiple times. It got so -

KR: So describe that. So what, he just keeps yanking you? He keeps grabbing you?

TT: He grab, he would grab my arm and pull me close and be like get the fuck out of their section. If you're going with me tonight, get out. And I wouldn't get out. So then every time he saw me having fun again he would come back and pull my arm and like grab it so hard.

KR: Who was in a position to see this?

TT: Everyone.

11

KR: Who? So like, Aryin? Shelia? -

TT: Everyone who was at the table. Yeah. Even the bottle girl, one of the bottle girls, her name was Tiana, saw it and then one of the security guards that worked there. Because it got, the last time he pulled me out of the section, he pulled me off to the way way side and to where his bodyguard, a security guard from the club, and one of the bottle girls came up and asked me if I was okay. So then that happened.

KR: What was that club?

TT:  XO.

KR: XO? And that's here in Columbus?

TT: Mhm.

KR: So I know you said Aryin and Shelia would have seen it. And there's some bottle girls that saw it. From where he was sitting with Alvarez, do you think Alvarez would have been in a position to see it as well? Or not really? Or you don't know?

TT: I mean, the way our tables were, my section was right here and his was like up at the top so like he was standing up on the booth and that's how he was watching me. So I'm not sure if Alvarez would be paying attention or not. So then, left the club, and then his dad was actually over at his house. He wanted me to come over.

KR: On Camusback?

TT: Yes. His dad -

KR: Did his dad live with him on Camusback?

TT: No. His dad lived off campus.

KR: Is 1860 Camusback on campus?

TT: No. It's in Grandview. So then, his dad was over there talking to him and at the time his dad didn't really want me and Ezekiel associating so-

KR: Why was that?

TT: Because we would, we were always arguing. Like we were just bad for each other. And so then he was like just wait until my dad leaves and you can come in. So then his dad leaves, I go in, that's when I told you I was sitting in the Uber for so long and then I Unbarred Shelia back to my apartment. So then, I go into his house and he's on facetime with Braxton and Shelia calls my phone and he was like who's calling you at 3 in the morning?

12

KR: And who's Braxton? Braxton Miller right?

TT: Yes. He's a former teammate that was on Ohio State with him.

KR: Is Braxton Miller in the NFL now?

TT: He is.

KR: Who does he play for?

TT: I don't know.

KR: You don't know? Okay.

TT: So then Shelia, so then Shelia's calling my phone and he was like who's calling your phone. So I show him my phone and I answer it. And then me and Shelia are talking and then he just takes my phone away from me and is talking to Shelia. So then he finally asked me to unlock my phone. So then I was like no I'm not going to unlock it. He was like unlock your phone. And I kept telling him no and then finally he grabbed my hair and like yanked my head back so aggressively like it hurt my neck.  So then I finally unlocked my phone for him to go through. And at the time, we were done because I had found out like about the girl coming to stay with him that Friday and all this stuff.

KR: Where's the girl?

TT: The girl had been home. He left the girl at the club. Mind you, I go over there her shampoo is there, her bag that she had packed to travel with is there. So then Zeek pulls my hair back aggressively and he's still on the phone, on facetime with Braxton as well. So then I tell Shelia like I'm scared like come get me and I've told her that so many times before she didn't know what to do.  So then, so then Braxton was like is everything okay to Zeek. And Zeek was like yeah everything's fine.

KR: And what do you think Braxton saw that made him say that?

TT: I don't think he saw anything I just think he heard me talking and was like kind of worried. Because I was obviously telling Shelia like I wasn't okay and I was scared.

KR: Got it. So at the point, at the point that Braxton says is everything okay, at that point Ezekiel's already pulled you by your hair.

TT: Yeah.

KR: And you're on the phone with Shelia and Braxton is talking to Zeek on facetime saying is everything okay.

TT: Yeah, so the way Zeek's kitchen was set up, like it was like this, and we'll just say that's his kitchen table, He's sitting where she is and I'm like kind of like kneeling down like just on my phone because I was playing with Ace and um, that's how like his hand was like reaching on my hair. So then of course Braxton didn't see because Zeek's all the way up here and I'm all the way down here. So then, Zeek was like I'll talk to you tomorrow and then hangs up the phone with Braxton. While he's reading my texts, he comes by me texting other guys.

KR: Where are you while he's reading your texts?

TT: Right next to him.

KR: In the living room or in the kitchen?

TT: Kitchen. So then he sees a text that he doesn't like and he flips out.

KR: Do you remember what that text was?

TT: I just remember who it was from.

KR: Who was it from?

TT: Johnnie Dixon.

KR: I was going to ask you is that JD who you talk about in your text messages?

TT: Yes.

KR: And who is that?

TT: One of Zeek's old teammates.

KR: From Ohio State?

TT: Yes.

KR: Is he still at Ohio State?

TT: He is. So then, he sees a text from JD and just takes my phone, turns it face down, and smashes it on the corner of the table to where it shattered my screen. So then he gets back on it, while walking over to turn the hot water on in the sink, and he lets it run for a while because it was steaming, that's how hot the water was.

KR: What were you doing while he was doing all this to your phone?

TT:  Trying to stop him. I was like trying to shove him back like get him away from the sink but

14

he's so big he would just push me back. And so then, he puts my phone underneath the hot water just let it sit there. I'm crying and then that's when he starts to shove me into the corner of the kitchen.

KR: What do you mean into the corner? Like actually into the corner of the room?

TT:  Into the corner of the kitchen so it was like here's the cabinets and here's the refrigerator. He first shoved me back into where the cabinets were in the corner, the corner of the cabinets in the wall.

KR: Did you hit the cabinets?

TT: I did.

KR: With what part of your body?

TT:  My head and my shoulder bit the cabinets. So then he finger, he like does the pressure point right here on the side of my face and I'm so scared like I'm trying to get away and I tried to go through the door many of times and all he does is he comes and grabs me and pushes me back towards the sofas. I just keep trying to like say like I need to leave. Like I had no phone, nothing. I was just going to walk to the nearest place to get in contact with someone.

KR: Was he yelling at screaming at you?

TT: He was.

KR: Was there anyone else at home that night?

TT:  No. He was saying this is what you get, you asked for this, and just kept repeating himself over and over again.

KR: Any drinking or drug use that night by you or him?

TT: Um, yeah. He, I don't know what he did, I just know he was very intoxicated.

KR: Were you intoxicated?

TT: I wasn't intoxicated but I did have a few drinks.

KR: Okay. So how does it end? How does that incident end?

TT: He was like, you're not leaving and I just sit on the sofa and then he just comes and gets me from the sofa and we go back to bed.

KR: Any visible injuries from this? On your shoulder? On your head? From him pushing you into the cabinets?

15

TT: Yes, I have -

KR: You took pictures?

TT: Yeah.

KR: What were your injuries?

TT: I have like finger, like thumb print bruises and finger print bruises all over my arms.

KR: Okay. Did you tell anybody about this?

TT: Only Shelia.

KR: Only Shelia. Okay.

TT: It's hard to say when. I want to say I told my aunt everything because that's who, the first person I would always go to. So I'm not sure what I told her and what I didn't.

KR: Any other incidents that you can think of?

TT: Those are mainly the biggest ones.

KR: Okay. And so, is it safe to say that those were not the only ones? There were other ones but you don't really remember specifics?

TT: Correct.

KR: Besides those that we listed, how many incidents would you say additionally happened?

TT: Probably a good three handfuls.

KR: Three handfuls? What do you mean by that?

TT: Probably around I don't know it's hard to say. Probably around like ten to I don't know, ten to fifteen.

KR: Okay. And I'll talk to your aunt but let's talk about those ten to fifteen incidents. It seems like you probably would have told your aunt about them. Some, if not all. Anybody else that you would have spoken to about those ten to fifteen incidents?

TT: No. Just my friend at the time was. Shelia was really close to me, Zeek and Alvarez.

KR: And how do you know Shelia? How do you guys meet?

16

TT:  We went to high school together. Through school.

KR: Got it. So how does she become good friends with Zeek and Alvarez?

TT: So one night we were out at Park Street Saloon downtown or in the district and Zeek and Alvarez are out and me and Shelia are. So, me and Zeek introduced her to Alvarez and then from there, I can actually tell you the exact date that was also, um her and Alvarez just started, like they hit it off. They started talking. She basically, she was over there every day, would get ready at his house, go to work from his house, go to school.

KR: Where did Shelia go to school?

TT: She went to Columbus State at the time.

KR: Okay so she would go hang out with him? They were dating?

TT: They weren't dating.

KR: They weren't; they just became really good friends.

TT: Yeah I would say like friends with benefits.

KR: Okay so they were hooking up.

TT:  Yes.

KR: Okay so that's how she becomes friends kind of with everybody. I wanted to ask you a question about her. I can't remember what it was. But, you know I don't want to ask you because this question is on the top of my mind and I want to ask you it before I forget it. Do you know about any other incidents with Ezekiel abusing any other women besides you?

TT: When I came out and posted my pictures on social media, I had a lot of people come to me and saying that they had other, like their friends they knew about him touching them. And I screenshotted those so I should have those in my phone.

KR: Okay. And people would write you on Instagram and say-

TT:  They would write me on Instagram, snapchat, just telling me the story. They would also come to me and say if he was out at a club he would snatch their phone away from them and throw it. That he hit, I guess he hit some guy in the face for taking a picture of him. So.

KR: This was recently? Or this was-

TT: This was when he went to Ohio State.

KR: If you had to guess about how many incidents do you think people told you about? So how many times does somebody come to say, come up to you and say I know something about Ezekiel Elliott he did fill in the blank. You know when these people are contacting you on Instagram.

TT: I probably got about five.

KR: About five?

TT: Yeah.

KR: Did you know, do you know any of those people?

TT: No.

KR: Okay. One of the people that writes you and I got this from your phone. I just have one screen shot. This woman, it looks like her name was Samantha Deacon and she writes you and says you know he did this to my friend too. Did you do any further follow up conversation with her about that?

TT: I did not.

KR: Did you do any further follow up conversations with any of these people about what their allegations were?

TT: I did not.

KR: Okay so it's not like oh I heard that he hit this girl and not specifically know the girls name? Nothing like that right?

TT: No.

KR: Okay.

TT: I just kind of wanted to stay out of it until all of the investigating was done.

KR: Right. In the Aventura police report, if you look in the narrative section, it says that you were a friend with benefits. Have you seen that?

TT: I did.

KR: Okay. Did you tell the police that? Did you call yourself that?

TT: So, yes. I'm not going to say no I didn't. He had told the police officers that I was his girlfriend and at the time I was just like in one of those emotional like moods to where I was like kind of like laughing like no I'm not. Like we're just this. So-

18

KR: So you did tell them you were friends with benefits.

TT: Yes.

KR: Got it. And the argument that happens in Aventura is about a social media incident. What was that about?

TT: Well he would like to say that it was about social media. And I mean it was, but then it was later that night we had gone out and like I told you in the past he, there was this guy, Drew, that he would hang out with that I didn't feel comfortable around at all.  35.48

KR: And what's Drew's full name? Do you know?

TT: No.

KR: And where does Ezekiel know Drew from?

TT: Miami. From partying.

KR: Just partying? So not like a teammate or a childhood friend? Just someone he met out partying?

TT: Yes.

KR: Okay, so yeah go ahead. I think you told us that -

TT: Actually -

KR: …sorry go ahead.

TT: Drew does marketing so I think when Zeek was going to Ohio State he was doing autographs for him.

KR: Okay and I think you said the incident with Drew was something like you guys were out and Drew and Ezekiel were basically having a private conversation and not including you in it.

TT: Yeah and I just felt really uncomfortable and like out of the conversation. And prior to that Zeek was in LA and he had recently been messing with this girl.

KR: Same girl who flew out there? Flew out to Ohio?

TT: No.

KR: A different girl?

19

TT: A different girl. And he knew like how I felt and everything. So I just felt like that's what they were talking about because Drew was like how was LA and like winked at him. So I just felt like instantly really uncomfortable. I ended up getting myself an Uber back to -

KR: Back from the club?

TT: Yes.

KR: What club were you at?

TT: We were at, we were at like a kind of like a bar.

KR: In Aventura or Miami?

TT: Miami.

KR: Okay.

TT: So then, where was I at? So then I got myself an Uber back to his apartment. He stays until like three, four in the morning. Comes home and says I thought you were changing your flight. So -

KR: Changing your flight as in what? Like I'm going home earlier?

TT: Yeah. So then like I had laid down in his bed because prior to all of that happening me and him went to the Bryson Tiller concert together. So I had laid down in bed and I fell asleep.

KR: The Bryson Tiller concert was in Miami?

TT: Yes. So then I laid down and fell asleep in my dress I wore out that night and I even had my shoes on. I was completely sober. Nothing to drink. And he comes home and says I thought you were changing your flight and you were going to be gone by now. And I said well I fell asleep. So then I get up, go over to his spare bedroom and I start packing my stuff up. He comes in there and goes let me see your flight information. Let me see. And he was like very insecure because also like his, I want to say all of his teammates tried to get in contact with me.

KR: To like hit on you?

TT:  Yes. So Joey Bosa was also training down there at the same time in Boca. And that's, he, I would think that's where he would think that's where I'd be going. I don't know. You never know what he would think. So then -

KR: Were you in contact with Joey Bosa?

TT: No I was not.

20

KR: Okay.

TT: So then I start like packing my suitcases and everything up and he said you're not going anywhere. So then he just pushes me into the wall and like starts grabbing me, keeps pushing me, and I'm just trying to pack my stuff up.

KR: Now what time of day is this?

TT: This is at probably four AM, five AM in the morning.  So then he just keeps pushing me around into the wall and I keep telling, I actually keep telling him to stop. Like stop touching me like I'm trying to leave.

KR: Anybody else staying there with him in Aventura?

TT: No.

KR: So nobody was at home besides the two of you? This is an apartment complex?

TT: Yeah. It was. It's kind of set up like a hotel.

KR: Okay. So he's pushing you. Is he pushing you into things?

TT: Yes. So in the spare bedroom there was a sliding glass mirror as like the closet doors. And I kept like bumping, like pushing, like bumping into those when he was pushing me. And I kept telling him to stop like you're going to make me break them and then he was just pushing me into the regular wall. And then he was like you know what I'm done with you, I'm going to bed like I'm not wasting my time. So then he goes to bed. I finish packing up my stuff so it's ready for the next day to leave. We wake up probably at like I want to say twelve o'clock. I get up I shower and get ready for the full day and then he's still sleeping. I go over to the mall because the mall is walking distance from his apartment and I go over to the mall and then I come back and actually that day me and Joey were in contact with each other.

KR: Okay. How did you guys get in contact with each other?

TT: We just started texting. I asked him where I could stay at in like Aventura area.

KR: How did you get in touch with him? You had his phone number?

TT: Yeah. Zeek and Joey used to be roommates. So me and Joey, like I had his contact number just because Zeek. It was nothing like messing around with him or any of that. So then me and Joey were texting back and forth and I guess Joey found out that I was down there like staying with Zeek so then he screenshotted our messages to Zeek and then that's when Zeek grabbed all of my stuff, he threw my red bottoms off of his balcony.

21

KR: Let's back up. So he's pushing you, at about five o'clock in the morning. He goes to sleep he says I'm done with you. When does he get the text messages from Joey Bosa?

TT: While I'm at, he woke up to them. So it was while I'm at the mall I think. Or once I got back from the mall.

KR: Okay so you wake up in the morning, you go run some errands, you go to the mall.

TT: Mhm.

KR: Sometime in there Ezekiel gets these texts, these screenshots with Joey Bosa, so now you return and now it's a new argument about basically these screenshots.

TT: Correct.

KR: Got it. So what happens then?

TT: So then he was like, he was like there you go, talking to my teammates, and honestly I wanted nothing to do with Joey. He was just like someone like I could contact and like ask him questions like, he was basically my friend too. So then -

KR: And you texted him that in the middle of the night after Ezekiel had kind of pushed you around.

TT: No. I didn't text Joey until later that next day.

KR: When you were at the mall maybe?

TT: Yes.

KR: Did he write back?

TT: He did.

KR: And what did he say?

TT: I don't know I think he just answered my question.

KR: Did you tell Joey that something physical had happened between you and Ezekiel?

TT: I did not.

KR: Okay. So you get home and Ezekiel is mad at you about these screen shots. What does he do to you physically?

TT: So he pushes me out of the way because I'm trying to stop him from getting all of my stuff and throwing it outside.

KR: Okay. Does he want you, when you get home has he already begun throwing your things out or he starts once you actually get back from the mall?

TT: No he starts, like I was, so I get back from the mall and I'm like at his apartment for a little bit and we're like arguing back and forth and then -

KR: Anything physical at that point?

TT: No.

KR:  Okay.

TT: So then he goes in the room, gets my red bottoms, throws them off the balcony into his courtyard area. And I told him stop, because he was going through all my stuff off his balcony.

KR: Nobody's at home besides you and him?

TT: Right. So then his assistant Amber was gone out of town that week. And she was normally staying with him. So then he threw my red bottoms off and then he went into the spare bedroom to grab my suitcases. Like I'm trying to stop him like stop like don't do this.  And I was like alright like I'm going to get my shoes like and then I'm coming back up here and we can just talk about it. Well I come back up and all of my stuff is just like thrown out of my bags out in the hallway in front of his front door.

KR: And I'm sorry why did you say you were going downstairs?

TT: To get the shoes.

KR: Oh that he'd thrown out?

TT: Yes. So then I came back up, all my stuff was outside of his front door and there was still more of my stuff inside that I wanted and I was like just give me the rest of my stuff. So then that's when he comes out and he like, I tried, I don't know what I did, but he like moved me out of the way because I think he was like trying to shut his door and like I was in his way so then he like shoved me into the wall. And then like he turned around and he was like like this to my other side and like hit me really hard. And I mean like it was red.

KR: Did he hit you? Shove you? Was it a full hit?

TT: He shoved me and like, it was just an open hand hit.

KR: So it was almost like going like this.

23

TT: So not like a punch. Yeah just like an aggressive shove.

KR:  Does he push you into something?

TT: Into the wall.

KR: Okay and what is he saying while he's doing this?

TT: He's not, he didn't say anything.

KR: Okay.

TT: So then -

KR: This is now inside the apartment?

TT: This is outside the apartment.

KR: In the hallway?

TT: Yes. Right outside his front door. So then I'm crying like I'm shaken up like I'm scared. He's just walking down the hallway like screaming at me. He was like you whore. And then, I don't know what else he was saying. So then, I was on the phone with Shelia at the time and my aunt was calling me because I had called my aunt, I called Shelia, and then I called my mom. Like I was just calling all of them at the same time.

KR: So once Aventura is happening, I know you talked to Elaine, who else did you speak to about it?

TT: Shelia, my mom.

KR:  Okay.

TT: Because I was like I contacted my mom because my dad knows people down there and I was just going to see if I could stay with them but I just ended up getting myself a hotel. And Elaine helped me with that. So then I actually, the security guard from the hotel came up and asked me if I was okay. And I told him no I'm not okay. I told him about the incident.

KR: He comes up to you when? When you're in the hallway?

TT: When I was in the hallway picking up all of my stuff.

KR: Where is Ezekiel now?

TT: I don't know. Ezekiel went downstairs. He got on the elevator.

24

KR: So the security guard comes up and says is everything okay?

TT: Yes.

KR: You didn't happen to get that person's name of course?

TT: No.

KR: Do you remember what they look like?

TT: Um, he was short and white. That's all I remember.

KR:  Looked like he was about how old?

TT: Probably 25.

KR: Okay. So he asked you if everything is okay.

TT: So then I told him no it's not that I wanted to contact the police so then I did and actually he helped me pack the rest of my things up. Helped me carry them downstairs and then down in the lobby I contacted the police.

KR: You called 911 from your phone?

TT: From the lobby phone.

KR: Where was your phone at that point?

TT: In my hand.

KR: Okay.

TT: The guy had asked me at the front desk if I really wanted to contact the police and I had told them yes.

KR: Who was the guy at the front desk? The security guy or somebody else?

TT: Somebody else.

KR:  Okay.

TT: So then I told him yes and he had dialed 9-1-1 for me. And then I was talking to them and then I was just sitting there waiting for them to arrive.  Zeek at the time was getting some shoes from someone that had dropped them off to him and then went back upstairs. So then Zeek came back down and that's when the police officers started questioning us separately.

25

KR: Okay. What Ezekiel tells the police is that he attempted to go to his room within the apartment and lock the door and you prevented him from doing so by grabbing him around the waist. That is when he pushed you to get you off of him. Is that correct?

TT: He was trying to lock his door. He was coming out of his house from giving me my things and he was trying to lock his door but I did not touch him.

KR: So you didn't try to, you didn't try to grab him? He said that he was trying to lock his bedroom door within the apartment.

TT: No.

KR: And I guess you were chasing him and trying to stop him from doing so. Is that true?

TT: No.

KR: Okay.

TT: He was trying to lock his front door.

KR: After he had thrown all of your things out?

TT: Yes.

KR:  Okay.

TT: No he went back in the house after he threw his things out.

KR: After he threw your things out?

TT: Yes. And then more of my stuff was in his house. So then that's when he brought them out.

KR: What were your physical injuries from Aventura?

TT: Just my shoulder was, like right here, my chest, my left chest, and my shoulder was in pain.

KR: Okay any visible bruising?

TT: No.

KR: Okay so no pictures from that.

TT: No.

KR: How long were you in pain?

TT: For a couple of days.

KR:  Okay. You didn't get any medical attention right?

TT: No.

KR: And did it effect like how you were able to do things in everyday life? Were you not able to reach or do things like that because of whatever he'd done to your shoulder and the front of your chest?

TT: It was hard to sleep on my left side.

KR: Okay. About how long was it hard to sleep on your left side?

TT: Probably for about a night or two.

KR: Okay. Besides Elaine, Shelia and your mom, do you remember telling anybody else about Aventura?

TT: No.

KR: Okay. And I think you told me that, so you leave there in an Uber after the police interview you separately, they decide not to arrest him, you leave there in an Uber. Where do you go?

TT: I went to the hotel.

KR: To what hotel?

TT: I think it was called Aventura Marriott or something like that.

KR:  Okay. Who paid for that?

TT: I did.

KR: Okay. And you said Elaine helped you with that?

TT: Because I was not, I wasn't 21 at the time.

KR: Oh okay so she had to like give -

TT: We talked to them and told them what the situation was and that's-

KR: So how does it come about that Ezekiel and his agent come there to speak to you?

TT: His agent did not come. It was actually Drew that came. That brought him.

27

KR: Drew. Got it.

TT: His agent was texting me which all of that stuff is on my old phone.

KR: And his agent is who?

TT: Frank.

KR:  Frank? Do you have his last name?

TT: I don't know how to pronounce his last name. He lives in Miami, well he lives in New York but he also stays in Miami.

KR: Is it Frank Salzano?

TT: Yes.

KR: That's his lawyer.

TT: That's his agent also.

KR: Is he his agent as well?

TT: Yes.

KR: I think he agent was a guy named Rocky Arceneaux.

TT: Yes, they're both his agents.

KR: He has two agents?

TT: Yes.

KR:  Okay. So You leave, you get in the Uber, you go this hotel in Aventura.  Who is the next person that contacts you from Ezekiel's side and when? About what time do you get to the hotel? So it looks like the police say that they show up there at about 6:20 PM

TT: Yeah I got there probably about an hour and a half.

KR: Okay. And who's the first person that reaches out to you?

TT: His lawyer. His lawyer and agent.

KR: Frank?

TT: Yes, Frank.

KR: Okay and what does Frank say?

TT: Just, because, so, his whole thing was the draft, or the Combine.

KR: Franks?

TT: Frank and Zeek's. They were worried about it hitting the media right away so they wanted me to do something about it.  So Frank had sent me this message telling me to call, I think it was, I don't know the officer name that was dealing with it and told me that I didn't want to go any further action with the charges.

KR: Right.

TT: And just told me exactly what to say. So I had called the officer multiple times, they didn't pick up, and I just left a message reading his message to the officers.

KR:  Why did you decide to do that?

TT: Because I had realized that I didn't want to ruin his career.

KR: Did he offer you anything? Frank? To do that?

TT: He didn't.

KR: Okay. At the point that you called the officer and said I don't want to proceed with this, had you spoken to Ezekiel?

TT: Zeek was texting me the whole entire time.

KR: Saying what?

TT: I don't remember what he was saying. He later then came to the hotel.

KR: With Drew?

TT: Yes.

KR: How did he know where you were you told him what hotel you were at?

TT: Yes. Drew, the first time Zeek came, Drew sat out in the car and it was just me and Zeek talking. Because I didn't have a charger. So Zeek brought me a charger and we sat down and were talking and he just said like I needed to handle it right away so it didn't hit the media. And then the second time Zeek came before he had went out that night -

KR:  Okay so he comes one time and says you need to handle this, and what is your response to that?

TT: I told him that I was going to handle it for him.

KR: Okay. He leaves -

TT: He leaves and then he comes back before he goes out that night.

KR: And he has Drew with him this time?

TT: He has Drew with him. Drew stays in the lobby area and me and Zeek go outside by the pool area. We were just sitting there, talking and Zeek just tells me he was like I love you, I want to be with you, this and that.  I don't know honestly what he said.

KR: Did Drew say anything to you apart from what Ezekiel was saying?

TT: Drew knew not to talk to me.

KR: Because you didn't like him?

TT: Right.

KR: Got it. Describe Drew. Drew's white, back, young, old?

TT: Drew's probably middle 30s.  He's a tall white guy, dark hair, bigger build. I didn't like him because of him getting Ezekiel into bad habits.

KR:  Like what?

TT: Drug wise.

KR: Like what?

TT: Drew would do a lot of molly, ecstasy and coke.

KR: And you said that your understanding that Drew was like a marketing agent?

TT: Yes.

KR: I read some messages that you'd written to someone. I don't really remember who. But you were saying that you and Zeek used to do molly, coke, ex and Facebook stuff. Do you have any idea what that was about? What did you mean by that?

TT: I'm not going to sit here and say I didn't do anything because I did. I would do everything with him. So-

KR: What did you mean by Facebook stuff?

TT: It's an ecstasy pill. And that's the name for it. And that was Halloween. October last year.

KR: Okay. Where would he usually get the drugs from? Do you know where?

TT: I have no idea I have no clue.

KR:  How often would you say he was doing drugs? Was it an occasional thing or frequent?

TT: Occasional. Like he would do it a lot.

KR: Like once a week? Twice a week?

TT: Probably once a week.

KR: Okay. And I know you told me when we met last time that you'd taken a picture of the pregnancy test in March. Why did you take a picture? Was that to show Ezekiel? Is that what you did you screenshotted it?

TT: I sent it to my aunt, I sent it to Shelia and I sent it to my friend Ashley.

KR: Okay. What's your friend Ashley's last name.

TT: Block.

KR: Okay. So the timing of this is you find out you're pregnant in march, and I believe you said you go to Chicago, when was that in April?

TT: Yes.

KR: Early April.

TT: Yes.

KR:  Because the draft is at the end of April.

TT: Correct.

KR: And Alvarez and Shelia go with you to get the abortion?

TT: Zeek bought me, Alvarez, and Shelia all plane tickets to Chicago.

KR: Why did Alvarez come? Shelia I get. That's your good friend but why did Alvarez come?

TT: He wanted one of his friends to go.

KR: Because why do you think that is?

TT: Because he couldn't be there.

KR: Why couldn't he be there? Because he was training?

TT: I think so.

KR: Okay.

TT: I'm not sure. He was busy with something.

KR:  And you get the abortion in early April, draft is in late April, when do you move to your apartment at Times Square?

TT: Times Square I moved end of February.

KR: End of February?

TT: Yes.

KR: So before you found out you were pregnant?

TT: Correct.

KR: And what precipitated, or caused him to get you this apartment again? And what I'm trying to get to is this. When he lived at 1860 Cambusback he lived alone right?

TT: Correct.

KR: So why would he get you your own place as opposed to you just moving in with him?

TT: So like I said before, he wanted his own space.  I knew about him messing with other girls and I was okay with that. It was what he wanted to do. So he was just like, because I told him, I was like why can't I just move in there, because you're going to be gone for the summer? And well for the rest of the time. And he said well let me just get you your own place, like I'll furnish it for you that way you can do whatever you want, have whoever you want over this and that.

KR: And Ezekiel never had a roommate at 1860 Cambusback?

TT: No. It was a one bedroom.

32

KR:  Okay.

TT: So then he just basically he thought my house was very negative.

KR: Yeah I've been seeing the text messages about that.

TT: You remember?

KR: No just on your phone that there were just problems with you and your parents.

TT: Yean. So my parents were really against me seeing him. Not really so my mom. My mom was just scared because she knew how basically athletes are.

KR: Why was your dad so against you seeing him?

TT: He didn't want me to get hurt. He didn't want to see his daughter hurt. And also like I don't want to say my dad, he's just like against, he's not against racial couples he's just as growing up he just wasn't okay with it. So that's another reason why but once I sat my dad down and told him me and Zeek are dating, like I've been staying over there this and that like he accepted it. And if I was happy he was happy. So then they start, they weren't really letting me do stuff with him. Like they would give me a curfew because the car that I was driving at the time my dad had paid for. So he basically had kind of like control over where I went and how long I was gone for this and that.  And Zeek didn't like that. So he was like I'll buy you your own car I want you away from the negative. He just basically wanted to brainwash me himself. He had said like I, he wanted me to get help.

KR: What kind of help?

TT: He wanted me to go through like counseling and stuff.

KR: Why was that important to him?

TT: Just from everything that like I had been through in my past. And like I asked him if he would do counseling with me because he went through the same thing in his past.

KR:  We're talking about domestic violence in the household right?

TT: Yes.  And he was like, I'll think about it like but I don't think I need, I'm the one that needs help. And it was always he never needed help. And he was the main reason like through our whole relationship the person that needed the help.

KR: Did you ever go to counseling?

TT: I didn't. I had talked about it several times. And then with him but never started it.

KR: When we spoke at this hotel before I thought that you said to me that you felt like Ezekiel did not want you to get the abortion. Do you remember saying that? Okay. I was just wondering because I'm you know reading through the text messages and it looks like he was really encouraging you to terminate your pregnancy. I mean is that true? Is that how you felt?

TT: He didn't want me to get an abortion because he knew it was against what I believed in, like that I would never do. But he just thought like me and him weren't ready to be parents.  And of course with him starting his rookie year he wouldn't be there. Actually it would have been this month that I would have been giving birth. He wouldn't have been there for, sorry it's really emotional.

KR: That's okay I'll get you some tissues. And he wouldn't have been around?

TT: He wouldn't have been there for the birth of his own child. And wouldn't be able to be around that much for basically like the first couple months. And like, just some of the stuff he was saying, like I hadn't started college, I needed to focus on my future just as he needed to focus on his. And we were both so young and he just kept saying like, he kept saying like I wanted to just live off of how much money he'd be giving me a month. And he just, he didn't want me working. But when I was pregnant I was working. I was working at European Wax Center.

KR: Doing what there?

TT: I was the receptionist. And then I was put on bed rest because I had really bad bleeding. So then he just didn't want me working and said he would take care of me fully. Support me either way. And he like really never came out and physically said like I want you to get an abortion. But then he did.  It's like he was confused on what he wanted to do. He even had Alvarez meet with me. Like me and Alvarez hung out and just talked about it. He had his friend Darf, which is Aryin's ex-boyfriend, boyfriend I don't know, call me and say like if Zeek's going to be a dad you need to let him know. And I just kind of wanted the best for everyone. I'm not 21 yet like.

KR: It would have been difficult.

TT: Right.

KR:  Where is Alvarez? Do you have any idea? Is he in Dallas with Zeek?

TT: I have no idea.

KR: And they're childhood friends. They've known each other since they were little boys right? Okay. The police respond in Aventura; the police respond in Columbus. Any other time that the police responded to an incident between you and Ezekiel?

TT: No.

34

KR: No. Elaine says that she remembers you calling her from Aventura like basically as it's happening. She remembers hearing Zeek yelling in the background while you're on the phone. Does that sound right?

TT: Yes.

KR: Okay, when do you think you called your mom?

TT: I called like right after I got off the phone with Zeek. Not Zeek, Elaine.

KR: Would you have called her when she could have also heard what was going on in the background? Or you're not sure. Or you don't think so?

TT: No. She didn't.

KR: That was a different kind of period of time?

TT: Yes.

KR:  And I said you, I think you said you called Shelia as well, right?

TT: Shelia heard what was going on in the background as well.

KR: She did too?

TT: Yes.

KR: Anybody else that you called?

TT: And Zeek was actually calling her too. So she had Zeek calling her. She had me calling her. She had both of us.

KR: Okay. Are Shelia and Zeek still friends?

TT: They are.

KR: Close friends?

TT: I would say so.

KR: How do you feel about, just curious, how do you feel about that?

TT: I feel like he's putting another one of my friends in the middle of picking in between me and him. So it's just kind of like very confusing on who to and what I can say and what I can't say.

KR: How often do you think that Ezekiel and Shelia are talking?

TT: Every day.

KR: Do you know that from Shelia?

TT: Shelia, I mean, she would come to me and she would be like yeah I've been talking to Zeek. And recently it's been every day.

KR: When do you leave Aventura? So the last thing we left off was Ezekiel, Ezekiel and Drew coming back and talking to you and kind of trying to talk you down before Ezekiel is going out for the night. What happens the next day? Do you go home?

TT: So that was Friday I stayed at the hotel that night and then I went home the next day.

KR: You bought your own ticket?

TT: I had a roundtrip so with Southwest you can just change.

KR: Okay so you just changed the ticket and came back to Ohio. When was the next time you talk to Zeek after Aventura?

TT: Probably like four days, actually no he called me on the, when I was boarding the plane.

KR: And said what?

TT: He said I just want you to know before you take off that I love you and I care so much about you and I'm pretty sure he texted me too.

KR: Okay. That would have been your old phone?

TT: Yeah.

KR: So aunt Shelia, mom for Aventura, no one else?

TT: Right.

KR: Got it. And you said you had no physical injuries from Aventura?

TT: No.

KR: Nothing physical. Your shoulder and your chest hurt but that was it?

TT: Correct.

KR: And in terms of abuse, you said that you guys started dating, and I don't want to get the month wrong, August 2015?

TT: Yes.

KR: The abuse first starts in October 2015?

TT: Yes.

KR:  And the first incident that you remember specifically or that you have a really good recollection of is the incident where, wait a minute I'm getting confused now. February 2016 is Aventura. April or March of 2016 is when you're pregnant and you see him out and confront him?

TT: Yes.

KR: And then you said that there was another incident that happens that fall. What was that incident?

TT: That was where he busted my jaw. He yanked me and busted my jaw.

KR: Right. And why did he do that again?

TT: We were arguing.

KR: About what? I'm really trying to keep it straight. If you don't remember it's fine but my point is the first specific instance of abuse that you recall is from November?

TT: Yes.

KR: Of 2016. I'm sorry November 2015.

TT: Mhm. Did you say the first incident November?

KR: Yeah.

TT: So I started talking to him January, my birthday.

KR:  Oh wait-

TT: And we started dating in August and then the first incident was around October.

KR: October but you don't remember specifically. The first specific incident is November where you get your jaw hit?

TT: Yes.

KR: Okay. You, Aventura happens in February. You find out you're pregnant in March.  You get the abortion in April.  Is this right?

TT: Yes.

KR: Okay. When does Ezekiel get you the place at Times Square and get you the car?

TT: He got me the car, I could tell you exactly. He got me the car March 4th. So March 3rd.

KR: March 3rd. And when does he get you the apartment at Times Square?

TT: February, I signed it February 25, 26.

KR: Okay. Him getting you these things, did this have anything to do with the fact that you kind of taken care of things in Florida? So that he would not get in big trouble? I mean what do you think?

TT: By the way he was talking to my aunt it did sincerely seem like he cared. But then I always question myself and said there's a motive to why he's doing this. And that was the problem with me like I always would assume, I would second guess a lot of things between our relationship and I guess that's why we always argued a lot. So I always thought there was a motive to it. That's why he was doing it all.  But I honestly don't know.

KR:  You don't know. Okay. And why did you go to Chicago to get the abortion instead of staying here in Ohio?

TT: Because Ohio has the 24-hour rule period with the pill doing it naturally and Chicago doesn't. Chicago gives you the pill that stops the baby's blood that day.

KR: And what does Ohio have? Describe this to me.

TT: 24-hour rule. So you get one pill and then one day, and then you have to wait I think it's 24 hours until the next day to get the second pill.

KR: And because of that you decided you wanted to get it done in Chicago?

TT: He told me he wanted me to go get it done. He was like, he had someone, he had his agent looking at like everywhere. Like he was thinking about flying me to New York anywhere that like I could get it done right away. Because like it's something like I just wanted to get it done and over with.

KR: Right. Right. This may sound stupid but I just want to get it straight. When you go to Chicago with Alvarez and Shelia to get the procedure done, this is not the same weekend in Chicago for the draft. This is two completely different time periods but both in April.

TT: Correct.

KR: Had you guys spoken about you going to the draft prior to you getting that abortion?

TT: Yes

KR: Okay so it wasn't like you went and got the abortion and now you were able to go to the draft? Those two things didn't have anything to do with each other?

TT: No. I was also talking to his older sister, Layla, about the pregnancy and everything.

KR:  What was she saying about it?

TT: She was just like, because I asked her, I said do you think your mom would respect if I did this for Zeek and she said yes I do think so.

KR: Okay. Did Alvarez and Shelia actually go to the clinic with you when this was done?

TT: Yes.

KR: They went with you.

TT: We actually spend that whole entire weekend together.

KR: You, you said that the whole weekend. When did you get the procedure done on a Friday and you guys just stayed an extra few days?

TT: Yeah I think we stayed two or three days.  Maybe I think it was two days one night. I can't remember.

KR: You also said when we met before that you didn't tell Zeek that you were thinking about getting an abortion because you didn't think that he would want you to go through with it. Do you remember telling me that?

TT: I do.

KR: Those text messages make it sound like he did want you to go through with it though. Just kind of try to explain what your thought process was here.

TT: He wanted me to go through with it because he felt like once again we weren't ready.  We were arguing constantly and that time like he was saying like a lot of hurtful things. Like he was being like really aggressive during the texts. And -

KR:  Immediately leading up to you getting pregnant?

TT: We were just like fighting that whole month. Like after I had got the apartment and got my car, we were fighting. Once I found out I was pregnant he was getting his haircut in Columbus

39

and I heard a girl in the background so like we just started arguing. And then I found out, he came over later that night. Shelia was there in my apartment with me while he was there and me and him were just talking and he just was like mind blown. He was like Tiff we can't be parents. And then he was like letting me make the decision and then go back and then like we would fight and he would say really hurtful things to like -

KR: What kind of hurtful things?

TT: He would just like bring up my past and just like call me names for no reason.

KR: When you say he would bring up your past, tell me what you're talking about.

TT: Bring up my past like I mean I used to party a lot 18 and over nights. I used to party I was on campus. That's how we met was at a bar. And then also like with how like negative my family was.

KR: You told me also that, so Ezekiel gets drafted in late April. And I think you said shortly after that you went to Dallas. Is that right? To see him? When did you go to Dallas?

TT: May.

KR: In May? And where did you stay while you were in Dallas?

TT: At his hotel.

KR: Okay do you remember that hotel?

TT: I do. I don't know how to say it I-r-v-i-n-g. Irving. I think it was the Residence Inn.

KR:  Okay. Was there anything physical that happened while you guys were in Dallas? First of all, let me back up. How long were you in Dallas? How long were you there with him?

TT: Two weeks?

KR: Two weeks. Okay did anything physical happen during that period?

TT: Well we had went out one night and came back and I'm just going to tell you the whole story. I have nothing to hide.

KR: Yeah go ahead.

TT: We had gone out that night and he wanted to have a threesome.  So he got another girl, we had a threesome.

KR: Where did he get the girl?

TT: We met her at Clutch bar I think it's called. So we were at Clutch with like Des Bryant, his teammates, and then we all went to the Strip Club after. So and then we go back to the hotel. Me, his name's <mark>Quacey</mark> I think. Took me, Zeek, and the girl back to Zeek's hotel.

KR: Who's <mark>Quacey</mark>? Is it a teammate?

TT: No. He's related to Rocky.

KR: Who's Rocky?

TT: His agent. So then Quacey takes us back to Zeek's hotel, drops us off -

KR:  You, Zeek, the girl to the Residence Inn?

TT: Yes. We have the threesome and then I like realized like what I was doing, like I love this man like I'm doing this like I'm allowing him to do this with me. I just felt like a horrible person so like I got like really upset and threw a t-shirt on and I just like walked outside.

KR: Of the hotel?

TT: Yes. Out of his room.

KR: And this is, is the girl still there at this point?

TT: Yes. So I just walk out an I'm just walking outside and basically like wanting to be in tears. I just feel so disgusted of myself. So then he like comes after me and just like his boxers, his underwear and goes Tiff are you okay and I'm like no. And he's like what's wrong. And I'm like what we just did like that's not okay. So then I go, we walk back in the hotel room, perfectly fine, the girls sitting there and like Zeek's like calling her babe and baby and I'm like okay what's going on. So-

KR: If you had to remember do you think that you would know what night that was specifically within that two weeks in may?

TT: I could because I took videos and everything while I was down there.

KR: New phone? Old phone?

TT: I still have like my iCloud.  So it lets me have all of my -

KR: And this is on your new phone?

TT: Yes.

KR:  Okay.

TT: So.

KR: You guys go back inside he's calling the girl baby.

TT: Yeah he was like babe I'm getting you an Uber like where are you going? And like I go to get in the shower or something and he comes around the corner and I start arguing with him like she needs to go. Like I don't want her in here. Like have her wait outside. And he was like you need to chill like shut up because I was being loud. And I was like no and then like he like put his finger like pointed it in my face and like swung it away. And then he just grabbed me and pulled me close and was like I said chill out.

KR: He grabbed you by the shoulders?

TT: Like up, like my -

KR: Like upper biceps?

TT: Yeah biceps.

KR: And what is the girl doing while all this is happening?

TT: She's sitting. So the hotel was kind of like, like here's the front door, you walk in the front door and you see the bed and then off to the side there's like a little kitchen area and like a little office chair. She was sitting in the office chair.

KR: And what happens then? He grabs you by the shoulders and says I said chill out.

TT: And then I just get in the shower and the girl leaves and then I just go to bed.

KR:  Did you have any physical injuries as a result of him grabbing you by your upper arms?

TT: It was hard to tell because I was burnt from laying out.

KR: Oh red from laying out in Dallas? Did you tell anyone about what had happened that night?

TT: No.

KR: So it wasn't like a situation where hotel security ever responded or anything like that.

TT: No.

KR: Okay. You know when I met with Ezekiel, one of the things that he told me was that you guys were never boyfriend and girlfriend because you were never exclusive. And he says you were seeing other people, he was seeing other people, and as a matter of fact you guys frequently had threesomes and that was to him just an example of how you guys were not exclusive. What

do you think about that?

TT: I think that is not the truth.  Because that was -

KR: I mean I've seen your text messages so I know the things that he's saying to you.

TT: That was my first threesome that I've ever had. I told him that I would never do it again. And we were boyfriend and girlfriend. He made it known that we were.

KR: He made it known to who? What do you mean by that?

TT: His whole family knew I was his girlfriend. I don't know like what his agents thought because him and his agents are really close. But I was around his family constantly. Around his childhood friends in St. Louis. Just I was always at like, we were literally like attached to each other's hip.

KR: You said that there was also a period of time where you guys were sitting down. I don't know where this was, but you guys were looking at pictures of houses in Dallas together.

TT: Yes, that was in the hotel room.

KR: In Dallas?

TT: Yes.

KR: And um, you guys were just looking together or was there any text message conversation between the two of you that he expressed that he wanted to move you somewhere? That he wanted to move you to Dallas? Was that just kind of face to face during that trip?

TT: I don't think he, I mean there was text message exchange saying I'm going to look at houses today.

KR: But him saying you know these are the houses, this is where we would be moving. Did he ever send that to you in text message form?

TT: No.

KR: Okay. Do you know if he ever told anybody else I'm moving Tiffany here to Dallas?

TT: No. The only person that asked me was the Christian Louis Vuitton guy.

KR: Who's that?

TT: The Christian Louis Vuitton guy. Me and Zeek went shopping and Zeek got some shoes one day and the next day I went back by myself while he was at practice and training. Whatever he

had. And I was shopping and the guy was asking me questions and he was like so I heard Zeek, like Zeek told me this, I heard this, and I was like yeah.

KR:  I heard what?

TT: Because he was like bringing me a lot of like blue like red bottoms and like stuff and he was like this would look good with Zeek's jerseys for when you move down here and this and that.

KR: Got it. Ezekiel also told me that on that Saturday night, now we're talking about that Saturday going into Sunday morning. This is when that facetime incident occurs. He says that you guys had brought a girl home with you that night from that club. Is that true? Now I'm talking about July 16th. Okay? So you picked up Alvarez, let me look at my chart. You guys had gone out that night to Park Street Social and a girl facetimes him, an argument starts, and Ezekiel's saying that Saturday night/Sunday morning that you guys bring a girl home with you. Is that true?

TT: We did bring a girl home with us. Her name is Naya but she has a baby and she said she didn't feel comfortable so she left.

KR: Okay. And the bringing the girl home that night, that was for like threesome purposes? I mean what was she coming there for?

TT: Yeah threesome.

KR: Did you know this girl?

TT: I did.

KR: You met her that night or you knew her before that night?

TT: Knew her before.

KR: Okay. Is that your friend or his friend?

TT: Neither.

KR:  Neither. It's just a girl that you know?

TT: Yeah.

KR: How did you know her before that night?

TT: She hangs out with people. She's like kind of like the friend group that like I used to associate with.

KR: Okay. Do you have an ultrasound that shows you that you were pregnant with twins?

TT: I do.

KR: And when did you miscarry the first baby?

TT: It was; I was four weeks. Four or five weeks when I went to the doctor the first time. And I didn't go back to the doctor until, I don't remember exactly when, it was, because the first time I got the ultrasound by a doctor, saw two sacks so twins, and then the bleeding that I had was from the miscarriage and then when I went back that sac had gone.

KR: It was gone.

TT: It shrunk and it was gone.

KR: Got it. So it disappeared. Okay. So I have some texts from April 10, 2016 where he, where you're, where he's saying what are you willing to do for me and she says I'm scared. Is that about getting the abortion?

TT: Yes.

KR: Do you remember; so do you remember what the date was that you got the procedure done?

TT: April 15th.

KR:  Okay.

TT: At 11:12 AM.

KR: Okay.

TT: And I have the ultrasound with the baby starting to form and everything.

KR: I'm sorry. Yeah. It's tough. Are you okay? Do you want to take a minute? You're good? Okay. Want some more tissue? You got some. You're all set. I'm going to look at something on my computer. Kim if you have anything you can go ahead while I'm pulling this up.

KJ: Did Zeek ever talk about any other incidents with girls where he had the police called on him? Do you know?

TT: No. No he never talked about any of that.

KJ: When Alvarez pulled the gun on you you didn't call the police that night either did you?

TT: I didn't. After the incident in February I promised Zeek I would never call the cops again because I didn't want to put him in the position to ruining his career.

KR: Did Alvarez ever apologize for that?

TT: He didn't.

KR: So was it ever acknowledged via text message by anyone that he had pulled a gun out on you? Because that really just seems a bit extreme.

TT: I think I was calling; I think I called my gay friend Beau. I might have texted him as well. And that would have been on my old phone.

KR: Okay. What were Ezekiel's two phone numbers? So, I have a text message here from June 26 where you say to him both of your phone numbers are blocked. No need to bother you anymore make you entertained. I hope you have a good rest of your day I love you. What were his two numbers? Do you remember? Off hand?

TT: He had, well when was that text?

KR:  Jul-, I'm sorry June 26, 2016.

TT: Okay so at the time he had the 214 number which is Texas area code. And then he had the 614 number which is Ohio.

KR: Okay. So we have, back to my chart. You know what, let me get through this and then we will go back to this. Kim, what are the requirements in Ohio to be considered domestic violence? Relationship wise? So like in Brooklyn if you'd had sex together that's it. I know some jurisdictions require living together and/or children in common. What are the requirements here?

KJ: Living together and/or children. 1:34

KR: That's it?

KJ: Yes.

KR: Did you guys ever live together?

TT: We did.

KR: Where did you guys live together?

TT: 1860 Cambusback Lane.

KR: And when did you live there with him?

TT: From the time of September through December.

KR: September through December of 2015.

TT: I would say like towards the end of December, yes.

KR: Okay, and I thought you said that it was important to him that he had his own space because he was messing around with other girls. How did you end up living with him then during that period of time?

TT: So there'd be, I would go home to my family probably like a night, two nights a week.  I would get all of my bags, take it home, and then I would get like more of my stuff. So I still had some of my things at my parents' house but I have like bags full of all of my stuff at his house.

KR: So you guys lived together from September to about December and how does it come about that you move out and where do you go when you move out?

TT: Well he, my stuff was still there I never moved out. It was just like I guess I was staying there through January also but I was more at home.

KR: When does he leave?

TT: He leaves the beginning of January.

KR: And were you still staying at his place by the time he left to go train in Florida?

TT: I was. So me and him went to New York for my birthday.

KR: When was that?

TT: January 4th and we were in New York for about a week. So he left, it was around January 11 I would say. Somewhere around there for Miami. And at the time, his dog Ace I was taking care of, so he, Ace was staying at home.

KR: At his place?

TT: Mhm.

KR: So when's gone in Florida during this January to April period, before, wait when did you say you moved into Times Square? April?

TT: No February.

KR: February. After Aventura. So this time period between September to late February when you move in to your own place, are you going back and forth continuously that whole time between Cambusback and your parents?

TT: I wouldn't say continuously I would say I know all of November I stayed with him because I didn't even celebrate Thanksgiving with my family.

47

KR: All of November.

TT: Yeah. And then December I went back home for I think it was like a week because we had an incident happen to where he had another girl.

KR: Had another girl doing what?

TT: Well she was a girl from LA that Drew and him were talking about. Her name's Britney Renner. She's a fitness model. She was in Columbus because I guess her family lives here. So she had been at his house for a couple of nights.

KR: Here in Columbus?

TT: Not staying with him. She was staying with his family but she was over there.

KR: And at that point you were staying there too?

TT: No. I was staying at home.

KR: So what happened that you were staying at home? You knew the girl was in town and went to go stay with your parents?

TT: So, I had his, all of his messages coming to my phone.

KR: Okay. How did you do that?

TT: I got on his MacBook because I had his passwords to everything. So I got on his MacBook and I put send and receive and like just had everything come through on my phone as well.

KR: So you knew, so once you found that out did you leave Cambusback, go stay with you parents for a little while and then come back?

TT: Yeah. I was back, I want to say it was December 8.

KR: And how long did you go stay with you parents when you found out about this girl coming in town?

TT: It was for about a week.

KR: Is there anybody that can establish or say that they know that you were living there with him between September and February when you move into Times Square?

TT: A lot of people. My parents, Elaine, Ashley.

KR: I'm sorry let me ask you a question before I forgot. In an average week, how many nights were you sleeping there?

TT: An average week probably 7. It was 7.

KR: So you said your parents knew you were living there; Elaine knew you were living there. Who else?

TT: My old boss, my first boss that when I first started Tan Pro her name was Ashley Block. She knew, Stacey also.

KR: Ezekiel's dad? Oh no no no this is a different Stacey.

TT: This is a different Stacey. She worked with me at Tan Pro.

KR: What's her name?

TT: I forgot her last name. It's really hard to say. Stacey I don't know I'll have to send it to you.

KR: And Ashely and Stacey you still have their phone numbers?

TT: I do.

KR: Okay and who else?

TT: Basically Shelia, Makaila, my gay friend Beau.

KR: Beau. Stacey Elliot and Ezekiel say that you were not, you never lived there with him.

TT: Who said that?

KR: Stacey Elliot, Ezekiel's dad, and Ezekiel said that you never lived there with him.

TT: That's a lie.

KR: So after your friend Beau who did you say?

TT: I forget.

KR: Mikaela, Shelia, Beau, Elaine, your mom, your two friends from the tanning salon.

TT: Stacey and Ashley.

KR: Ashley. Did you ever receive bills there? Were you receiving any bills or mail there in your name?

TT: I did. I sent, what was it, I didn't send it. It was the car people. Yeah. It was like car, it was like all my car information and everything.

KR: Like your insurance?

TT: No.

KR: For the car that your dad got you or the car that Ezekiel got you?

TT: The car Zeek got me.

KR: So that would have been February.

TT: Mhm.

KR: So you received those materials at your apartment, at Cambusback? Or did you receive it at Times Square?

TT: I received it at Cambusback because I used to -

KR: Any other mail that you think you received there that would have your name and address there?

TT: I really didn't get mail. The only mail I got was from, is from my bank and that would be sent to my house.

KR: To Cambusback?

TT: To my parents' house.

KR: Did you have clothes there? I'm sure.

TT: Yes.

KR: Did you have toiletries?

TT: Yes.

KR: Anything else?

TT: At Ezekiel's? I had toiletries, clothes, I even have pictures of me and my friends getting ready. They would come over while he was gone for the weekend. When Ohio State played away. That's other people. I just remembered the picture. Riley and Amanda. I was also friends with at the time of living at his -

KR: And they would have known that you were living there?

TT: Yes.

KR: And what's Riley and Amanda's last names?

TT: Riley McTeague and then Amanda Kaser.

KR: Okay. You have their phone numbers as well?

TT: Yes.

KR: I'll get those from you later. Did you ever have any packages sent there or anything that you bought online?

TT: I never bought anything online.

KR: Okay. Good for you.

TT: I don't think I've ever bought anything.

KR: I shop online constantly.

TT: Really. *Laughs.*

KR: My excuse is that I don't have a car right? Since I live in New York so I'm like well I can't go get this stuff I need to buy it online. It doesn't make any sense but I'm that's my story and I'm sticking with it. *Laughs.*

TT: *Laughs.*

KR: Did you ever give that address on Cambusback to like your employer as being your residence? You know when you have to fill out paperwork at your jobs?

TT: No.

KR: Okay. One second. Um Kim I don't know if you have anything.

KJ: Where was your car registered to? What address you used when you bought your car for your license plates?

TT: 1860 Cambusback Lane.

KJ: Was the car in your name or his name? Whose name was it registered in?

TT: My name.

KJ: So where was it registered? Is it still registered to that address?

TT: Yes, nothing's changed. He's still on the loan and all of that.

KJ: Is he still making the payments?

TT: No, I pay for my car.

KR: But you still have that car?

TT: Yes.

KR: Okay. You know the guy we spoke about that says he was with you at a pool party and that he did not see any injuries on you. What night was that that you went to a pool party?

TT: Monday night? I'm trying my best to remember.

KR: I can look at it actually.

TT: It was Monday night because Zeek didn't come home that night.

KR: Yep that sounds right. Okay so Monday night. Now where was that pool party?

TT: I have no idea. It was, my ex coworkers Kelsey's friend apartment complex

KR: Okay. And do you know who this, I know I asked you this before but please forgive me I forgot what you say. Who is that guy that wrote this affidavit that said I saw Tiffany she didn't have any bruises? Who is that person to you?

TT: He is my coworker. Well my ex coworker.

KR: At where? Where did you guys work together?

TT: At Dahlia night club.

KR: Okay and he says that he did not see any bruises on you that night.

TT: Right.

KR: Who else was. So, who were you with that night? As in like who did you go to the pool party with?

TT: Kelsey.

KR: Kelsey.

TT: We had met at BBR for dinner and then that night we were walking around Short North and that was the night I ignored Zeek and he was yelling my name.

KR: This is Monday night. So Monday night you bump into him, you ignore him. See, here's the thing. I have that you were at dinner with like your old boss, at BBR, you bump into each other Sunday night. So you're saying this is a separate incident on Monday night when you guys run into each other again.

TT: We bump into each other each night. Sunday and Monday night. We were actually texting Monday night.

KR: And then you go to the pool party. He goes wherever he goes and doesn't come home that night?

TT: He was still out partying. Me and Kelsey went to the pool party and I left at like 1:30 because my phone was dead and here I'm thinking like I'm going to go home to Zeek being there. He's not there. Only Alvarez was. So then Kelsey gets me the Uber back to Zeek's apartment, 1860 Cambusback Lane and I'm freezing because my clothes are soaked, my hair is wet.

KR: Why are your clothes soaked?

TT: I got thrown in the pool. So then I go in the house and I change into dry clothes. And me and Alvarez start fighting -

KR: About what?

TT: Like arguing back and forth. Because he knew where Zeek was and he wasn't telling me.

KR: Okay. What's your friend Kelsey's last name? I'm going to go ahead and get that phone number now. While you have your phone out I'm going to get everybody's phone number from you now instead of waiting until the end.

TT: Okay. Kelsey's last name is C-i-m-i-n-i-l-l-o.

KR: And what's her phone number?

TT: Her phone number is 614 403 8637.

KR: And Stacey from the tan salon?

TT: Stacey's is 614 286 5493.

KR: And your gay friend Beau?

TT: 614 735 2495.

KR: 2495. And your friends who came and got ready with you at the apartment when you were pretty much living there at Zeek's place.

TT: 614, this is Amanda Kaser. 614-

KR: Can you spell that last name?

TT: K-a-s-e-r. 614 849 8620. And then Riley is 614 -

KR: Riley who?

TT: McTeague. M-c-t-e-a-g-u-e.

KR: That's also who came and got ready with you at your place?

TT: 614 354 8603.  And Aaliyah was also, Aaliyah came over multiple times and just was hanging -

KR: Spell Aaliyah's first name, and Aaliyah was also there where Zeek dragged you across the street?

TT: Yes.

KR: Can you spell her first and last name for me?

TT: A-l-e-a-e-e-a-h and then her last name is R-u-t-h-e-r-s.

KR: And what's her phone number?

TT: 614 634 1654.

KR: And Kelsey's the one friend from the pool party.

TT: Correct.

KR: Did Kelsey ever talk to you that night about the bruising that you said that you had? Because you had gotten bruises over the last few days?

TT: That's the reason why she met up with me because I had asked her, like I needed someone to talk to, and like she's really a sweet girl so I trusted sitting there talking to her. I sat down and I showed her like the bruising that I had on my neck at the time and then I had a bruise somewhere up here.

KR: And what did you tell her about where those had come from?

TT: Um she said, he did that to you? He's such an asshole and I said yeah.

KR: Are you still on speaking terms with her?

TT: No not ever since I stopped working at the night club.

KR: And you were with her at Dahlia?

TT: Yes. We really only talked at work.  That was one of the few times, probably like the second time we had talked outside of work.

KR: When I spoke to Aryin, she says that when you guys leave the club, and I know I'm jumping all over the place, but that when you guys leave the club for Ezekiel's party on July 21st that at some point between leaving the club and going to Ezekiel's place for the after party, that you and Ezekiel were facetiming and chatting and everything was fine. Do you remember that?

TT: Yes.

KR: So had he actually invited you to come to his place that night?

TT: Yes. I think we facetimed like four different times on the way.

KR: And what was the conversation like? What are you guys chatting about?

TT: He was just in the car, the music was loud, that was the first one. The second one was like where are you at and I said here waiting. And he was just intoxicated and drunk. And then the other ones were just like of him and Alvarez sticking their tongue out and dancing, being goofy. But perfectly fine.

KR: Ezekiel told me then that in the week leading up to the 21st that you kept bringing up his teammate Briante Dunn and that he got in trouble for domestic violence and Ezekiel was going to end up the same way. Was that true? Did you have that conversation with him?

TT: I didn't know anything about Brionte until the day I went to the prosecutor's office.

KR: And how did you learn about it that day?

TT: The prosecutor had said that they were dealing with an incident similar to Ezekiel's.

KR: And they named Briante Dunn by name?

TT: Well I know his girlfriend, well his ex-girlfriend, and it was just like his story was going around so I just knew.

KR: And you, but you found that out the day after the incident? You didn't know anything about the incident with Brionte and his girlfriend before you went to the prosecutor's office that day?

TT: No.

KR: Okay. Ezekiel also says that you hacked into his email. Is that right?

TT: The only time I hacked into his email was when, it was months ago.

KR: Months ago meaning while you guys were still together or after you guys pretty much stop talking?

TT: While we were still together.

KR: Okay. Okay. So when was that? When did you hack into his email?

TT: I wish I could remember -

KR: And how did you hack into there? I guess maybe that's the better question.

TT: I knew his recovery email and his cell phone number that he had it under.

KR: What's the recovery email?

TT: I think it was ZKL-

KR: No I mean what is a recovery email. I don't know what that means.

TT: Oh. I forget if it was his Gmail or yahoo account. He had two different emails but normally like when you have an email it asks for like a recovery email just in case you forget your password to secure your profile.

KR: So did you hack or did you just know his passwords?

TT: I mean it really wasn't hacking because I knew his information.

KR: Right. When in the relationship had he given you these passwords?

TT: He gave me his passwords quite early in the relationship and then I also had the passwords to his phone. And he had the password to my phone.

KR: Was there ever a period of time where you started reaching out to the other girls that he was messing with?

TT: Yes, there was a period, I would contact, I wouldn't contact all of them.

KR: You would or would not?

TT: I would not. I probably contacted, I really didn't even contact that many girls.

KR: How did you reach out to them?

TT: Well the night of the facetime the girl that face timed him I tried to call facetime her back on his phone. I would, because he had changed his password so I talked into Siri and said face time so and so. But it, I don't know what happened, it just wouldn't let me. And then, other girls I think I messaged maybe on Instagram.

KR: And you would message them and say what?

TT: I don't remember.

KR: What I mean by that was, were you threatening them or were you just saying I want more details of what's going on with you and Zeek? What kind of things would you say to them?

TT: I wasn't threatening them at all. I just basically told them like if I did confront any girls, which I don't, I really honestly don't remember, if I would confront them I'd be like me and Zeek are dating like what are you two and I would just get more information.

KR: And how would he react when he found out you were doing these things?

TT: He would lose it.

KR: Yeah.

TT: There was a time where he was in Utah and I had messaged -

KR: What was he in Utah for?

TT: His running back coach from Ohio State was putting, was like doing a camp in Utah so he was working that with younger kids I think. And I was supposed to be there with him just like out of nowhere he doesn't want me to come anymore. So then I see like one of his fans posts a picture so I just ask is there a girl with him? And his fan of course screenshotted it and sent it to him and he sent it to me and said this is embarrassing. Why can't you just believe me? And that's it. And he would like freak out and block my number but the next day it would be unblocked. Or an hour later.

KR: So if you look at this, this is from June 8, 2016. And when you go down, it looks like you sent him this saying, just deleted two hundred something screen shots I came across these. I miss when you used to fight for me it's all my fault why I'm losing you. What did you mean by that?

TT: This was June 18th?

KR: June 8th.

TT: It all my, it was my fault because I was constantly bitching at him. I was constantly trying to argue and fight.

KR: Do you remember what his response was to that if any? I know you guys talk a lot but do you remember by chance? What his response was?

TT: No. I don't.

KR: Do your parents know about this investigation? That you and I are talking?

TT: They do.

KR: Because I'm going to probably need to speak to them so I just wanted to make sure it wasn't going to be like a cold call or something and that they know that this is what's going on.  So this is from July 5th right and it looks like Ezekiel writes you and says, just want you to know I've been thinking about you nonstop. I miss talking to you so much. Just hope you don't plan on fucking my teammates because I see you went ahead and are following them now.  And you write back and say do you know when you'll be back to cancel the lease so I can start packing my stuff up. This is on July 5th so this is about a good two weeks before you know everything happens that kind of five-day time span. Why were you packing up your things on that day and getting ready to move out?

TT: We had been arguing and things weren't going good at all between us.  We really weren't on talking terms and I just wanted him to cancel the lease so I could just not talk to him anymore. He wouldn't cancel the lease.

KR: Why wouldn't he cancel it?

TT: He just said I'm not canceling the lease. He didn't, I don't remember what he said.

KR: He didn't really give an explanation. Okay. So this is a screenshot that you sent to like you sent it as a screen shot but the actual picture isn't on there anymore. And when you look at the screen shot you see it says July 18th 3:33pm. What is this injury from? It looks like it's your finger.

TT: It's my -

KR: Oh it's your elbow.

TT: It was like the back of my arm.

KR: Like this. Okay. And how did you get this particular bruising on your elbow?

TT: Um from him.

KR: So we're talking about July 18th.

TT: That was, I'm trying to think. It wasn't, no, those pictures in his bathroom were from Saturday night.

KR: From Saturday night when you confront him about the girl facetiming him?

TT: Yes.

KR: And you took this picture, this is Ezekiel's bathroom?

TT: Yes.

KR: This is at Cambusback or at the Carriage House?

TT: Cambusback.

KR: Okay. I'm confused by this text. So this looks like this is between you and aunt Elaine and this is you telling her you know this is what happened, blah blah blah blah blah, she says that's just insane, you have to leave him alone Tiff. What time will you be out here? I need to know when you are dropping Tate off so I can plan my evening around it. You say I'm not, flights are too expensive and I need to be smart. And then Aunt Elaine says okay I'm here if you just want to come visit. Can you explain that to me because I thought at that point you were in Columbus?

TT: I am.

KR: So then what were you talking about with the flights?

TT: I was actually in Ezekiel's room at the time sitting on the corner of his bed and Shelia was in LA with her family.  When I had called Elaine and told her, I told her like everything that had happened and she, that's when she texted me and was like that's insane I just need you to leave him alone.

KR: So when you're, so Aunt Elaine is saying when are you dropping off the dog and you say I'm not dropping off the dog I'm not going to see Shelia in LA. Okay. So we have these pictures that we took and because of Dave who you met at Panera who was like this amazing computer nerd, I don't understand half of things that come out of his mouth, but he's able to geo locate where it was that you took these photos and it looks like you're taking these photos in a car.

TT: Yep.

KR: And let me show you the way it's coming up on the map. So it looks like you took them a combination of on the interstate and then here. What is this? Is that Carriage House?

TT: What do you mean on the interstate?

KR: So it looks like you took it like it looks like you took like maybe some while you were driving and you also took some -

TT: I was, so that's the Carriage House but I was parked right outside of the Carriage House. I'm sitting in my car taking them.

KR: Got it and that was on July 21st, 2016. Okay.

TT: Yeah Thursday.

KR: So you text Ezekiel at 2:12am on July 22nd. I just got fucking beat by one of your hoes bitch. This is the fight with the girl. So did you actually get beat? So do you write, then your next text says actually not beat LMAO on the fight you better be smart. Did you get beat by the girl? Describe to me, break down every single piece of physical contact that this girl has with you.

TT: No I said that to him to make him feel bad.

KR: And you thought that this girl was associated with him somehow?

TT: Yes, because she was in his section.

KR: Okay. What Aryin tells me is that you guys were leaving and a girl was throwing up and you said something like, she's like a stupid drunk bitch, or something like that, and the girls that's helping her drunk friend turns and was like that wasn't nice and then you start fighting. That's how Aryin remembers it but it sounds like you remember something different.

TT: So I remember being in Ezekiel's section, I was sober the whole entire night. I didn't have anything to drink. Went in his section, saw her, she kept like looking at me like very funny and I thought something was really awkward. So then she was throwing up and I said, I said lol I called I said like ratchet I forget what I said. And then next thing I know I have someone pulling my hair, like outside of the club. She like pulled my hair and I turned around and she's like come on let's fight.

KR: it was the girl that had been throwing up? The same girl?

TT: Yeah. And she's like come on you're not about it and I said I'm not. And then she went to swing but then like a whole bunch of guys grabbed me back. So-

KR: So did any of her punch, did she punch, hit, kick, slap?

TT: She didn't.

KR:  She never connected.

TT: The only thing that touched me was her hand grabbing my hair.

KR: Why do you, I don't know if you've seen the affidavits that the police officers did. But why do you think that they would say what they said because they said it is a full on fight. Both of you guys are punching each other, hitting each other, grabbing each other's hair.

TT: Well the representative that is representing him owns the club.

KR: Representing who?

TT: Ezekiel. One of his representatives and is the employer as well. And he –

KR: What do you mean by representative? I'm confused.

TT: Um like representing him like through this who investigation. Like helping, like helping him and like his other lawyers out.

KR: Okay so there's somebody based here in Columbus that's helping out with the investigation and that guy owns the club?

TT: Yeah he's trying to get in contact with Shelia and other people.

KR: Right by why would the police officers say that it was a full on fight?

TT: I didn't even know that the police officers were right there. And Kenny, the other affidavit that you guys have –

KR: The owner or the whatever he is?

TT: The manager.

KR: The manager mhm.

TT: He is always inside when the club closes and I came out way before the club closed. It was like, the club closes at like 2:15-2:20 I was outside at like 1:55-2 o'clock.

KR: So you're texting him saying you better be smart, and not be dumb man, bitch. He says I'm a bitch? You write back and say keep fucking with the wrong bitch I'm not playing games. After party at Zeek's. And then he writes back and says you are.

TT: And then that between that, those texts, like that's when we were facetiming.

KR: Hmm.

TT: I think it was before those texts or maybe it was between those texts.

KR: Yeah because these texts are pretty rapid fire like back to back.

TT: So maybe we were facetiming after.

KR: Maybe. Maybe somewhere in here like maybe 2:12-2:18 that kind of 6 minute. Yeah so you were, you were facetiming with him and sending him these texts?

TT: Mhm. We were texting and facetiming back and forth.

KR: What did you mean when you said be smart, keep fucking with the wrong bitch. What did you mean by that?

TT: That's a good question. I would kind of say things just out of anger.

KR: How did you learn that the after party was at his place?

TT: I knew way before because me and him planned everything.

KR: Okay. And when you guys were facetiming in between sending these text messages does he invite you?

TT: He does. He asked me where I'm at and I told him I'm sitting outside of the Carriage House and he said okay we'll be there soon. He knew I was there and everything.

KR: Yeah what happens here though is he texts you at 2:27 and says night night like we're done for the night. And then you write back immediately at 2:28 and say see you when you get home, you send some type of emoji face, and then you say again see you when you get home.

TT: I'm talking about the Carriage House.

KR: But he tells me is that you were are not invited to anything that night. You were not invited to come to the party, you were not invited to come to his place.

TT: After this I'm never talking on the phone with anyone again.

KR: So he's saying, you're saying see you when you get home but you're saying prior to this night night text message he had told you that you were welcome, that you were welcome, that you were invited to come.

TT: Yeah he was being a smart ass. He always sent texts just being like an asshole and just like sarcastic. Trying to make me mad.

KR: This Aryin text, so I talk to Aryin and she says I didn't realize you were sitting on the side of the road.  She tells me that the police officers come there, they do their investigation, they interview everyone respectively. After that the police officers take her home while you're still there talking to the police. But she's at home and you were waiting on the side of the road for your grandma if I'm not mistaken.

TT: Yeah. I was still-

KR: And then she texts you, and I'm so confused about this, so this is now the next morning. No this is not the next morning. So July 21st is actually kind of the night of July-

TT: 22nd.

KR: Wait Jul-the Carriage House incident and all that happens July 21st going into the 22nd. Late 21 going into 22. Late Thursday going into Friday.

TT: So we went to the Carriage House that Wednesday, the 20th, so the incident occurred on the morning of Wednesday night and Thursday morning.

KR: No it's Thursday night into Friday morning. Because Wednesday night -

TT: When he choked me was Wednesday night at the Carriage House. Wednesday night was –

KR: Right. So, no what I'm talking about, when I say the Carriage House incident, I mean the big one like when the police get called. That's Thursday night going into Friday?

TT: Yes.

KR: Okay. So she texts you at 5:36 AM and says do you want water. Were you guys in the same place?

TT: We were.

KR: Where were you?

TT: We were at her apartment.

KR: Oh so she sees you again that night?

TT: Yes.

KR: Okay. And then you write back and say I'm fine will you come help me type something up please.

TT: And that was for -

KR: And that's now the full, I'm fine will you help me come type something up, the next time you text her is a full 12 hours later, 5:38 that night and you just say that the reporter is coming say no comment. What did you need her to help you type up?

TT: I just wanted to make sure what I was saying for the pictures that I posted sounded okay.

KR: Did she help you with that?

TT: She did.

KR: She did. Okay. So these are pictures, I'm going to get to these, that look like they were taken from someone else's phone and then texted to you. Okay. These photos. These injury photos. Who's-

TT: All of the photos that I have are taken from mine.

KR: Well this -

TT: Or actually, no no no, I'm sorry that's from my sister's phone.

KR: What's your sister's name?

TT: Taylor Thompson.

KR: Taylor Thompson. How old is Taylor?

TT: Fourteen.

KR: So it looks like she takes these the next day and sends them to you on July 22nd at 6:25pm.

TT: Is that my side?

KR: Mhm.

TT: Yeah.

KR: And where were you guys located when you took these photos?

TT: My parents' house. 732 Brevard Circle.

KR: Did you tell Tay about how you got these bruises?

TT: It was her birthday so she kind of knew what was going on.

KR: What do you mean by that?

TT: This was July 22nd right?

KR: Mhm. What do you mean that she knew what was going on?

TT: Well my whole family knew what was going on because I came home in tears and -

KR: From the incident at the Carriage House?

TT: So-

KR: After you called the police at the Carriage House.

TT: So I stayed at Ayrin's that night, and me and Ayrin, did Ayrin came with me to my apartment the next morning?

KR: Mhm.

TT: I don't know but we, I went to my apartment the next day and the officer met me there because I was scared that Zeek was coming to show up, so the officer met me there.

KR: At your house?

TT: At my apartment.

KR: In Times Square?

TT: Yes, in Times Square.

KR: And when did he meet you there?

TT: It was in the morning.

KR: The next morning?

TT: Yes.

KR: And what happened when he got there?

TT: Nothing I was just gathering up as many clothes as I could to take to my parents' house.

KR: And Zeek never showed up or anything right?

TT: No.

KR: Okay. So I'm looking at these pictures and just for my own reference, these are on page 42, so these injuries that we see here at the top of page 42, it looks like that's your thigh?

TT: It was my -

KR: Like your upper thigh?

TT: Yes.

KR: And what were those injuries from? And by that I mean specifically what incident resulted in you getting those injuries?

TT: I honestly don't remember.

KR: Okay and that's fine. Um, 43, this kind of injuries looks almost like directly above your hip bone above your panty line. Do you remember specifically what incident that was from?

TT: That was from him throwing me into the corner of the bed at the Carriage House.

KR: And when he throws you into the corner of the bed that's also the same night that he pins you to the floor and chokes you which is the evening of Wednesday July the 20th.

TT: Yes.

KR: Okay. Who's this? So it looks like somebody writes you on Instagram with the handle beautiful Ashanti, Tiffany what's going on with that last two posts you did? Please take those down and give me a call ASAP. 704 which is a Charlotte number, no is that right? Yes 704 is Charlotte, 407 is Orlando, July 22, 2016 at 7:06 AM so it sounds like this is immediately after you put it up. Who's that person?

TT: Ezekiel's aunt.

KR: Got it. Okay. Did you speak to her?

TT: I did not. I had his friend's reaching out to me, his childhood friends, I had his family reaching out to me. Everyone.

KR: Okay. So your texting with Jordan and she says what's been going on and you write back and say people are really saying I didn't have those bruises already on me when I was out Thursday night. Like you saw it all yourself before I went out. You saw Jordan that night before you went out on Thursday for the evening?

TT: I had facetimed her.

KR: You facetimed her. Did you call her attention in that facetime to the bruises that you had?

TT: I'd been crying and she asked me what was wrong and I was on facetime with her and I just showed her like how my whole body looked. All she said was wow Tiff that's crazy.

KR: And you told her how you got those bruises.

TT: Yes.

KR: And are you still speaking to Jordan?

TT: I don't speak to anyone. I don't speak to any of them.

KR: So there's a conversation, there's a few videos that you have recorded here. Of conversations with Ezekiel. One of them he's upset because he says that you had a picture with a guy named Dylan and you were in a thong and bra with money in your hand. What is that about? Do you know what he's talking about?

TT: No. I have no idea the only Dylan I know is the, his friend Dylan.  I think it was just something to contact me.

*Plays recording.*

KR: Do you have any idea what he's talking about? No. You don't know what he's talking about? *Can't understand response.* Okay and listen to this. *Plays another recording.* What is that about? Explain that to me.

TT: So my parents, my father works for the Schottensteins, very powerful people in Columbus Ohio.

KR: What do they do?

TT: They own value city furniture, multiple other things, I'm really not sure but-

KR: What does your dad do for them?

TT: My dad, I don't know, I explain that he's the vice president of American Signature but he has many different titles. So he like specifically works for his family, what not. So it was said that LeBron, someone contacted LeBron's manager and was trying to get information about me.

KR: How did you learn this? That someone was contacting LeBron's manager.

TT: The Schottensteins. Because the Schottensteins are best friends with LeBron. They're very close.

KR: So they tell your dad that somebody from LeBron's people is, I'm sorry explain it to me, I just want to get it straight.  The Schottensteins tell your dad what?

TT: Like I don't want to say the wrong information. So the Schottensteins just tell my dad that someone contacted LeBron's manager Maverick and, or Maverick contacted the Schottensteins trying to get information about me and the Schottensteins said I can't do that like we're not getting involved her father works for us.

KR: Did Maverick know that your dad works for them? Like why would he pick them to say do you know anything about this girl? Just because they're in Columbus maybe?

67

TT: Yes, because the Schottenstein's can really find out anything about anyone.

KR: What do you think that was about? LeBron's manager wanting information about you like what do you think that was about?

TT: I'm not sure. But that first call I honestly think it, Zeek made it, he made it all up. And it sounds like, he sounds fake.

KR: You can't think of a reason that LeBron's manager would be trying to contact you?

TT: No.

*Plays recording.*

KR: Did you send him text messages threatening to ruin his life?

TT: No recently. When I was pregnant I did.

KR: Okay. And Tiffany I'm not even going to look through my computer for this but if we have more questions, follow up, I will figure out when I get back to New York how to screenshot it to you but somewhere on here, and there's a lot of information on this phone, on May 7, 2016 you send Ezekiel a text message saying that you had hospital bills and a concussion.

TT: Yeah I got the concussion, actually that's another incident obviously. So again we were at XO that night, me and Ezekiel were both on Xanax and we were drinking and we got back to the house and there was multiple people there. Well me and Riley were talking in the bathroom, well Zeek comes in and me and Zeek start arguing and then he goes to like -

KR: Let me stop you right there when do you think this happened?

TT: My concussion? I could tell you exactly. The night that also, while I have it up, the night that Shelia and Alvarez met was September 17, 2015. And then, what was I looking for again?

KR: You were looking for, wait what were you looking for?

KJ: When you got the concussion.

KR: When you got the concussion. There you go.

KJ: Medical bills.

TT: I want to say it was November. November 11. I don't know for sure. November 11. Yeah.

KR: On November 11? Okay. So you and Ezekiel are on Xanax and you guys are out. Where are you? You said you are at XO?

TT: Yeah we had, or maybe I think I was out with my friends that night and he was somewhere else. I don't recall. But I know -

KR: So you said you go into the bathroom with Riley and what happens then?

TT: I went into the bathroom at 1860 Cambusback lane with Riley.

KR: I'm sorry so you're out with, I'm confused.

TT: This is after the club.

KR: Who goes to the XO? You, Riley and who else?

TT: Me, Riley and I think it was Amanda.

KR: Okay. And you were on Xanax at the club? Or you didn't take it until you got back to Cambusback?

TT: No I was; I took it before. And then we came back, me and Riley were talking in the bathroom and then Ezekiel comes in and me and him start arguing so Riley steps back and Zeek goes to like grab me and I kind of like step back and then he goes to grab me again and kind of like, I don't want to say aggressively pushes me, like he pushes me enough to where I fall back in the bath tub and I hit my head. Like the back of my like, corner of my head on the bar soap thing.

KR: And this is at Ezekiel's apartment on Cambusback

TT: Yes.

KR: And Riley sees this?

TT: Yeah I think she did.

KR: Okay so you're at, you're in the bathroom with Riley, Ezekiel comes in and starts arguing with you and grabbing at you. What was he mad at you about?

TT: I don't remember.

KR: Okay. So you say he's grabbing at you. Kind of show it to me.

TT: So here's Riley here I am, Zeek comes in Riley kind of steps to the side and he like goes to grab me and I step back. He doesn't touch me that time. And then he goes to like kind of like grab, like I want to say like he kind of like wanted to grab my like shirt to like pull me closer but like instead he pushes me and like I stumble and I fall back.

69

KR: Into the tub and hit your head on the soap holder thingy?

TT: Yes.

KR: And what happens after that? So your head hits the bar soap holder and then what happens?

TT: I forget. I think I got up and I put, I don't think I did anything for my head. But the next day I was like really really really really sick.  And this is the time where he was in the, he was sick also, he had an infection in his leg to where he was hospitalized for three days before the Michigan State game.  So as soon as I got, Shelia had gone to the ER with me but she had to leave and then my grandma came and sat with me.

KR: When did you go to the ER? So what time of night did this happen? Where he kind of grabs you? And where's Riley while this is going on? Do you have a bathroom big enough or was Cambusback bathroom's big enough? For you, Riley, Ezekiel to all be in there?

TT: I would say she was kind of in the hallway. So I would say the bathroom is probably the size like this.

KR: Did she have any reaction at all when you fell? Did she reach in and say oh my god what just happened are you okay?

TT: She just asked me, I want to say she asked me if I was okay. I don't really remember.

KR: What did Ezekiel do after you hit your head on the soap holder?

TT: He asked me if I was okay and then asked me if I needed ice. And then I just went and laid down in bed and I fell asleep but the next day I was throwing up, I had a fever. He was really sick also. And then

KR: So what, I'm sorry and I think you might have answered this. When does this happen? The soap, the head hitting, two, three, four in the morning?

TT: Yeah it was after the club.

KR: Somewhere around there.

TT: So about three, four.

KR: Did you tell anybody about this?

TT: No.

KR: No one?

TT: Well besides Shelia, my grandma and my aunt Elaine. And my mom, I think I told my mom too.

KR: So what time of day do you actually go to the hospital?

TT: I went to, while I was taking care of him and trying to take care of myself, so Zeek went to the hospital around like, it was the afternoon so I went like in the evening time.

KR: Okay. And they told you you had a concussion?

TT: Mhm.

KR: What kind of medical treatment did you receive at the hospital?

TT: That's a good question. They, I don't know.

KR: Did you tell them at the hospital what had happened to you?

TT: No I told them I just had fell by myself.

KR: You didn't. Do you have medical records or paperwork from that doctors visit? Any type of paperwork at all?

TT: Not saved but I'm sure I could get the paper, like the records.

KR: Mhm. And you said that this happened in November of 2015.

TT: Yes.

KR: Did you, did they give you any pain medication?

TT: No because I, I'm not one that takes pain medication I don't like how it reacts to my body so I think they told me they were going to, actually they did, they prescribed me Norco because it was something lighter than I don't know what they said.

KR: Okay so they get that to you. What was wrong with Ezekiel's leg?

TT: He had-

KR: Did it get cut, and it got infected or something?

TT: It was something like that, yeah.

KR: Okay. How long did you feel sick after the concussion?

TT: A while. I actually had really bad migraines. I was sensitive to light for a while and everything.

KR: What's a while? A few days, a few weeks, a few months?

TT: Probably a few months.

KR: Okay. Did Ezekiel, and I believe you also told Ezekiel that at some point you had an infection as a result of the procedure.

TT: Yes.

KR: Did he give you money for that as well?

TT: He-

KR: For like your hospital bills?

TT: Yes, he paid, he told me that he would take care of my infection for when I went to the emergency room. For after the abortion.

KR: Okay did he help you with the hospital bills for when you got the concussion?

TT: He didn't. No he didn't.

KR: In your old phone, do you think there are any messages anywhere with him acknowledging what he did to you during any incident? I'm sorry. I shouldn't have done that. I mean I'm going to get the phone from you in a few minutes when you go, but do you think there's anything on there like that on the old phone? Because there isn't -

TT: There's a lot of information from the February incident I know.

KR: From Aventura?

TT: Yes.

KR: Okay. So, I know your kind of fuzzy on this because it was a pretty intense week but let's try. So we already went through this, you took this at Cambusback in his apartment and this bruising, you're not really exactly sure when that, what incident that's from.

TT: No that's either from Saturday or Sunday.

KR: And this was taken July 21st?

TT: That's from Wednesday.

KR: Let me, one second, just to make sure we're talking about the same things. So, this is the back of your elbow?

TT: Yes.

KR: And it looks like this was taken July 18th.  And this is from which incident? And I'm looking at A.

TT: I would want to say Saturday.

KR: Saturday being when he attacked you after you confronted him about the girl?

TT: Yes.

KR: Okay and then we have B. This photo looks like it was taken on July 21st at 2:18pm and it's some bruising on your wrist. This injury was as a result of what?

TT: That was from Wednesday night.

KR: Wednesday night being when he pinned you to the floor and choked you?

TT: Yes, and that's also that bruise right there.

KR: And a bruise on your, on the lower part of your arm. And then this looks like this is a different arm. These are two different arms on B and C?

TT: Yes.

KR: And we see some bruising here. What was that bruising from?

TT: Wednesday morning.

KR: Wednesday night when he pinned you to the ground and chokes you?

TT: Yes.

KR:  And then here we have what I'm going to call D. Based on now that I know what his wall paper looked like, it looked like these were taken in the bathroom at Cambusback?

TT: Yes.

KR: Do you have any idea when these were taken? Was this the same time that you took the other ones on July 18?

TT: Those were sent to my aunt that next day when I showered Sunday. So that was from Saturday night.

KR: Got it. From when you confronted him about the other girl texting him?

TT: Mhm.

KR: And I'm just going to call this one alone E because we already went through this one. I think this is what I called A. Do you remember when you took this photo with the towel on your head?

TT: That was right after I got out of the shower because you could see everything clear.

KR: Out of the shower which day?

TT: Sunday.

KR: Sunday. And this is after he attacked you the night before earlier that morning because of the other girl?

TT: Yes.

KR: Ezekiel said that this is a hickey.

TT: That is not.

KR: Okay. And then we have what I'm going to call F and G. So what, this is your bruised shoulder right?

TT: Yes.

KR: Where are you taking this picture?

TT: In his bathroom as well. You can see his wallpaper right there. At 1860.

KR: Okay. On Cambusback. Do you remember when you took this photo?

TT: Yeah I took all of those photos at once. That was before and after I showered.

KR: But see they can't all be at once because some of them are in the car.

TT: No I mean the bathroom.

KR: The bathroom pictures are all one shot.

TT: Yes.

KR: And it looks like you're saying they're all Sunday as a result of the attack about the other girl.

TT: Yes.

KR: Okay. Did I ask you enough questions?  *Laughs*. Kim do you have anything that you want to ask?

KJ: No.

KR: Tiffany do you have anything that you want to mention that you think is important? And we're going to talk again because I am going to have to go through all of this and look at what I have and compare things. And we'll see what happens but I know you screenshot me the conversation that you recently had with Aryin saying you know basically you kind of cut and paste that text message and made things look a certain way and you were saying you know that you didn't want to talk to her. I am going to try to reach out to her you know in the hopes that she'll do the right thing since it seems like that's something at this point that she's interested in doing.  Just a few more questions. Do you know who the lady was that came and packed the boxes at Ezekiel's house on that Tuesday/Wednesday?

TT: No she was an older lady. Someone that his dad got to come and help.

KR: Was there ever a situation at Cambusback Lane where any security guards assigned to the apartment complex came? Any neighbors bang on the door?

TT: Surprisingly no. With how loud we were.

KR: Do you know if there are any cameras in that camera complex?

TT: There's only cameras at the gate when you first come in.

KR: It looks also that you called aunt Elaine at 3:30am on Monday. Right? So we have Saturday going into Sunday which is when he attacks you when you confronted him about the girl. We have -

TT: I called her when I was sitting outside on the curb crying.

KR: Monday at 3:30?

TT: Yes.

KR: And what had happened to make you cry that particular day? That's me, that's my husband he's putting my daughter to bed. Can you guys just give me one second?

TT: Yeah you're fine.

KR: Okay so what were you crying about Monday at 3:30 because my understanding, what I have and correct me if I'm wrong is that Sunday night is the incident where he, you've accidentally locked him out of the house and he reaches in and kind of pushes you back up against the car seat. So what were you crying about this particular night?

TT: I was crying that he wasn't home.

KR: Okay and you called your aunt on Monday at 3:30 in the morning. Alvarez, and I think we spoke about this before Tiffany but he says that some night in here and I have to look at my notes, but you call some guys over and they're hanging out outside with you and the night that Ezekiel doesn't come home.

TT: That was Monday night and I did not call them over. I actually, they were in the neighborhood because his neighborhood is more like college students, like younger, so they're driving around and then Mark texted me and was like are you okay do you need a place to stay tonight and I said no. And then I went back inside.

KR: Okay. Who's Mark I'm sorry.

TT: Mark is a guy that I know. He's a friend.

KR: And he texted you and said you needed a place to stay because he saw you outside?

TT: Mhm.

KR: Do you know Mark's last name? You have his phone number?

TT: No. I do have his phone number. Or maybe no I don't. I can always message him.

KR: Okay. I'll let you know.  And then my final question is there are some bruises somewhere on there, I have to dig through and find them if you don't know what I'm talking about, but you have pictures on there of some bruises from April 24th.

TT: That was the weekend where he broke my phone.

KR: Okay. And that's when you say he pushed you by the shoulders kind of into the cabinet?

TT: Mhm. And he kept grabbing my arms.

KR: And where are the injuries you had from that? Was it? Where was it?

TT: Yeah I had some bruises like here, I had like little thumb prints on the back of my arms and fingerprints.

KR: Got it. I think it's enough for today.

KJ: Did he buy you another phone when he broke your other one?

TT: Yeah he bought me this phone actually. The next day we went to best buy and saw one of his friends that works there and he bought it for me.

KR: Okay tell me again what happened Monday? Shelia said she spoke to him at 5 in the morning and he said you know that he was going to fly you down there.

TT: So I guess he called her at 5 in the morning and he was like really sad she said that he sounded like really upset and like in his feelings just like saying like he remembers all the good memories we had and that he wanted to talk to me and that he would fly me down to Dallas and buy me a hotel close to his house to where he was staying at.

KR: And it looks like for a while and then I'm sorry then he reaches out to you on Monday morning you said right?

TT: Monday -

KR: And he's mad because he heard about you and this player from his team?

TT: Yes.

KR: It is Monday morning.

TT: Mhm.

KR: Okay and it looks like you're talking to Shelia about a guy that you're seeing names JD who finds out that you're still talking to Ezekiel and kind of breaks things off with you or attempts to? Does that sound right? JD JR?

TT: JD yeah.

KR: Who is that? Is that a friend of Ezekiel's?

TT: A teammate.

KR: Okay. From Ohio State?

TT: Correct.

KR: Got it. You good?

KJ: I think so.

KR: Thank you. Do you want to go to your car and get the phone?

77

TT: Yes.

KR: Thank you.

Part 2

KR: It was. Okay.

KJ: He did that to your phone?

TT: Yes.

KR: This is the one that he ran under the hot water and everything right?

TT: Yes.

KR: Okay so looking at this. And you can't see my computer because I have the privacy screen so people aren't looking at my screen on the plane. This is her saying, Aryin saying, you want me to lie to the police about him pulling you out of the car? She says that I'm on the phone now so hurry. Aryin, she says yeah, you say Aryin yeah. Were you saying yeah as in lie to the police? So what does this, this yeah is in response to what? Because she's saying do you want me to lie to the police. You guys are kind of speaking and then you say yeah. She says okay, two hours later you say call me don't lie if you didn't see anything happen then don't say you did.

TT: I was saying yeah like a question like what do you want. Like what do you like what's your, like what's the problem.

KR: What's the problem with what?

TT: Why she wanted, she said what again?

KR: I'm going to read it to you. I'm going to read the full context. 8:57pm she texts you do you want me to lie about what happened that night because Zeek's lawyer is about to call me again. 9:19pm hurry text me back her to you. You text her back immediately huh? Call me.

TT: Okay I was saying yeah to hurry text me back.

KR: Hold on I'm not to the yeah yet.

TT: Oh sorry.

KR: I know it's fine I know it's kind of hard. 9:25 what him pulling you out of the car by your wrist? You write back and say call me. She writes back and says I'm on the phone now so hurry. Now you write her 9:26pm Aryin? 9:26:23 yeah and then she says okay.

78

TT: Okay.

KR: That's the end of the conversation. Then two hours later, you text her and say don't lie and say that you saw something if you didn't see it.

TT: Yeah because we never talked over the phone so I just texted her.

KR: So the yeah was in response to what? That's what I'm trying to figure out.

TT: The yeah was to her saying call me. I was saying yeah like what do you need.

KR: Okay. Not yeah like lie to the police?

TT: No.

KR: Okay. Okay Tiffany thank you for your time. You've been most helpful. Are you exhausted?

TT: I am.

KR: Yeah I know the feeling and I will take this with me back to NY if Dave McCain can do something with this I'm going to be beyond impressed.

KJ: That's going to be amazing if he can.

KR: Okay so safe travels, I'll reach out to you, but just a heads up that I am going to go ahead and reach out to Aryin maybe even tonight but definitely no later than Friday.

TT: Okay. Perfect. It was nice seeing you again.

KR: Bye I'll be in touch if I have any more questions for you I'll give you a call. Thank you

TT: Okay and I'll get those texts sent over to you.

KR: Perfect that's great thank you very much.

End of Recording