talked to. Why would she just randomly pull my hair?" When asked if she had gotten into a "fight" with this girl, she said that she had not and stated, "She pulls my hair and then I turn around and I scream and I go. I say something like back to her like um, who are you?, like you're not, and like I got in her face. And then she tried to swing and then a whole bunch of people pulled me back. I didn't fall. She didn't hit me or anything."

She said that she and Ayrin went to leave and Mr. Elliott kept "Facetiming" her. She said he was asking, "like after the club like where are you? Are you coming over? Like this and that." She said that she told him, "I'll see you when you get here." Ms. Thompson then talked about what happened outside the Carriage House, "So I pulled up and I was just waiting for everyone to get there since I left the club early. So, then he gets home and a girl was driving his car. So, I get out and I walk over to the car, and I ask him what this whole thing is about." When asked by investigators what she meant by "this whole thing," she responded:

> Like her driving the car, like who is she with? 'Cause Alvarez was in the back seat. And Zeke was in the passenger. So, I asked him what the whole thing was about. Why she was driving the car and so on. Um, and then I go, I exchange words with, um, the girl, and she goes, "Ezekiel would never touch me. I've known him for too long." And that's when I say, "What do you mean?" She was like, "He would never lay his hands on me." And I'm like, "That's because he doesn't love you, you guys aren't together." And then I go back and get in my car. And then Ezekiel comes over and he goes, "You just need to leave." And then I tell him, "No." And then we start arguing and that's when he like reached across from him and pulls this hand off the steering wheel and yanks me out of my car.

She further explained that Mr. Elliott opened the door while she had her hands on the steering wheel and grabbed her wrist "with a tight grip." She said that he pulled her out of her car, and that when he did so, her knee hit the door, "my side door." She also said that her car door "got all like dented up and everything from him, from it just swinging open and hitting the fence at the Carriage House. And like the yellow pole." She stated that she then said, "Alright, this is enough, I'm calling the police." Ms. Thompson also stated that while she doesn't know if Ms. Mason was "looking" at what was happening, she was standing outside of the car along with Mr. Elliott's friends and the young woman who was driving Mr. Elliott's car. She also told investigators, in response to a direct question, that she did not leave when Mr. Elliott asked her to leave because she "felt that [she] wasn't the one that needed to be leaving" and further clarified that she believed "the other girl" should have left because Ms. Thompson "was the girlfriend in the situation."

Ms. Thompson was also asked why she attended Mr. Elliott's birthday celebration after calling the police that evening to inquire about making a report and she responded, "Just as [ ] I stayed there after every other incident happened." In response to a direct question about why she decided to call 911 after the interaction outside the Carriage House that night, she stated, "I was just fed up with everything. I couldn't take it anymore." She then said, "And I knew if I didn't go into legal actions it would keep going on and on and on."

Ms. Thompson said that the police arrived about 10 minutes after the call and further reported: "I told them exactly what I told you. He yanked me out of my car, um, I've been dealing with multiple incidents of domestic violence, of him hitting me, pulling me, all of that." She said that the police officers said she had to fill out a report and one of them stayed with her while the other went to talk to "everyone else." She reported that the Sergeant then arrived and took pictures of all her "visible injuries." Ms. Thompson stated that she "really didn't talk much to the officer" and that they just asked her questions about her relationship with Mr. Elliott. She said that her grandmother came and picked her up from the Carriage House. The 911 call was played for Ms. Thompson at this point in the interview.

Later in her interview, Ms. Thompson confirmed that when she returned to her home after the incident, she completed the post on Instagram to which the investigators had drawn her attention. In response to a question about why she decided to post it then, she said, "I felt like what I had gone through, it needed to be out there because I know other girls have gone through it. And I felt like I could be a voice for them. Just to make it stop." In response to a question about why she put this Instagram post "at" Mr. Elliott, she said, "I posted it because I felt everyone needed to know that behind every person that there's a different side to them." She added, "because he's the one that did it to me. And I wanted to make it known."[209] She also told investigators that she hasn't seen Mr. Elliott since the incident on July 22nd.

When confronted with a statement made by Taylor Sandbothe, the young woman who was driving Mr. Elliott's car that night, that Ms. Thompson had called her a "ho," and tried to engage Mr. Elliott in a confrontation when they arrived at his home that night, Ms. Thompson said that she had neither called Ms. Sandbothe a "ho" nor tried to confront Mr. Elliott. In addition, when told that Ms. Sandbothe had reported that she had not seen any bruising on Ms. Thompson as she stood within 5 feet of her, Ms. Thompson said, "That's not true because I couldn't even cover my bruises up when I went out. They were starting to turn yellow, into a color that you can't cover up."

Ms. Thompson was then shown a full-frontal body photograph that was taken of her by police officers on the evening of Thursday, July 21, 2016[210] and indicated that the bruises she was describing were visible on her right arm, and also stated that she had "a whole bunch of bruises like on the back." She also indicated that the choker necklace she is depicted wearing in the photograph was worn by her to cover her neck. Ms. Thompson also stated that the bruising on her arm was from the incident that occurred between her and Mr. Elliott on Wednesday night, after leaving Fourth Street Bar. When shown an additional photograph of herself with a towel on her head, she indicated that the picture was taken at Mr. Elliott's apartment on Canvasback

---

[209] Ms. Thompson's Instagram posting is attached as Exhibit 69.
[210] The photograph is attached as Exhibit 7A.

90

Lane on Sunday, July 17, 2016[211] and that the injuries depicted were from the incident that occurred in the early morning hours of Sunday, July 17, 2016. She identified another photograph as depicting bruising on her hip,[212] and stated, "That's from when I hit my hip on the corner of the bed, from when he had pushed me into the bed."

Ms. Thompson was then confronted with the statement of multiple witnesses that on the night of Thursday, July 21, 2016, she screamed at Mr. Elliott and the girl in his car, and threatened to ruin Mr. Elliott's career. Ms. Thompson said that there was no truth to any of the information with which she was confronted and said, "It's just very frustrating." When asked why she thought those witnesses would have made such statements if they were not true, she responded, "I mean, who wouldn't say that? Like, you're best friends with him." She continued, "I mean I would hope, not hope, but I would think any friends would say anything," and confirmed her belief that those witnesses were trying to protect Mr. Elliott, "especially Alvarez."

When next confronted with information in Police Officer Brian Keefe's affidavit that "at approximately 2:10 a.m. outside of Social" early Friday morning, the night of Mr. Elliott's birthday party, Ms. Thompson and another woman "were throwing punches with one hand and pulling each other's hair with the other" and that the "fight" lasted approximately 60 seconds, Ms. Thompson said that was untrue. When asked if she believed that "the police officer got that wrong," she replied, "I mean, how many fights has he, like do they have, I've asked. This is exactly what I asked the prosecutors. Why can't you pull the camera footage?" Investigators also informed Ms. Thompson that Kenny Alvarado, who works in a bar in downtown Columbus, said he saw Ms. Thompson and another woman fighting in the early morning hours of July 22, 2016. Ms. Thompson stated, "I know him. He lets me into the club because I'm Ezekiel's girlfriend. I just exchanged words with her (the other woman). I was screaming at her. But I did not fight her."

Ms. Thompson was also confronted with information provided by Matthew White that he spent about two hours with Ms. Thompson at a pool party on the night on Monday, July 18, 2016 where she wore a bikini and that he did not see any bruising to her body. Ms. Thompson stated, "Yeah, I talked to the prosecutors about that. I was there only for about 30 minutes." She said that she wore leggings and a white tank top to the party and further stated that she had not been drinking there. In response to a direct question about why she believed Mr. White would have "said this if it wasn't true" since he isn't one of Mr. Elliott's friends, she responded, "I wasn't in a bikini. I was in my leggings and my white tank top." She continued, "the most that, I pulled my white tank top up, 'cause it was soaking wet and I like wringed it out. That's the only." She explained

---

[211] See Exhibits 3A-F. League investigators first obtained these photographs from the Columbus City Attorney's website and later from the forensic examination of the image made of Ms. Thompson's phone. The meta data from these photographs shows that they were taken on July 18, 2016 between 3:33 and 4:13 p.m.

[212] See Exhibits 10A-D. League investigators first obtained these photographs from the Columbus City Attorney's website and later from the forensic examination of the image made of Ms. Thompson's phone. The meta data from these photographs shows that they were taken on July 22, 2016 at 6:24 p.m.

later in her interview that she was "soaking wet" because Mr. White, who she described as a coworker, had thrown her in the pool. When asked if Mr. Elliott "just got this wrong," Ms. Thompson said, "He didn't get that wrong. I mean I was at the pool party, but I wasn't drinking or anything." She then said, "I didn't even have a bikini with me." Later in her interview, she reiterated that she was "not saying he's lying" but that she was never in a bikini. She also said that "it was dark so the only ones (bruises) that he could have saw [sic] were on my arms."

Ms. Thompson was further confronted with a statement from Mr. Elliott's friend, Chiedu Bosah, that he also hadn't seen "any noticeable bruises or cuts" on Ms. Thompson at Fourth Street bar on Wednesday, July 20, 2016, when he was introduced to her by Mr. Elliott and that "everyone was getting along very well." Ms. Thompson stated, "That was the night I wore the, um, I wore a really thick choker. Black. Um, to cover my neck. I also had lots of makeup on my neck and then Ezekiel helped me cover up my bruises on my arms." Ms. Thompson identified the choker that she described in the photograph shown to her by investigators and confirmed that the bruises were underneath the choker. [213]

Investigators then read Ayrin Mason's sworn affidavit about what transpired outside Social and the Carriage House on July 22, 2016[214] to Ms. Thompson after which she was asked questions about Ms. Mason's version of events. Ms. Thompson said that Ms. Mason's statement to prosecutors that Mr. Elliott had thrown her and Ms. Thompson out of his VIP area at the club on the evening of Thursday, July 21, 2016, was not true. She said that she "walked out" of the section. In addition, when asked if Ms. Mason's statement that Ms. Thompson texted Ms. Mason, while Ms. Thompson was speaking with police officers, that Ms. Mason should "tell the police that Ezekiel pulled her out of the vehicle and assaulted her" was true, Ms. Thompson replied, "I did text her and told her that. Um, because I knew that they were going to have her write a statement." She explained that she sent the text when she was outside by herself with the police and Ms. Mason was "back with" Mr. Elliott "and all of the other witnesses" for "a good probably 10-15 minutes while I was outside talking to the cops." Ms. Thompson said, "I told her just to just, I never asked her to lie, there's no reason to lie. Um, I just specifically wanted her to just put that in the statement. Like, not to mention, like anything else like, that was just the most important to put in there."

In response to the detail in Ms. Mason's statement that Ms. Thompson "yelled to Ezekiel that she was going to ruin his career and call the police," Ms. Thompson said:

> Um, and then I never said I wanted to ruin his career. I never want anyone's career to be ruined because I know he does, he plays football because he loves to play. Um, of course. He does it for his family. And I wouldn't want that to be ruined. I knew he grew up with nothing. So, with that said, all I wanted out of this, I don't want to see him get suspended.

---

[213] The photograph was provided to the Columbus City Attorney's Office by Chiedu Bosah and is attached as Exhibit 4.
[214] Ayrin Mason's affidavit is attached as Exhibit 50.

92

> I don't want to see him get anything like wrong with like, Dunn, like I just want him to be
> put through counseling so it doesn't happen to the next girl.

Ms. Thompson was then shown the text message exchange to which investigators had previously
referred and asked specific questions about its content.[215] In response to a question about why Ms. Thompson
texted Ms. Mason, "If they ask, he dragged me out of my car," to which Ms. Mason replied, "Okay, just now"
and Ms. Thompson then wrote, "When we got here. Like we pulled up and he showed up then yanked me out
if the police asked," she said, "Because I don't even know if she witnessed it. 'Cause she was outside of the
car." In response to questioning, Ms. Thompson said that Ms. Mason was "outside" of her car, "probably" in
front of a "white Jeep," "not too far," when Mr. Elliott pulled Ms. Thompson out of the car. She also said that
she believed "everyone else" was "by the front door." Investigators then asked why Ms. Mason would not have
been able to see what happened and whether Ms. Mason was "just standing by the white Jeep by herself not
talking to anybody," in response to which Ms. Thompson said, "Yeah, that's how she is. She's very, very dated."
She continued, "She's very quiet and very awkward. Like socially awkward. So, I mean she doesn't really talk
much or anything so that's just how she is." Ms. Thompson was asked again if she thought Ms. Mason "could
have been in a position where she just might not have seen what happened," to which she replied, "Yeah."

Ms. Thompson was then shown a text in which Ms. Mason wrote, "Do you want me to lie about what
happened that night because Zeke's lawyer is about to call me again?"[216] Ms. Thompson said, "Do you have
the rest of those text messages?" and said that she provided them to the prosecutors and then offered to show
them to the investigators. In response to the direct question about why she thought Ms. Mason asked her that
question, Ms. Thompson said, "I honestly think she was setting me up." She then provided the "rest of the text
messages" to investigators and in pointing to one specifically noted, "Me saying don't lie if you didn't see
anything."

In response to a direct question, Ms. Thompson further confirmed that she has seen Ms. Mason since
the incident on July 22nd. She said that Ms. Mason "told [her] everything is going to be okay." She continued,
"After she said that, she texted me, I told her that our friendship was done and over with because I felt like
what she had provided information with [sic] was not correct and um I don't need to be associating with people
like that. She had texted me this right after I told her, don't tell them, like don't lie. After I told her not to lie."

Ms. Thompson was shown the text message that she sent Mr. Elliott on the afternoon of Thursday,
July 20, 2016, in which she wrote, "I'm sorry, I just got my ass beat and don't want to leave you." Ms. Thompson

[215] The text message exchange is attached as Exhibit 61.

[216] See Exhibit 68. The text message exchange published by the Columbus City Attorneys' Office on their website ended
when Ms. Thompson said, "yeah" and this is the version of this text message exchange that Ms. Thompson was asked
about at this interview. No record of this text message conversation was recovered from Ms. Thompson's phone.
However, League investigators later obtained the entire text message exchange.

was asked to what she was referring in this message and said, "I was scared to leave, and go out without him because after I came back from the club, it would happen again." She also said that she was referring to the events of Wednesday night when she wrote, "got my ass beat."²¹⁷

Ms. Thompson was also asked about the text message that Mr. Elliott sent her saying, "Can you listen to me for once, I just have a bad feeling, you should leave really."²¹⁸ Ms. Thompson confirmed that the text meant that Mr. Elliott was asking her to leave his apartment. She further confirmed that she sent Mr. Elliott the text message about the police being involved after she had called the non-emergency police number. Ms. Thompson was asked why she went to two parties for him after calling the non-emergency number and said, "He wanted me to come out that night. He never told me once he did not want me to come out that night. He wanted me to celebrate his birthday with him."

Investigators then read Ms. Thompson portions of Alvarez Jackson's affidavit to police pertaining to events between Saturday, July 16 and Tuesday, July 18· Specifically, the affidavit said that Mr. Jackson went out to Social with Ms. Thompson and Mr. Elliott on Saturday and did not see any injuries on Ms. Thompson, that he did not hear any fighting or yelling on Sunday night, and that on Tuesday, when Mr. Elliott did not come home, Ms. Thompson locked her keys in her car after which she came back to Mr. Elliott's apartment and Alvarez told her to stay because she wasn't in any condition to drive, she called another man to pick her, she did not get into the car with the man after which they talked for a while and then went to sleep. Ms. Thompson was asked whether any of what she had been told was true to which she responded:

> I lost my key at Ezekiel's house. I never locked my key in my car. If that was the case I would have just called the cops and had them come and get it. And then I was not drinking that night. So, I was perfectly fine. I never called a male to come and pick me up. I was sitting outside on like the little curb area outside Ezekiel's apartment and my friend Mark and his friend were in the apartment complex and drove around and saw me so they stopped and asked if I was okay because I had been out there crying and stuff. And then I went back in to Ezekiel's apartment by myself.

Ms. Thompson explained that she was crying on the curb outside because Mr. Elliott had not come home, and said that she went back to Mr. Elliott's apartment by herself and "went to bed by myself." was asked why she was on the curb crying, and said it was because Mr. Elliott did not come home that night. Thompson was asked if she has reached out to Mr. Elliott since July of 2016 and said, "Yes, I did call him a couple times. I was having problems with the apartment and the car. I wanted to see if he was going to pay my car off."

---

²¹⁷ The text message conversation is attached as Exhibit 51.
²¹⁸ See Exhibit 51.

At the conclusion of the interview, investigators asked Ms. Thompson why witnesses, even those who are not Mr. Elliott's friends, would make statements that are "completely inconsistent" with what she reported about the events and she replied:

> I mean, I think it's really not fair. Because for people out there. I mean I've had a lot of hate. Death threats. It's been really rough. It's just I have no reason to sit here and go through this every day, the emotion, the pain. To sit here and lie to, cause I knew the outcome that it was going to bring me.

When asked to explain more specifically what she meant, she said:

> The outcome I mean, with it going viral, everyone knowing and the comments and stuff that I was going to get. I just started to actually like get my life back together after it all happened. Um, I finally found a really like good job um, I'm looking into getting into school and all that and I just feel like money has a lot to do with this?

When then asked if she was suggesting that "people got paid off," she stated:

> I don't want to sit here and say that but I'm saying after seeing snap chats of his friends and stuff with jewelry on that they never had before and everything and after seeing just like everything that happened after it. It just, knowing Ezekiel personally and talking to him every day, being his girlfriend and knowing his family and all of that. I honestly feel like they got their story together and they stuck to their story.

### Ezekiel Elliott – September 28, 2016

Ezekiel Elijah Elliott was interviewed on September 28, 2016, at the Dallas Cowboys training facility in Dallas, Texas by NFL Director of Investigations Kia Roberts and NFL Security Representative Kim Janke. Heather McPhee from the NFL Players Association, and Mr. Elliott's attorneys Scott Rosenblum and Frank Salzano were also present.

Mr. Elliott told the League's investigators that he is 21 years old, and has been a running back in the NFL since April 2016. Mr. Elliott further stated that he attended college at Ohio State University, that he is not married and does not have any children. Mr. Elliott then said that he first met Tiffany Thompson in early January 2015 in Columbus, Ohio and that their "friendship grew and grew until July 22nd of this year." Although he said that he did not know whether Ms. Thompson represented herself to others as his girlfriend, Mr. Elliott told investigators that he and Ms. Thompson never dated and that he never considered Ms. Thompson to be his girlfriend. He explained, "Um, you know, we had a sexual relationship. We liked each other. We cared about each other. But I never was in a, was at a moment that I, did she ever think that we were in a relationship. She never at no time thought that she was the only girl that I was involved with. That's all." Mr. Elliott confirmed that he had provided a handwritten statement to police officers on the night of July 21, 2016, in

95

Columbus, Ohio[219] in which he stated, "Tiffany Thompson and I are just friends. We never dated. She never lived with me. We had a sexual relationship. Let's just say she never lived with me. We had a sexual relationship period." Mr. Elliott confirmed to investigators that he and Ms. Thompson never lived together and said that Ms. Thompson's statement that they had done so between October 2015 and January 2016 was false. Mr. Elliott acknowledged, however, that he provided some financial support for Ms. Thompson and explained later in his interview that he "helped" Ms. Thompson pay for her apartment at a complex called "Times Square," was a co-signor on the lease of that apartment and that he had also leased a car for her in his name.

Mr. Elliott was asked specifically about the events that occurred on Saturday, July 16, 2016, to which he responded that he did not recall what had happened on that date. Mr. Elliott was informed by investigators that Ms. Thompson said that she picked up Mr. Elliott and his friend, Alvarez Jackson, at the airport in Columbus, Ohio, on July 16th, a Saturday, after which he said that he recalled that Ms. Thompson had done so. Investigators told Mr. Elliott that Ms. Thompson had said the following about what next transpired: that she, Mr. Elliott, and Mr. Jackson went to a bar that night; that she and Mr. Elliott went to his apartment after leaving the bar; that a girl called Mr. Elliott via FaceTime at approximately 4:00 a.m. after which Ms. Thompson and Mr. Elliott began arguing; that Mr. Elliott then choked Ms. Thompson and tried to hit her; that while Mr. Elliott attempted to hit Ms. Thompson, she put up her arm to block the blow; and that Mr. Elliott struck her in the arm causing a bruise to form. Mr. Elliott said that this version of events was not accurate but acknowledged that he, Ms. Thompson, and Mr. Jackson had gone to a club called Social that night. He said that although he could not recall what she was drinking at the club, Ms. Thompson was "drunk" but when asked what made him believe that she was "drunk," Mr. Elliott said, "Maybe she wasn't. I don't know. That was a long time ago." Mr. Elliott was again asked to confirm his belief that Ms. Thompson was drunk and he responded, "I mean, usually when you go out you get drunk, right?" Mr. Elliott reported that he was also drunk and that he had consumed "a couple drinks" of Patron tequila. He said that Mr. Jackson "doesn't really drink" and was not drunk.

Mr. Elliott said that when they arrived at his apartment on the evening of July 16, 2016, "a girl" called him and Ms. Thompson "said something to me about it because it was late at night." In response to a question about whether what Ms. Thompson said to him "turned into an argument at any point," Mr. Elliott said:

> I mean, Tiffany knew what our relationship was. She knew that she wasn't the only girl that that I was involved with. Actually that night we brought another girl home with us previous to, before that call (referring to the Facetime call he had gotten).

Mr. Elliott explained that he and Ms. Thompson had brought "a girl" home with them that night to have sex with him and Ms. Thompson, but that it did not occur. He said that they had engaged in such sexual encounters

---

[219] Mr. Elliott's statement to the Columbus Police Department is attached as Exhibit 63.

on other occasions and that as a result, Ms. Thompson had no reason to believe that she was the only woman with whom he was interacting. When again asked if he and Ms. Thompson had argued that night, he said that they had not and that Ms. Thompson had only asked him "why the girl was calling me so late."

Mr. Elliott was next informed about what Ms. Thompson reported to have occurred on the evening of Monday, July 18, 2016, into the early morning hours of Tuesday, July 19, 2016. He was told by investigators that Ms. Thompson said that she had gone out with her friends that night, that Mr. Elliott had gone out with his friends that night, that they bumped into each other in downtown Columbus where Ms. Thompson ignored Mr. Elliott, and that Mr. Elliott became upset. Mr. Elliott then stated, "I mean, we did bump into each other but, at that point, no, she was not ignoring me." Investigators referred to a text message exchange between Mr. Elliott and Ms. Thompson and a specific text message sent by Mr. Elliott on Monday at 10:29 p.m. which read, "Don't play with me, your shit will really be sitting outside my house." In response to a direct question about whether that message was sent to Ms. Thompson after she "ignored" him in downtown Columbus, as asserted by Ms. Thompson, Mr. Elliott said, "I don't remember. It was a long time ago." He then said:

> So what she told me too, she called me cause I was at dinner right around the corner. She told me to come meet her. So I went to meet her at the bar and she was ignoring me for like a couple seconds. But after that I mean we weren't ignoring each other anymore.

When next asked if he had written the "don't play with me" text message after this interaction in the bar when Ms. Thompson ignored him, he said, "No, well, actually like before this, like I have been trying to end things with Tiffany. Tiffany did not want this. This was a whole week long process" He continued:

> And like, and so, I was telling her, please, like. Cause she had dropped me off. She picked me up from the airport, and then she really wasn't supposed to stay with me Saturday night and then like I was trying to get her to leave my house. She would not leave my house and, I mean, that whole day. What she didn't tell you, was that I was telling her to please take your stuff and leave from my house cause like then she would have to come back to my house that night and that's not what I wanted.

He further explained that he did not return to his home that night, Monday, because Ms. Thompson was "blowing [him] up." He reported, "I didn't want to be here; I didn't want her at my house," and said that he had a "text log" that would support his statement that Ms. Thompson was "blowing me up" by trying to find out where he was and asking why he wasn't coming home to his apartment, prompting him to stay at a hotel that night.

Mr. Elliott explained that he had returned to Columbus that week because he needed to clean and move out of his "old college apartment" by "like the 21st" but that he didn't do so "until the 23rd maybe" and then stayed at the Carriage House after that. He said that during this time, Ms. Thompson was staying in a separate apartment in a building called Times Square for which he helped her pay rent.

Mr. Elliott was informed that Ms. Thompson said that when Mr. Elliott returned to his apartment on the morning of Tuesday, July 19, 2016, she was still there and that she and Mr. Elliott argued, at which time Mr. Elliott pushed her onto the bed, slapped her, and shook her by her arms. Mr. Elliott confirmed that Ms. Thompson was there when he returned on Tuesday morning but denied that her overall version of events was accurate. When asked specifically if he and Ms. Thompson had argued that morning, he said, "I mean there was an argument because I was trying to get her out of my house. She would not leave. That was the argument." He said that he was not under the influence of drugs or alcohol when he returned home and that it did not appear to him that Ms. Thompson was either. He explained that Ms. Thompson "tried to say something" about why he had not come home the night before but that this discussion did not turn into an argument. He said that while he doesn't recall if Ms. Thompson was crying, she was upset with him when he returned though she did not yell or threaten him. When asked by investigators if he would describe this interaction between him and Ms. Thompson as an "argument," he responded:

> I'm not the type to argue, honestly like I really don't like confrontation. So, like that's why I didn't even come home that night. So basically, me coming home was like, I'm just like, 'Why are you still here? I don't want you here. That's the reason I didn't come home last night, I thought you would be gone by now.'

Mr. Elliott said that between July 16 and July 21, 2016, he tried to break up with Ms. Thompson and said, "I was like, 'I want to be done.' Her response was, 'No, we're not going to be done. If you do this, I'm going to ruin you.' This is the whole week." He said that he tried to break up with her "constantly" and reported that she responded with threats. He also stated, "So this is why I'm like, I'm trying to like maneuver my way around it so I'm trying to do it, I'm trying to get out of it without the most confrontation so we wouldn't have to be here today." Mr. Elliott also explained that Ms. Thompson never specifically described how she would "ruin" him and that he would respond by saying, "How are you going to do that? I did nothing wrong." He said that Ms. Thompson never threatened any physical action against him.

Mr. Elliott told investigators that he never physically assaulted Ms. Thompson and that Mr. Alvarez, who he described as his "best friend" and someone he has known since he was seven years old, was present for the entire interaction. He stated that Mr. Alvarez had been at his house since their arrival but also said, "Well actually Monday night, he left for a little bit but came back. Not Monday night but Saturday night. He left for a little bit but came back. But other than that there was no time that Tiffany and I were together that he was not there. So, he was there the whole time." To further explain his relationship with Mr. Alvarez, Mr. Elliott said:

> So for instance Alvarez and I don't have an apartment in Columbus anymore. So when I went back, he was with me. He was actually here in Dallas helping me move my stuff out of the hotel into my house and we went back to Columbus to pack up my stuff in Columbus. So he was helping me in Columbus and so basically he was sleeping on my

couch. It's like I had a one bedroom apartment. My couch literally in my room like right there.

In response to the investigator's question about whether Mr. Jackson was present for any of the threats that Mr. Elliott said were made against him by Ms. Thompson during this period of time, Mr. Elliott replied, "There were about 15 people present for the one that she did Thursday night, the night of my birthday. Well, Thursday night, Friday morning, there were a lot of people there for that one but other than that, no." He was also asked whether he had observed any injuries, including any bruising, on Ms. Thompson during this period of time, to which he responded, "She always would have bruises because she's a small girl and she used to get really drunk and fall all over the place. I mean she would have bruises sometimes, but I really didn't see anything out of the normal."

Mr. Elliott then confirmed the accuracy of Ms. Thompson's statement to investigators that on Wednesday, July 20, 2016, she and Mr. Elliott had gone to the store to buy bones for her dog, and that later in the day, they and Mr. Jackson went to dinner at Genji after which they all went to Fourth Street Bar. Mr. Elliott also said that both he and Ms. Thompson drank at the Bar but could not specifically recall what Ms. Thompson had been drinking. In response to a direct question about whether Ms. Thompson was or got "drunk," Mr. Elliott said, "Um, if she was drinking." He reported that he was "tipsy" as a result of drinking "more than two" drinks of Patron tequila. Mr. Elliott further confirmed the accuracy of Ms. Thompson's statement to investigators that immediately after leaving Fourth Street Bar while Mr. Elliott sat in his car outside, Ms. Thompson, also seated in the car, and Mr. Alvarez, standing outside of the car, told Mr. Elliott not to drive himself home and to allow someone else to drive because he "had been drinking and it wasn't safe" after which Mr. Elliott sped off in his car. He denied, however, that he and Ms. Thompson argued about this interaction and said that he did not recall Ms. Thompson telling him that he was "dumb for driving" because he had been drinking.

Mr. Elliott acknowledged that when he and Ms. Thompson arrived back at his apartment, they argued but said he could not recall about what. He further stated that during this argument, neither he nor Ms. Thompson made threats or "assaulted" each other. When specifically confronted with Ms. Thompson's version of events that Mr. Elliott pinned Ms. Thompson to the floor, and choked and punched her during the argument, Mr. Elliott denied that he had done so. He also denied that Mr. Alvarez came home during the argument and told him to stop because it was so "loud." He reported instead that Mr. Alvarez returned to the apartment at the same time as he had and that at no time did Mr. Alvarez enter his bedroom while he and Ms. Thompson argued. He also confirmed that Ms. Thompson slept over at his home that night.

Mr. Elliott further confirmed that a photograph shown to him by investigators had been taken at Fourth Street Bar on the night of Wednesday, July 20, 2016.[220] He reported that the photograph depicted him, his friend Bosah with whom he took a class during his last semester at Ohio State and Ms. Thompson. In response to a statement that Ms. Thompson made to investigators about wearing a thick choker the night the photograph was taken to conceal bruises on her neck which resulted from Mr. Elliott choking her, Mr. Elliott said, "She had a hickey," and said that he had been the one to give it to her.

Mr. Elliott reported that when he and Ms. Thompson woke up on the morning of Thursday, July 21, 2016, Ms. Thompson "kept saying 'I just want to spend like one more day with you, like yada yada yada.'" He further stated:

> So I'm just like, ok, like go away, like as least confrontational as possible. So I'm like, ok, that's why she went out with me that night. So whatever. So the next day I'm just like, man I just can't. I can't do it anymore. So I'm just like, ok Tiffany like we've gotta be done, like I'm trying to like cut off. I went to her house. After she left my place, I went to her house I tell her like we gotta be done like, please like.

Mr. Elliott stated that "for the rest of the day" he told Ms. Thompson that he didn't want to see her anymore and told her, "Please don't try to come out with me or anything. None of that." He said that he had forgotten that Ms. Thompson knew the code to a "little lock box" that had the key to his "rental" and that when he returned to the rental after doing errands to have dinner with his "friends," he found Ms. Thompson in his bed. He said that he asked her, "Why are you here?" and told her, "I don't want you to be here" after which "shit got really crazy." He explained that he didn't understand why Ms. Thompson thought that he wasn't being serious and said:

> I guess it really dawned on her that I'm not kidding. I really didn't want her here. She let her dog in my house. And this is not my place, it's a rental and he's peeing all over the place and I'm just like, 'Tiffany, I don't want you here. You're not supposed to be here; can you please just leave?'

Mr. Elliott then said that he believes Ms. Thompson "needs help" and is "bipolar or something." He reported that the conversation "just like flipped a switch in her head" after which she said something like, "Okay, this is what you want? Okay then, I'm going to ruin your life, you'll see. If I was you, I wouldn't go out tonight." He explained that he believed Ms. Thompson didn't want him to go out without her that night, Mr. Elliott's birthday, and that when he asked her what she meant by her statement that he shouldn't go out, Ms. Thompson responded, "You'll see when you get to the club or whatever." He said that neither he nor Ms. Thompson were yelling at this point and further reported:

---

[220] The photograph identified by Mr. Elliott during his interview is attached as Exhibit 4.

> So I'm like, what are you taking about? She's telling me, "you'll see when you get to the club or whatever" yada yada yada. So at first I thought, maybe you'd like try to set me up or something. I have someone try to come fight me or something try to come rob me. So I'm just like, "what are you going to do?" Like she's like, "you'll see, I'm gonna ruin your life."

He continued that the friends with whom he had returned to the rental, Mr. Alvarez, "Will" and his "other best friend Ray," were not in a position to hear what Ms. Thompson was saying but that he yelled "coat time" to Mr. Jackson to have him "come listen" to Ms. Thompson "while she was saying all this crazy shit" because he thought "this is nuts, like she flipped" and explained that he meant that she had "flipped personalities." He said that by the time Mr. Alvarez arrived, Ms. Thompson "wasn't saying anything like that anymore." He further stated that at some point during this interaction, when Ms. Thompson realized that he wasn't going to heed her warning and stay in that night, she tried to scare him by saying, "The police are involved already. The police are going to come get you from the club tonight." Mr. Elliott said that he responded by saying, "What?" and that he knew that she hadn't called the police but played along with "her game." He explained:

> So I'm like, ok Tiffany. Now I'm playing her game. Like I'm not trying to get to that point. Cause I knew that was something she would do. I knew she would call the police on me while I'm like in the club, like trying to celebrate my birthday and try to like embarrass me. I knew that was something she would do. So I'm like ok Tiffany. I tried to be cordial but I'm like ok Tiffany, if you want to just spend my birthday with me and you're gonna leave me alone after this, ok you can come celebrate my birthday with me.

Mr. Elliott said that Ms. Thompson left his house after she "hit [him] up and shit."

In response to direct questions by investigators about a chain of text messages between Mr. Elliott and Ms. Thompson, dated July 21, 2016, shown to Mr. Elliott during the interview,[221] Mr. Elliott clarified his previous statement and said that he was texting Ms. Thompson from upstairs where he was "trying to eat dinner with [his] friends" while Ms. Thompson was downstairs in his bedroom and that the substance of the texts was "just leave my house please." When asked specifically about a text message that Ms. Thompson sent to him at 9:38 p.m. which reads, "I'm sorry, I just got my ass beat and don't want to leave you,"[222] Mr. Elliott said he did not know to what Ms. Thompson was referring. Mr. Elliott further clarified that he received the text message from Ms. Thompson shown to him by investigators stating, "Police are involved. I have to go to the station tomorrow for them to take pictures of me. Congrats, bro," after Ms. Thompson had left his home. He said:

> This is when I told you she said the police were involved. So, I'm like--okay Tiffany, whatever. If you want to spend my birthday with me that bad then come to the club. I don't really care if you're there.

Mr. Elliott was also shown another text message "a few lines down" that he sent to Ms. Thompson which read, "Why are you not out celebrating my birthday with me? You said you wanted to spend this day

---

[221] See Exhibit ?

[222] This text message is attached as part of Exhibit ___.

with me, but all you trying to do is ruin it. You don't love me." He then explained that he and Ms. Thompson had talked on the phone before he had sent this particular message and that during that conversation, he "told her just to come and meet [him] out." He continued, "At this point, I'm playing her game" and said that he believed he was already at the club called Social when he sent the text.

Mr. Elliott said that he believes he arrived at the club around 12:05 a.m. and that Ms. Thompson arrived with her friend sometime after. He said that there were "a lot of people there" and "probably like 20 people in the section" where he was but that he had limited interaction with Ms. Thompson while there, "probably said no more than 10 or 15 words to her." He further reported that Ms. Thompson was "drunk" and said that he was aware of this because he "saw her have a couple." He also said that at around 1:30 or 1:40 a.m., Ms. Thompson asked if she could come home with him to which he responded, "No." He continued, "She said, 'Ok, that's the worst decision you made in your life. I'm going to ruin your life now. I'm like, 'Ok Tiffany, do whatever you like." He said that Ms. Thompson left and that he didn't see her after that encounter. He stated that he learned later that while leaving the club, Ms. Thompson had gotten into "a fight with one of the girls that was in [his] section" and said that this probably happened around 2:15 or 2:30 a.m. after which he left the club. Mr. Elliott also reported that he was "pretty sober" at Social and that he "couldn't even enjoy [his] night." He explained:

> I couldn't even say I got drunk that night. I was pretty sober because I'm just like trying to deal with enjoying my birthday, I just turned 21. But then I have her saying she's going to basically ruin my life by calling the police on me. I didn't know at any time if the police were going to come into the bar and come and grab me or anything so I have my guard up. I'm just trying to play it like damage control. The only reason I really told her to come was like--how are you going to call the police on me, but you're coming to celebrate my birthday with me?

In response to direct questions about his level of intoxication at the club, Mr. Elliott said that he had consumed 4 or 5 drinks of "opened champagne" but reiterated that he did not feel intoxicated. He also said, when confronted with information reported by Ms. Thompson's friend, Ayrin Mason, to the Columbus City attorney's office that he had "thrown" Ms. Thompson and Ms. Mason out of the club's VIP section, that he asked security to "escort them out" after Ms. Thompson "threatened" him. He further identified Ms. Mason as the ex-girlfriend of his college friend, Darvin, with whom he said Ms. Thompson remained friends after Ms. Mason and Darvin broke up. He said that immediately after being "escorted out" of the VIP section, Ms. Thompson went to "another middle section." He reported:

> I mean she was doing her own thing. Honestly, I wasn't paying attention. People were like showing me pictures of what she was doing but like I mean, honestly, I was trying to focus on myself you know, trying to enjoy my 21st [birthday].

102

He also said about the evening, "Well, the reason I was mad cause like I really was just about go to Vegas and I should have just went to Vegas. But I was like, oh I don't want to go to Vegas right before camp I don't want stories about me going to Vegas and then like this bullcrap"

He further reported that he told Ms. Thompson that she was "not invited" to his house for an after party and at no time did she appear to him to have any injuries or bruises on her body when he saw her at the club. He also said that he drove home from the club with Taylor Sandbothe, who he described as a friend and said he was not dating. He said that Ms. Thompson, who no longer had a key to his home, texted him on the drive home, "I'm waiting at your house," but also said, "I didn't see that text until after the whole incident happened." He said that when he arrived at his house with Ms. Sandbothe, he saw Ms. Thompson's car outside. He told investigators that "she knew she wasn't invited" and that he thought, "ok, this is about to be bad." He also said that he thought "this is ultra-bad" because he was going to his house "with another girl when she wants to be with me."

Mr. Elliott stated that he saw Ms. Thompson's car parked in the spot the "farthest over to the left" in front of the Carriage House and that there were "probably two spots in between from where [he and Ms. Sandbothe] parked" with "at least one" and "two cars actually" parked there." He said that Ms. Thompson got out of her car and approached his car "very violently like screaming at me, like yada yada yada" in response to which he said he put the vehicle convertible top up. He continued:

> She's like talking very crazy to my friend who's driving. Basically, I just made sure. It was a very big commotion like there was like fifteen people out there. So I try to let everything die and let it get away from my car so I can make sure she can't even touch me if she wanted to. Literally got out my car. Unlocked my door. Walked into my house. Literally if I would have left the whole key thing she would have been in my bed waiting on me. But I literally walked into my house she didn't even come between. She didn't get like five feet away from me. But literally as I'm walking into my house, she's like, "It's over for you, I'm gonna ruin your life. No one's going to believe you. You're a black athlete. I'm a white girl. No one's going to believe you like." This is in front of everyone. Everyone's just like freaked out.

In response to direct questions about this version of events, Mr. Elliot said that Ms. Thompson drove her car to his apartment with Ms. Mason and that she was "yelling," "screaming," "threatening" and "coming up to [Ms. Sandbothe] crazy" before she realized she was "outmatched" when Ms. Sandbothe, who is 6'2", stepped out of the car. He said, "So she realized the last thing she wanted was to fight Taylor. I already heard she got beat up earlier. So as soon as that happened she started to back up and realize that it's not what she wants." Mr. Elliott said that it was at this point that he "hurried out of the car" and explained, "I wouldn't even get out the car. I stayed in the car because I didn't even want her to try to get close to me. I'm just trying to do the right thing." He continued, "Stay away like so she can't even say we even came in contact with each other." He further explained that he "darted" to his house door and tried to unlock it as fast as he could. He stated, "While I'm unlocking the door, she's screaming like all those [sic] stuff, I'm gonna ruin you, yada yada yada."

103

He confirmed that Ms. Thompson made statements indicating that she was going to ruin his career and call the police, and said, "you're a black athlete and I'm a white woman." He also said that in addition to Ms. Mason, who he said was present during all his interactions with Ms. Thompson after he arrived at home, there were "15 other people" present, including "Alvarez, Bijan, Taylor," "Dylan" and "probably like a bunch of other people that I really don't know who they are." Mr. Elliott reported that it was about an hour after this interaction with Ms. Thompson before the police arrived around 3:30 a.m.

In addition, when asked by investigators about the specific nature of the "threats" that Ms. Thompson had made, Mr. Elliott reported a threat that he said Ms. Thompson made earlier that day before she left his house. He said, "One of my former teammates, Brionte Dunn, had gotten in trouble with the domestic violence. It was actually like probably like two days before that. She was like, 'You're like Brionte. You're gonna be best friends with him.'" He continued that he believes "that's where she even got the idea from 'cause that just had happened." He said that it was this statement that made him realize what Ms. Thompson "was saying" and "realized" "what her plan was." When then asked to confirm that these statements had been made before Ms. Thompson left his house earlier that day rather than in the parking lot after the club, he said that this was accurate but further stated, "But in the parking lot she was like, 'I'm going to ruin you. You're a black male athlete. I'm a white girl. They're not gonna believe you.' In quotes. I would say she said that."

Mr. Elliott was shown pictures of Ms. Thompson taken by the police in the early morning hours of Friday, July 22, 2016[223] and asked if her recalled seeing the markings depicted on Ms. Thompson's knuckles and arms that evening to which he responded that he had not. He confirmed that the clothing that Ms. Thompson was wearing in one of the photographs was the clothing he recalled seeing her in that night. Mr. Elliott was then shown a series of photographs[224] of Ms. Thompson that Ms. Thompson told investigators she took of her own injuries that night. He said that he did not recall seeing the injuries depicted in any of the photographs on the evening of July 21, 2016, and did not know how Ms. Thomas has obtained the injuries. He acknowledged that a mark on Ms. Thompson's neck depicted in one of the photographs was a "hickey" that he had given to her. He further confirmed that a car depicted in one of the photographs was the vehicle that he had leased for Ms. Thompson and that one of the photographs depicted the large building in front of the building where he resided.

Mr. Elliott further reported that although he has not seen Ms. Thompson since the night of July 21, 2016, Thompson has been trying to contact him. He explained, "She's trying to try to talk to me. She's probably

---

[223] The photographs taken by the Columbus Police Department are attached as Exhibit 7A-H.
[224] Previously attached as Exhibit 6 A-C & 3A-F.

called me like 300 times since then. She's still calling me to this day." Mr. Elliott said that he asked Ms. Thompson to stop calling him, and that he "filed a harassment suit" against her which he later said was "a report" that had been filed with the police in Columbus. He also told investigators, "I'm friends with all her friends, so basically she kept telling her friends if he gets back with me, then like I'll drop everything. I don't like need this in my life." Mr. Elliott explained:

> After the police had left, she was sitting there waiting for someone to pick her up. She was calling me nonstop after the police left, the same night. I had to walk up to the police car while they were there, I was showing the phone to the police officer. Something's not right with her. She's probably called me I would say between 300 and 500 times since that incident happened.

Mr. Elliott also said that Ms. Thompson "hacked into" his email during the week in July when the events described in the interview occurred. He reported, "Like you know how you can go on your email and you can say like, 'Oh I forgot my password?' She did that." He stated, "I think this was like the main reason why I was like we gotta be done." He also said that he had all his contacts in an email because he had switched phones and could only transfer them to his new phone by email and that, as a result, Ms. Thompson had all his "contacts." He continued, "So then she like started contacting the girls that like she knew I was involved with. And this was when I was like, ok like, I gotta be done. I can't even. Like I can't even." In response to a direct question by investigators, Mr. Elliott said that he believed this happened "after the night that girl called" him on FaceTime.

Mr. Elliott was then specifically asked whether he had any conversation with Ms. Mason about a text message from Ms. Thompson to Ms. Mason which states, "If they ask, he dragged me out of my car. Like we pulled up and he showed and he yanked me out of my car, if the police ask." Mr. Elliott said that he had "probably" spoken to her "a couple days" after the July 22nd incident and that Darvin had first spoken to Ms. Mason about it before he did. He said that Ms. Mason "basically" said, "Tiffany's trying to get me to lie for her to the police." He also said that hadn't been trying to contact Ms. Mason about this "because I don't even know why Ayrin is letting [Ms. Thompson] drive that night-- why was Ayrin letting her drive drunk that night?" He continued, "Two, why was Ayrin even coming with her to my house when Ayrin knew that she wasn't invited to my house so I really wasn't even like. I wasn't even on good terms with Ayrin cause Ayrin could have prevented the whole ordeal. But Ayrin kind of, I wouldn't say helped her but- she facilitated it but she allowed her to do it, do you know what I mean?" He then said that Ms. Mason "knew she was wrong for it."

Mr. Elliott was also asked about an incomplete text message thread involving someone by the name of Ryan White which suggested that Mr. White had been at a pool party with Ms. Thompson, observed her in her bra and underpants before getting into the pool, and saw that she did not have any injuries or bruises on her body. Mr. Elliott did not respond to the question but Ms. McPhee stated, "We'll try and sort it out." Mr. Elliott

was then asked about a text message exchange between him and Shelia Lee[225] related to Ms. Thompson's post on Instagram. He acknowledged that he had sent a text which said, "LOL like she got 10 thousand followers on Instagram now. Her shit say hashtag stop domestic violence come on she's nuts." Mr. Elliott acknowledged that he texted Ms. Lee, "I won't text her but if she wants to talk she can text me or something" and further stated when asked if he wanted to talk to Ms. Thompson, "Um kinda but like I just wanted to figure out what's going on. Cause honestly the main reason I wanted to talk to her is because that car was like. My name's on that car and like how's that gonna get paid?"

Mr. Elliott confirmed that in addition to the car, his name was also on Ms. Thompson's apartment lease and said that although he cosigned the lease for her, "it wasn't like I lived there." He told investigators that Ms. Thompson has "a lot of stuff going on at home and she needed help getting out of her house and so I hooked her up so" but would not disclose the details of what Ms. Thompson had "going on at home."

At the end of the interview, Mr. Elliott was asked if Ms. Thompson had ever called the police on him before the incident of July 22nd to which he replied that he does not believe she has done so. In response to a direct question about whether Ms. Thompson had ever "threatened" him with "any type of physical violence from her or anybody else," Mr. Elliott responded, "I don't think it really matters. I don't know. I can't remember." He responded, "No," when then asked if Ms. Thompson has ever "hit," "slapped," "punched" or "been violent" towards him.

## Tiffany Thompson - October 6, 2016

Tiffany Thompson was interviewed again by telephone on October 6, 2016, by NFL Director of Investigations Kia Roberts. Ms. Thompson was asked follow-up questions based on her previous interviews with investigators.

In response to a direct question about whether anyone was with her on the evening of Monday, July 18, 2016, when she bumped into Mr. Elliott and she ignored him, she said, "My friend Kelsey was there. Ezekiel was screaming at me and trying to get my attention, and also sending me texts. Kelsey saw it."[226]

She was also asked what specific items she kept at Mr. Elliott's home during the time that they were dating to which she responded, "I had all of my jewelry, my heels, tennis shoes, and duffel bags full of clothes, a toothbrush, shower stuff, everything." In response to a question about why Mr. Elliott leased an apartment

---

[225] The text message exchange between Mr. Thompson and Ms. Lee is attached as Exhibit __.

[226] Investigators attempted to contact Kelsey Ciminillo repeatedly via a phone number provided to investigators by Ms. Thompson. Ms. Ciminillo did not respond to any attempts at contact.

for her if she was already living with him, she stated, "He said he loved me and just wanted us to be happy and wanted us to be good."

She was also asked if there was any history of domestic violence prior to the February 2016 incident in Aventura, Florida and she stated, "Yes, he'd pulled me and yanked me before." She said that she did not know when this occurred but that it happened, "I don't know, maybe 10 times. It would just happen out the blue when we were arguing, and we argued a lot."

Ms. Thompson was asked to whom specifically in her family she had spoken about Mr. Elliott's abuse and she said:

> I told my Aunt Elaine and my mom. My mom saw bruises, but I would lie to her. I told my aunt the truth. We are only 14 years apart, and are close. I told her sometime that week before Thursday that Ezekiel was pushing me around, hitting me, choking me, and sent her pictures of my bruises. She told me to get away from him.

Ms. Thompson additionally stated to investigators, "I told you how he'd broken my phone in April. I found the broken phone the other day. He bought me a new phone the next day."[227]

In response to a question about how it came about that she and Mr. Elliott went to shop for dog bones and had dinner together on Thursday, July 21, 2016, since she said that their relationship was bad, she said, "I was out at the mall and he called and said he was picking me up for dinner, and we went to the pet store. I can't explain it; it was really bipolar. We had good times and really bad times."

Ms. Thompson then provided investigators with the phone numbers for her aunt, Elaine Glenn, and Alvarez Jackson.

## McKaila Blades - October 6, 2016

McKaila Blades was interviewed on October 6, 2016 over the telephone by NFL Director of Investigations Kia Roberts. Ms. Blades reported that she has been friends with Ms. Thompson since the sixth grade and that Ms. Thompson has "changed" since meeting Mr. Elliott. She said, "I don't know her anymore. She has a different outlook on life that I do. She hasn't even called to check on my dad with him having leukemia. She doesn't care."

In response to a direct question about whether Ms. Thompson ever called her via FaceTime with a bruised face, she said:

---

[227] Ms. Thompson provided investigators with the photo of the receipt from when Mr. Elliott bought her a phone in April 2016. See Exhibit 33.

No, that didn't happen. The only pics that I've seen are what she posted on Instagram. And those could be old pictures. After the incident in July, nobody believed her because she went out a few days after and had no bruises. I didn't see her, but people were posting pictures of her on Snapchat.

Ms. Blades was also asked if she knew of any incidents of domestic violence involving Ms. Thompson and she told investigators that she believed Ms. Thompson began to tell her of abuse when it was warm outside, "like maybe Summer 2015." She also reported:

There's been many times that she's called me at 3 AM, and asked me to pick her up. She told me she called the cops on him in Florida, but told me that months ago. One time she sent me a picture of a bruise on her wrist, and I think she said that was from him grabbing her. But I don't know when that was from.

Ms. Blades said that she was no longer in possession of the photograph sent to her by Ms. Thompson. She also acknowledged, "When I first got your voicemail, I told Tiffany's mom that I didn't want to be involved

### Ayrin Mason - October 6, 2016

Ayrin Mason was interviewed on October 6, 2016 over the telephone by NFL Director of Investigations Kia Roberts. Ms. Mason provided background information. Ms. Mason stated that she is in her senior year at Ohio State University, and is 21 years old. Ms. Mason stated that she is originally from Cleveland, Ohio.

Ms. Mason was asked to explain how she knows Tiffany Thompson, and stated, "I've known Tiffany for at least a year. I met her through Zeke and my ex-boyfriend, Darvin Hopgood Jr. Darvin and Zeke are friends, we all go to Ohio State together." Ms. Mason was asked to describe the relationship between Ezekiel Elliott and Tiffany Thompson and stated:

It was really toxic. It was never loving, and he always does something with another girl, and then she gets back at him by doing stuff with other guys that he knows, like his teammates and people like that. Tiffany was looking up with a bunch of other Ohio State football players.

Ms. Mason was asked what the status of the relationship was between Mr. Elliott and Ms. Thompson as of July 2016 and stated, "Tiffany and Ezekiel were never officially in a relationship, but they were still acting as if there was something there." Ms. Mason was asked what she recalled from July 21, 2016 and stated:

Earlier that day, I went to Tiffany's house to hang out. When I was there, Tiffany showed me some bruises. One was on her neck, one was on her arm, and one was on her pelvis. We'd been texting a few days prior, and Ezekiel coming to town. She's been texting me and said that they been having problems leading up to the 21st.

108

Ms. Mason was asked if Ms. Thompson had mentioned any incidents of domestic violence prior to the date that she showed her these bruises, and stated, no. Ms. Mason was asked if Ms. Thompson had told her what he and Ms. Thompson had been arguing about leading up to July 21, 2016, and stated, "They always would argue and Tiffany would question him about stuff with other girls."

Ms. Mason was asked what Ms. Thompson said the bruises were from, and responded, "When I walked in, she showed me the bruises immediately, and she says, 'I can't do this anymore.' She said that he choked her, dragged her across his apartment by her hair, and that was it." Ms. Mason was asked to describe Ms. Thompson's demeanor, and said, "She wasn't crying, but I could tell that there was a lot on her mind." Ms. Mason was asked if there was any further discussion about this, and said, no.

Ms. Mason was asked if she knew about any history of domestic violence between Mr. Elliott and Ms. Thompson prior to this evening, and stated, "She sent me snapshots before of bruises, huge bruises on the inside of her thighs, and she said, 'The sex was rough, LOL.' Other than that, no. She never said she was scared." Ms. Mason was asked if she took any pictures of Ms. Thompson's bruises on this evening, and stated, no. Ms. Mason was asked if Ms. Thompson covered up her bruises before they went out later that night and said, no.

Ms. Mason stated that on the evening of July 21, 2016, Ms. Thompson came to Ms. Mason's apartment, before Mr. Elliott's party that night. Ms. Mason stated, "Tiffany asked me if she should file a police report. I told her that she should. She called the police non-emergency number, and planned to go in Friday to file a police report." Ms. Mason was asked if she was with Ms. Thompson when Ms. Thompson called the non-emergency police department number, and stated, yes. Ms. Mason was asked why she and Ms. Thompson still decided to go to Mr. Elliott's birthday party, and stated, "She knew there would be other girls there and wanted to prevent anything from happening with Ezekiel and them. It was his birthday, and she really does love him."

Ms. Mason was asked what happened when she and Ms. Thompson arrived at Mr. Elliott's party, and said, "We got to the Social Room, where the party was, at approximately 1:00 AM." Ms. Mason was asked if she or Ms. Thompson had been drinking and stated, no. Ms. Mason was asked if she and Ms. Thompson drank while at Mr. Elliott's birthday party, and said, "Not a lot, we just drank a little bit of champagne. Neither one of us was drunk." Ms. Mason was asked what happened at Mr. Elliott's birthday party, and stated:

> Tiffany and Ezekiel had talked a little bit. He had multiple girls that he was dating in the same section with us, and he was talking to other girls, and Tiffany was following him around everywhere he went. He was ignoring her. Ezekiel told Tiffany to go talk to one of the football players that she was talking to, and kicked us out of his section at the club. Tiffany said, 'Okay,' and went over to a section where a bunch of football players were sitting, and was dancing on the table.

Ms. Mason was asked how Mr. Elliott responded to Ms. Thompson going to the section with the other football players, and stated that he was just laughing. Ms. Mason stated:

> The music stopped at about two, and the lights came on. We walked out of the club. There is a girl throwing up in the trashcan by the door. Tiffany called the girl a whore because she thought that she was one of the girls who was messing with Ezekiel. The girl stops throwing up, and her friend told Tiffany that that wasn't nice. The girl who had been throwing up approached Tiffany and grabbed her by the hair. Tiffany then grabbed her hair, and I grabbed Tiffany around the waist and pulled her back.

Ms. Mason was asked how long the fight between Ms. Thompson and this other woman lasted, and said, "It lasted 45 seconds to a minute at most." Ms. Mason was asked if she observed any punching or kicking between Ms. Thompson and his other woman and said, no. Ms. Mason was asked if Ms. Thompson had any new injuries or bruises after the incident between her and the other woman and said, no.

Ms. Mason was asked what she and Ms. Thompson did after Mr. Elliott's birthday party at the Social Room and stated that she and Ms. Thompson went to Mr. Elliott's apartment for an afterparty. Ms. Mason was asked why she and Ms. Thompson went to the afterparty, considering how things had gone earlier that evening. Ms. Mason stated:

> I wanted to go home, but Tiffany didn't want to take me home. And on the way to his apartment, Ezekiel had Face Timed with Tiffany, and they had a conversation that wasn't bad. They were both laughing and joking. She was talking to him we got to his apartment, and told him that she would see him when he got there. He pulled up with another girl, and she got really mad. He should've known that was going happen. The girl was driving and Ezekiel was in the passenger seat. Tiffany walked up to the car, and called the girl a bitch and a ho. I stayed in the car. I could hear what was going on even though the windows were up.

Ms. Mason was asked how far she was from Ms. Thompson when Ms. Thompson approached the car with the other young woman and Mr. Elliott in it, and stated:

> There is a car between the car that I was sitting in and Ezekiel's car, so I couldn't see. But I can still hear. I got out of the car, and saw that Tiffany was in the girl's face. I pulled her away from the girl. There were a bunch of other people around. Ezekiel and the girl walked towards the front door of Ezekiel's apartment, and Tiffany tried to block them from going in. I was standing there, and I saw Tiffany and Ezekiel talking, near his apartment door, but I couldn't hear them. But then I heard the girl that was with Ezekiel say to Tiffany, 'You're not coming in.' Tiffany got even more mad. There was a guy with Ezekiel who tried to hold Tiffany back, because Tiffany was yelling and screaming. She yelled that Ezekiel's career was over. She called the police and they came. I sat in the car and then spoke to the police. She texted me to tell the police officers that he pulled her out of the car. But the police came and spoke to me, and I told them the truth.

110

Ms. Mason was asked if there was ever any physical contact that night between Mr. Elliott and Ms. Thompson and stated, no Ms. Mason was asked if she could have been positioned somewhere that evening where she would not have seen a physical encounter between Mr. Elliott and Ms. Thompson and said, no. Ms. Mason was asked if she remembered a time when Ms. Thompson was yelling about being a white woman, and saying that everyone will believe what she had to say. Ms. Mason stated, no.

Ms. Mason was asked about the text message conversation that she attempted to have with Ms. Thompson a few days after July 21, 2016 and stated:

> I was still friends with my ex-boyfriend, who is good friends with Ezekiel. I told my ex-boyfriend, who then told Ezekiel, that Tiffany had asked me to lie to the police. Ezekiel told his lawyers, and they said that they needed an explicit request to lie from her. That's when I texted her and asked her. I was trying to help Ezekiel. [228]

Ms. Mason was asked when the last time was that she saw Ms. Thompson after July 21, 2016 and stated, "I hadn't seen her at all until 2 to 3 weeks ago, when she came to get some flat irons she'd left at my place on the night of the 21st."

## Elaine Glenn Interview - October 6, 2016

Elaine Glenn was interviewed on October 6, 2016 by NFL Director of Investigations Kia Roberts via telephone. Ms. Glenn provided background information. Ms. Glenn stated that she is 34 years old, and is Tiffany Thompson's aunt.

Ms. Glenn was asked what she knows about the relationship between Mr. Elliot and Ms. Thompson and stated:

> Tiffany and I are really close, and I know almost everything about their relationship. Ezekiel had spoken repeatedly about getting Tiffany a car and helping her get into college. I went with her to her first ultrasound appointment when she got pregnant for him, and I was in constant contact with her during her abortion. Multiple times, Ezekiel tried to block me from talking to her because I speak life into her.

Ms. Glenn was asked how it came about that Mr. Elliott first began financially supporting Ms. Thompson, and stated:

> Ezekiel said that he wanted her to go to college to become something. He said that her living with her parents wasn't a good thing. I agreed. He said that he loved her and wanted the best for her. Ezekiel wanted her to not have to listen to her parents. At the time her parents wouldn't even let her drive their car to go see him.

---

[228] The text message conversation in which Ms. Thompson asked Ms. Mason to lie to the police is included in what is previously attached as Exhibit ___.

Ms. Glenn was asked why Ms. Thompson's parents did not want her to visit with Mr. Elliott, and stated, "They didn't care for him, they knew that he was a college football player, and they were always out drinking. And this was Tiffany's first relationship. Tiffany had moved in with Ezekiel for months at a certain point, and they didn't like that."

Ms. Glenn was asked when Mr. Elliott had blocked her from speaking to Ms. Thompson, and stated:

I tried to contact Ezekiel's father regarding Tiffany's abortion, because I didn't agree with abortion. On April 12, I wrote Tiffany via direct message on Twitter and sent her a photo saying, 'Abortion is murder.' Tiffany wrote back, 'Leave me alone.' On April 13, I messaged her on Instagram saying that she had blocked me from other social media and texting, and that I couldn't believe her. On that same day Ezekiel text messaged me and told me to stop trying to change Tiffany's mind, because she'd been drinking and partying while pregnant. I tried to text him again after that, and he blocked me.

Ms. Glenn was asked if she knew of any domestic violence between Mr. Elliott and Ms. Thompson prior to July 2016, and stated:

Several times I suspected that he was doing things to her, but she always said that she had fell or blacked out. I've been a victim of domestic violence before for years, and I know how people live. I didn't believe her.

Ms. Glenn was asked what she knew about the allegations that Ms. Thompson had made with respect to July 16th—July 21st, 2016, and stated, "She called me on Monday, July 18, and I didn't answer. I called her back and she said that she couldn't talk because Ezekiel was around. She then texted me pictures of injuries, saying that Ezekiel had hit her."

Ms. Glenn was asked when was the next time she spoke to Ms. Thompson after July 18, 2016 and stated:

On Wednesday, I checked in on her. She was alone at her apartment, and I Face Timed her. I told her that she needed to get help. She said that she loved him and that he told her that it was just tough love, but kept hitting and grabbing her.

Ms. Glenn was asked if she observed Ms. Thompson to have any injuries when she spoke to her via FaceTime on Wednesday, July 18, and said:

Yes. She took her phone and showed me injuries on her. She had bruises on her legs. On Monday, she had sent me pictures of bruising on only one side of her neck. On Wednesday, she had bruising on both sides of her neck. She had bruising up and down her arms. I believe it might have been just her right arm. Tiffany then called me the next day, on

112

Thursday morning. I was sleeping, and woke up and texted her to ask if things were okay. She said that she was ready to go to the police, because Ezekiel was grabbing her. The next time I spoke to her she was at her friend Ayrin's house. I asked her if she was safe, she said yes. I told her I was praying for her. She tried to call me late that night at about 3 o'clock in the morning, but I was asleep. I woke up for work at seven and texted her and asked if she was okay. No answer. At 10:38 AM, I checked my Instagram and said to her to delete what she had put on Instagram. I saw what she put on there, and I told her to take it down because of the responses she was getting. She called me later around one and told me that she had called the police." Ms. Glenn was asked what Ms. Thompson told her had happened the day before and stated, "She said that he had grabbed her at his apartment on Thursday night.

Ms. Glenn was asked if Ms. Thompson ever told her about any other allegations of domestic violence involving her and Mr. Elliott and stated:

> There was an incident in Miami where they were arguing and he threw her Louboutins over the railing. She said that he pushed her, but that was it. I was actually on the phone with her in Miami when it happened, and I can hear them arguing. She said, 'I need my wallet!', and that's when he started throwing things out of the door. She never said that she had any injuries from that though, and she never sent me any photos of any injuries.

Ms. Glenn was asked what specifically she heard when she heard Ms. Thompson and Mr. Elliott arguing in Miami, and stated, "I just heard him telling her to leave." Ms. Glenn was asked if Ms. Thompson claimed that Mr. Elliott had hit her in Miami and stated, "She said that he had pushed her. She told me that at a later time."

## Ayrin Mason - October 13, 2016[229]

Ms. Mason was interviewed again on October 13, 2016 over the telephone by NFL Director of Investigations Kia Roberts.

Ms. Mason was asked to discuss a text message conversation in which Ms. Thompson texted Ms. Mason, writing, "lmao I'm not playing with him man." Ms. Mason stated:

> Tiffany told me that they both been at Ezekiel's apartment, and that they both went out separately and bumped into each other while out. She was out with another guy. She went into the bathroom to text me when she saw him, but I think that Ezekiel had left by the time she got out of the bathroom.

---

[229] NFL investigators later attempted to speak to Ms. Mason again after learning of new information related to the case. Ms. Mason refused to speak to investigators further. Additionally, on March 13, 2017, NFL Security Representative Pat Foran went to Ms. Mason's home in Cleveland, Ohio, and delivered an outreach letter from investigators. Ms. Mason e-mailed NFL Director of Investigations on Monday, March 13, 2017 and stated that she was not willing to speak to investigators further.

113

Ms. Mason was also asked about a text message from Ms. Thompson to Ms. Mason on Monday, July 18, 2016, in which Ms. Thompson wrote, "I'm about to call the cops." Ms. Mason stated, "I don't know what she's talking about, and never really followed up."

## Tiffany Thompson - November 1, 2016

Tiffany Thompson was interviewed on November 1, 2016 in Columbus, Ohio by NFL Director of Investigations Kia Roberts. Also present for the interview were NFL Security Representative Steve Dunphy and NFL Director of Digital Forensics Dave McCain.[230]

Ms. Thompson was asked again to list the allegations of abuse against Mr. Elliott from July 16, 2016, to July 21, 2016 in chronological order. Ms. Thompson stated:

> On that Saturday night (July 16, 2016), I picked Ezekiel from the airport. We went out that night. A girl Face Timed him at 4 am. We started arguing because I didn't want to have sex with him, and he pushed me. He tried to hit me and I blocked it with my arm, and got a large bruise on my arm. I took pictures of those injuries on Sunday, the next day. Those are the pictures when I had the towel on my head. I didn't tell anyone about what happened that night.

Ms. Thompson continued:

> On that Monday night (July 18, 2016), I ignored him when I saw him out, and he threatened to put my stuff out. Ezekiel didn't come home that night, and came home the next morning. On that Tuesday morning (July 19, 2016) when he came home, I was trying to leave and he was pushing me. We had started arguing because while I was talking to him about coming home the night before, I was texting with someone. He asked who I was texting with and grabbed my phone. I tried to leave the bedroom, and he picked me up and brought me back into the bedroom. Alvarez saw me screaming and him picking me up. I got bruises on my arm from him pushing and grabbing me. He slapped me, yanked my hair, and pointed hard against my face. Then he started crying, and saying that he wanted to make it up to me. I didn't tell anyone about what happened that morning. We stayed in that day and slept all day. We didn't go out on Tuesday night.

She then reported what happened on Wednesday, July 20th and said:

> On that Wednesday afternoon (July 20, 2016), me, Alvarez, and Ezekiel went to dinner at Genji and to buy bones for my dog at Petland. We then went to go look at Ezekiel's new rental at the Carriage House. We went out that night to Fourth Street Bar. Ezekiel drove home drunk with me in the car, and left Alvarez and his friends at the bar. We got home that night and argued. He yanked me off of the bed, and picked me up and threw me into the storage closet. Alvarez was there and told Ezekiel to stop. Ezekiel pinned me to the floor and started choking me. I had a bruise on my neck, and thumbprints. He choked me

---

[230] Ms. Thompson's phone was imaged by Mr. McCain on this date.

114

with both hands, and I couldn't breathe. When I tried to get my stuff, he pushed me into the bed. He got in the bed and passed out. My hip hit the corner of the bed, and I had bruising.

Ms. Thompson was asked if she told anyone about this incident and said, "I called my aunt the next day, Thursday (July 21, 2016). I had also called my friends Jordan and Shelia on Thursday, before that Thursday night incident (at Ezekiel's birthday party), and they had seen my bruises.[231] She then described what happened on Thursday. She stated:

On that Thursday morning (July 21, 2016), Ezekiel and I had talked about what we were doing that night. Later that night, he texts me to leave his house. I went to see Ayrin, and showed her my bruises and told her what had happened that week. I called the non-emergency number at around 11:30 pm that night. I'd also texted my aunt and told her I was ready to go to the police. I texted Ezekiel and told him that I'd contacted the police. I went to the party, and then got into an argument at the party.

Ms. Thompson was asked if she hit the woman with whom she was arguing that night to which she responded, "No, she attacked me." Ezekiel texted me and FaceTimed me, asking me to come to his place. Ms. Thompson continued, "Ezekiel pulled me out of the car by my arm, and my knee hit the side of the door."

Ms. Thompson was asked to confirm that incidents of abuse occurred between her and Mr. Elliott in the early morning hours of Sunday, July 17, 201, in the early morning hours of Tuesday, July 19, 2016, in the early morning hours of Wednesday, July 21, 2016 and in the early morning hours of Friday, July 22, 2016. Ms. Thompson stated:

So on that Sunday, I met up with my old boss from when I used to bottle serve at a bar called BBR about going back to work. Ezekiel showed up at BBR. Ezekiel before had wanted to stay in the house. I went home after I left BBR. Ezekiel had been calling me nonstop while I was there. I pulled up to his apartment, and he was yelling at me to get out of the car because I had the key. I said no, because I was scared. Alvarez was standing there and saw the whole thing.[232] Ezekiel opened the passenger door, reached over me, and grabbed my wrist hard, and pushed me back against the car seat. He snatched the keys from my hand. We went back into his apartment together. We were screaming and yelling and arguing. Alvarez was sitting on the sofa during the whole argument.

In response to a question about whether she told anyone about this incident, Ms. Thompson said that she might have told her friend Shelia, and maybe told her aunt, Elaine Glenn.

Ms. Thompson was asked if Ayrin Mason knew of any incidents of domestic violence between her and Mr. Elliott prior to July 21, 2016, when Ms. Thompson told her about the abuse, and she replied:

---

[231] Investigators repeatedly attempted to contact Shelia Lee and Jordan Estep via phone numbers provided by Ms. Thompson. Neither responded to attempts at contact.

[232] Investigators attempted to contact Alvarez Jackson repeatedly. Mr. Jackson did not respond to attempts at contact.

> She knew that when I was pregnant, Ezekiel had gotten into Columbus. Him and Alvarez went out. Me and my friend Aleeah Ruthers went to wait for Ezekiel at Fourth Street Bar.[233] Ezekiel came out stumbling drunk and had a girl with him. I said, "What's going on?" The girl said something to me, and I yelled at her. He picked me up and dragged me across the street to my car, my heels were dragging on the ground.

Ms. Thompson was asked if Ms. Ruthers was in a position to see what happened and she said that she was and had "said that she couldn't believe that he did that." Ms. Thompson continued:

> So we went to Alvarez's because we thought that Ezekiel would be there. Alvarez and Ezekiel pull up and Ezekiel goes into Alvarez's apartment, and then Alvarez comes out. He said that I needed to leave because I was acting crazy. He pulled a gun out of his pocket, pointed it at me. He said to leave. Ezekiel comes out and tells Alvarez to leave me alone, and Aleeah and I left.

Ms. Thompson said that this incident occurred in "late March or early April" when Mr. Elliott was still at Ohio State and further reported that there was no "physical violence" during this argument but said that he arm was "red" as a result. She also reported that she had not taken any photographs after this incident.

Ms. Thompson was asked if there were any other incidents of abuse between her and Mr. Elliott at any time that had not been discussed during her interview that day and said:

> Ezekiel had flown a girl into Columbus from L.A., and went out here to Social club. He showed up at the club with this other girl. I was there, and he kept watching me the whole night, and coming over to my section. He was yelling in my ear that I was coming home with him. I left the club and went to his house in an Uber, and Shelia comes with me. I went inside, and Shelia left. Shelia called me a few minutes later, and Ezekiel said, "Who's calling you?" and then yanked me by the hair. He grabbed my phone and looked in it, and saw that other guys had been texting me. He slammed my phone on the counter and smashed it. He put the phone under hot water in his sink. He threw it across the room. He picked it up and tried to break it in half. We stayed together that night.[234]

Ms. Thompson said that the woman who Mr. Elliott had flown into town was not present for this interaction since she was staying with a friend.

## Robert Tobias Interview - November 1, 2016

Robert Tobias, Director of the Prosecution Resources Unit for the Columbus City Prosecutor's Office, was interviewed on November 1, 2016 by NFL Director of Investigations Kia Roberts and NFL Director of Digital Forensics David McCain at the Columbus City Prosecutor's Office in Columbus, Ohio. Mr. Tobias

---

[233] Investigators tried to contact Aleeah Ruthers numerous times via a phone number provided to investigators by Ms. Thompson. Ms. Ruthers did not respond to any attempts at contact.

[234] Ms. Thompson provided investigators with her broken phone. A picture of the broken phone is attached as Exhibit 32.

116

provided background information. Mr. Tobias stated that he has been in the City Attorney's Office for approximately 20 years. Mr. Tobias stated that his classification is the principal assistant city attorney. Mr. Tobias was asked how many attorneys there are in his office, and stated that there were 160 employees total, and 60 attorneys. Mr. Tobias stated that he attended Washington University in St. Louis, Missouri, for college, and received his law degree at Capital University in Columbus, Ohio.

Mr. Tobias was asked how it came about that he was assigned the investigation into allegations of abuse of Tiffany Thompson by Ezekiel Elliott, and stated, "I've been the director of this unit since 2007, and within the last 5 to 6 years, anytime there's a victim of a potential misdemeanor, those fall on my desk. Those come through me. I usually deal with more high profile incidents, for example those incidents involving nurses, teachers, police officers, the local football players." Mr. Tobias was asked how he was alerted of these particular allegations against Mr. Elliott, and stated, "I don't specifically recall, but if I had to make an educated guess, it would be from the media. I got a call from Mr. Elliott's attorney asking if we met with the victim yet, and saying that they wanted to be involved in the process." Mr. Tobias was asked if he could describe what the usual criminal investigative process would be for allegations such as the ones under investigation were made, and he said, "The Columbus Police Department's policy for this is that they usually don't arrest on matters like this unless they actually witness it. They will give the alleged victim a card with the police officers' badge number on it, and that person is sent here to the City Prosecutor's office. Some people show up, some don't." Mr. Tobias was asked if Tiffany Thompson ever came to the City Prosecutor's Office with respect to these allegations, and said that she came to the office on July 22, 2016.

Mr. Tobias was asked to explain how the intake unit of the Columbus City Prosecutor's office operates. Mr. Tobias stated, "The intake unit is part of the prosecution resources unit, and has 21 employees. The employees are predominantly part-time, and are predominantly law students. These people work as intake officers, basically as investigators. We assign someone, and fill out paperwork. They meet with investigators and go through the formal intake process. We then sometimes take pictures of any injuries." Mr. Tobias was asked if he ever met with Tiffany Thompson personally at his office and stated, "I met with her and her dad at least twice, and met with her personally at least 2 to 3 times. We never concluded that she was lying to us. We didn't think that she was lying to us. There is just not enough sufficient corroborating evidence. I've been looking at the Internet and see the comments that people have been making about her. Very judge-y. I think she was a regular college girl going through stuff 19-year-olds go through but it was all amplified because of who she was dating. We felt like the witnesses really rallied around their respective sides." Mr. Tobias was asked when he first met with Ms. Thompson, and stated, "I introduced myself to her on July 22, but did not interview her on that date. She came back over the next few weeks, and I met with her then. I made a timeline, and went through it with her. The third meeting that I had with her was to discuss affidavits and other items that I

117

received from Mr. Elliott's attorneys. A final meeting was regarding possible outcomes here. I told her over the phone we were not proceeding with any charges." [235]. Mr. Tobias was asked what the dates were of the alleged abusive incidents that Ms. Thompson told him about and stated, "Ms. Thompson stated that incident number one occurred on Sunday, July 17, 2016; incident number two occurred on Monday, July 18, 2016; incident number three happened on Tuesday, July 19; and incident number four happened on Thursday, July 21." Mr. Tobias was asked how Ms. Thompson responded to his decision not to charge, and stated, "She was very stoic, but her dad called me afterwards to say that she called him after I spoke to him, and she had burst into tears."

Mr. Tobias was asked if he'd spoken to any other witnesses on the investigation besides Tiffany Thompson, and stated, "Ayrin Mason. I had to reschedule with her three times because she got cold feet. I met with her at Panera Bread. She said that her ex-boyfriend was friends with Ezekiel, but that she barely knew Ezekiel. She said that she became friends with Tiffany Thompson based on their boyfriends. She did not really have info regarding the earlier incidents before July 16th because she wasn't there. But she said that on Thursday afternoon, she saw visible bruises and that Tiffany told her how she got the bruises. I asked her if she had any reason not to believe how Tiffany had gotten them and she said, 'No, because I wasn't there.'" Mr. Tobias was asked what Ms. Mason had said that Ms. Thompson said about how she suffered the bruises and stated, "Ayrin said that Tiffany said that Ezekiel had done it." Mr. Tobias was asked if Ms. Mason said specifically what Ms. Thompson had said about how she'd gotten the bruises and said, no. Mr. Tobias additionally stated, "I think Ms. Mason wants this done and not to be involved. I think that's who has information that she's not telling us." Mr. Tobias was asked if Ms. Mason mentioned knowing of any abuse between Mr. Elliott and Ms. Thompson prior to the week of July 16-21, 2016, and stated, no.

Mr. Tobias also stated that he met with Alvarez Jackson. Mr. Tobias stated that he met with Alvarez Jackson at the office of Ed Hastie, Ezekiel Elliott's local attorney, in Grandview, Ohio. Mr. Tobias stated, "Mr. Hastie and Frank Salzano were forthcoming and encouraged me to speak to witnesses. Some people I received affidavits from I didn't feel were necessary. But Tiffany had told me that Alvarez was present for some incidents and that he tried to stop Ezekiel from doing things to her." Mr. Tobias was asked during which incidents Ms. Thompson stated that Mr. Jackson had tried to stop Mr. Elliott, and stated, "She said that Alvarez had tried to stop Ezekiel during the incident that happened on July 18th and July 19th. She said that on July 18th, Alvarez was there and told Ezekiel to stop or let her go when Ezekiel was grabbing her. She said that on July 19th, at the Carriage House, she and Ezekiel were in one room, and Alvarez was in the apartment in another room. She said that there is some type of incident, and that Alvarez had tried to stop Ezekiel that time as well."

---

[235] Investigators asked Mr. Tobias if he would share his timeline with them and he declined.

Mr. Tobias was asked what Alvarez Jackson had to say about these allegations by Ms. Thompson, and stated, "He said that none of those things had ever happened, and that he never intervened in anything. He said that he didn't remember anything from the Carriage House, and that there was only a small hallway separating his room from their room, and that he didn't hear anything." Mr. Tobias was asked if he had any other conversations with any other witnesses with respect to the incidents of July 16th to July 21st, 2016, and stated, "I had a conversation with one of the police officers who witnessed Tiffany and the other girl at the Social Room fighting and pulling each other's hair. That really rubbed me the wrong way, the way that Ayrin Mason and Tiffany Thompson had described it. It is pretty different than what the officers described." Mr. Tobias was asked how Ms. Mason had described the incident at the Social Room and stated, "They (Ms. Mason and Ms. Thompson) both described it as being very short-lived, maybe one smack, one hair pulling. The police officers described it as flying, punching, and falling to the ground." Mr. Tobias was asked if there was any video footage from that location and stated, no. Mr. Tobias was asked if he could find any video footage from Mr. Elliott's apartment complex for the early morning hours of July 22, 2016 and said, no. Mr. Tobias was asked if he personally observed any bruising to Ms. Thompson when he met with her on July 22, 2016, and stated, "Yes. We considered the possibility that she could bruise very easily because she is very light, and skinny. But the bruising I saw was consistent with what she said had happened." Mr. Tobias was asked to describe the bruising that he observed on Ms. Thompson on July 22, 2016, and stated "I didn't really look for it, and don't remember, that wasn't my function that day."

Mr. Tobias was asked about the materials that were posted on the Columbus City Prosecutor's Office website regarding the Ezekiel Elliott investigation and stated, "That is our work product, our investigation, and what Ezekiel's defense attorneys gave us." Mr. Tobias was asked how Mr. Elliott's attorneys got the relevant evidence to him, and stated, "We received the text messages from Mr. Elliott's attorney via e-mail, I think. We saw the text where it looks like Tiffany was telling Ayrin to lie. Once we saw the whole string, it later said Tiffany told her not to lie." Mr. Tobias was asked if there were things in his possession that were not on the website and stated, "Absolutely. Work product things. We err on the side of caution. The stuff on the website we probably didn't even need to put on there."

Mr. Tobias was asked if during his investigation he felt that any incident was more credible than the others among the allegations that Ms. Thompson made, and stated, "No. We generally believed her for all of the incidents." Mr. Tobias was asked if he would explain how the office came to the decision not to charge Mr. Elliott with any crimes, and stated, "Obviously for charging purposes, probable cause is our standard. We also looked at the standard of beyond a reasonable doubt for trial. We thought about what the defense counsel's argument would be as well. All went to an analysis of the sufficiency of the evidence." Mr. Tobias was asked if he ever spoke to Mr. Elliott in person and stated, "We toyed with that idea. I spoke to Hastie and Salzano about

interviewing him. They asked for the questions in advance. We said no. Ultimately we decided that we knew he was going to deny everything. We decided there was no real need to do it." Mr. Tobias was asked if anyone else at his office spoke to any witnesses with respect to their investigation and stated, "I had conversations with our chief prosecutor regarding this. I kept the city attorney in the loop regarding what direction we were leaning in. No other prosecutors here have talked to anyone." Mr. Tobias was asked if he would like to say anything else regarding the investigation and stated, "Tiffany just said that she wanted him to get counseling. Not vindictive, didn't seem like she had a vendetta. I feel like something definitely happened here. She had bruising. We couldn't determine exactly when and how she got the bruises, so we couldn't charge him. But that doesn't mean something didn't happen here."

## Tessie Thompson Interview - November 3, 2016

Tessie Thompson was interviewed via telephone on November 3, 2016, by NFL Director of Investigations Kia Roberts. Mrs. Thompson provided background information. Mrs. Thompson stated that she is 39 years old, and is Tiffany Thompson's mother. Mrs. Thompson stated that she is a full-time stay-at-home mom, and that she also coaches volleyball occasionally for the local school district.

Mrs. Thompson was asked when Ezekiel Elliott and Tiffany Thompson started dating and said, "Tiffany met him on her 19th birthday, in 2015." Mrs. Thompson was asked when she first learned of the relationship between Mr. Elliott and Tiffany and stated that she learned of the relationship in July or August of 2015. Mrs. Thompson stated, "Tiffany would stop communicating with me and her dad, and would be gone for days. She stopped communicating with us, and I just knew something was going on." Mrs. Thompson was asked if she ever spent time together with Tiffany and Mr. Elliott, and stated, "No." Mrs. Thompson was asked what her thoughts were on the relationship between Mr. Elliott and Tiffany and stated, "At first, she seemed happy. Then she stops showing up to family birthday parties and family outings, and I started to worry. She's always been a worker, but couldn't seem to hold a job. But you can't overstep your boundaries with Tiff, you have to let her come to you." Mrs. Thompson was asked if she knew of any history of domestic violence between Mr. Elliott and Tiffany and stated, "There was a time that she had bruising on her wrists and arms." Mrs. Thompson was asked when she observed this bruising on Tiffany, and stated that she observed these injuries around Thanksgiving or Christmas of 2015. Mrs. Thompson was asked if she spoke to Tiffany about this bruising and stated, "She said she ran into something. But they were clearly fingerprints. She then changed her story and said that Ezekiel had picked her up and carried her, which didn't make any sense. Also, Tiffany had gone to Miami around Valentine's Day this year to see Ezekiel. I got a phone call from her that she called the police because he put his hands on her."

Mrs. Thompson was asked when Tiffany called her in relation to when Tiffany said the abuse had happened in Miami, and stated, "I could hear Ezekiel in the background, but I couldn't hear specifically what he was saying. But he was yelling, and seemed mad. Tiffany wasn't talking to him; she was talking to me. She was crying and very upset. She said that he grabbed her and was throwing her stuff off the balcony. I tried to calm her down so I could understand what was going on. I stayed on the phone with her as long as possible, and then she had to get off the phone because the police arrived. She ended up getting a hotel, and we got a flight for her to leave Miami the next day and come back home." Mrs. Thompson was asked if Tiffany ever spoke to her again with respect to the incident in Miami and said, "Yes, she said that he'd gotten upset with her because she was talking to Joey Bosa, but they're just friends. She just said that Ezekiel had got mad because she was talking to Joey." Mrs. Thompson was asked if she knew about any other incidents or altercations between Mr. Elliott and Tiffany, and stated, "When he left the NFL Combine, he became really controlling. He wouldn't let us talk to her, and blocked our phone calls to her. He had passwords to everything, and I think he was blocking her from talking to us. Then Tiffany didn't show up to Mother's Day dinner because she was saying that she didn't feel well. But I saw her at dinner on Father's Day, and she had fingerprints on her. I asked her where they were from, and she said that she did not know. We were trying to eat dinner that day, and he was texting her the whole time and she was getting upset. And on the day of my grandmother's funeral, Ezekiel was texting her because he didn't understand why Tiffany had to go. And at a certain point Tiffany had to get up and leave because he Facetimed her. I looked over at her phone before she left though, and he was texting her and calling her a liar. And Tiffany called me one time about coming to drywall holes in the wall at the Carriage House." [236]

Mrs. Thompson was asked when Tiffany had contacted her about this hole in the wall, and stated, "I'm not sure when it was. But I asked her how the hole had gotten there, and she said that she wasn't sure." Mrs. Thompson was asked if she did go drywall the whole in the wall, and said, "No, because a couple of days later she posted those pics on Instagram and then her and Ezekiel weren't talking anymore." Mrs. Thompson was asked if she knew of an incident where Tiffany claimed that Mr. Elliott had bruised her cheek, and said, "Yes, she had a lot of makeup on and she said that he grabbed her and pushed her up against the wall. I didn't really get to see the bruise. We didn't get into more detail because her little sisters were around. I told her that we would talk about it later. We never did. It's always hard for me to talk to her because the girls are always around." Mrs. Thompson was asked if she knew about an incident involving Mr. Elliott, Tiffany, and a tub, and stated,

[236] Tiffany Thompson was asked by investigators at a later time about the hole in the drywall and said, "I called my mom on Thursday morning, the same day that he'd choked me. There was a hole in the wall in the bedroom across from the bed from where I'd thrown his phone at it. He had a phone he would just use for talking to other girls, and I had thrown it at the wall."

"I remember that he was in the hospital for a football injury, and that she had a concussion at the same time. She said that she fell in the tub and hit her head on the soap dish. I kept pressing her, she stuck to it. Months later she finally told the truth. She said he pushed her in the tub, and she fell and hit her head on the soap dish." Mrs. Thompson was asked when did Tiffany first mentioned this tub incident to her, and said, "A week before he got admitted to the hospital for his football injury."

Mrs. Thompson was asked if she saw Tiffany during the time span of July 16 to July 21, 2016, and stated, "No, we would never see her when Ezekiel came into town." Mrs. Thompson was asked if she spoke to Tiffany during that time and said, "Briefly." Mrs. Thompson asked if Tiffany mentioned any abuse when she spoke to her that week and said, "No, Tiffany confided a lot in my sister, Elaine." Mrs. Thompson was asked if there was a period where Tiffany lived with Mr. Elliott and said, "Yes, Ezekiel was still in college. They lived in an apartment right off of the freeway." Mrs. Thompson was asked if she ever visited Tiffany while she was living with Mr. Elliott and said, "Me and her dad got her a car for her high school graduation a few years earlier. She had completely stopped communicating with us, so we went and picked up the car from Ezekiel's apartment." Mrs. Thompson was asked if she ever actually went into the apartment where Tiffany lived with Mr. Elliott and said, "Yeah. Her clothes, shower stuff, everything was there." Mrs. Thompson was asked if she knew what the bill arrangement was when Tiffany lived with Mr. Elliott and said, "I don't know, I think that Ezekiel's dad paid the bills." Mrs. Thompson was asked when Tiffany lived with Mr. Elliott and said, "I think from October until she got her own place."

Mrs. Thompson was asked if she had spoken to Tiffany after July 21, 2016 about any of the incidents between her and Mr. Elliott that week and stated, "She said that every time she would go to see him, something would happen. He would come in town, they would argue, he would pick her up and throw her. She said Alvarez would be in the next room laughing. He would physically abuse her when she didn't want to do sexual things. I remember her telling me that he wanted to have anal sex with her on Saturday the 16th, and he started beating her. He would get mad and irate about things. He didn't want her working as a bottle server, and would come to her job and check on her. He told her that if she stopped, he would pay her money and take care of her. She said that he sent Alvarez with her to Chicago to make sure that she got the abortion. That's all I remember."

## Elaine Glenn Interview - November 15, 2016

Elaine Glenn was interviewed via telephone by NFL Director of Investigations Kia Roberts on November 15, 2016. Ms. Glenn was asked specifically about text messages between her and Mr. Elliott on

February 12, 2016. [237] Ms. Glenn was asked how it came about that she spoke to Mr. Elliott on February 12, 2016 (the day that Tiffany Thompson called the police in Aventura) and stated, "I'm not sure, but I probably reached out to him because I think her phone was dying or something." Ms. Glenn was asked if she knew about Ms. Thompson's allegations of abuse against Mr. Elliott when she was spoke to Mr. Elliott on February 12, 2016 and stated, "When I spoke to Ezekiel that night, he said that she called the police but didn't say anything about pushing her." Ms. Glenn was asked why Mr. Elliott would have stated in his text messages to her that he was scared for Ms. Thompson, and stated, "They truly did care about each other, but her family life isn't great." Ms. Glenn was asked what kind of help Mr. Elliott was specifically offering to get for Ms. Thompson in his text messages to her, Ms. Glenn, and stated, "He always wanted her to go to college, to make herself better. He always said that her parents had promised her the world but had not given it to her. We felt like she needed counseling because her dad has beaten and cheated on her mother her whole life. She went through the same thing with her own parents, her dad changed, so she felt like Ezekiel could change."

Ms. Glenn was asked about the text messages between her and Mr. Elliott on February 12-13, 2016. [238] Ms. Glenn was asked about the portion of the text messages in which Mr. Elliott wrote, "Two days ago almost ruined everything." Ms. Glenn was asked what this was about, and stated, "He was talking about Tiffany calling the police, and about his NFL career." Ms. Glenn was asked if Mr. Elliott admitted any violence to her and stated, "No, never." Ms. Glenn was asked about the text message in which she wrote, "She(Tiffany) feels bad." Ms. Glenn was asked what Ms. Thompson would have felt bad about, since she had alleged abuse against Mr. Elliott. She stated, "I think Tiffany's dad made her call the police in Miami. I think Tiffany called her dad before the police came. Ezekiel said that when the police came, Tiffany looked evil."

### Tiffany Thompson Interview- November 16, 2016

Tiffany Thompson was interviewed on November 16, 2016 in Columbus, Ohio by NFL Director of Investigations Kia Roberts and NFL Security Representative Kim Janke.

Ms. Thompson was asked about a statement that she made in a previous interview that her mother knew about "abuse" between Ms. Thompson and Mr. Elliott to which she responded, "She just really knew about what happened in February in Aventura." When asked if she was aware of any other incidents, she reported, "She would see bruises on me and kind of assume that they were from him because I wouldn't come around really. I would try not to come around and she would just ask me and I would tell her like, 'no, they're not from him'." When next asked what specifically she had told her mother about what transpired between her

---

[237] The text message conversation between Mr. Elliott and Ms. Glenn referencing the incident that occurred in Aventura, Florida is attached as Exhibit __.

[238] This Text message exchange between Mr. Elliott and Ms. Glenn is previously attached as part of Exhibit ___.

and Mr. Elliott in Aventura, she said, "I told her that he shoved me up against the wall and we got in an argument and it was previous to that night also." She continued, "I told her how he like open hand like shoved me and like hit me in my chest" and that she told her mother about this on the day that it occurred, February 12. She said that she did not tell her mother about any other "incidents of abuse."

Ms. Thompson was also asked to explain an incident that she had previously mentioned during which Mr. Elliott pushed her into a wall and bruised her jaw. She said, "He yanked me and busted my jaw right here," indicating the jaw area of her face. She further explained that the incident "happened probably a couple months before" he left for Miami in January, in October or November, and that it occurred in his apartment at 1860 Canvasback Lane. She continued:

> Well, we had many arguments about obviously girls calling his phone when they didn't need to be calling. Guys texting me being in my DMs. Just little things like that. And we were just arguing back and forth about the past. That was always our argument. And he yanked, like we were, he yanked me so I was in the living room, and I was walking and he like grabbed my arms and like yanked me to where like, here's the corner and the way he yanked me like, I tried to stop myself and my jaw ended up hitting right there (a wall).

Ms. Thompson further explained that Mr. Elliott "yanked" her two hand with his two hands and that "he was like pulling me like, yeah stopping me from walking away." She said that there was no one else at home and that this occurred on "just a regular night at home," not after they had been drinking or partying. She said that after this interaction, he went to bed and she sat on the couch and called her friend McKaila Blades using FaceTime. When asked specifically about what she told Ms. Blades, she said:

> I tell her everything that was happening. Well, that happened. And um, she was like let me see the side of your face. I actually think I texted her to see if she could FaceTime first. And um then we were on FaceTime and I showed her and she was like, "send me a picture" because face timing you can hardly see sometimes if it's clear or not. So then I sent her a picture. And um, she was like yeah, "I can see where it's swollen and bruised."

She reported that during the call, she showed Ms. Blades the right side of her face and said that her jaw "was swollen and it was slightly blue and purple." In addition, while she acknowledged that she and Ms. Blades were not on speaking terms at the time of the interview because their "friendship is on and off all the time," Ms. Thompson said that she and Ms. Blades have been friends for "quite a while."

Ms. Thompson was then informed by investigators that during their conversation with Ms. Blades, she said she didn't remember having such a conversation with Ms. Thompson about the incident or seeing any injuries. Ms. Thompson responded by saying, "Well, I know she did contact my aunt and my mom right after, well she didn't, her mother did, right after..she spoke to you and said that she had everything written down on a piece of paper and ready because she didn't want to be involved in the situation." Ms. Thompson said that she only learned this after investigators spoke to Ms. Thompson and Ms. Blades' mother contacted Ms.

124

Thompson's mother and aunt. She further explained that her mother and Ms. Blades' mother are friends and have always communicated "no matter what." In response to a question about why Ms. Thompson though that Ms. Blades' mother would have contacted Ms. Thompson's own mother after the interview with investigators and an assertion that it sounded like she was calling to say that Ms. Blades "basically didn't tell the truth," Ms. Thompson said, "I honestly don't know why she would write anything down or anything." Ms. Thompson said that she had not received any medical treatment for the injuries to her face and just put a bag of frozen vegetables on it. She further reported that the photographs she took of the injuries were on the phone that Mr. Elliott destroyed. In addition, when asked if she had spoken to anyone else about this incident, she said, "I think my aunt was the only person."

Ms. Thompson was next asked if there were other incidents of abuse besides the October/November 2015 Canvasback incident just discussed, the February incident in Aventura, and the July 2016 incidents. She said, "there was probably abuse every month" and then corrected herself, and said that there wasn't abuse at the beginning of their relationship and that it was "probably October/November" when it started. When asked if she could recall "the first time that [Mr. Elliott] put his hands on [her]," she said that she could not. When asked "is there any instance that you specifically remember outside of Canvasback, Aventura, and this set of incidents in July," she responded, "I remember when I was pregnant and he dragged me across the street." Ms. Thompson was asked to again explain what happened during this interaction. She said that she had just gotten off of work and was with her friend Aleeah Ruthers.[239] She said that Mr. Elliott had come to Columbus, and he and Alvarez went to Fourth Street Bar and Grill. She further reported that he walked out of the bar, "stumbling drunk," with a girl and Alvarez, and that she approached him. She continued, "He said like, 'You don't need to be out that late at night. I'm pregnant. I need to take my ass home. We start arguing back and forth." She said that Ms. Ruthers and Alvarez were standing beside them at the time and that she and the girl then began arguing "back and forth." She reported what next occurred and said, "And Zeke just grabs me and literally like drags me from like, he picks me up from behind. My feet are dragging from the side like my heels are dragging on the road." She also said that he was dragging her towards her, he grabbed her arms "like from the back" and pushes her into her car and says, "Take your ass home." She told investigators that "of course" she didn't do that and instead, followed him to Alvarez' apartment. She further reported that Ms. Ruthers was in her car when they drove there and that when they arrived, Mr. Elliott got out of his car and Alvarez told him and the girl to go inside.

She said that Alvarez came out with a gun, "like half of it is in his hoodie, half of it is in his hand," and that she said, "go ahead and shoot me," after which Alvarez said, "I'm not going to shoot you. I wouldn't do

---

[239] NFL investigators repeatedly attempted to conduct an interview of Aleeah Ruthers, and used the phone number provided by Ms. Thompson to investigators. Ms. Ruthers did not respond to any of investigators' phone calls.

that." She further reported that Mr. Elliott came outside at that point and said, "Come on Alvarez," and Alvarez responded something like, "Zeke get the fuck inside." She said that Ms. Ruthers said, "Come on Tiff, just get in the car. Let's leave," and that she finally got in the car and she left.[240] In response to a question about when she next spoke to Mr. Elliott, she said, "It was actually over at his house the next day. He had said that he was just mad at me and that he needed time away from me because we were arguing and that he was sorry that Alvarez pulled his gun out and then that was basically it." Ms. Thompson said that she did not report this incident to the police, and that she might have called her "gay friend Beau" and might have texted him as well. She said that she would have done so from her old phone.[241] Ms. Thompson approximated that this event occurred in March or April of 2016.

Later in her interview, in response to direct questions, she said that Alvarez never apologized for his actions and said that she had not called the police because, after the February incident, she had promised Mr. Elliott that she "would never call the cops again because I didn't want to put him in the position to ruining his career."

Ms. Thompson stated that there was also an incident during which Mr. Elliot broke her phone. She explained that in April of 2016, Mr. Elliott came to Columbus for a weekend and "had a girl from LA staying with him that he flew in." She reported that the girl's name was Sayora and that they went to Social that Friday night and that on Saturday, she went to Club XO in Columbus, where Mr. Elliott showed up with Sayora. Ms. Thompson stated that she was in her own "section" with different guys and Mr. Elliott saw her "just having fun with these guys. Talking to them, dancing etc." She continued, "So then he comes and yanks me out of the section. He doesn't yank me once, not twice, not three times but multiple times." She said that he "would grab my arm and pull me close and be like get the fuck out of their section. If you're going with me tonight, get out. And I wouldn't get out. So, then every time he saw me having fun again he would come back and pull my arm and like grab it so hard." Ms. Thompson told investigators that "everyone who was at the table" would have been in a position to see what happened. She also said:

> Even the bottle girl, one of the bottle girls, her name was Tiana, saw it and then one of the security guards that worked there. Because it go, the last time he pulled me out of the section, he pulled me off to the way way side and to where his bodyguard was, a security guard from the club and one of the bottle girls came up and asked me if I was okay.

Ms. Thompson stated that she and her friend Sheila went to Mr. Elliott's home in an Uber, but waited outside because Mr. Elliott's father was there and he "didn't really want [her] and Ezekiel associating." She

---

[240] Ms. Thompson did not mention this incident during her first two interviews with investigators. She did not mention it until her interview with investigators on November 16, 2016.
[241] NFL Investigators attempted to contact "Beau" using a phone number provided to investigators by Tiffany Thompson. Attempts at contact were unsuccessful.

explained that that Mr. Elliott said to "just wait until [his] dad leaves" before coming in. She said that she sent Sheila home in the Uber before entering Mr. Elliott's home. She reported to investigators, "So then, I go into his house and he's on FaceTime with Braxton (Miller) and Shelia calls my phone and he was like, 'Who's calling you at 3 in the morning?'" Ms. Thompson said that she showed Mr. Elliott her phone and answered the call from Sheila. She explained that as she was talking to Sheila, he took her phone away from her and began talking to Sheila himself. She described what next transpired and said:

> So then he finally asked me to unlock my phone. So then I was like no I'm not going to unlock it. He was like unlock your phone. And I kept telling him no and then finally he grabbed my hair and like yanked my head back so aggressively like it hurt my neck. So then I finally unlocked my phone for him to go through. And at the time, we were done because I had found out like about the girl coming to stay with him that Friday and all this stuff.

She said that Mr. Elliott was still on FaceTime with Mr. Miller and that she told Sheila that she was scared and to come get her but also said, "I've told her that so many times before that she didn't know what to do." She further stated although she doesn't think Mr. Miller observed anything, she believes that Mr. Miller heard her "talking" and asked, "Is everything ok, Zeke?" Ms. Thompson reported that after she unlocked her phone, Mr. Elliott grabbed it and looked at it, and saw that other guys had been texting her. She said that after seeing a text from Johnnie Dixon, one of Mr. Elliott's former teammates from Ohio State, he turned the phone "face down, and smashe[d] it on the corner of the table to where it shattered [the] screen."[242] She then detailed that he walked over to the sink and turned on the hot water and that while he was doing so, she was "trying to stop him," "like trying to shove him back, like get him away from the sink," but said that "he's so big, he would just push me back." She said that he then put her phone under the hot water and "just let it sit there." She continued, "I'm crying and then that's when he starts to shove me into the corner of the kitchen." She explained that he first "shoved" her into "where the cabinets were in the corner, the corner of the cabinets in the wall" and that she hit the cabinets as a result of what he had done. She said that she hit her head and her shoulder. She further stated:

> So, then he does the pressure point right here on the side of my face and I'm so scared, like I'm trying to get away and I tried to go through the door many times and all he does is he comes and grabs me and pushes me back towards the sofas. I just keep trying to say I need to leave. Like I had no phone, nothing. I was just going to walk to the nearest place to get in contact with someone.

Ms. Thompson confirmed that Mr. Elliott was yelling during the incident and that no one else was inside the apartment at the time. She also said that she didn't know if Mr. Elliott had been drinking or using drugs but that "he was very intoxicated." She said about her own level of intoxication, "I wasn't intoxicated but

---

[242] Ms. Thompson provided investigators with her broken phone. A picture of the broken phone is attached as Exhibit 32.

I did have a few drinks." In response to the investigator's question about "how the incident ended," Ms. Thompson reported, "He was like, you're not leaving and I just sit on the sofa and then he just comes and gets me from the sofa and we go back to bed."

Ms. Thompson said that she had "thumbprint" and "fingerprint" bruises "all over" her arms as a result of this incident and said that she took photos of the injuries. She also reported that she only told Sheila about this event and said that she was not sure if she told her aunt. She said, "I want to say I told my aunt everything because that's who, the first person I would always go to. So I'm not sure what I told her and what I didn't." At the end of this interview, when asked about photographs on her phone from April 24th that depicted bruises on her arms, Ms. Thompson said that the injuries were sustained during the incident over the phone[243] and that she had "like little thumb prints on the back of [her] arms and fingerprints." Ms. Thompson was asked if Mr. Elliott replaced her broken phone and she reported that they went to Best Buy the following day where Mr. Elliott purchased the phone that she brought to the interviews.[244]

In response to a question about whether there were "other incidents" that she could think of, she said that the ones she had spoken about were "mainly the biggest ones" but confirmed that there were others, "probably a good three handfuls." She explained, "Probably around, I don't know, it's hard to say. Probably around like ten to, I don't know, ten to fifteen." She further reported that other than her aunt and Sheila, there was no one else with whom she discussed these incidents. In response to questions about her relationship with her friend Sheila, Ms. Thompson said that she met Sheila in high school and explained that Sheila and Alvarez were introduced by her and Mr. Elliott after which Sheila and Alvarez became "friends with benefits."

Investigators also asked Ms. Thompson about her knowledge of any allegations of abuse against Mr. Elliott that involved other women and she said, "When I came out and posted my pictures on social media, I had a lot of people come to me and saying that they had other, like their friends they knew about him touching them. And I screenshotted those so I should have those in my phone."[245] She continued, "They would write me on Instagram, snapchat, just telling me the story. They would also come to me and say if he was out at a club he would snatch their phone away from them and throw it. That he hit, I guess he hit some guy in the face for taking a picture of him." She estimated that she five people who she did not know contact here on Instagram. Ms. Thompson was asked specifically about the Instagram user with the handle "Samantha Deakin," who contacted her on Instagram, to which Ms. Thompson responded that she did not know her or have any additional conversations with her.

---

[243] Pictures of Ms. Thompson's injuries, according to the phone imaging metadata, were taken on April 24, 2016. The photos are attached as Exhibit 2A-D.

[244] A picture of the receipt for Ms. Thompson's new phone is attached as Exhibit 33.

[245] A screenshot of the Instagram posting made by Ms. Thompson on July 22, 2016, with the comment from Samantha Deakin, is attached as Exhibit 69.

Investigators then asked Ms. Thompson questions related to the incident that occurred in Aventura, Florida. In particular, Ms. Thompson was confronted with a statement in the narrative section of the Aventura police report that indicates she referred to her and Mr. Elliott as "friend with benefits" while talking to the police at the time.[246] She said that she had in fact used that term and further stated, "He had told the police officers that I was his girlfriend and at the time I was just like in one of those emotional moods to where I was like kind of laughing like, 'No, I'm not.' Like we're just this." Ms. Thompson was asked why the police wrote that the incident in Aventura was about a social media incident and said, "Well he would like to say that it was about social media. And I mean it was, but then it was later that night we had gone out and like I told you in the past, he, there was this guy, Drew, that he would hang out with that I didn't comfortable around him at all." She explained that Drew was a friend of Mr. Elliott's "from partying" and said that since Drew was in marketing, he may have been "doing autographs" with Mr. Elliott.

In response to a series of specific questions, Ms. Thompson then explained what transpired during this February incident. She said that she had been in a bar in Miami with Mr. Elliott and Drew and that she was made to feel uncomfortable because she felt that they were talking about a different girl in LA. She said that Drew was "like, 'How was LA?' and like winked at [Mr. Elliott]. So I just felt like instantly really uncomfortable." She continued that she ended up taking an Uber back to Mr. Elliott's apartment where she fell asleep in his bed and said that Mr. Elliott didn't return there until 3 or 4:00 in the morning. She further reported that when he came home, he said, "I thought you were changing your flight." She explained:

> So then I laid down and fell asleep in my dress I wore out that night and I even had my shoes on. I was completely sober. Nothing to drink. And he comes home and says I thought you were changing your flight and you were going to be gone by now. And I said, "well I fell asleep." So then I get up, go over to his spare bedroom and I start packing my stuff up. He comes in there and goes, "let me see your flight information. Let me see." And he was like very insecure because also like his, I want to say all of his teammates tried to get in contact with me.

She said that she started to pack her suitcases and Mr. Elliott said, "You're not going anywhere." She stated, "So then he just pushes me into the wall and like starts grabbing me, keeps pushing me, and I'm just trying to pack my stuff up." She reported that this interaction occurred at about 4:00 a.m. when no one else was at home. Ms. Thompson continued, "So in the spare bedroom there was a sliding glass mirror as like the closet doors. And I kept like bumping, like pushing, like bumping into those when he was pushing me. She reported that she kept telling Mr. Elliott to "stop, like like you're going to make me break them," and that he then just pushed her into the regular wall. She further reported, "And then he was like, you know what? I'm

---

[246] The Aventura Police Department police report is attached as Exhibit 24.

done with you. I'm going to bed like I'm not wasting my time. So then he goes to bed." She said that she then packed up her belongings so that it was ready the next day when it was time to leave.

She said that the next morning, she got up and showered while Mr. Elliott was still sleeping, and then went to a mall within walking distance from his apartment. She explained that she and Joey Bosa, Mr. Elliott's former roommate, were texting because she asked him where she could stay in the Aventura area. She said that she believed that Mr. Bosa "screenshotted" their text conversation to Mr. Elliott. She explained that she believed he received them when he woke up and she was still at the mall or when she returned because when she came back to the apartment they began to argue. She told investigators that she tried to grab her belongings and that when she tried to "stop" him from doing so, he "pushed" her out of the way. She said, "So then he goes in the room, gets my red bottoms (shoes), throws them off the balcony into his courtyard area. And I told him, 'stop,' because he was going to throw all my stuff off his balcony." She reported that he then went into the spare bedroom to grab her suitcases and she said to him, "Alright like, I'm going to get my shoes like and then I'm coming back up here and we can just talk about it." She said that when she came back up from retrieving her shoes, her belongings were "out of my bags out in the hallway in front of his front door." She then reported:

> There was still more of my stuff inside that I wanted and I was like, 'Just give me the rest of my stuff.' So then that's when he comes out and he like, I tried, I don't know what I did, but he like moved me out of the way because I think he was like trying to shut his door and like I was in his way so then he like shoved me into the wall.

She explained, "He shoved me and like, it was just an open hand hit." She said that he hit her "really hard" and that "it was red." She said that this interaction occurred right outside his front door and that she was "crying," "shaken up," and "scared." Ms. Thompson stated the Mr. Elliott was just walking down the hallway screaming at her, saying "you whore." She said at that point she was on the phone with Shelia. She reported that her aunt was also calling her at that time because she had called her aunt, Sheila and her mother at the same time.

Ms. Thompson told investigators that a security guard, who she described as a short white man about 25 years of age, came to the building hallway where she was gathering her belongings and asked if she was "okay" to which she responded that she wasn't and then told him about the incident. She also said that she told the security guard that she wanted to contact the police, that he helped her pack her belongings and carry her bags downstairs to the lobby, after which another man called 911 for her from the lobby phone. In later discussing the injuries sustained in this incident, Ms. Thompson said that although she didn't receive any medical attention, her shoulder and left chest were "in pain" and said that she had trouble sleeping on her left side for a night or two.

130

When confronted with information that Mr. Elliott provided to the police about the incident, that he had attempted to go into his apartment bedroom and lock the door, and that Ms. Thompson grabbed him around the waist to prevent him from doing so, she said his statements were not true. She further explained, "He was trying to lock his door. He was coming out of his house from giving me my things and he was trying to lock his door but I did not touch him."

Ms. Thompson said that once the police left, she took an Uber to a hotel, which she believed to be the Aventura Marriott. She said that she paid for the hotel but because she was not yet 21, her aunt had to help her by talking to the hotel personnel. She said that Mr. Elliott's agent and lawyer, Frank Salzano, was texting her to express concern about the events "hitting the media right away" and asking her "to do something about it." She continued, "Frank had sent me this message telling me to call, I think it was, I don't know the officer's name that was dealing with it and told me that I didn't want to go any further action with the charges." She then said, "And just told me exactly what to say. So, I had called the officer multiple times, they didn't pick up, and I just left a message reading his message to the officers." Ms. Thompson said that she did this because she "had realized that [she] didn't want to ruin [Mr. Elliott's] career." Ms. Thompson was asked if Mr. Salzano offered her anything in exchange for her doing this, and said that he had not. Ms. Thompson explained that Mr. Elliott had been texting her during this time as well and that he came to the hotel after she left the message for the police officer. Ms. Thompson reported:

> The first time Zeke came, Drew sat out in the car and it was just me and Zeke talking. Because I didn't have a charger. So Zeke brought me a charger and we sat down and were talking and he just said like I needed to handle it right away so it didn't hit the media. And then the second time Zeke came before he had went out that night.

She said that she told Mr. Elliott that she was "going to handle it for him" during his first visit to the hotel and said about the second visit before Mr. Elliot went out that night, "We were just sitting there, talking and Zeke just tells me, 'I love you, I want to be with you' this and that. I don't know honestly what he said." She also stated that Drew was present during this conversation but did not speak to her. She said that she believed this to be the case because she did not like Drew and reported that she disliked him because "of him getting [Mr. Elliott] into bad habits, drug wise. She also said that "Drew would do a lot of molly, ecstasy and coke."

Ms. Thompson was then asked about social media postings in which she referenced her and Mr. Elliott's usage of "molly, coke, ex and Facebook stuff."[247] She said, "I'm not going to sit here and say I didn't do anything because I did. I would do everything with him." She further explained that Facebook stuff is "an

---
247

ecstasy pill" and when asked from where Mr. Elliot got the drugs he used, she said that she did not know. She also said that Mr. Elliott used drugs "a lot," "probably once a week."

Ms. Thompson reported to investigators that she stayed at the hotel in Aventura on Friday night and returned to Ohio the following day. She said that she next spoke to Mr. Elliott when he called her as she was boarding the plane and said, "I just want you to know before you take off that I love you and I care so much about you."

Investigators asked Ms. Thompson questions related to her trip to Chicago for the abortion and she confirmed that this was not the same trip to Chicago as the one she had taken for the draft. She also confirmed that this occurred in early April and that Mr. Elliott bought plane tickets for her, Alvarez and Sheila. When asked why Alvarez accompanied them on the trip, Ms. Thompson said, "He wanted one of his friends to go" "because he couldn't be there." She said she was not sure why Mr. Elliott could not be there but he was "busy with something." She also confirmed to investigators that she moved to her new apartment at Times Square at the end of February, before this trip to Chicago. Ms. Thompson was then asked what precipitated Mr. Elliott leasing her an apartment and paying her rent to which she responded:

> So like I said before, he wanted his own space. I knew about him messing with other girls and I was okay with that. It was what he wanted to do. So he was just like, because I told him, I was like, "why can't I just move in there, because you're going to be gone for the summer? And well for the rest of the time." And he said, "Well, let me just get you your own place, like I'll furnish it for you, that way you can do whatever you want, have whoever you want over, this and that. "

She stated that Mr. Elliott also thought her house was "very negative" and explained that her parents were "really against' her seeing Mr. Elliott. She said that her mother was "scared because she knew how basically athletes are" and her father "didn't want [her] to get hurt." Ms. Thompson expounded:

> He didn't want me to get hurt. He didn't want to see his daughter hurt. And also like I don't want to say my dad, he's just like against, he's not against racial couples he's just as growing up he just wasn't okay with it. So that's another reason why but once I sat my dad down and told him me and Zeke are dating, like I've been staying over there this and that. like he accepted it. And if I was happy he was happy. So, then they start, they weren't really letting me do stuff with him. Like they would give me a curfew because the car that I was driving at the time my dad had paid for. So, he basically had kind of like control over where I went and how long I was gone for this and that. And Zeke didn't like that. So, he was like, "I'll buy you your own car I want you away from the negative." He just basically wanted to brainwash me himself. He had said like I, he wanted me to get help.

She further explained that Mr. Elliott said that he wanted her to "go through counseling" because of everything that she had been through in the past" and that she asked him to go as well because he had "gone through the

same thing." Ms. Thompson confirmed to investigators that she was referring to domestic violence in the household and said that Mr. Elliott's response to her suggestion that he also seek help was that he would think about it but that he didn't need it and that she was the one who "needed help." She stated, "And it was always he never needed help. And he was the main reason, like through our whole relationship, the person that needed the help."

Later in this interview, Ms. Thompson reported that Mr. Elliott leased her a car on March 3rd, a few weeks after Mr. Elliott leased her the apartment. She was asked if she thought Mr. Elliott's "getting her these things" had anything to do with the fact that she "had taken care of" the incident in Florida so he "would not get in big trouble" to which she responded:

> By the way he was talking to my aunt, it did sincerely seem like he cared. But then I always question myself and said there's a motive to why he's doing this. And that was the problem with me, like I always would assume. I would second guess a lot of things between our relationship and I guess that's why we always argued a lot. So, I always thought there was a motive to it. That's why he was doing it all. But I honestly don't know.

She was also asked about some text messages related to the decision she made to have an abortion in April and an earlier statement she made to investigators about Mr. Elliott not wanted her to get the abortion. In response to the investigator's statement that the texts seemed to indicate that Mr. Elliott was "really encouraging" her to terminate her pregnancy, she explained that Mr. Elliott didn't want her to get an abortion "because he knew it was against what I believed in, like I would never do that." She continued, "But he just thought me and him weren't ready to be parents. And, of course, with him starting his rookie year, he wouldn't be there. Actually it would have been this month that I would have been giving birth. He wouldn't have been there for it, sorry it's really emotional." She further stated:

> He wouldn't have been there for the birth of his own child. And wouldn't be able to be around that much for basically like the first couple months. And like, just some of the stuff he was saying, like it made sense. Like I hadn't started college, I needed to focus on my future just as he needed to focus on his. And we were both so young and he just kept saying like, he kept saying like, I wanted to just live off of how much money he'd be giving me a month. And he just, he didn't want me working. But when I was pregnant I was working. I was working at European Wax Center.

She also explained that she and Mr. Elliott had been arguing in the months leading up to her pregnancy and saying "hurtful things." She said, "after she got the apartment and got my car," they were "fighting." Ms. Thompson told investigators that when she found out she was pregnant, Mr. Elliott was getting his haircut in Columbus and that she heard a girl in the background so they "just like start arguing." She reported, "And then I found out, he came over later that night." She said that Shelia was there with them, that they were just talking and "he just was like mind blown." She also said, "He was like, 'Tiff we can't be parents.' And then he was like letting me make the decision and then go back and then like we would fight and he would say really hurtful

133

things." She explained that Mr. Elliott "would just like bring up [her] past and just call [her] names for no reason." At another point in the interview, Ms. Thompson noted that she had taken a screenshot of the pregnancy test and sent it to her aunt, Sheila and her friend, Ashley Block.

Ms. Thompson told investigators that at about "four or five" weeks into her pregnancy, she went to the doctor for the first time and that during an ultrasound, the doctor saw "two sacs so twins." She said that when she returned, after some bleeding, one of the sacs had "shrunk and it was gone," and further explained that she had a miscarriage of one twin. Ms. Thompson said that she was put on bed rest due to "bad bleeding" prompting Mr. Elliott to say that he didn't want her working and that he would "take care of [her] fully, support me either way." She also said that Mr. Elliott "really never came out and physically said like, 'I want you to get an abortion.' But then he did. It's like he was confused on what he wanted to do. He even had Alvarez meet with me. Like me and Alvarez hung out and just talked about it." She said that Mr. Elliott also had his friend, Darf, Aryin's ex-boyfriend, call her and say, "If Zeke's going to be a dad, you just need to let him know." She then said, "And I just kind of wanted the best for everyone. I'm not like 21 yet." She also noted at another point in the interview that she discussed the pregnancy and abortion with Mr. Elliott's older sister, Layla, and specifically asked Layla if she thought their mother "would respect if [Ms. Thompson] did this for Zeke" and Layla said, "Yes, I think so."

In response to a question about why she had the abortion in Chicago, she said, "Because Ohio has the 24-hour rule period with the pill doing it naturally and Chicago doesn't." She then explained the "24-hour rule" and said, "So you get one pill and then one day, and then you have to wait, I think it's 24 hours, until the next day to get the second pill." She continued:

> He told me he wanted me to go get it done. He was like, he had someone, he had his agent looking at like everywhere. Like he was thinking about flying me to New York, anywhere that like I could get it done right away. Because like it's something like I just wanted to get it done and over with.

She said that Sheila and Alvarez flew to Chicago with her for the procedure, that they accompanied her to the clinic where the procedure was done and that they spent the "whole entire weekend together." She confirmed that although she stayed in Chicago for the weekend, she had the procedure on a Friday and later in the interview detailed that it occurred at 11:12 a.m. on April 15th.

Ms. Thompson was also asked by investigators about her trip to see Mr. Elliott in Dallas in May 2016. In response to questions, Ms. Thompson said that she stayed with Mr. Elliott in his hotel, the Residence Inn in Irving, Texas for approximately two weeks. When specifically asked if "anything physical" happened during that two-week period, Ms. Thompson replied, "Well, we had went out one night and came back and I'm just going to tell you the whole story. I have nothing to hide." She then said, "We had gone out that night and he

134

wanted to have a threesome. So, he got another girl, we had a threesome." She explained that they met the "girl" at Clueh bar where they had been with Mr. Elliott's teammate, Des Bryant. She said that "Quacey," a relative of his agent, "Rocky," drove her, Mr. Elliott and the girl back to Mr. Elliott's hotel where they had a threesome. She said, "We have the threesome and then I realized like what I was doing, like I love this man, I'm doing this, like I'm allowing him to do this to me. I just felt like a horrible person so like I got really upset and threw a T-shirt and walked outside." She said that she walked out of his room and was walking outside because she felt "disgusted" with herself. She continued:

> So then he like comes after me and just [in] like his boxers, his underwear, and goes, "Tiff are you okay?" and I'm like, "No." And he's like, "What's wrong?" And I'm like, "What we just did, like that's not okay." So then I go, we walk back in the hotel room, perfectly fine, the girl's sitting there and like Zeke's like calling her babe and baby and I'm like, "Okay what's going on?"

She further reported that Mr. Elliott said to the "girl," "Like babe, I'm getting you an Uber, like where are you going?" after which Ms. Thompson said she then went to take a shower and Mr. Elliott came "around the corner." She continued, "I start arguing with him, like 'she needs to go, Like I don't want her in here. Like have her wait outside." She said that he responded, "you need to chill, like shut up," because she was being "loud." She said that she told him "No" and that he then "put his finger like pointed it in [her] face and like swung it away." She said that he then "just grabbed [her] and pulled [her] close" and she told him to "chill out." She detailed that he grabbed her by the "biceps" and that the "girl" was sitting in the room in an "office chair" while this occurred. When asked whether she had any "physical injuries" as a result of Mr. Elliott's actions, she said that "it was hard to tell because [she] was burnt from laying out[side]." She further reported that she did not tell anyone about what happened[248] and that after this interaction, she took a shower, the "girl" left and she went to bed.

Ms. Thompson was told by investigators that Mr. Elliott had reported to them that he and Ms. Thompson were "never boyfriend and girlfriend because [they] were never exclusive," and that they both were "seeing other people" and frequently engaged in threesomes as "an example" of the fact that she and Mr. Elliott were not exclusive. Ms. Thompson responded, "I think that is not the truth." She further stated, "That was my first threesome that I've ever had. I told him that I would never do it again. And we were boyfriend and girlfriend. He made it known that we were." She explained that "his whole family knew I was his girlfriend. I don't know what the agents thought because him and his agents are really close. But I was around his family

---

[248] SR Ken Lybrand of Dallas performed a check in Irving, Texas, with both the local police department and hotel security to see if there was any police/security response to the hotel when Mr. Elliott and Ms. Thompson were staying there. This search was met with negative results.

constantly. Around his childhood friends in St. Louis." She continued, "We were like literally attached to each other's hip."[249]

She was then asked about a previous statement she made about "looking at pictures of houses in Dallas together" and explained that this had occurred during the time that she was staying with Mr. Elliott in his Dallas hotel room. She said that he never communicated with her by text about her moving to Dallas and that she does not know if he ever told anyone that she would be moving to Dallas. She said that the only person who asked her was the "Christian Louis Vuitton guy" and then explained that she had been shopping with Mr. Elliott when he bought some shoes at a store. She said that she returned to the store by herself the following day when Mr. Elliott was at practice and training and the same "guy" was asking her questions. She said, "He was like, so I heard Zeke, like Zeke told me this, I heard this, and I was like yeah." She said that while the "guy" was bringing her "red bottoms and stuff," he was saying, "like this would look good with Zeke's jerseys for when you move down here and this and that."

Ms. Thompson was also informed during the interview that Mr. Elliott had also told investigators that he and Ms. Thompson had brought home another woman with them on the night of Saturday, July 16, 2016 in Columbus for the purpose of engaging in a threesome to which she responded that they had in fact done so. She said that the woman's name was Naya and that she knew her from "the friend group" with which she used to associate. She said that Naya has a baby and said she didn't feel comfortable so she left.

She was further informed that Mr. Elliott denied that he and Ms. Thompson ever lived together to which she responded, "We did," and said that they lived together at 1860 Canvasback Lane from September until "towards the end of December" of 2015. She said that she would go home to her family one or two nights a week though. She continued, "I would get all of my bags, take it home, and then I would get like more of my stuff. So I still had some of my things at my parents' house but I have like bags full of all of my stuff at his house." She said that in an "average week," she would sleep at Mr. Elliott's apartment 7 days. She also stated that her parents, Elaine, Ashley Block, her old boss, "Beau," Sheila, and McKaila all knew that she lived there.[250] In response to a question about whether she ever received bills there, she said, "I did," and further explained that she received all the "car information and everything" for the car Mr. Elliott had leased her but said that bank statements were sent to her parents' address which was the address she also used for job application.[251] She further reported that she kept toiletries and clothes there. She said, "I even have pictures of me and my friends getting ready. They would come over while he was gone for the weekend. When Ohio State played

---

[249] Investigators attempted to interview Mr. Elliott's parents, Stacey and Dawn Elliott. Stacey Elliott did not return any calls placed to him by investigators and Dawn Elliott spoke to investigators and declined to speak to them.

[250] Investigators attempted to contact Shelia Lee and "Beau" (last name unknown) using the phone number that Ms. Thompson had provided to investigators. Ms. Lee and "Beau" did not respond to attempts at contact.

[251] A copy of the car insurance bill is attached as Exhibit 19.

away." She named her friends Riley McTeague and Amanda Kaser as friends who were at his apartment with her. [252]

When asked how it came about that she moved out, she said, "My stuff was still there. I never moved out. It was just like I guess I was staying there through January but I was more at home" and said that when Mr. Elliott left to train in Florida sometime around January 11, she was still living there and taking care of his dog Ace, who did not go with him to Florida. She said that she didn't move out of his apartment until February when he signed the lease on her new apartment. In response to a question about whether she went "back and forth" between Mr. Elliott's apartment and her parents' home, she said that she stayed with him all of November and didn't even celebrate Thanksgiving with her family and then went back to her parents' home for a week in December when they "had an incident happen to where he had another girl."

Ms. Thompson was asked to explain what she meant and said, "(S)he was a girl from LA that Drew and him were talking about. Her name's Britney Renner. She's a fitness model." She continued that Ms. Renner had been in Columbus and was "at his house for a couple of nights." She said, "Not staying with him. She was staying with his family but she was over there." Ms. Thompson said she knew this to be the case because she had Mr. Elliott's "messages" coming to her phone. She told investigators that she "got on" to Mr. Elliott's MacBook because she had his passwords to everything and put "send and receive" so that "everything [would] come through to [her] phone as well." Ms. Thompson was informed that Mr. Elliott reported that she had "hacked into his email and she responded that the only time she had "hacked" into it was months ago when she and Mr. Elliott were "still together." She said that she knew "his recovery email and his cell phone number that he had it under." She was then asked, "What's the recovery email?" and Ms. Thompson explained, "I forget if it was his Gmail or yahoo account. He had two different emails but normally like when you have an email it asks for like a recovery email, just in case you forget your password to secure your profile." She said that it wasn't really "hacking" "because [she] knew [his] information." She continued, "He gave me his passwords quite early in the relationship and then I also had the passwords to his phone. And he had the password to my phone."

Investigators then asked if there was ever a period of time that she reached out to the other girls that Mr. Elliott was "messing with," and she responded, "Yes, there was a period, I would contact, I wouldn't contact all of them." When the investigator then asked, "You would or would not?, she replied, "I would not. I probably contacted., I really didn't even contact that many girls."[253] Ms. Thompson was asked how she

---

[252] Investigators attempted to contact Amanda Kaser and Riley McTeague using the phone numbers that Ms. Thompson provided to investigators. Ms. McTeague and Ms. Kaser did not respond to any attempts at contact.

[253] A man named Russ Yergensen called the NFL Compliance hotline to make a report that Ezekiel Elliott and Braxton Miller had abused his daughter-in-law between May 2, 2016, and May 13, 2016. NFL Director of Investigations attempted to contact this man both via telephone and mail, but was unsuccessful. NFL Director of Digital Forensics David McCain

reached out to the women and she said, "Well the night of the FaceTime, the girl that FaceTimed him, I tried to call, FaceTime, her back on his phone. I would, because he had changed his password so I talked into Siri and said FaceTime so and so. But it, I don't know what happened, it just wouldn't let me. And then, other girls I think I messaged maybe on Instagram." She said she could not recall what she messaged them but said that she "wasn't threating them at all" and that if she did confront them, it was just to say that she and Mr. Elliott were "dating" and ask, "What are you two?" or "just get more information." When asked how Mr. Elliott reacted when he learned about this, she said, "He would lose it." Ms. Thompson additionally reported an incident that occurred when Mr. Elliott was in Utah. She said:

> And I was supposed to be there with him and out of nowhere he doesn't want me to come anymore. So, then I see one of his fans posts a picture from there so I just ask them, 'Is there a girl there with him?' And his fan screenshotted it and sent it to him and he sent it back to me and said, 'This is embarrassing. Why can't you just believe me?' And he would freak out and block my number but the next day it would be unblocked. Or an hour later.

Later in her interview, Ms. Thompson was asked about a text message exchange from around this time in which she wrote to Mr. Elliott, "I just deleted two hundred something screen shots I came across these. I miss when you used to fight for me, it's all my fault why I'm losing you." When asked to explain what she meant, she replied, "It was my fault because I was constantly bitching at him. I was constantly trying to argue and fight."

She was also asked about a text message exchange between her and Mr. Elliott on July 5, 2016 in which Mr. Elliott wrote, "just want you to know I've been thinking about you nonstop. I miss talking to you so much. Just hope you don't plan on fucking my teammates because I see you went ahead and are following them now." In particular, she was asked to explain her response, "Do you know when you'll be back to cancel the lease so I can start packing my stuff up." She said, "We had been arguing and things weren't going good at all between us. We really weren't on talking terms and I just wanted him to cancel the lease so I could just not talk to him anymore. He wouldn't cancel the lease." She said that he didn't really give an explanation to her about why he wouldn't do so but that he said, "I'm not canceling the lease."

During her interview, Ms. Thompson was asked some additional questions about the incidents that occurred in July. She was specifically asked about a phone call that she placed to her Aunt Elaine at approximately 3:30 a.m. on Monday, July 18th and explained that she called her aunt crying because Mr. Elliott was not at home. She was also specifically confronted with Alvarez's statement that Ms. Thompson had called

---

was able to determine that this man's daughter-in-law is a young woman named Kellyn Monson. After Ms. Thompson's phone was downloaded, investigators discovered the name "Kellyn Monson" as a contact in Ms. Thompson's phone. Ms. Thompson denied knowing Kellyn Monson, stating, "I don't know who that is. Her name and info was imported to my phone from Ezekiel's phone, I'd hooked up our phones so that his calls would appear on my phone. I don't know her."

"some guys over" who were hanging out with Ms. Thompson outside Mr. Elliott's apartment later that night. She said, "I did not call them over. I actually, they were in the neighborhood because his neighborhood is more like college students, like younger, so they're driving around and then Mark texted me and was like are you okay, 'do you need a place to stay tonight?' and I said, "No. And then I went back inside" (Mr. Elliott's apartment).

She was specifically asked about information provided by the man at the pool party she attended on Monday, July 18, 2016 who said that he hadn't seen any bruising on her. She identified the man to investigators as an "ex co-worker from Dahlia Nightclub." She also told investigators that she went to the party with her friend Kelsey Ciminillo, and reported that this was the night that she and Kelsey met for dinner and were walking around when they bumped into Mr. Elliott and she "ignored him." She explained that she and Ms. Ciminillo went to the pool party and that she left at 1:30 a.m. because her phone was "dead." She also said Ms. Ciminillo got her an Uber back to Mr. Elliott's apartment. She further reported that she thought she was going home to Mr. Elliott but that he was not there. She said that she was "freezing" since her clothes were soaked and her hair was wet because she had been thrown in the pool. She stated that she went into Mr. Elliott's apartment and changed into dry clothes, and that she and Alvarez argued "back and forth" because "he knew where Zeke was and he wasn't telling me."[254] She further explained that she and Ms. Ciminillo originally met up earlier that evening because Ms. Thompson had asked to meet. She said, "I needed someone to talk to, and she's really a sweet girl so I trusted sitting there talking to her. I sat down and I showed her the bruising that I had on my neck at the time and then I had a bruise somewhere up here." She confirmed that she told Ms. Ciminillo how she received the bruises and said that she responded, "He did that to you? He's such an asshole."

Later in the interview, Ms. Thompson was asked if she knew the name of the woman who came to Mr. Elliott's home on July 20, 2016, to pack his boxes and she said that she did not. She also reported that the only video surveillance cameras at the Canvasback Lane apartment complex are located at the entrance to the complex and confirmed that there was never an instance in which security or the police were called to Mr. Elliott's home on Canvasback Lane.[255]

When confronted with Mr. Elliott's statement to investigators that in the week leading up to July 21, 2016, Ms. Thompson repeatedly mentioned that Brionte Dunn had gotten into trouble for domestic violence and that Mr. Elliott was going to end up the same way,[256] Ms. Thompson stated, "I didn't know anything about

---

[254] Investigators attempted to contact Kelsey Ciminillo using a phone number provided to investigators by Ms. Thompson. Ms. Ciminillo did not respond to attempts at contact.

[255] Letter from Arbors at Watermark, Mr. Elliott's apartment complex, is attached as Exhibit 94.

[256] Brionte Dunn is a former Ohio State University football player. On July 20, 2016, Ms. Dunn's girlfriend called police and made a report alleging domestic violence against Mr. Dunn in Columbus, Ohio. Mr. Dunn was subsequently dismissed from the Ohio State football team.

Brionte until the day I went to the prosecutor's office." She reported that "the prosecutor had said that they were dealing with an incident similar to Ezekiel's." When asked if the prosecutor specifically mentioned Brionte Dunn by name, Ms. Thompson replied that she knew Mr. Dunn's ex-girlfriend and that "his story was just going around so [she] just knew." She confirmed that she did not know about Mr. Dunn until the day she went to the prosecutor's office. Later in her interview, Ms. Thompson acknowledged that she had sent Mr. Elliott text messages threatening to ruin his life when she was pregnant.

Ms. Thompson was asked about the text message that she sent to Mr. Elliott at 2:12 a.m. on July 22, 2016, in which she wrote, "I just got fucking beat by one of your hoes bitch." When asked if she had, in fact, been beaten up by the other woman that night, she said, "No, I said that to him to make him feel bad." Ms. Thompson said that she believed that the woman with whom she had argued had been in his section of the club that night. She was then confronted with Ms. Mason's version of what happened between Ms. Thompson and the other girl, including that she and Ms. Thompson were leaving the club and a girl was throwing up, that Ms. Thompson said something like, "She's a stupid drunk bitch," that another girl helping the drunk friend said, "that's not nice," and then Ms. Thompson and the girl began to fight. Ms. Thompson said that she recalled being in Mr. Elliott's section and said that she was sober the whole night since she had not had anything to drink. She said that she saw the girl there and that she kept looking at Ms. Thompson "very funny" and that she thought "something was really awkward." She continued, "So then she was throwing up and I said, 'I said lol, I called, I said, like ratchet, I forget what I said. And then next thing I know I have someone pulling my hair, like outside of the club. She like pulled my hair and I turned around and she's like, 'Come on let's fight.'" She clarified that it was the girl who had been throwing up who said this and that this girl then "went to swing" but "a whole bunch of guys grabbed [her] back" so this girl didn't touch her. Ms. Thompson said that "the only thing that touched me was her hand grabbing my hair." When then confronted with affidavits from police officers stating that she and the other woman were hitting and punching one another, and grabbing each other's hair and asked why they would written that information if it weren't true, she told investigators that the person who owns the club is also helping Mr. Elliott's lawyers with the "investigation." When again asked why the police officers would have described the encounter as a "full on fight," Ms. Thompson said, "I didn't even know that the police officers were right there."

Ms. Thompson was asked to explain a text message that she sent to Mr. Elliott that night within which she said, "You better be smart, and not be dumb man, bitch...keep fucking with the wrong bitch, I'm not playing games. After party at Zeke's." She said that she and Mr. Elliott were texting and facetiming at the same time and when asked how this was possible considering that the text messages were running immediately back to back, she said, "Maybe we were FaceTiming after." Ms. Thompson was asked what she meant by, "Keep fucking with the wrong bitch," to which Ms. Thompson responded, "That's a good question. I would kind of

140

say things just out of anger." She was also asked how she knew that the afterparty was at Mr. Elliott's home and she said, "I knew way before because me and him planned everything. That night he asked me where I'm at and I told him I'm sitting outside of the Carriage House and he said, 'Okay we'll be there soon.' He knew I was there and everything." Ms. Thompson was informed that Mr. Elliott stated that she was not invited to either the party or his apartment that night and said that this was not true. was not true. At another point in the interview, she said, "I think we FaceTimed four different times on the way." She said, "He was just in the car, the music was loud, that was the first one. The second one was like, 'Where are you at?' and I said, 'Here waiting.' And he was just intoxicated and drunk. And then the other ones were just like of him and Alvarez sticking their tongue out and dancing, being goofy. But perfectly fine."

Ms. Thompson was then asked some questions about the injuries that she sustained as a result of the incidents and was also shown a number of photographs about which she was asked questions. In particular, Ms. Thompson was asked about the pictures of bruising to her hip bone area and she stated, "That was from him throwing me into the corner of the bed at the Carriage House on Wednesday, July the 20th." She was also asked about a conversation that she had with her friend, Jordan Estep, on Thursday, July 21st and said, "I had FaceTimed her." She said that she had been crying and that Ms. Estep asked her what was wrong and she then showed her "how [her] whole body looked" and Ms. Estep said, "Wow, Tiff that's crazy." She also said that she told Ms. Estep how she had gotten the bruises.[257]

Ms. Thompson was asked about messages investigators found on her imaged phone in which she references having a concussion. Ms. Thompson explained that she got a concussion after an interaction with Mr. Elliott on November 11, 2015. She explained that she and Mr. Elliot were both on Xanax and were drinking, when they returned to the apartment on Canvasback with a group of people. She said that she and Riley were talking in the bathroom when Mr. Elliott came in and she and Mr. Elliot began to argue. She told investigators that Riley "stepped back" and Mr. Elliott went to grab Ms. Thompson and she "kind of like" stepped back after which Mr. Elliott tried to grab her again and said, "he pushes me enough to where I fall back in the bathtub and I hit my head. Like the back of my like, corner of my head on the bar soap thing." She said that she believes Mr. Elliott wanted to grab her shirt or pull her closer but instead he pushed her, she stumbled and fell back into the tub. Ms. Thompson was asked what happened next and she said, "I don't think I did anything for my head. But the next day I was like really really really really sick." She said that she went to the emergency room and was throwing up. She further stated that although she does not recall what kind of medical treatment she received at the hospital, she was told that she had a concussion.[258] Ms. Thompson said that she told Sheila, her grandmother, mother, and aunt about what happened. She also reported to investigators that Mr. Elliott was

---

[257] Investigators attempted to contact Jordan Estep at the phone number provided to investigators by Ms. Thompson. Ms. Estep did not respond to attempts at contact.

[258] A photo of Ms. Thompson's hospital discharge paperwork is attached as Exhibit 22.

also sick around this time with an infection to his leg for which he was hospitalized before the Michigan State game.

Ms. Thompson was shown the photograph she had taken of bruising to her elbow[259] and asked when it had been taken. She said that she took it on either Saturday or Sunday from Mr. Elliott's Canvasback apartment and that the injury was from the interaction when he attacked her after she "confronted him about the girl" who called him in the early morning. Ms. Thompson was also shown a photograph of her in a car with bruising to her wrist and said she sustained the injury on Wednesday night when Mr. Elliott pinned her to the floor and choked her.[260] She said that a photograph shown to her of bruising on the back of her arms also depicted injuries she received Wednesday morning when Mr. Elliott pinned me to the ground and choked her. Ms. Thompson was then asked about another photograph where all of the photos were taken that have wallpaper in the background, and stated that they were all taken at Mr. Elliott's home on Canvasback Lane. Ms. Thompson was asked if she took all of these photos at the same time and said, "Those were sent to my aunt that next day when I showered Sunday. So, that was from Saturday night. When I confronted him about the other girl texting him."

In addition, Ms. Thompson was shown a photograph of bruising on her neck and informed that Mr. Elliott said that the visible mark was a "hickey." Ms. Thompson said, "That is not."[261] Ms. Thompson was shown a photograph of her bruised and scratched shoulder after which she identified the photographs as one that she took in Mr. Elliott's apartment at 1860. She noted that "his wallpaper was visible" in the photo and also said that the photo was taken in the bathroom on Sunday. She further reported that she took a series of photographs in the bathroom on Sunday after the incident over the other girl who called Mr. Elliott.

In response to a question about photographs found on her imaged phone that reflect bruising from April 24, 2016, Ms. Thompson explained that the injuries were sustained the previously discussed weekend when Mr. Elliott broke her phone. She said, "That was the weekend where he broke my phone," and "he kept grabbing my arms." She reported that she had "little thumb prints on the back of [her] arms and fingerprints."[262]

Ms. Thompson was also again asked about the text message exchange she had with Ms. Mason after the July 22nd incident. Specifically, she was asked whether her text, "Yeah," was in response to Ms. Mason's text, "You want me to lie to the police about him pulling you out of the car? I'm on the phone now, so hurry.' Ms. Thompson said, "I was saying, 'Yeah', like a question, what do you want? Like what do you, like what's your, like what's your problem." Ms. Thompson was asked again what her response "Yeah" was in response to and said,

---

[259] Attached as Exhibit 3A.

[260] The photograph appeared to have been taken on Thursday, July 21 at 2:18 p.m., Exhibit 6B.

[261] Attached as Exhibit 3E.

[262] Attached as Exhibit 2A.

"It was saying to her to call me." Ms. Thompson was asked if this "Yeah" meant she wanted Ms. Mason to lie to the police to which she replied that it did not.

### Tony Thompson Interview - November 29, 2016

Tony Thompson was interviewed on November 29, 2016 by NFL Director of Investigations Kia Roberts. Mr. Thompson provided background information. Mr. Thompson stated that he is 39 years old, and is Tiffany Thompson's father. Mr. Thompson stated that he works as the manager of facilities operations for the Schottenstein Stores Corporation, and that he has been employed there for 21 years. Mr. Thompson stated that Tiffany Thompson is his oldest daughter, and that he and Tessie Thompson also have a daughter named Taylor who is 14 years old, a daughter named Tisha who is 9 years old, and a daughter named Tara that is 7 years old.

Mr. Thompson was asked when Tiffany Thompson and Ezekiel Elliott began dating and stated, "I didn't know for a while that they were dating. Tiffany kept saying that she was just busy working. More and more she was away from our house. She was gone overnight, weekends, one week, two weeks. My wife and I would try to get a hold of her, and she wouldn't answer us. We couldn't put two and two together. We had so many unanswered questions. She just stopped staying with us and started staying with him, somewhere in the Grandview area. But I think she met him on her 19th birthday. I think that's when it all started." Mr. Thompson was asked when Tiffany Thompson's 19th birthday was, and stated that her 19th birthday was on January 3, 2015. Mr. Thompson was asked when Tiffany Thompson moved in with Mr. Elliott, and stated, "She really didn't tell us that she was moving out. I think she was worried about our reaction, was afraid of how we would react. In July and August 2015, she was away a lot. She was fully moved in with him at the end of February this year, after that incident in Miami." Mr. Thompson was asked what his opinion was of Mr. Elliott and stated, "He never really came around, I didn't really get a chance to know him. After learning what he put my daughter through, he is a sick individual. Tessie and I had Tiffany when Tessie was in high school and I had just graduated. We had lots of options, abortion being one. We got serious and grew up. Ezekiel took the easy way out. It's sad. We tried to talk Tiffany out of the abortion, but he was deeper in her head than I was."

Mr. Thompson was asked if he was aware of any domestic violence between Tiffany Thompson and Mr. Elliott and stated:

> I know about the trip in Miami around February, Tiffany had called me crying. She said that she wanted me to come down there. She told me that Ezekiel had just choked her, thrown her clothes off the balcony, and tried to throw her off the balcony. But I don't know the full story. She called me after the police had come, and said the police had to separate her and Ezekiel, and that he was upstairs. She said that his agent was getting her a hotel room and that she would be leaving to come home the next morning. I know that

my wife was conversing back and forth with her that day. I was more worried about her making a police report.

Mr. Thompson was asked if Tiffany Thompson referenced any injuries from this incident in Miami and stated, "I can't recall." Mr. Thompson was asked when the next time was that he saw Tiffany Thompson after this incident occurred in Miami, and said, "We picked her up from the airport." Mr. Thompson was asked to describe Tiffany Thompson's demeanor when they picked her up from the airport, and said, "She seemed not her typical self. We knew that she was in a controlling relationship. We felt helpless." Mr. Thompson was asked if Tiffany Thompson had visible injuries when they picked her up from the airport, and said, no. Mr. Thompson was asked why did he feel like Tiffany Thompson was in a controlling relationship, and said, "We are a super tight family, we do everything together. I try to keep us all together. She was starting to not attend a lot of our family events, from birthdays to Thanksgiving. She even missed her mom's birthday, which was in April. She missed her mom's birthday because she had a concussion because he pushed her into a tub."

Mr. Thompson was asked what he knew about the tub incident, and stated, "I didn't know anything about it until way after my wife's birthday. I don't know when, maybe months later." Mr. Thompson was asked what Tiffany Thompson told him about the tub incident, and stated, "The first version that she gave me was that she had gotten into an argument with Ezekiel, and that she tripped down the stairs, and got a concussion. Later on, I spoke to her about her missing her mom's birthday. I think that she had forgotten the lie that she already told us, and she said, 'I couldn't control Ezekiel, and he pushed me into a tub.'" Mr. Thompson was asked when Tiffany Thompson told him the version of events that included Mr. Elliott pushing her into a tub, and stated that he did not know. Mr. Thompson stated, "We later learned from her that he had all of her passwords, and we think he was deleting our text messages, and that's why she wasn't speaking to us for long periods of time." Mr. Thompson was asked if he knew of any other domestic violence incidents involving Tiffany Thompson and Mr. Elliott, and stated, "When she posted those pictures on Instagram in July, my neighbor texted me. When I was scrolling through, I realize that's why she probably has been wearing yoga pants and was all covered up so often. She even came back from Miami covered up when picked her up from the airport back in February." Mr. Thompson was asked if he'd spoken to Tiffany Thompson specifically about the events that occurred between July 16th and July 21st, 2016, and stated, no. Mr. Thompson was asked if he saw Tiffany Thompson during the period of time from July 16th to July 21st, 2016, and stated, "No. I could always tell when he was in town, because she would disappear." Mr. Thompson stated, "The day that she posted the pictures, I called her in the midmorning, and she answered. She said that she was at one of her friends' houses and was okay. She was home to us by noon. She stayed with us and we went and moved out all of her belongings from the Times Square Apartments." Mr. Thompson was asked to describe Tiffany Thompson's demeanor on July 21, 2016 and stated, "She was all over the place. Still distraught. She was crying, she was not really understanding what she had done by posting those pictures. She told us that day how she'd been abused

144

mentally and physically. She said that he'd abused her multiple times and that his friends were around when it happened. She said that Ezekiel would help her cover the bruises. She started wearing chokers to cover it up. The main thing I remember is that he had been on top of her, choking her. Very disturbing." Mr. Thompson was asked if Tiffany Thompson had visible injuries when he saw her on July 21, 2016, and stated, "New bruises, old bruises, lacerations. It was crazy. Neck, back, legs, the whole nine. To see yellow bruises was bad. I told her that we had to go to the prosecutor. We went that same day, on the 22nd. The media was sitting there when we showed up." Mr. Thompson was asked if he remembered Tiffany Thompson saying anything else about what had occurred that week between her and Mr. Elliott and stated, "I think that she said that he had thrown her across the room, but I don't know what night. But she said that he hit her on a night that they had gone out with friends."

Mr. Thompson was asked when Mr. Elliott got the apartment for Tiffany Thompson, and stated, "That was about the time that she had moved in completely with him. I'm not really sure. I wanted her off my car insurance, and she had given me her new address to get the insurance sent there. It was called the Times Square Apartments." Mr. Thompson was asked when Tiffany Thompson moved in with Mr. Elliott and stated, "Sometimes towards the latter part of 2015. Not everything was out of her room, but she had enough to survive. She gutted that room bit by bit." Mr. Thompson was asked if he ever visited Tiffany Thompson at her own apartment at Times Square Apartments or at Mr. Elliott's apartment and stated, no. Mr. Thompson was informed that Tiffany Thompson stated that Mr. Thompson never liked Mr. Elliott, and was asked if this was true. Mr. Thompson responded, "I never got to know him."

## McKaila Blades - November 30, 2016

McKaila Blades was interviewed on November 30, 2016, via telephone, by NFL Director of Investigations Kia Roberts.

Ms. Blades was asked again if she had any pictures of injuries sent to her by Ms. Thompson. Ms. Blades informed investigators that Ms. Thompson had previously sent her pictures of a bruise on her arm. Ms. Blades provided investigators with the photos. [263] Ms. Blades was asked when Ms. Thompson sent her the pictures of the bruising on her arms and stated that she did not know. Ms. Blades was asked when the photo was taken by Ms. Thompson and stated that she did not know. Ms. Blades was asked what Ms. Thompson had told her what the bruising was from and stated, "She said that those bruises were from Ezekiel grabbing her wrists." Ms. Blades stated that Ms. Thompson had also sent her a picture of her car, which appeared to be keyed and scratched. [264] Ms. Blades provided investigators with the photo. Ms. Blades was asked when Ms. Thompson

---

[263] Previously attached as Exhibit 1A&B.
[264] Previously attached as Exhibit 88.

had sent her the photo of the keyed car and stated that she did not know. Ms. Blades was asked if Ms. Thompson told her what happened to her car, and said, "Yes, she said that some girls had keyed it, I think when she was at Ezekiel's apartment."

Ms. Blades additionally stated, "Our text message thread is so old that I can't see what we were talking about when she sent these. But I specifically know that she never sent pictures of her bruised face".

### Tiffany Thompson - November 30, 2016

Tiffany Thompson was interviewed over the telephone on November 30, 2016 by NFL Director of Investigations Kia Roberts.

In response to a request by the investigator that Ms. Thompson specifically list those who were present in Mr. Elliott's parking lot when she was there in the early morning hours of July 22, 2016, she stated, "It was Bijan, Dylan, a girl that was Bijan's cousin, the girl driving Ezekiel's car, Ayrin, and maybe Ezekiel's dad. I don't know."

Ms. Thompson was then asked to explain the relationship between her and Lucky Whitehead of the Dallas Cowboys, and she replied, "He and I started talking over social media. We weren't really dating. Ezekiel found out, and I blocked Lucky from my phone."

Ms. Thompson was also asked if she had reported to the police any of the incidents she described besides the February 2016 incident in Aventura and the July 2016 incident in Columbus and she said that she had not.

Ms. Thompson was asked specifically about information found on her phone when it was imaged by investigators indicating that she had sex tapes of her and Mr. Elliott. Ms. Thompson said that it was true and also said, "They are on my phone that I have right now."[265] Ms. Thompson was asked if she contacted anyone about selling the sex tapes and she responded, "No, I searched TMZ because I wanted the texts out about him being in the sauna all day for using drugs. It came out anyway from the prosecutor's office. I never used the e-mail address I'd made."[266]

Ms. Thompson was then informed that her father told investigators that Mr. Elliott had tried to push Ms. Thompson off of the balcony in Aventura. Ms. Thompson said that this was not true but that "He'd pushed me out of the way while we were together on the balcony when I'd tried to stop him from throwing my heels off of the balcony."

The investigator next scanned and e-mailed pictures to Ms. Thompson and asked for clarification about what was depicted in them. In particular, Ms. Thompson was asked when she took the photo of her eyebrow

---

[265] The text message exchange in which Ms. Thompson references the sex tapes is attached as Exhibit 74.
[266] A screenshot of the TMZ search and the e-mail account that Ms. Thompson made is attached as Exhibit 75.

area and she said, "I don't know what that bruising was from. It was taken outside of the Carriage House, when I took the other photos (in the car.)"[267] Ms. Thompson was asked when the photo that shows bruising on her wrist was taken, and she responded, "I don't know when that was taken. Maybe the police officers took that from the night of the 21st. The injuries were from the Wednesday night incident when he kept throwing me against the wall."[268] Ms. Thompson was also asked what is reflected in a particular photograph of her arm and she stated, "That's bruising from the back of my arm. I don't know when that was taken, but those are fingerprints from him grabbing me, it could have been from any of those incidents that week."[269] Ms. Thompson was asked about a particular photo of her calf and said, "There was bruising on the back of my calf. I took that at my apartment in Dublin, the weekend that he broke my phone. I still have the photos, but I don't know when this photo was taken."[270] Ms. Thompson was asked how she received this particular injury and she said, "He'd pushed me into his sofa and coffee table when I was trying to leave the house." When Ms. Thompson was asked about a photo that shows bruising on her arm, she said, "That was taken in my bathroom in Dublin after the phone breaking incident. There was bruising on my wrist, near the crease of my elbow. I don't really remember what it was from."[271] Ms. Thompson was asked about two pictures on one page of paper that reflect bruising on her wrist and forearm and said, "That was taken outside of the Carriage House. The top is from the Wednesday night incident. The lower part of it is from Saturday night though, it had already started to go away."[272]

In addition, the investigator asked Ms. Thompson about two particular photographs that depict bruising to her hip[273] and she said, "I took that Friday morning before I went to the prosecutor's office. It was from Ezekiel pushing me into the bed from Wednesday night into Thursday morning." Ms. Thompson was also asked about a photograph that shows bruising to the right of her neck and said, "I don't know when that was taken, but I got the bruise from the Wednesday night incident."[274] Ms. Thompson also explained that the photograph showing bruising on the back of both forearms, were taken by Ms. Mason.[275] She said, "Ayrin took those at Ayrin's house. It was taken right after I'd called 911 on July 22, 2016, when I was at her house. I stayed at her house that night. The next morning, I went to my apartment and called my dad." Ms. Thompson was asked how she got these bruises and said, "The one to the right of the picture is from him grabbing my arm Wednesday night, and I'm not sure what the other side is from."

---

[267] Photo attached as Exhibit 6C.
[268] Photo attached as Exhibit 8A.
[269] Photo attached as Exhibit 8B.
[270] Photo attached as Exhibit 2B.
[271] Photo attached as Exhibit 2C.
[272] Photo attached as Exhibit 6A&B.
[273] Two photos from Exhibit 9A-E.
[274] Photo attached as Exhibit 8F.
[275] Exhibit 8D.

Ms. Thompson was asked about a picture that reflects bruising to her knee and said, "That was taken on July 22, and it was from the Wednesday night/Thursday morning incident. It was from him picking me up and throwing me, I kept falling."[276] She told the investigator that a picture showing bruising to the right of her neck was from Saturday night. She said, "I took that Saturday night, after he fell asleep. That's from Saturday night, when he grabbed me from the bed and threw me against the bedroom door by my neck."

## Tiffany Thompson - December 5, 2016

Tiffany Thompson was interviewed over the telephone on December 5, 2016 by NFL Director of Investigations Kia Roberts.

Ms. Thompson was informed that as a result of imaging her telephone, investigators found the name "Kellyn Monson" saved as a contact.[277] In response the investigator's question about the identity of Ms. Monson, Ms. Thompson said, "That info was imported to my phone from Ezekiel's phone. I'd hooked up our phones so that his calls appear on my phone. I had took his i-Cloud info and put it on my phone so that I could send and receive his texts on my phone. I don't know her."

Ms. Thompson was also informed that McKaila Blades, in a subsequent interview with investigators, said that she had photos of bruises sent to her by Ms. Thompson after which Ms. Thompson was shown the photos.[278] Ms. Thompson stated, "The picture with the light in the background is from Ezekiel's room on Canvasback. I don't know when that was taken."[279] Ms. Thompson was asked what the bruising in the photo was from and she said, "I don't remember. It looks like fingerprints from him (Ezekiel) grabbing me." Ms. Thompson was asked if she remembered sending these pictures to Ms. Blades and said that she did. Ms. Thompson was then asked what she told Ms. Blades about how she received the bruises and said that she did not recall. Ms. Thompson continued, "The picture without the light in the background, I think I took that at my parents' house. I don't know when I took that, or what it is from. But I know it would have been from me and Ezekiel fighting, I never had a reason to send McKaila anything else."[280]

---

[276] Photo attached as Exhibit 8E.

[277] A man named Russ Yergensen called the NFL Compliance hotline to make a report that Ezekiel Elliott and Braxton Miller had abused his daughter-in-law between May 2, 2016, and May 13, 2016. NFL Director of Investigations Kia Roberts attempted to contact this man both via telephone and mail, but was unsuccessful. NFL Director of Digital Forensics David McCain was able to determine that this man's daughter-in-law is a young woman named Kellyn Monson. After Ms. Thompson's phone was downloaded, investigators discovered the name "Kellyn Monson" as a contact in Ms. Thompson's phone. Ms. Thompson denied knowing Kellyn Monson, stating, "I don't know who that is. Her name and info was imported to my phone from Ezekiel's phone. I'd hooked up our phones so that his calls would appear on my phone. I don't know her."

[278] Photo attached as Exhibit 1A&B.

[279] Exhibit 1A.

[280] Photo attached as Exhibit 1B.

148

Ms. Thompson was asked about the screenshot pictures of Mr. Elliott communicating with other women, provided to investigators by Ms. Blades. Ms. Thompson said, "I had all of Ezekiel's passwords and went into his Twitter, and saw messages that he was sending from his phone to someone else. These came up on his laptop and were from other girls."[281]

The investigator also asked Ms. Thompson about the pictures of a keyed car, provided to investigators by Ms. Blades.[282] Ms. Thompson said:

> Zeke cheated on me a lot obviously. I was living at Zeke's at the time, and these 2 girls showed up at the same time as me. They went ahead of me into Ezekiel's apartment. He came out. We were yelling outside of my car about why the two girls were there. The girls came out, and I went into the apartment with Ezekiel. We were still yelling, and I told him I thought they would do something to my car. I came out a few minutes later and my car was keyed. I called Shelia, and her and Alvarez came over.

Ms. Thompson was asked if she knew these other young women to which she responded that she did not, but said that she knew one woman was named Caitlin. Ms. Thompson was asked if there was any violence between her and Mr. Elliott that day, and she replied, "I honestly don't remember." She also said that she did not report this incident to the police.

In response to a question about a statement made by her mother to investigators referencing damaged drywall at the Carriage House, Ms. Thompson stated, "Yes. I called her Thursday morning, the same day that he'd choked me. There was hole in the wall in the bedroom across from the bed where I'd thrown his phone. He has two phones—one for team and agents and family, and another one just for girls. I'd picked up the "other girls" phone and thrown it. We were always arguing about other girls, and I threw it. I picked it up and threw it as soon as we got home, and it escalated from there."

Ms. Thompson was informed that many of the witnesses that investigators were attempting to contact were not returning investigators' phone calls. Ms. Thompson stated that she is no longer in touch with Kelsey Ciminillo, "Beau or Amanda Kaser and that she only sees "Stacy" occasionally at the tanning salon. She said about her relationship with Ms. Ruthers, "We fell out because Aleeah lost a lot of respect for me when I got the abortion." Ms. Thompson stated that Shelia Lee is pregnant, and that Ms. Thompson occasionally still speaks to Riley McTeague, who is also pregnant.

---

[281] Photo attached as Exhibit 89.
[282] Photo attached as Exhibit 88.

**Larry Wansley Interview - January 5, 2017**

Larry Wansley was interviewed on January 5, 2017 via telephone by NFL Director of Investigations Kia Roberts. Also present for the phone call were Diana Lambert, Senior Director of Legal Affairs for the Dallas Cowboys, and Jason Cohen, General Counsel for the Dallas Cowboys.

Mr. Wansley provided background information. Mr. Wansley stated that his name is Larry Albert Wansley, and he has worked for the Cowboys for approximately 33 years. He stated that he has had the title of Director of Security for the Cowboys since 2007. Mr. Wansley was asked what his relationship is with Ezekiel Elliott, and stated, "He is one of the players, a member of our team. Our responsibility is regarding the security of the team. You see guys all the time, every day, but if it's not a structured situation we only speak, as I do with every player." Mr. Wansley was asked how he was first alerted of the domestic violence allegations that were made against Mr. Elliott on July 22, 2016 and said, "I believe that it was only based on media speculation." Mr. Wansley was asked if he learned of this incident independently via media, and said, yes. Mr. Wansley was asked what he did after being notified of the allegations via media sources, and said, "Since they were merely allegations, I didn't do anything. I don't trust the media." Mr. Wansley was asked if he contacted anyone at the Cowboys after learning of the allegations via the media and said, no. Mr. Wansley was asked if he ever spoke to Mr. Elliott about the allegations and said, no. Mr. Wansley was asked if he knew if anyone else at the Cowboys spoke to Mr. Elliott about the allegations and said that he did not know.

**Brian Wansley Interview - January 5, 2017**

Brian Wansley was interviewed on January 5, 2017, via telephone by NFL Director of Investigations Kia Roberts. Also present for the phone call was Diana Lambert, Senior Director of Legal Affairs for the Dallas Cowboys, and Jason Cohen, General Counsel for the Dallas Cowboys.

Mr. Wansley provided background information. Mr. Wansley stated that he is the Director of Player Engagement for the Dallas Cowboys, and has been with the Cowboys for 22 years. Mr. Wansley was asked to describe his job there and said, "I assist players off the field with issues, as well as help them transition in and out of the league. And make sure they follow the Personal Conduct Policy and do everything the right way." Mr. Wansley was asked to describe his relationship with Mr. Elliott and said, "Close, I have a good relationship with all the players. With Ezekiel being a rookie, we have an especially close relationship because I have a close relationship with all the rookies. When they first come here, I meet with the rookies 2 to 3 times a week to help them transition into the League." Mr. Wansley was asked if prior to July 22, 2016 he knew anything about the relationship between Ms. Thompson and Mr. Elliott and said, no. Mr. Wansley was asked how he was first made aware of the allegations that Ms. Thompson made against Mr. Elliott, and said, "I check websites every morning, and was on Deadspin. I saw the article."

150

Mr. Wansley was asked if anyone from the team notified him of these allegations prior to seeing it on the Internet and said, no. Mr. Wansley was asked what he did after reading the article and said, "I called Ezekiel. I didn't get a hold of him, it went straight to voicemail. I left a voicemail. I called Jason Cohen, our General Counsel, and told him about the existence of the article on Ezekiel. Jason looked at it himself. I was waiting on a call from Ezekiel, and waited a few hours. Ezekiel called back and I told him I saw the article, and asked him what was going on. He said he hadn't done anything. I told him to call Jason. I gave him Jason's number. We hung up the phone." Mr. Wansley was asked when he first called Mr. Elliott and said, "I don't know, I was in L.A. at the time, probably at around 7:30 AM L.A. time." Mr. Wansley was asked if he had any future conversations with Mr. Elliott about these accusations and said, no. Mr. Wansley was asked if him or anyone else at the team did any independent investigation into the allegations and said, no.

## Jason Cohen Interview - January 5, 2017

Jason Cohen was interviewed on January 5, 2017 via telephone by NFL Director of Investigations Kia Roberts.

Mr. Cohen provided background information. Mr. Cohen stated that he has been the General Counsel for the Dallas Cowboys for the last four years. Mr. Cohen was asked to describe his relationship with Mr. Elliott and said, "Not much, I know him by face and name. I think that he knows me by face and name. Not really more than any other players. I'm not in that world too much." Mr. Cohen was asked if he, prior to July 22, 2016, was aware of the relationship between Mr. Elliott and Ms. Thompson and said, no. Mr. Cohen was asked when he was first notified of the allegations that Ms. Thompson made against Mr. Elliott and said, "Brian Wansley called my cell phone that morning. We had a state of the union meeting that day, the Jones family was addressing the staff. Brian calls me while I was at the stadium for this meeting." Mr. Cohen was asked what Mr. Wansley told him and said, "He told me that there was a story online about Ezekiel. He said that he was going to give Ezekiel my phone number so that he can call me." Mr. Cohen was asked when he first received this call from Mr. Wansley, and said, "In the morning, eight, nine, 10, somewhere in that area."

Mr. Cohen was asked what happened after he received this phone call from Mr. Wansley and said, "At some point, Ezekiel called me and when he called me, I already read the article. On the Personal Conduct Policy, we have an obligation to report things. I told Ezekiel that we heard about this, and similar what he told Brian, he told me that this was a lie. He was so adamant that this was a lie. I told him to preserve everything that he had. I think he actually might've called it a "set up" from her. I asked him to ask his agent to call me. We hung up, I called Adolpho Birch to make the report and comply with the Personal Conduct Policy." Mr. Cohen was asked if he asked Mr. Elliott specifically about Ms. Thompson's allegations and said, "No, it wasn't

151

a time for me to get into any details. I was at the staff meeting and we weren't in any private place to have a substantive conversation."

Mr. Cohen was asked if he spoke to Mr. Ezekiel's agent and said, "Yes, maybe a little bit closer to 11. Rocky Arceneaux." Mr. Cohen was asked with the conversation that he had with Mr. Arceneaux and said, "I didn't know him and had never talked to him. He said that he'd spoken to Zeke, and that Zeke said it wasn't true, and he told Zeke to preserve everything he had. I asked him to keep me informed of any developments so that I could notify management accordingly." Mr. Cohen was asked if he had any future conversations with Mr. Elliott regarding the allegations and said, no. Mr. Cohen was asked if besides him and Brian Wansley, if anyone else at the Dallas Cowboys spoke to Mr. Elliott and said, "No. Not that I know of." Mr. Cohen was asked if there was any independent investigation performed by anyone there at the team and said, no. Mr. Cohen was asked if he had anything else to add and stated, "It's not our club practice to conduct or interfere with the legal process. For everyone you've spoken to this morning, including myself, is about communication and keeping each other in the loop."

### Matthew White Interview - January 30, 2017

Matthew White was interviewed on January 30, 2017 NFL Director of Investigations Kia Roberts and NFL Security Representative Kim Janke in Columbus, Ohio. Mr. White provided background information. He stated that he is 22 years old, and is a senior at Ohio State University, majoring in marketing. He stated that he is originally from New Albany, Ohio. He stated that he is not married and does not have any children.

Mr. White was asked how he knows Tiffany Thompson and stated, "She worked with me at a bar called Dahlia Bar and Lounge. I was a bartender and still am there. She was a bottle girl." Mr. White was asked how long he known her as of July 2016, and stated that he had known her a few weeks. Mr. White was asked to describe Ms. Thompson and said, "Shady, lying, didn't come to work on time. Really stuck up, pretty. I don't really like her." Mr. White was asked to describe why he said that Ms. Thompson was always lying, and said, "She doesn't do what needs to be done at work, and it seems like she's always in conflict with someone at work." Mr. White was asked if he knows Ezekiel Elliott, and stated, "I think we met a few times, I play rugby at Ohio State University. I met him briefly." Mr. White was asked if he is friends with Mr. Elliott and said, no. Mr. White was asked if in July 2016, he knew anything about the relationship between Ms. Thompson and Mr. Elliott and stated, "Not really. I knew that they were dating. A friend at work had told me." Mr. White was asked if he knew of any history of domestic violence between them and said, no.

Mr. White was asked specifically what his recollection was of the events of the evening of Monday, July 18, 2016 and said, "I remember going to the pool that night with my friends, and Kelsey and Tiffany came later. We got there at about 8 PM or so. They got there at about midnight or 1 AM. Tiffany was really drunk.

Her and Kelsey (Ciminillo) took their clothes off and got into the pool in their underwear." Mr. White was asked who was with him at the pool that night and said, "My friend Julian Bates, and a guy named Joe whose last name I don't know. But Julian was blacked out of his mind, he won't remember anything from that night." Mr. White was asked why he said that Ms. Thompson was drunk, and said, "She could barely stand up. She's usually kind of quiet, but that night she was loud and obnoxious. Kelsey told me that night that Tiffany was going to Ezekiel's later." Mr. White was asked if he had any conversation with Ms. Thompson that night and said, no. Mr. White was asked if he had been drinking that night, and said, "Yes. I was drunk but I could comprehend what was going on." Mr. White was asked if he was so intoxicated that he would not have noticed or remembered her injuries and said, no. Mr. White was asked who had invited Kelsey to the party and said that he did not know.

Mr. White was asked if he recalled Ms. Thompson having any injuries to her body that evening and stated, "No. Nothing. I remember it being brought up to me at a later time and I just said I didn't remember that." Mr. White was shown the pictures taken by police officers in the early morning hours of July 22, 2016, and asked if these pictures looked accurate to him. [283] Mr. White stated, "I don't remember the bruises from the photos. It would probably be helpful for you to know that she was in a huge bar fight that week. That's probably why her knuckles are so bruised. She would have had a lot more bruises if Ezekiel had grabbed her. And she'd been at my bar (where I work), Fourth Street Bar on Tuesday I think. I remember my friend Chiedu posting pictures of him with Ezekiel and Tiffany at the bar. They were definitely together, and she had her arm around him." Mr. White was asked to describe the lighting conditions at the pool, and said that it was dark outside, but was lit up from the lights above the pool. Mr. White was asked how long Ms. Thompson was at the pool that evening, and said that she was there approximately two hours. Mr. White was asked if Ms. Thompson was drinking alcohol while at the pool and stated that she was drinking a few beers. Mr. White was asked if Ms. Thompson had on makeup that night and said, "I don't know. I'm sure she did, she always does." Mr. White was asked how it came about that he wrote an affidavit stating that Ms. Thompson did not have any injuries that day and said, "I was bartending at Dahlia and serving two guys. They brought up Ezekiel Elliott, and I mentioned that I saw Tiffany one night that week. They said that they were lawyers. The next day, Ed Hastie came in to meet with me. [284] He is also the lawyer for the owner of Dahlia's." Mr. White was asked when the next time was that he saw Ms. Thompson after July 18, 2016, and said, "I think I saw her three weeks later. The Cavaliers had a party at Dahlia's and I saw her there."

Mr. White was asked if there was anything additional that he would like to say with respect to the investigation and stated, "Just talking to her, you know she's up to no good. I think she was upset because

---

[283] Previously attached as Exhibit 7A-H.
[284] Ed Hastie is Ezekiel Elliott's lawyer in Columbus, Ohio.

Ezekiel was moving on, got millions of dollars, was moving to Dallas. He didn't want to deal with this girl. She's a mess and she doesn't even go to school. I don't know one person that believes her. She's a jersey chaser, and just wants to be in the spotlight. Last October, the Cavaliers came in town and they were at Dahlia. They were all in the VIP section. Tiffany tried to get onstage to the VIP area with the players, and tried to get to Lebron. J.R. Smith said,' Get this bitch off the stage.' Tiffany started crying and left."

## Rocky Arceneaux Interview - March 7, 2017

Rocky Arceneaux was interviewed on March 7, 2017 at the NFL Offices at 345 Park Avenue, by NFL Director of Investigations Kia Roberts, and NFL Vice President of Security Services Lenny Bandy. Also present was Heather McPhee of the NFL Players Association.

Mr. Arceneaux provided background information. Mr. Arceneaux stated that his full name Joseph Rocky Arceneaux, and he is 55 years old. Mr. Arceneaux stated that he lives in St. Louis, Missouri and is a registered sports agent. Mr. Arceneaux stated that he has been an agent for over 25 years. Mr. Arceneaux said that he received a B.S. in business from Troy State University. Mr. Arceneaux stated that he is not married and has no children.

Mr. Arceneaux was asked how he first met Ezekiel Elliott, and said that he met him during the recruiting processing in 2016, after becoming his agent in January 2016. Mr. Arceneaux was asked when he was first made aware of the domestic violence allegations against Mr. Elliott in July 2016, and stated, "I learned about it the morning of July 22nd. Ezekiel and I have the same birthday, July 22nd, so we had FaceTimed about 1am the morning of the 22nd and we had talked. He was in a club with his father and seemed like 12 guys, 12 of his teammates, and we had talked and we were joking, telling each other happy birthday. He and I were due to travel to Miami the next day to celebrate our birthdays. Then the next day we were going to Dallas to shoot an AT&T commercial. So we had talked and the conversation wrapped up. I woke up at about 7 and had missed calls, and also some missed calls from TMZ, who had made me aware of the situation." Mr. Arceneaux was asked if Mr. Elliott appeared to be intoxicated when he spoke to him in the early morning hours of July 22, 2016, and stated, "It was hard to tell. Probably not. There was a lot of loud music, there were guys dancing, celebrating his birthday." Mr. Arceneaux was asked if Mr. Elliott had mentioned to him that he was having problems with Tiffany Thompson at that time and said, no. Mr. Arcenauz was asked if he spoke to Mr. Elliott's father, Stacey Elliott, that night, and said, no.

Mr. Arcenaux stated that he had received a voicemail from TMZ asking him about the allegations, and also a voicemail from Stacey Elliott when he woke up the morning of July 22, 2016. Mr. Arceneaux was asked if Stacy Elliott stated anything specific about the allegations against Mr. Elliott on the voicemail and said, no. Mr. Arceneaux was asked who he called after receiving this voicemail and said that he called Steven Jones

of the Dallas Cowboys. Mr. Arceneaux stated, "I was basically just alerting him to the potential situation. I always like to alert employers of the players I represent. I like them to hear things from me rather than seeing it in the media."

Mr. Arceneaux was asked if he spoke to Jason Cohen at the Dallas Cowboys and said that he spoke to him later in the day on July 22, 2016. Mr. Arceneaaux stated, "I was basically briefing him on the information I had at the time, which was spotty. We just talked about the situation. I think it was his first time being made aware of the young lady and he asked me if I was familiar with her and I said, 'Yeah, I had met her once or twice.'"

Mr. Arceneaux was asked what his understanding was of the relationship between Mr. Thompson and Ms. Elliott and said, "She was a friend of his that he had an involvement with. Friends with benefits. She lives in Columbus. I gather the relationship she had with Zeke she had with other players. I don't think it was anything special. She may have fallen in love with Zeke. But she was involved with other players and I know she even continued afterwards. I think it's a situation where she is doing anything she can to get under Zeke's skin or harass him. She would stop at nothing, you know, to basically to get under his skin and try to ruin him."

Mr. Arcenaux was asked when he'd met Ms. Thompson and stated, that she was with Mr. Elliott in St. Louis and came with him to a pool party at Mr. Acreneaux's house. Mr. Arceneaux was asked what him impression was on Ms. Thompson and said, "I was concerned, as were a few other people that noticed her reactions towards other females that was at my home. People said 'Wow, is that Ezekiel's wife? She scared me, she's staring at me. Ezekiel talked to me and she looked upset.' These were older friends, good-looking women. I actually talked to Zeke about it later." Mr. Arceneaux was asked what he said to Mr. Elliott when he spoke to him later and said, "She seems like a very, very jealous person. It was glaring. It could have cut somebody if her eyes were a knife." Mr. Arceneauz was asked when the pool party was, and said that it happened on June 4, 2016. Mr. Arceneaux was asked if he ever had any other interactions with Ms. Thompson outside of this date and said, no. Mr. Arceneaux was asked if he spent time with Ms. Thompson at the NFL Draft in 2016, and said that he'd seen her at a bar with Mr. Elliott the night before the draft.

Mr. Arceneaux was asked when he first spoke to Mr. Elliott after the domestic violence allegations were made by Ms. Thompson on July 22, 2016, and said that he spoke to him around noon. Mr. Arceneaux was asked what Mr. Elliott said, and said, "We basically talked about it said, 'It's bullshit. She basically just wouldn't leave me alone. He said, 'Bro, I did nothing. You know we were at the club, you saw me with the guys, and you know we were trying to go home and she showed up at my house. I asked him if the police came and he said, yeah. He basically explained to me that she accused him of I think pulling her out of the car. He said something like she wasn't part of the party and his birthday which is what I think tipped her, you know

155

like got her going, pissed her off. I went into damage control just to be honest. I called AT&T because we were supposed to be doing a commercial with them. They said they couldn't do it because they'd heard about what happened. I told Zeke, 'Look, you need to get out of Columbus. We're not obviously going to Miami to celebrate our birthdays.

> I continued to work throughout the day to try to salvage AT&T and other relationships; we had been working on some pre-draft marketing deals. Later that evening was when I got an email from AT&T saying unfortunately they couldn't go forward. I have a place in Montreal so I took Zeke with me and we went out of the country. I told him to stay off social media. I instructed him to not talk to Tiffany and every 2 minutes he would come in here, saying that she keeps calling me and I said do not answer the phone. She had made it very clear to Zeke that if he didn't be with her in the way she wanted to she would ruin his career.

Mr. Arceneaux was asked how he was aware that Ms. Thomson had threatened to ruin Mr. Elliott's career and said, "Zeke and I spent a lot of time together and we may be out at a bar, drinking, eating sushi, maybe out at dinner, and his phone is constantly going off and he's like, 'It's Tiffany, she won't leave me alone.'" Mr. Arceneauz was asked what specific period he was talking about and said this occurred in the time between June 4, 2016, when he had the pool party, and when Ms. Thompson made the accusations on July 22, 2016. Mr. Arceneaux continued, "He and I spent a lot of time together in between that time and our birthdays." Mr. Arceneaux was asked what Mr. Elliott told him Ms. Thompson said with respect to threatening him and said, "He said, 'Bro, she said if I'm not with her, she was going to ruin my career.'"

Mr. Arceneaux was asked if Mr. Elliott told him, when they spoke on July 22nd, that Ms. Thompson had been bothering him that week and said, "We talked during that week about his schedule. We were together in Dallas I think on the 16th, 17th, somewhere in there and he said he needed to go to Columbus to get some clothes before he went to camp. And I actually told him, I said, I don't feel comfortable with you going to Columbus because somebody's there. He said, 'I'm not going to go see this girl'. I said I don't think it's good for you to be there. He said wmy dad's there but nothing's going to happen. I'm just going to get clothes and then we'll meet in Miami on July 22nd on our birthday."

Mr. Acreneaux was asked how long he was in Montreal with Mr. Elliott and said that he was there with him from July 23, 2016 until approximately 3 or 4 days later. Mr. Arceneaux was asked how many times Ms. Thompson called Mr. Elliott during this period of time and said, "I don't know. He was sitting up by my pool and I could just see his reaction, and it's going off constantly and sometime he'll look up, he'll look at his phone and look at me like and shake his head, so I assume it's her."

Mr. Arcenaux was asked if Mr. Elliott and Ms. Thompson ever lived together and said, no. Mr. Arcenaux was asked if Ms. Thompson was ever financially dependent upon Mr. Elliott and said, "I think he

Case 4:17-cv-00615-ALM   Document 1-48   Filed 08/31/17   Page 69 of 76 PageID #: 576

may have helped her with something, with a car? I don't know about an apartment. I don't think it was financially dependent. I mean Zeke is one of the most generous people I know, I think he was just doing something for a friend. He's given a ton of his friends since he's signed, money." Mr. Arceneaux was asked if he ever spoke to Mr. Elliott's friends about these allegations that Ms. Thompson made and said, no. Mr. Arceneaux was asked if he ever spoke to Ms. Thompson about these allegations and said, no.

Mr. Arceneaux was asked if he had anything additional that he would like to say and said, "Zeke said that Tiffany told him, 'I'm meeting with Kia, I don't want to meet with her. If you take me back I won't meet with her. Zeke's just like, I have nothing to do with this, I can't talk to you. If she was really an abused woman, she would not put that on the table. Even after she harassed him and she called him 50 times a day, we got the restraining order. We were together one time in Dallas after a game and he said, 'Man, I feel sorry for her man. She can't get a job, one of my friends said she's out hooking. He said it's all over Columbus. He said, 'I feel bad, maybe I should help her.' And I said, 'Do not, do not.'"

## Elaine Glenn Re-Interview - April 7, 2017

Elaine Glenn was interviewed on April 7, 2017, by NFL Director of Investigations Kia Roberts via telephone.

Ms. Glenn was specifically asked about a text message that she sent her friend regarding Tiffany Thompson's alleged concussion in November 2015. Investigators asked Ms. Glenn how Ms. Thompson received that concussion in November 2015. Ms. Glenn stated, "She kept telling me that her and Ezekiel were always out, doing drugs together. She said that she was partying and fell and got a concussion." Ms. Glenn was asked when Ms. Thompson told her this, and said, "I don't even know if this happened when she was living with him. I would reach out to her periodically and she would never answer when she was with him. I called her one day and she picked up and said that she'd broken her heel on her shoe and fell down some steps." Ms. Glenn was asked if Ms. Thompson ever told her that the concussion was from Mr. Elliott and said, no.

Ms. Glenn was asked specifically again about the text messages between her and Mr. Elliott referencing the incident between Ms. Thompson and Mr. Elliott that occurred on February 12, 2016, in Aventura, Florida. Ms. Glenn was asked specifically why Mr. Elliott and her, in this text message exchange, were speaking for days about Ms. Thompson as if there was something mentally wrong with her. Ms. Glenn was asked when Ms. Thompson first told Ms. Glenn that Mr. Elliott had been abusive with her on February 12, 2016, and stated, "She called me immediately and said that he'd hit her. I was on the phone when she was trying to get her wallet out of the condo." Ms. Glenn was asked why she texted Mr. Elliott, saying, "She needs help." [285] Ms. Glenn

---

[285] Previously attached as Exhibit 27, specifically on page 2.

157

stated, "She needed help regarding getting away from her parents. Her dad made her call the police that day (in Aventura)." Ms. Glenn was asked if she didn't think that Ms. Thompson should have called the police and said, "Yes, I think she should have called the police. But she said he hit her, and he said he didn't. She was hundreds of miles away from family and I wanted to just keep things kosher between them at the time so that I could get her out of there."

Ms. Glenn was asked if she knew what Mr. Elliott was referencing when he texted her and said, "She (Tiffany) was low key being crazy." [286] Ms. Glenn stated, "He told me that Tiffany wouldn't leave Miami and wanted to work things out with him. I tried to tell her to go to the airport, but his agents put her up in a hotel. She was still trying to talk to him while she was there, and he didn't want to talk to her." Ms. Glenn was asked about the text message that she sent Mr. Elliott stating, "No one knows I'm talking to you." [287] Ms. Glenn was asked about the text message that she sent Mr. Elliott, stating, "She needs work"; "I will do whatever she needs"; and "I'll help her get better." [288] Ms. Glenn stated, "She needed Mommy/Daddy work and relationship work. She had watched her dad beat her mom. That's why she thought this was okay."

Ms. Glenn was asked about the text message that she sent Mr. Elliott stating, "I can't get her help without you." [289] Ms. Glenn stated, "She was only listening to him and would only do what he told her to do, so I know that I needed his help."

Ms. Glenn was asked about the tenor of the conversation between her and Mr. Elliott for this several day time span, specifically that it sounded as if Mr. Elliott and her were suggesting that Ms. Thompson had mental health issues and needed assistance. Ms. Glenn stated, "I don't think she has mental health issues. I think she doesn't know what a real relationship is supposed to look like. Her dad would go to bars and not wear his wedding ring. That's not okay. But she didn't get it." Ms. Glenn was asked what the purpose was of speaking to Mr. Elliott specifically if he had allegedly just abused Ms. Thompson and stated, "She needed to get counseling so that she could learn to be more than she was. Her parents don't care about her going to college, they don't care that she's just a bottle server. She needed to learn she could be more." Ms. Glenn was asked about the text message that Mr. Elliott sent her in which he wrote that he could never be in a situation like this again, to which Ms. Glenn agreed. [290] Ms. Glenn stated, "I was just trying to get her out of there."

---

[286] Previously attached as Exhibit 27, specifically on page 2.
[287] Previously attached as Exhibit 27, specifically on page 2.
[288] Previously attached as Exhibit 27, specifically on page 2.
[289] Previously attached as Exhibit 27, specifically on page 14.
[290] Previously attached as Exhibit 27, specifically on page 21.

Ms. Glenn was asked about the text message that she sent Mr. Elliott in which she wrote, "She (Tiffany) feels bad and that's good."[291] Ms. Glenn responded, "She felt bad for wanting to stay and not leaving. I told her that wasn't healthy, and she felt bad." Ms. Glenn was asked about the text message that Mr. Elliott sent Ms. Glenn, stating, "I hate that guy."[292] Ms. Glenn stated, "When Tiffany started dating Ezekiel, her dad was mad and wouldn't allow her to see her sisters. Her Dad didn't want her with him, because he was an athlete. That's who Ezekiel is talking about." Ms. Glenn was asked about the text message that she sent Mr. Elliott in which she wrote, "He messed up a beautiful girl."[293] Ms. Glenn stated, "Tiffany's dad started taking Tiffany to clubs and to the bar scene when she was 17." Ms. Glenn was asked if there is any history of abuse between Ms. Thompson and her father and said, no.

Investigators stated to Ms. Glenn that the tenor and tone of the conversation between her and Mr. Elliott after the alleged abuse in Aventura did not sound like the conversation that would occur if Ms. Glenn's niece had been abused by Mr. Elliott. Ms. Glenn stated, "He swore that he hadn't hit her and that she'd made it up. I just wanted to get her home safe." Ms. Glenn was asked if she believed Ms. Thompson when she said that Mr. Elliott had hit her and said, "I didn't know. I just needed her to get home safe."

Ms. Glenn was asked what she observed Ms. Thompson's injuries to be on Wednesday, July 20th, and said, "All I know for certain is that on Monday I saw light bruising to one side of her neck. On the next day, it was darker bruising on both sides. Kind of looked like it was going around her neck. Almost like around the whole front of her neck is where it was bruised at." Ms. Glenn was asked if she was sure that it was the next day, which would have been Tuesday, July 19th, and not on Wednesday, July 20th, that she had viewed the bruises (as she had previously stated to investigators), and said that she did not know. Ms. Glenn was asked how she viewed these bruises, and said that she viewed it via FaceTime, on the phone with Ms. Thompson.

## Shelia Lee

NFL investigators attempted to contact Shelia Lee on October 7, 2016, and October 24, 2016, via telephone, using a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for Ms. Lee. Ms. Lee did not return the phone calls. Additionally, NFL Security Representative Steve Dunphy went to multiple addresses associated with Shelia Lee in Reynoldsburg, Ohio, on March 13, 2017, and left outreach letters from investigators. Ms. Lee did not respond to any attempts at making contact.

---

[291] Previously attached as Exhibit 27, specifically on page 21.
[292] Previously attached as Exhibit 27, specifically on page 21.
[293] Previously attached as Exhibit 27, specifically on page 21.

## Amanda Kaser

NFL investigators contacted Amanda Kaser on December 8, 2016, via telephone. Ms. Kaser agreed to be interviewed via telephone on December 9, 2016. Investigators reached out to Ms. Kaser on December 9, 2016, and December 12, 2016. Ms. Kaser did not respond to any further attempts at making contact.

## Kelsey Ciminillo

NFL investigators attempted to contact Kelsey Ciminillo on December 8, 2016, and December 12, 2016, via telephone, using a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for Ms. Ciminillo. Ms. Ciminillo did not respond to any attempts at making contact.

## Alvarez Jackson

NFL investigators contacted Alvarez Jackson on October 7, 2016, via telephone. Mr. Jackson stated that he was asleep and agreed to be interviewed by investigators later that day. NFL investigators called Mr. Jackson back later that day, and on October 10, 2016. Investigators left voicemails for Mr. Jackson. Mr. Jackson did not respond to any attempts at making contact.

## Chiedu Bosah

NFL investigators attempted to contact Chiedu Bosah on September 7, 2016, and September 29, 2016, via telephone. Additionally, investigators sent a letter via FedEx to Mr. Bosah's home, which appeared to be signed for by Mr. Bosah himself, and received on November 29, 2016. Investigators left voicemails for Mr. Bosah. Mr. Bosah did not respond to any attempts at making contact.

## Dylan Minney

NFL investigators attempted to contact Dylan Minney on September 7, 2016, and September 29, 2016, via telephone. Investigators left voicemails for Mr. Minney. Additionally, investigators sent a letter via FedEx to Mr. Minney's home, which appeared to be signed for by Mr. Minney himself, on November 29, 2016. On March 13, 2017, NFL Security Representative Steve Dunphy went to Mr. Minney's home in Chillicothe, Ohio, spoke to Mr. Minney's brother, and left an outreach letter from investigators. Mr. Minney did not respond to any attempts at making contact.

## Bijan Moazampour

NFL investigators attempted to contact Bijan Moazampour on September 7, 2016, and September 29, 2016, via telephone. Investigators left voicemails for Mr. Moazampour. Additionally, investigators sent a letter

160

via FedEx to Mr. Moazampour's home.  On March 13, 2017, NFL Security Representative Steve Dunphy went to Mr. Mozampour's home in Columbus, Ohio, and left an outreach letter from investigators for him there. Mr. Minney did not respond to any attempts at making contact.

## Taylor Sandbothe

NFL investigators attempted to contact Taylor Sandbothe on September 7, 2016, and September 29, 2016, via telephone. Investigators left voicemails for Ms. Sandbothe. Additionally, investigators sent a letter via FedEx to Ms. Sandbothe's home, which was received on November 29, 2016, and which appeared to be signed for by Ms. Sandbothe herself. On March 17, 2017, NFL Security Representative Dirk Taitt went to Ms. Sandbothe's home in Lees Summit, Missouri, and spoke to Ms. Sandbothe's mother. Ms. Sandbothe's mother stated that Ms. Sandbothe is currently playing volleyball with a professional team in Cannes, France. SR Dirk Taitt left an outreach letter from investigators for her there. Ms. Sandbothe did not respond to any attempts at making contact.

### Aleeah Ruthers

NFL investigators attempted to contact Aleeah Ruthers via telephone on December 8, 2016, and December 12, 2016, at a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for Ms. Ruthers. Ms. Ruthers did not respond to any attempts at making contact.

### Riley McTeague

NFL investigators attempted to contact Riley McTeague via telephone on December 8, 2016, and December 12, 2016, at a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for Ms. McTeague. Ms. McTeague did not respond to any attempts at making contact.

### Stacy and Ashley (Sisters, Last Name Unknown)

NFL investigators attempted to contact "Stacy" and "Ashley" (last name unknown) via telephone on December 8, 2016, and December 12, 2016, at a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for both "Stacy" and "Ashley" on their two respective phone numbers. Neither responded to any attempts at making contact.

### Beau (Last Name Unknown)

NFL investigators attempted to contact "Beau" via telephone on December 8, 2016, and December 12, 2016, at a phone number provided to investigators by Tiffany Thompson. Investigators left voicemails for "Beau." "Beau" did not respond to any attempts at making contact.

### Stacy Elliott

NFL investigators attempted to contact Stacy Elliott, Ezekiel Elliott's father via telephone on December 8, 2016, via a phone number found through a data search and on January 5, 2016, at a phone number provided to investigators by Ezekiel Elliot's mother, Dawn Elliott. Investigators left voicemails for Mr. Elliott. Mr. Elliott did not respond to any attempts at making contact.

### Dawn Elliott

NFL investigators spoke to Dawn Elliott, Ezekiel Elliott's mother, via telephone on January 5, 2016. Ms. Elliott stated to investigators that she is unwilling to meet for an interview.

### Jordan Estep

NFL investigators called Jordan Estep via telephone on October 7, 2016, at a phone number provided to investigators by Tiffany Thompson. Investigators left a voicemail. On November 28, 2016, NFL Security Representative Kim Janke delivered an outreach letter from investigators to Ms. Estep's home in Columbus, Ohio. SR Kim Janke spoke to Ms. Estep's mother, who acknowledged that Ms. Estep lived there, and said that she would give the outreach letter to Ms. Estep. Ms. Estep did not respond to any attempts at making contact.

## FORENSIC EXAMINATION OF CELL PHONES

On October 18, 2016, David McCain, League Director of Digital Forensic Investigations,[294] accompanied Kia Roberts, League Director of Investigations, to Columbus, Ohio to meet with Elaine Glenn, Tiffany Thompson's aunt. While there, Mr. McCain extracted data from Ms. Glenn's iPhone 6 by making a mobile forensic image of her phone. He did so using CelleBrite UFED4PC, v. 5.3.0.731. On November 1, 2016, Mr. McCain and Ms. Roberts returned to Columbus, Ohio to meet with Tiffany Thompson. During this trip, Mr. McCain extracted data from Ms. Thompson's iPhone 6S using the same Cellebrite tool to make a mobile forensic image of her phone.

---

[294] See Exhibit 89, David McCain's C.V.

Mr. McCain did his analysis of the data recovered from Ms. Glenn's and Ms. Thompson's iPhones back at the League office in New York using the CelleBrite application "Physical Analyzer." He then prepared a series of documents for the League's other investigators to use in their continued investigation and analysis of this matter. These documents contained iMessages and SMS texts recovered from the two Iphones. The active SMS/iMessages on Ms. Glenn's phone began in November of 2013. There were approximately 236,379 messages on Ms. Glenn's phone. The active SMS/iMessages on Ms. Thompson's iPhone began on May 2, 2016. There were approximately 29,175 messages on Ms. Thompson's phone. Also recovered from Ms. Thompson's phone were screenshots of messages that had been sent prior to May 2, 2016 that did not exist in the active SMS/iMessage logs. In addition, there were screenshots of messages that were duplicates of messages that did exist in the active SMS/iMessage logs. And finally photographs were recovered, some that contained meta data that indicated the date, time and place they were taken, and others that only existed in screenshots and as thumbnails on the phones, so no meta data could be recovered.

In addition to David McCain's forensic analysis of the data extracted from Ms. Thompson and Ms. Glenn's iPhones, the League retained an outside forensic expert, Joseph Church, to examine the mobile forensic images of the two cell phones that Mr. McCain had imaged.[295] Mr. Church was asked to identify conversations referencing abuse or violence between Ms. Thompson and Mr. Elliott, between Ms. Thompson and her Aunt Elaine Glenn, and between Ms. Thompson and third parties. He was also asked to analyze any photographs of injuries he found in the phones for system EXIF and meta data and to compare photographs of injuries he found in Ms. Thompson's phone to photographs of injuries he found in Ms. Glenn's phone and note any discrepancy he found in date/time. Finally, Mr. Church was asked to provide a timeline report of relevant messages, pictures, screenshots, and EXIF/meta data. The date range he was asked to search was June of 2015 – the last date such information appeared in imaged phones. Mr. Church also used Cellebrite's "Physical Analyzer" to examine the evidence he was given. He thereafter prepared a Report of Findings for the League which is attached to this report as Exhibit 95.

The information that both Mr. McCain and Mr. Church extracted from Ms. Thompson's and Ms. Glenn's cell phones is related, as relevant, in the COMPILATION OF EVIDENCE IN CHRONOLOGICAL ORDER section of this report.

## FORENSIC EXAMINATION OF INJURY EVIDENCE

The League retained two medical experts two examine the evidence obtained during its investigation and to give the League their professional medical opinions based on their many decades of experience in the

---

[295] See Exhibit 90, Mr. Church's C.V.

field of medicine. Dr. Lone Thanning, the former Chief Medical Examiner of the Rockland County Medical Examiner's Office and present President of Forensic Medical Consulting of NY, P.C, provided the League with her opinion based on her over thirty years of experience as a pathologist[296] and Dr. Lorraine Giordano, Associate Attending Physician, Department of Emergency Medicine at Mt. Sinai St. Luke's Hospital/Mt. Sinai West provided the League with her opinion based on her over thirty years of experience as a clinician.[297] Both experts were provided with relevant witness interviews and photographs. In addition, they were given hospital discharge papers associated with Ms. Thompson's treatment at Ohio Health on November 16, 2015.

The opinions that both Dr. Thanning and Dr. Giordano gave to the League with regard to the evidence of injury suffered by Ms. Thompson are interspersed at relevant places throughout the COMPILATION OF EVIDENCE IN CHRONOLOGICAL ORDER section of this report.

Lisa M. Friel
Senior Vice President, Special Counsel for Investigations

Kia Roberts
Director of Investigations

---

[296] See Exhibit 91, Dr. Lone Thanning's C.V.
[297] See Exhibit 92, Dr. Lorraine Giordano's C.V.