# Exhibit A-NFLPA-46

## NFL Investigation:   Ezekiel Elliott
## Expert Report
## Lorraine Giordano, MD

1000 Tenth Avenue
New York, NY 10036

June 26, 2017


**PURPOSE OF THIS REPORT**:

I have been asked by Ms. Lisa Friel, Senior Vice President and Special Counsel,  Investigations for the National Football League, to review the photographic evidence in this case and to comment on the findings.  I reviewed photographic <u>Exhibits 1A through 10D</u>, as well as other documents listed in Ms. Friel's cover letter dated April 3, 2017 which was sent with a package containing these materials.


**QUALIFICATIONS:**

Please refer to my C.V.

I graduated from the University of Pennsylvania  School of Medicine, and completed a residency in Internal Medicine.   I am board-certified in Internal Medicine.    I have practiced Emergency Medicine at the Mount Sinai St. Luke's and Mt. Sinai West Hospitals (formerly St. Luke's and Roosevelt Hospitals) for 29 years.       I was the founder and have been the Medical Director of the SAFE (Sexual Assault Forensic Examiner) Program of Mt. Sinai St. Luke's, Mt. Sinai West and Mt. Sinai Beth Israel Hospitals for 20 years.      During this time, I helped to write New York State standards and protocols for the care of sexual assault patients in emergency departments throughout the state.      I have lectured widely to physicians, nurses and prosecutors on topics related to the medical and forensic evaluation of sexual assault and domestic violence victims, with particular emphasis on identification and documentation of injuries.     I have been retained as an expert medical witness in both civil and criminal sexual assault cases in several jurisdictions, both for the prosecution and the defense.


**CONVENTIONS USED IN THIS REPORT:**

- R = Right;   L = Left
- For the sake of clarity I have used lay terms for types of injuries and body part orientation.  After the first time a term is used I have indicated in parentheses the corresponding medical term.     For example, contusion = bruise;   abrasion = superficial scratch or scrape;   medial side of forearm = thumb side;   volar side of limb = underside.

**EXHIBITS**

**1A R arm**:  Two and possibly three adjacent small round/oval areas of redness consistent with bruises (contusions) upper inner (medial) arm.   The pattern and proximity of the markings to one another suggest possible pattern of fingertip grab marks.   Age is indeterminate due to poor quality of photo.   There may be a bruise in the biceps area but light and shadow artifacts prevent a definitive conclusion.

**1B L arm:**   Underside (volar aspect) of L forearm with at least one reddish/ purple bruise may be recent.   There is also likely bruising over the mid-biceps area; however the light and dark shadow artifacts again make it difficult to render an opinion on age of the forearm bruise(s) or the presence of a bruise on the biceps.


**2A L arm:**   Mid-forearm:    five bruises observed – two larger ones on underside of mid- forearm and three smaller bruises on pinky finger (ulnar) side of forearm, below the larger ones.     By their color the bruises appear to be recent, although the one closest to the elbow is fainter in color and more diffuse so may be older that the others.    The pattern of the bruises could be consistent with grab marks.

**2B L Leg:**   Four bruises in a circular pattern on inside of lower leg.   The bruise on the far left in the photo (towards back of leg) has an associated linear component, possibly a scrape (abrasion), within it.   The pattern of round bruises with one larger one (?thumb) is possibly consistent with a grab mark, with the linear component representing  an overlying scratch (abrasion)  from a sharper edge or object, possibly a fingernail if this is indeed a grab mark.     The bottommost bruise is of a green-yellow color that is more consistent with an older bruise.

**2C R arm:**  One large round and two smaller round bruises on underside pinky finger side of forearm.   The bruises appear to have some diffusing around the edges consistent with a healing bruise, although it is difficult to say given the quality of the photograph.    The location of the bruises on the underside/ pinky finger side of the forearm, if they were made by another person's fingers or another blunt object with round edges, would be consistent with a defensive injury where the person being assaulted put an arm up in a defensive posture to ward off blows.    Given the pattern, it could also represent a grab mark.

**2D L Leg:**   Two linear bruises outer L leg.    It is difficult based on this photograph to render an opinion as to age; they are most likely resolving.    These bruises could also represent a blunt linear edge coming into contact with the lower leg, such as a piece of furniture of the appropriate height and configuration as was reported.


**3A L Arm:**  Underside L upper arm with large round bruise near elbow pinky finger side and more linear bruise closer to  shoulder.    These two bruises appear to be approximately the same age, and based on their purplish color are most likely less than a week old.    There are also parallel horizontal skin depressions, one of which extends from the bruise that is closer to the shoulder.    These most likely

have arisen from contact with thin parallel linear objects and are of recent origin, perhaps even more recent than the bruises.    The location of the linear bruise in the protected area of the upper inner arm argues against a wound that was sustained accidentally in a fall or a casual bump against a surface.

**3B? Body Part:**   It is difficult to determine which extremity is represented in this photograph.    It is possibly the outer R leg with the foot at the top of the photograph and the knee to the left of the photograph.   There are three small marks on the skin that could represent insect bites based on their pattern, appearance and size, but I cannot draw a conclusion based on this two-dimensional photograph;   alternative explanations are also possible.    There is a brownish area to on the left of the photograph on the upper edge of the body part where it becomes wider.    This may be a large bruise but may also represent shadow artifact.

**3C R Upper Arm, Shoulder, and Chest:**       The large dark brown area in the center of the photograph with a straight edge on the right and a curved edge on the left is almost certainly artifact.    There are several injuries seen:    1) short fresh parallel lines over the outer shoulder, and 2) a similar short linear wound over the clavicle (collarbone) which may be fresh but is more likely healing.    These linear wounds could be consistent with scratches made by fingernails or other similar fine sharp objects;   3) a bruise of indeterminate age on the outer portion of the upper arm.     However when viewed alongside Exhibit 7F, a photo of the same injury taken by the police, the bruise appears to be of recent origin and possibly the same age as the abrasions.  If the  scrapes/ scratches on the shoulder and collarbone and  the bruise on the shoulder/ upper arm occurred simultaneously such an injury might be consistent with fingernails digging into the skin while the shoulder was being squeezed;   4) an old healing bruise on the top of the shoulder .

**3D L Leg:**    Linear wound below the L knee which is either a scratch mark or a linear bruise consistent with the skin coming into contact with a straight blunt object;   it looks recent.      It is possible that such an injury occurred as the result of a person falling or banging a knee against a hard protuberance.    There is also shadow artifact over the knee and thigh.

**3E Neck:** Large dark greenish/ yellow circular bruise consistent with an injury several days old.    Within the bruise are healing incised wounds.     This injury is consistent with an aggressive bite mark.      Below the wound is a second fading and probably older circular wound with stippling which may represent a less aggressive healing bite wound, one without deep skin breaks like the one above it and more consistent with the layperson's definition of a "hickey".     The background skin tone of this photograph is relatively brown compared to other photographs, which may affect perception of bruise age.     When viewed alongside Exhibit 8C of the same neck area, for example, the skin tone in 8C is pinker and more realistic.    In 8C the same wound (the top one) looks more recent than it does in 3E because of the deep red- purple in color.     Similarly, in Exhibit 8C the lower lesion has a more distinct circular reddish outline than in 3E, which makes it look more recent in origin.

**3F R Arm:**   large round bruise middle of underside of R forearm thumb (radial) side.    This appears to be an older bruise, most likely more than a week old.      Again, as in Exhibit 3E the darker skin shading may not be an accurate reflection of actual skin tone, so the age may be difficult to judge accurately.

**4A Two men and a woman:**    The photograph is darkly lit and of generally poor quality.    The woman's face is in ¾ profile; she is heavily made up and is wearing a thick ribbon-like choker around her neck.    The photograph does not show her arms.    There are no discernible injuries.

**4B Six individuals including a woman shown with back to camera:**    Like Exhibit 4A, the photograph is darkly lit and of poor quality.    The left side of the photograph includes the woman's back and outstretched right arm.    There is a large dark mark on the inner aspect of her R scapula (shoulderblade) which could be consistent with a bruise of indeterminate age.    However, it appears to be contiguous with a similar shadow on Mr. Elliott's forearm above his right wrist.    Therefore it is difficult to conclude whether the mark represents an injury or a shadow artifact.

**5 Partial chest and partial L arm of woman:**    The photograph is of poor quality, unevenly lit and partially out of focus, rendering it difficult to comment on presence or absence of injuries.    There is some discoloration on the underside of the left forearm which could represent either bruising or shadow artifact.

**6A L Arm:**  Two large bruises, one on pinky finger side of wrist, and one on pinky finger side of mid forearm.   Both bruises appear to be recent, but it is not clear if they were sustained during the same incident.    As explained in Exhibit 2C discussion, the location of these two bruises on the ulnar side of the forearm is consistent with defensive injuries.   The bruise on the mid-forearm has two components and could possibly be the result of two round linear forces applied in parallel to the skin, such as two fingers pressing down lengthwise into the skin while gripping the forearm.

**6B R arm:**    There is one larger older bruise (greater than a week old) appearing close to the elbow. This is the same bruise seen In Exhibit 3F, but is now even less distinct, consistent with the passage of several days.   There are two round purple and fresher appearing bruises on the pinky finger side of the wrist, having occurred perhaps in the past 24 hours.    The knuckle of the 5th (pinky) finger is probably swollen and has a large bruise.      The knuckle of the 3rd (middle finger) has a small bruise.    There are scrapes over the 3rd, 4th (ring) and 5th finger knuckles.   The bruises and wounds of the wrist and hand appear to be recent and of the same age, and fresher that the bruise near the elbow.    The locations of the wounds on the hands and wrist and the combination of the bruises and the knuckles scrapes are consistent with the hand and wrist striking a hard abrasive surface, possibly with the hand partially clenched.       Alternatively, the hand injury may have been sustained separately from the wrist injury but within a close timeframe;    in that scenario, the wrist bruises could be consistent with grab marks.

**6C R Eye:**  Bruising with redness and swelling of upper eyelid with redness extending to area below eyebrow;    similar bruising below the eye just below the inferior orbital bone.      This injury appears to be fresh and is consistent with a direct blow to the R eye area.

**7A Full body photograph of Ms. Thompson:**    large bruise on outer aspect R upper outer arm and smaller bruise on L upper outer arm of uncertain age but probably older than a week.    There is no simultaneous close-up photograph of the arms so it is difficult to assess these marks with great accuracy.   They are symmetrical in location, suggesting injuries possibly caused by another person grabbing/ holding both arms simultaneously.    The neck is partially obscured by the choker and is not seen in close-up;   no injuries are seen.

**7B Dorsal Aspects (Tops) of both hands and mid to lower forearms:**    The scrapes of the R $3^{rd,}4^{th}$, and 5th knuckles and the bruises of the R hand and R wrist are the same injuries seen more clearly and dramatically in the better lit Exhibit 6B taken 12 hours earlier.    There may be brownish old symmetrical bruises tops (dorsal aspects) of both mid forearms but poor lighting prevents definitive comment.

**7C Ulnar aspects (outsides) of both hands:**     The R hand is overlit but the photograph shows the same injuries seen in Exhibits 6B and 7B.    The bruise is on the R wrist is less distinct than in those other two photographs.   There is probably a recent bruise on the pinky finger side of the L wrist.

**7D Volar aspects (undersides) of both hands and wrists:**     Pinky finger side L wrist with red area, possible bruise of indeterminate age versus shadow artifact.

**7E Close-up of volar aspects (undersides) of both hands and wrists**:   Dark area ulnar aspect L wrist.   This is likely the same finding that was noted in Exhibit 6A and which was suggested in Exhibits 7C and 7D.

**7F R axilla (armpit) and upper arm:**     Bruise on upper arm seen previously in Exhibit 3C.    Also seen are the same two parallel short linear abrasions on shoulder seen in Exhibit 3C.    The abrasions are less red and the skin healing, while the large bruise on the arm is now more diffuse with softer edges and brown-green in color which suggests an injury that is several days old.    Both injuries look older than they did in Exhibit 3C, consistent with the passage of 3 days.    The small clavicle scrapes seen in Exhibit 3C are not seen in this photograph, possibly because they are obscured by the bra strap.

**7G and 7H Both forearms volar aspects (undersides):**    Exhibit 7G is out of focus, Exhibit 7H is of better quality but it is still difficult to comment on the age of the bruises.   Symmetrical large bruises are seen on both mid-forearms and pinky sides of wrists possibly consistent with grabbing injuries to the wrists.   Both forearm bruises look older than the other bruises because of the fainter dark color and central clearing, particularly the R forearm bruise.    The bruises on both forearms are probably a few days old.   The bruises on the wrists appear fresher because of the reddish-purple color.    Also partially seen is the bruise over the 5th knuckle of the R hand which was identified in Exhibits 6B, 7B and 7C.    Again seen in Exhibit 7H is the large bruise on the R upper outer arm seen in Exhibits 3C and 7F.    The location of the undersides of the forearms, as previously discussed, is a typical site for a defensive injury where the arms are held up in a self-protective stance.

**8A R hand:**   The photograph is out of focus, but clearly shows the same bruises on the pinky finger side of wrist and hand, and the wounds over the 3rd, 4th and 5th knuckles and the swelling of the 5th knuckle seen on previous photographs (Exhibits 6B, 7A-E, 7G-H).     The bruises are red and the wounds looks acute, so these are likely fresh injuries sustained within the last 24-48 hours.     As discussed under Exhibit 6B these injuries are consistent with the hand making forceful contact with a blunt object such as a wall or the ground.

**8B L upper arm:**   Four small round red bruises upper outer arm.    The two on the left side on the photograph towards the front of the arm are more prominent.     The pattern is consistent with the grab marks.    These bruises have most likely been sustained within the last few days, but look older than 24 hours.

**8C Neck:**    This is the same injury that is seen in Exhibit 3E.     See discussion under that Exhibit.    The deep red-purple color of the upper wound is consistent with a fairly recent injury.   The pattern is that of a bite wound with teeth marks and opposing dental arches with skin breaks within the wound.    Again seen is the circular pattern of small brown dots of the healing, probably more superficial bite wound below, which in this photograph has a more distinct red ring around it.     As discussed previously, the skin tone is more realistic in this photograph than in Exhibit 3E, making the color of the bite mark more reliable than in Exhibit 3E, and therefore leading to the conclusion that it is a recent injury.

**8D Volar aspects (undersides) of both arms:**     Small round brown marks R upper outer arm seen and and described under Exhibit 8B as consistent with grab marks;  large brown bruise L upper outer arm in position symmetrical to injury on R arm;  bruises both sides L wrist;  large purple bruise L forearm that looks more recent than the others.

**8E Inside of R knee with part of thigh and lower leg:**   Four round blue-purple bruises, the largest and most prominent two being contiguous and directly over the inside of the knee.   There is another semicircular bruise below the inside of the knee.      There are linear scrapes within the most prominent round bruises directly over the inside of the knee and also within the semicircular bruise below the knee.    These findings would suggest a friction injury where the inside of the knee was abraded against at rough surface such as a carpet, as is consistent with the history provided.

**8F Neck:**   Wide purplish-brownish band around front of neck could be a bruise consistent with a force being placed around the front of the neck.    It may also be shadow artifact.    Superimposed on this wide band on the right side of the neck are two round red marks that could be consistent with fingertip grab marks.    Exhibit 9E shows a similar fairly homogeneous dark band around the neck; since this mark is seen in both photographs it is more likely that this mark represents a bruise and not shadow.     I am unable to comment on the possible mechanism of the injury other than to state that it would be consistent with a wide blunt force applied evenly to the front of the neck.


**9A through 9D R hip and pelvis:**    Large purplish-pink horizontally oriented bruise above R hip and over R abdomen and pelvis that looks fairly new.    This is consistent with an object having made forceful

contact with that area, or with the person falling or being pushed into a firm wide surface.    The injury is in a relatively protected area of the body (like the upper inner arms) and so would most likely not have been caused by accidental fall to the floor in the absence of blunt trauma directed to that specific area.    The injury would be consistent with the history of being pushed into the hard edge of a bed of appropriate height.  The photographs in this series are of poor quality, with distortion of the baseline skin tone; for example in Exhibit 9C note the brownish tone of the abdomen compared to the pink tone of the arms.

**9E Ms. Thompson seated, holding sign:**    See Discussion under Exhibit 8F.   The same homogeneous wide dark purple band across the front of the neck is seen.     The two round red marks seen on the right side of the neck in the Exhibit 8F close-up are not seen in this photograph taken from farther away.

**10A R upper thigh and hip:**  Two round oval marks consistent with bruises.     They are probably close to the same age and appear to be a few days old.

**10B L upper thigh and hip:**    The photograph is out of focus, with light artifact, but there appears to be a bruise of the same color and in a symmetrical location and therefore probably around the same age as one of the bruises seen on the R thigh in Exhibit 10A.        This is suggestive of the injuries to both thighs having happened during the same incident.     In addition there may other smaller round bruises on the left buttock.      The injuries are most likely a few days old.

**10C L hip and pelvis:**   Long horizontal bruise following contour of iliac crest of L pelvic bone.    This is an injury in an unusual location especially in a thin person whose pelvis bone and hip joint would protect the soft tissue from injury in a fall, as was discussed under Exhibits 9A through 9D.

**10D R hip and pelvis:**     Similar and probably symmetrical injury to that of the L hip and pelvis.  Long horizontal bruise following contour of iliac crest of the pelvic bone.    In this photograph is also seen a large round bruise lateral to the more horizontal bruise and possibly consistent with a grab mark indentation by a fingertip.   The bruises of the left and right pelvis appear to be of similar or same age, i.e. not new but probably within the past week.    When seen together the injuries are consistent with a direct force of a similar shape being applied directly above both hip and pelvic bones.      The injuries are consistent with the history of being lifted up by the hips as reported.

**DISCUSSION**

**Multiple contusions (bruises) of different ages**

There is no single final photograph which depicts the front and back sides of Ms. Thompson's unclothed body.    Such a hypothetical "summary photograph" would presumably show evidence of injuries in various stages of healing to:   face, neck, both upper arms, both forearms and both wrists, right hand, right shoulder, both pelvic areas, both thighs, both lower legs,  right knee and possibly back.    When the photographs are viewed as a complete set, the only areas of her body for which there was no photographic evidence of trauma were her chest, upper abdomen, feet, genitalia and possibly back.    The injuries appear to be of different ages, spanning several days.     In fact, some of the photographs show injuries of various ages on the same body part in the same photograph, e.g.  Exhibits 6B, 7H and 8D.    Patients who classically present with multiple injuries secondary to blunt force trauma in various stages of healing include the following groups:   1) victims of child abuse, 2) victims of intimate partner violence, 3) patients with gait instability or balance disturbances.    The latter group includes alcoholics, the elderly and patients with various neurological disorders.    Injuries commonly seen in intoxicated patients or in others with frequent falls include head injuries and contusions/ abrasions to protuberant bony surfaces such as cheekbones, elbows, knees and shins.

Some of Ms. Thompson's injuries are in "protected areas" not usually injured in accidental falls or everyday "clumsiness", such as the inner thighs and inside the upper arms.     In this case, the injuries above the pelvis (Exhibits 10C-10D) represent such protected areas.       Also seen are injuries consistent with classic "defensive injuries", i.e. bruises on the ulnar (pinky finger) side of the forearms, where the victim raises the arm to block an assault and protect the face and chest or engages in an altercation.    This is not the only possible explanation for these injuries, however.

"Grab marks" are fingertip contusions as well as pattern contusions which demonstrate the pressure from the fingertips and the spread of the assailant's fingers.    They are typically round or oval and slightly larger than the fingertip, with a larger one representing the thumb.    Several of the photographs demonstrate small round or oval bruises on the arms and lower leg that are consistent with Ms. Thompson's complaints of being forcefully grabbed.    Some of these types of injures on the arms and hips are symmetrical, i.e. same site both arms and same site both hips (Exhibits 7C, 7H, 8D, 10A-10B, and 10C-10D).

Alternate explanations for mechanisms of injury are plausible for some of the bruises observed in the Exhibits.    For example, some of Ms.  Thompson's injuries on the upper arms and inner thighs could have seen sustained while being held forcibly in consensual situations such as "rough sex".

**Caveats to interpreting injuries in this case**

Photographic Quality

There were many challenges in interpreting the images depicted in these Exhibits.     Different photographers, cameras and settings, as well as variable color and lighting all contributed to inconsistency in the quality of the photographs.     Many were out of focus.       Some photographs of the same injury appeared very different depending on background skin tone.   For example, the bite marks on left side of neck depicted in Exhibits 3E and 8C look vastly different in color in the two photographs, as discussed under those exhibits.       The contusions and abrasions on the right hand and wrist that are seen in several photographs (Exhibits 6B, 7B, 7C,7G, 7H, 8A)   all depict the same injuries but look different in the different series not only because they were taken at different times but also because of different lighting, background and focus.

Problems with Dating Bruises

There is no reproducible standard for dating a contusion based on color.   While changes in the color of a bruise can be used as a GENERAL guide to age, multiple factors will affect the evolution in color of a bruise.   These factors include size and depth of bruise; degree of force used; local blood circulation and anatomic site; fragility of blood vessels at site of injury; age, sex and skin color of the individual; medications;  individual propensity to bruising.     Color sequence is not always predictable in all individuals.   Microscopic examination of the skin by a pathologist is a more accurate technique for determining age of a bruise.

It is easier to conclude that a bruise is fresh or old than to date the bruise with accuracy.   In general a bruise that is red/light blue is recent (within 24 hours).   The color subsequently changes to dark purple, then to green (4-5 days or more), yellow (7-10 days or more), and brown as blood pigments break down and the bruise disappears.       Bruises that are red-purple are generally more recent than those that ae yellow-brown (usually greater than a week old).       Bruises at times are not immediately evident after an injury, and may take several hours to develop.     Blood leaking from the blood vessels below the skin may take time to reach the surface and case discoloration.     Fading of a bruise typically takes place within 14 days, but may take less than 14 days or up to 4 weeks.     Bruises may exhibit characteristic patterns, such as ligature marks.

**Conclusion**

Based on what I reviewed, and based on the appearance of the injuries in the photographs, I conclude to a reasonable degree of medical certainty that many of the injuries depicted in the photographs are consistent with mechanisms such as being grabbed, pushed into objects, choked or held by neck, picked up by hips that were described in interviews.     Many but not all of the injuries are consistent with the time frames that were described.

As a physician who has practiced Emergency Medicine for 29 years and who sees injuries on a daily basis in the course of my work, I would be very concerned about possible intimate partner violence in a slender young woman with multiple injuries of varying ages, some on protected areas of the body and some that are classically described as "defensive injuries".   In fact, when such a patient with multiple injuries of varying ages is encountered in the Emergency Department, it is the obligation of the treating physician to inquire in a nonjudgmental and empathetic manner about intimate partner violence. Appropriate medical care would be to ask about the immediate personal safety of the patient and to offer available supportive resources.