# Exhibit A-NFLPA-47



*Forensic Medical Consulting of NY, P.C.*



Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

July 5, 2017

Lisa M. Friel, Esq.
Senior Vice President
Special Counsel for Investigations
National Football League
345 Park Avenue
New York, NY 10154

**Re: Ezekiel Elliott Matter**

### MEDICAL REPORT

Dear Ms. Friel,

Pursuant to your request, I have examined the following documents and photographic evidence pertaining to the above captioned matter:

### A. Document Examination:

1. Interview of alleged victim, Tiffany Thompson. (44 pages).
2. Interview of alleged perpetrator, Ezekiel Elliott. (17 pages).
3. Interview of Ayrin Mason, Friend of Tiffany. (5 pages).
4. Interview of Elaine Glenn, Tiffany's Aunt. (4 pages).
5. Interview of Tessie Thompson, Tiffany's Mother. (4 pages).
6. Interview of Tony Thompson, Tiffany's Father. (4 pages).
7. Interview of McKaila Blades, Friend of Tiffany. (2 pages).
8. Interview of Assistant City Attorney Robert Tobias, Columbus, Ohio, City Attorney's Office. (6 pages).
9. Correspondence from Frank Salzano, Attorney for Ezekiel Elliott, to Robert Tobias, Assistant City Attorney, dated August 4, 2016, and accompanying Exhibits A-M. (9 pages + Exhibits): Exhibit A: 9 pages; Exhibit B: 5 pages; Exhibit C: 2 pages; Exhibit D: 1 page; Exhibit E: 2 pages; Exhibit F: 2 pages; Exhibit G: 2 pages; Exhibit H: 2 pages; Exhibit I: 2 pages; Exhibit J: 2 pages; Exhibit K: 1 page; Exhibit L: 1 page; Exhibit M: 2 pages). (42 pages).
10. Correspondence from Frank Salzano, Attorney for Ezekiel Elliott, to Robert Tobias, Assistant City Attorney, dated August 16, 2016, and accompanying Exhibits A-D. (6 pages + Exhibits): Exhibit A-D: 15 pages. (21 pages).
11. Aventura Police Department Police Incident Report, dated 02/12/2016. (12 pages).
12. Columbus, Ohio Police Department Reports (2), dated 07/22/2016. (9 pages).

Re: **Ezekiel Elliott Matter**

## MEDICALREPORT (CONT.)

13. Columbus City Attorney Intake Records dated 7/22/16, including body diagram of injuries noted. (9 pages).
14. Photograph of OhioHealth Discharge form dated 11/16/2015 and Concussion Protocol form. (1 page).

### B. Photographic Evidence Examination:

1) Photographs (4) taken on Ms. Thompson's Iphone on **April 24, 2016** between 9:25:33 and 9:27:04 p.m.
2) Photographs (6) taken on Ms. Thompson's Iphone on **July 18, 2016** between 3:33:14 – 4:13:47 p.m. and sent to her Aunt Elaine Glenn with accompanying texts starting at 5:20 p.m.
3) Photographs (3) taken on Ms. Thompson's Iphone on **July 21, 2016** at 2:18:42, 2:18:56 p.m. and 2:36:26 p.m.
4) Photographs (4) recovered from Ms. Thompson's Iphone, taken on **July 22, 2016** between 6:24:51-6:25:48 p.m.
5) Photographs (15) taken by the **Columbus Police Department** in the parking lot of the Carriage House Apartments on July 22, 2016 at 3:00 a.m.
6) Photographs (6) taken on July 22, 2015, post- Police Department photos, marked **Photos IA-IF. [Photo IF swapped for correct photo].**
7) **Additional Photographs From City Attorney's File** taken on July 22, 2016, post- Police Department photos (5).
8) Photographs (2) attached to **Mr. Salzano's** correspondence of August 16, 2016.
9) Photographs (2) sent to **McKaila Blades** by Tiffany Thompson on date unknown.

Total: 47 photographs. All photographs are downloaded/synced from The League's encrypted file sharing service (Acronics) onto my PC. The folders in the file are marked in concordance with the 9 groupings of photographs I received on the letterhead. Thumbnail versions are created with photo snapshot of most serious injury, which I magnified. All printed in black & white for manual reference.

**C. Confidential Investigative Report,** #09, dated June 6, 2017, submitted by Lisa M. Friel, Senior Vice President, Special Counsel for Investigations, addressed to Kia Roberts, Director of Investigations. 164 pages.

### BASIS AND REASONS FOR OPINIONS TO BE RENDERED:

Based upon all of the above, as well as my background, education, training and experience as a Board Certified Diplomate of Anatomic Pathology, Forensic Pathology, Forensic Examination

2

Re: Ezekiel Elliott Matter

## MEDICAL REPORT (CONT.)

and Forensic Medicine; and, furthermore, as former Chair and Chair Emeritus of the American Board of Forensic Medicine, Faculty Director and Associate Professor of Forensic Examination, Touro College School of Health Sciences, Assistant and Deputy Medical Examiner; Formerly Chief Medical Examiner of Rockland County Office of the Chief Medical Examiner; Currently a Police Surgeon Life Fellow and Advisory Board Member of the International Society of Police Surgeons, Distinguished Lecturer of Law, Jacob D. Fuchsberg School of Law, and President of Forensic Medical Consulting of NY, P.C.; I have arrived at the following:

### CASE SUMMARY:

Description of Exhibits #1-10 with chronological injury interpretation:
11/12 or 11/13/2015: Alleged Jaw Incident; injuries consistent with Ms. Thompson's allegations. (See Investigative Report [IR] page 15).
11/15 or 11/16/2015: Alleged Tub Incident; injuries consistent with Ms. Thompson's allegations and Hospital Records. (See [IR] pages 16-17).

***Exhibit 1A:*** Right arm biceps; group of three light, small bruises; consistent with finger marks. Possibly additional similar bruises. Ms. Thompson states photographs taken in Mr. Elliott's apartment. Date unknown; overexposed lighting. (See [IR] page 14).

***Exhibit 1B:*** Front of left arm, top of shoulder – hand; pinky side visible forearm and biceps bruises. Taken at Ms. Thompson's parents' home. Date unknown; overexposed lighting. (See [IR] page 14).
02/11 – 02/12 2016 Aventura Florida alleged incidents less likely match with Ms. Thompson's allegations. (See [IR] page 18).

***Exhibit 2A:*** 04/24/2016 digital copies of photographs taken by Ms. Thompson; six bruises left forearm, (typical grab marks). 1 bruise (contusion) several days to 1 week old. 5 recent bruises consistent with the same morning, hours earlier. (See [IR] pages 21 and 22).

***Exhibit 2B:*** Four smaller bruises, lower inner left leg; also interpreted as "grab marks". Including thumb mark and possible healing fingernail scratch mark. Grab marks appeared 4-7 days old. (See [IR] page 22).

***Exhibit 2C:*** 3-inch bruise undersurface, right arm, blown up, showing 3; one larger, 2 smaller bruises fused/merged into 1 larger bruise. Grab mark, 3-prong: thumb and 2 other fingers possibly in Ms. Thompson's defensive stance; a few days old. Inconsistent with Ms. Thompson's key incident 17-18 hours before photograph was taken. (See [IR] pages 22-23).

3

Re: **Ezekiel Elliott Matter**

## MEDICAL REPORT (CONT.)

***Exhibit 2D:*** 2 bruises outer, lower, left leg, resolving, 4-6 days old; not from that morning 04/24/16, as alleged by Ms. Thompson. (See [IR] page 23).

***Exhibit 3A – 3F:*** Upper, underside, left arm, 3 bruises; inner elbow, faint healing, 7-10 days old (a week – week and a half). Outer elbow, consistent with 1 week old. Defensive blocking injury vs. swinging arm injury. (See [IR] page 32).

***Exhibit 3B:*** Apparently back of right shoulder; 1-2 week old, healing bruise and possibly insect bites; 3 small red marks. (See [IR] page 33).

***Exhibit 3C:*** Upper **right** arm and shoulder; 4 injuries:

I. Older, healing bruise, top of shoulder.
II. 2 fresh parallel, apparent scratch marks below I, (only hours old).
III. Small injury overlying clavicle. Healing abrasion, consistent with fingernail.
IV. Upper arm bruise, bottom left of photograph. **Recent**, confirmed by later photograph by Columbus Police Department, 07/22/16 at 3:00 a.m. (Exhibit 7F).

***Exhibit 3D:*** Left leg, knee to ankle, fresh; consistent with scratch mark. (See [IR] page 33).

***Exhibit 3E:*** Left neck, 2 injuries, top of neck; bite mark, forceful, painful. Upper and lower dentitions caused 2 breaks in the skin. Perfectly aligned teeth marks; wide dentition. Mr. Elliott admitted to inflicting a "hickey" on Ms. Thompson while in Columbus that week of 07/18 – 07/22/2016. An area below the 2 bite mark lacerations has multiple small round purplish marks, consistent with a hickey. More teeth marks were in the hairline to the right. At least a week–10 days old. (See [IR] page 34).

***Exhibit 3F:*** Front of middle, right forearm: Large, older, round bruise; almost resolved, inconsistent with incurred 1-2 days prior to photograph taken, 07/17/16 – 07/18/16, respectively. (See [IR] page 34).

***Exhibit 4A:*** 07/21/16 at 1:55 a.m., Mr. Chiedu Bosah took 2 photographs of Ms. Thompson at 4th Street. They depict smiling people. Ms. Thompson, Mr. Elliott and another man, Mr. Bosah, per his Affidavit; submitted to the City Attorney by Mr. Elliott's counsel. Ms. Thompson in a thick, black choker around neck. No discernable bruises seen in dark, lit photograph; eye make-up makes injury interpretation difficult. (See [IR] page 45).

4

Re: Ezekiel Elliott Matter

## MEDICAL REPORT (CONT.)

***Exhibit 4B:*** Photograph depicts 5 men facing camera and 1 woman's back. Mr. Elliott is hugging the woman in the photograph. Apparent bruise on woman's (Ms. Thompson's) back; brownish mark over right shoulder blade. Could date back to 07/17/2016. (See [IR] page 45).

***Exhibit 5:*** 07/17/2016 Incident. Photograph taken at 3:27 a.m. Submitted to the City Attorney's Office, as well. Photograph depicts a woman again in thick, black choker and a V-necked, blue top. Right side from chin to below breasts. Left forearm bent at the elbow. Possibly bruising of arm, not definitive because of poor lighting. (See [IR] pages 45-46).

***Exhibit 6A:*** Left forearm. Circular bruise at wrist, purple, pale center. Double contour, linear blunt force trauma of middle of forearm. Both consistent with 07/19/16 incident. (See [IR] page 41).

***Exhibit 6B:*** Right forearm larger, fainter bruise by elbow, 2 purple bruises by wrist, pinky side. 5th knuckle bruise, consistent with 07/19/16 incident. 2 small marks of knuckles of middle and ring fingers.

***Exhibit 6C:*** Photograph from 07/21/16 at 2:36 p.m. Right eye with red, striking, swelling and bruising of eyelid plus red discolorations of lower orbit area; quite recent injury within 24 hours; consistent with slapping or punching injury. (See [IR] page 42).

***Exhibits 7A - 7G***; the above 2 small knuckle marks are either small bruises or abrasions from Ms. Thompson's hand hitting a hard object (injury on bony protrusion; fist; as compared to Columbus Police Department photograph 13 hours later on 07/22/16; after 07/21/16, 2:36 p.m. photographs). (See [IR] page 41). These are consistent with alleged incident, 7/18 or 7/19; larger, fainter bruise in Exhibit 3F photographed 07/18/16 at 4:13 p.m. has now resolved more and appears a few weeks old.

Exhibits 7A-H, 9A-E, 10A-D; photographs taken 07/22: Show a large area of bruising on Ms. Thompson's neck. Bruises on her arms consistent with grab marks; bruises on her hips and sides consistent with being held down or picked up. Other bruises consistent with blunt force trauma such as from impact with a hard object, consistent with having been sustained a few days earlier. (See [IR] page 48).

Police photographs of Ms. Thompson in the parking lot of the Carriage House; Exhibits 7A-H:

5

**Re: Ezekiel Elliott Matter**

## MEDICAL REPORT (CONT.)

***Exhibit 7A:*** Ms. Thompson standing in the parking lot with:

I. Right arm bruise with almost symmetrical,
II. Smaller, left arm bruise, suggestive of grabbing, holding and/or shaking motions; as much as 1 week old.

Exhibit 6A, 07/18/2016, "selfie" photograph, striking right eye swelling had diminished; still visible on 07/22/16; early a.m. Police photographs. (See [IR] page 63).

***Exhibit 7B:*** Front of Ms. Thompson's hands: same injuries as 6B, but not as dramatic as 12 hours earlier, (after the one taken in the car). Symmetrical, healing bruises on outer lower forearms, consistent with grab marks inflicted on either 07/17 or 07/18. More recent early healing bruises, right greater than left, of outer ulnar (pinky side) of wrist. Knuckle bruises #2, 3, 4 and 5, (punch marks with fist vs. hand striking – or being struck with hard, mostly flat object).

***Exhibit 7C:*** Portrays outer, lateral ulnar view of injuries described in 7B.

***Exhibit 7D:*** Barely visible wrist grab marks.

***Exhibit 7E:*** Close-up photograph; palms of both hands: Grab marks of wrists' inner and outer; mostly left side.

***Exhibit 7F:*** Right armpit to upper arm bruise front, biceps area; healing located in protected, anatomical region, consistent with punch mark with raised or outstretched arm such as during an altercation. Several days old, consistent with 07/17/16 or 07/18/16 incident. Top of shoulder: Multiple, recent, linear abrasions consistent with 1-2 days old; sustained 07/21/16 or possibly 07/19/16.

***Exhibits 7G & 7H:*** Recent, symmetrical wrist contusions/grab marks, (see 7B description). Bilateral upper, outer and inner, healing bruises; older than wrist bruises, consistent with 07/17/16 or 07/18/16 incident. (See [IR] page 65).

***Exhibit 8A:*** Right hand injuries outer wrist and 3rd, 4th and 5th finger knuckle: Appearance consistent with 07/19/16 or 07/21/16 incident. Suggestive of within 24 hours of 07/22/16, 3:00 a.m. Police Department photographs.

***Exhibit 8B:*** Left upper arm: Characteristic grab marks. (See [IR] page 69). 5 bruises, 2 + 3, including one larger thumb mark.

6

Re: Ezekiel Elliott Matter

## MEDICAL REPORT (CONT.)

***Exhibit 8C:*** Left neck: Bite mark appearing a few days old.

***Exhibit 8D:*** Back of Ms. Thompson's arms. Photograph taken 07/22/16 at 5:30 a.m. at Ayrin Mason's home. Grab mark visible also on upper right arm, same age. Wrist area contusions visible also on 07/21/16, 2:18 "selfie" picture in the car. Their appearance is similar; consistent with one day older than when 8D was taken. Older, inner, left wrist greenish color, consistent with 2 weeks old.

***Exhibit 8E:*** 4 injuries of knee, contusions and abrasions with linear marks. 2 of them appeared to be consistent with chemical and/or thermal burns, or "rug rash", "rug burn"; such as from being dragged across a rug/carpet by the hair. (See [IR] page 71).

***Exhibit 8F:*** Root of lateral neck, both sides; a nearly symmetrical injury. Most likely 2 hands, not fingers wrapped around Ms. Thompson's neck; squeezing it, consistent with being lifted up by the neck by 2 large hands. (See [IR] page 70).

***Exhibits 9A – 9D:*** Larger, horizontal bruise, right hip, consistent with Ms. Thompson's accounting of a recent injury from the side of Mr. Elliott's bed as he was pulling her by the arm. (See [IR] page 72).

***Exhibit 9E:*** Police Intake Photograph. (See [IR] page 65). Intake Officer's diagram showed Ms. Thompson's injured knees, hands, lower arms, right shoulder and across her neck. (See [IR] page 72).

***Exhibits 10A – 10D:*** From Ms. Thompson's cell phone taken 07/22/2016; 6:24 p.m. at parents' home:

***Exhibit 10A:*** Sideview, upper, right thigh and hip; 2 contusions consistent with occurring during that week; 07/16 – 07/22/2016.

***Exhibit 10B:*** 6:25 p.m. contusion, middle thigh + 3 additional contusions, consistent with simultaneously inflicted with **10A** symmetrical with **10B**.

***Exhibit 10C:*** Resolving, horizontal contusion above left hip bone. (See [IR] page 75).

Re: Ezekiel Elliott Matter

## MEDICAL REPORT (CONT.)

### OVERALL CONCLUSION:

It is my professional opinion that the photographic evidence made available for my examination in this matter provides a reasonably accurate accounting of Ms. Thompson's allegations. Despite the fact that the physical, anatomical evidence is not entirely consistent with her recordings of dates and times of the chronological, circumstantial evidence, as she recalls it, the overall impression is that of a repeated pattern of physical mishandling. Although Ms. Thompson, to some degree, was an admitted, consensual participant in "rough" sexual engagements with Mr. Elliott; her serious and potentially life-threatening injuries such as the bilateral, lower neck compression marks, as well as the skin-breaking, left-sided neck bite marks serve as frightening examples of undisciplined relationship practices.

All opinions are stated to a reasonable degree of medical certainty. Testimony in circumstances and further information presented to me before or at trial, and including my response to posed hypothetical theories might provide greater latitude in my rendering further opinions.

Respectfully Submitted,

LONE THANNING, M.D., F.C.A.P.,
FACFE, DABFM
FORENSIC PATHOLOGIST

LT:dg
PC17-03-1389

8