# Exhibit A-NFLPA-50

**From:** McPhee, Heather [mailto:Heather.McPhee@nflpa.com]
**Sent:** Tuesday, August 15, 2017 5:07 PM
**To:** nflmcpolicy@nfl.com; todd.jones@nfl.com; Adolpho Birch <adolpho.birch@nfl.com>
**Cc:** DePaso, Tom <Tom.DePaso@nflpa.com>; Ehrlich, Ned <Ned.Ehrlich@nflpa.com>; Frank Salzano <fsalzano@sllawoffices.com>; 'ezekielelliott21@gmail.com' <ezekielelliott21@gmail.com>; 'Rocky Arceneaux' <rocky@thealliancestl.net>
**Subject:** Sent on behalf of Mr. Ezekiel Elliott
**Importance:** High

Dear Todd, Adolpho, et al: Pursuant to Article 46 of the CBA, Mr. Elliott hereby appeals the discipline reflected in the August 11, 2017 letter from Mr. Jones.

Regards,
**Heather M. McPhee**
NFLPA Associate General Counsel
Direct: (202) 756-9136
Mobile: (202) 297-3368
Heather.McPhee@nflpa.com

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify administrator@nflpa.com immediately and delete it from your computer. Messages sent electronically to and from this organization may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.