# Exhibit A-NFLPA-57

## AFFIDAVIT OF MACIE HEWITT

FRANKLIN COUNTY/STATE OF OHIO

The Affiant, being duly sworn and cautioned, hereby swears to the following:

1. My name is Macie Hewitt. I am a resident of Columbus, Ohio.

2. On Thursday, July 21, 2017 I went to the Social Room, a bar located at 527 North Park Street.

3. While there, I celebrated Ezekiel Elliott's birthday with him and his friends.  I know Mr. Elliott socially as we have several mutual friends. We were invited back to the Carraige House after the bar closed.

4. Upon closing of the bar, I was unable to locate my sister and our friends so I left through the front door and was purposely struck by a female with her shoulder.  She began screaming at me calling me a "slut", "whore" and many other derogatory names. I recognized her as a female who had been at the bar that night.

5. She then pushed me and she grabbed my hair. Defending myself, I threw and connected with numerous closed-fist punches on her face, upper body and arms. She also struck me several times. We ended up on the ground with me on top where several more punches were thrown and landed.

6. Bystanders separated us. As I was being pulled off of her I struck her with a kick.

7. I estimate the vicious fight lasted at least a minute or longer.  I had a swollen hand and several scratch marks.

8. I eventually made it to the Carriage House.  Upon arrival, I noticed several police cars there. I realized that the person who attacked me was also on the property. I did not feel comfortable so I left and went home.

9. At no point was I vomiting that night.

10. The next morning, I was made aware of the allegations Tiffany Thompson made via Instagram against Mr. Elliott. Several of the pictures noted apparent injuries in the same places I had struck her.

11. Upon viewing the pictures, I immediately recognized her as the person who attacked me.

Affiant further sayeth naught.

_Macie Hewitt_
Macie Hewitt

Sworn to me and subscribed in my presence by Macie Hewitt _William Everett_ in Delaware, Ohio on the 25th day of August.

_____
Notary Public