# Exhibit A- NFLPA-59

**CURRICULUM VITAE**

**NAME**: Michael Alan Graham

**OFFICE ADDRESS:**

Division of Forensic and Environmental Pathology
St. Louis University School of Medicine
1402 S. Grand Blvd. R518
St. Louis, Missouri 63104
(314) 977-7841

Office of the Medical Examiner
City of St. Louis
1300 Clark St.
St. Louis, Missouri 63103
(314) 622-4971

**E-Mail:** grahamma@slu.edu

**PERSONAL HISTORY:**

Date of Birth---9/26/51
Place of Birth--East Liverpool, Ohio
Citizenship-----United States of America
Marital Status--Married
Children--------Christopher (12-11-87)
　　　　　　　　Patrick (4-8-90)

**EDUCATION**:

1965-1969　Ursuline High School, Youngstown, Ohio
1969-1973　B.A.(biology), St. Louis University, St. Louis, Missouri
1973-1977　M.D., St. Louis University School of Medicine, St. Louis, Missouri

**PROFESSIONAL TRAINING:**

1977-1981　Resident, Anatomic and Clinical Pathology, St. Luke's Episcopal Hospital, Houston, Texas

1981-1982　Fellow, Forensic Pathology, St. Louis University School of Medicine, St. Louis, Missouri

**MEDICAL LICENSURE:**

1. Missouri

**SPECIALTY CERTIFICATION:**

1. Diplomate, American Board of Pathology
   A. Anatomic and Clinical Pathology, 1981
   B. Forensic Pathology, 1982

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1979-1981 | Lecturer in Pathology, School of Pharmacy, University of Houston, Houston, Texas |
| 7/1/82-6/30/89 | Assistant Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri |
| 7/1/89-6/30/96 | Associate Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri |

        1. Pathology Residency Committee (1986-1989)
        2. Director, Division of Forensic and Environmental Pathology (1989-1996)
        3. Director, Medicolegal Death Investigator Training Course (1989-1996)

| | |
|---|---|
| 7/1/96-current | Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri |

        1. Co-director, Division of Forensic and Environmental Pathology (1996-current)
        2. Co-director, Medicolegal Death Investigator Training Course (1996-current)
        3. Admissions committee, School of Medicine (2006-current)

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| 1982-1985 | Assistant Medical Examiner, St. Louis, MO |
| 1985-1989 | Deputy Chief Medical Examiner, St. Louis, MO |
| 1985-current | Deputy Medical Examiner, St. Louis County, MO |
| 1985-current | Diagnostic Cardiac Pathology, St. Louis University School of Medicine, St. Louis, MO |
| 1988-current | Medical Staff, St. Louis University Hospital, St. Louis, MO |
| 1986-2015 | Deputy Chief Medical Examiner, St. Charles County, MO |
| 1989-current | Chief Medical Examiner, St. Louis, MO |
| | Mass Casualties/Fatalities Response Planning Committee (2001) |
| 1992-current | Deputy Chief Medical Examiner, Jefferson County, MO |
| 1999-2000 | Forensic Pathology Consultant, Office of Special Counsel (John C.Danforth), Investigation concerning the 1993 confrontation at the Mt. Carmel (Branch Davidian) Complex, Waco, TX |

**INVITED LECTURES (Partial Listing):**

Medicolegal Death Investigator Training Course, St. Louis University School of Medicine, St. Louis, MO
     1982-current  Asphyxial Deaths
     1985-current  Deaths Due to Bombs and Explosions
     1985-current  Deaths Due to Firearms
     1988-current  Introduction to Forensic Pathology
     1997-current   Deaths Temporally related to Law Enforcement Apprehension and Custody
     2016-current  Water-related Deaths

Forensic Administration Conference, St. Louis University School of Medicine (1986)
     Decision-Making Methods That Will Aid in Determining Standard Operating Procedure for Case Acquisition and Handling

Washington University Dental School
     1984-88  Basic Forensic Pathology

St. Luke's Episcopal Hospital (Houston, Texas)
  1984      Selected Topics in Forensic Pathology (5 day lecture series)

St. Louis Metropolitan Major Case Squad
  1986-87    Asphyxia and Firearm Deaths
  5/22/90    Asphyxia and Firearm Deaths

St. Louis Police Academy Homicide Investigation Training Course
  1985-87    Asphyxia and Firearm Deaths

American Academy of Forensic Sciences Annual Meeting (1988)
        Annual Lectureship in Forensic Toxicology,
                  "Safe Handling of Contagious Specimens"

Symposium on Care of the Multiple Trauma Patient sponsored by The University Hospital and The American Association of Critical Care Nurses, St. Louis, MO
                  "Mechanisms of Firearm Injuries"  (5/24/89)
                  "Investigative Aspects of Forensic Pathology"  (5/11/90)
                  "Interpretation of Firearm Injuries"  (5/3/91)

Annual Court Conference, Missouri Association for Court Administration (5/25/89)
                  "The Risk of AIDS Among Courtroom Personnel"

Statewide Conference on Sudden Infant Death Syndrome, Columbia, MO (10/6/89)
                  "SIDS - Evaluation of the Death Scene as a Necessary Component of the Diagnosis"

Pre-hospital Trauma Symposium sponsored by St. Louis University Medical Center, St. Louis, MO
                  "Postmortem Perspectives"  (3/2/90)
                  "Postmortem Forensic Examination"  (9/28/90)

Southwestern Illinois Law Enforcement Commission Homicide & Criminal Sexual Assault Seminar (4/19/90)
                  "Modes of Violent Death"

Symposium on Pediatric Trauma ("A step beyond resuscitation for the severely injured child") sponsored by Cardinal Glennon, Children's and St. Louis Children's Hospitals  (11/2/90)
                  "Forensic Aspects of Pediatric Trauma"

Fifth Annual Mid-America Transplant Association "Gateway to Life" Symposium, St. Louis, MO (4/26/91)
                  "Role of the Medical Examiner in Organ & Tissue Donation"

National Convention of the National Association of Legal Investigators, St. Louis, MO (6/18/92)
                  "The Role of the Forensic Pathologist in Medical/Legal Investigations"

Eighth Medicolegal Investigation of Death Seminar, West Virginia University School of Medicine, Morgantown, WV (4/3/93)
                  "Deaths Due to Asphyxia"
                  "Deaths Due to Bombings and Explosions"

Forensic Pathology Symposium, Peoria, IL  (5/15/93)
                  "Deaths Due to Firearms"
                  "Deaths Due to Bombings and Explosions"

Missouri Department of Health Seminar ("SIDS-Taking Care of the Caregiver"), St. Louis, MO (6/30/93)
                  "Diagnosis of SIDS-Parameters and Significance"

Citizen's for Missouri's Children Seminar (Kids Count in Missouri), St. Louis, MO (11/3/93)
                  "What Kids Count Outcome Measures Tell Us About Child Safety"

3

Washington University Medical Center, Department of Neurosurgery Grand Rounds, St. Louis, MO (1/12/94)
"Interpretation of Firearm Injuries"

Washington University Medical Center, Trauma Symposium ("Crisis in the Streets"), St. Louis, MO (2/25/94)
"Recognition & Interpretation of Injuries & Evidence"

Cardinal Glennon Children's Hospital, Grand Rounds, St. Louis (4/6/94)
"Identifying Death Due to SIDS-Where are we and Where are we Going?"

International Society for Clinical Laboratory Technology (8/11/94)
"Forensic Medicine and the Laboratory"

Minnesota Coroners' and Medical Examiners' Association Annual Forensic Science Seminar (October 6-7, 1994)
"Medicolegal case management"
"Injury and Death Due to Firearms"
 "Asphyxial Deaths"
"Bombs and Expolsions"
"Role of the Medical Examiner in Organ and Tissue Transplantation"
"Deaths in Police Custody"

Medicolegal Investigation of Death and Injury in Child Abuse and SIDS Seminar, Federal Bureau of Investigation and the College of American Pathologist, Salt Lake City, UT (August 14, 1995)
"Sudden Infant Death Syndrome-Investigation and Diagnosis"

American Society of Clinical Pathology --College of American Pathologists fall meeting, New Orleans, LA (September 21, 1995)
"Forensic Aspects of Pulmonary Pathology"

1996 Spring Training Session, Missouri Coroners & Medical Examiners Association, Jefferson City, MO (March 14, 1996)
"Asphyxial Deaths"
"Deaths in Police Custody"

American Society of Clinical Pathology - College of American Pathologists spring meeting, Boston, MA (4/24/96)
"Medicolegal Evaluation of Deaths in Custody"

American Association of Pathologists' Assistants Annual Conference, St. Louis, MO (9/20/96)
"Medicolegal Case Management - What to Do, When to Do it & What it Means"

American Society of Clinical Pathology -- College of American Pathologists fall meeting, San Diego, CA (October 3, 1996)
"Forensic Aspects of Pulmonary Pathology"

Missouri State Public Defenders Trial Skills Workshop, Lake of the Ozarks, MO (12/96)
"Introduction to Forensic Pathology"
"Injuries due to Firearms"

American Society of Clinical Pathology -- College of American Pathologists spring meeting, Chicago, IL (April 5, 1997)
"Covert Hazards in the Work place" in "The Role of the Pathologist
 in the Evaluation of Work-Related Illness, Injury and Death"

POST Blast Investigation Training, Fort Leonard Wood, MO (6/5/98)
"Forensic Pathology–Explosions"

Northwestern University Traffic Institute 21st National Vehicular Homicide/DUI Conference, Chicago, IL (7/7/98)
"Forensic Pathology and the Vehicular Homicide Case"

Department of Surgery Grand Rounds, St. Louis University, St. Louis, MO (9/3/98)
              "Firearm Injuries"

Child Death Investigation Seminar; Idaho Dept. of Health and Welfare, St. Luke's Regional Medical Center CARES program, Idaho Dept. of Law Enforcement POST Academy; Boise, Idaho (9/8-9/98)
              "Child Fatality Review in Missouri"
              "Introduction to Death Investigation Principles"
              "Evaluation of Suspected Rebreathing Incidents"
              "Head and Neck Injury and Shaking"
              Presentation of cases (multiple topics)

American Academy of Forensic Sciences workshop: Postmortem Pediatric Forensic Toxicology-Issues in Childhood Poisoning, Orlando, FL (2/19/99)
              "Preparing for and recognizing potential toxicologically-related pediatric deaths: A forensic pathology perspective"
              "Case roundup: A survey of interesting and unique cases"

American Academy of Forensic Sciences Annual Meeting, Orlando, FL (2/22/99)
              "Asphyxial deaths"

Greater St. Louis Area Major Case Squad 34th Annual Retraining Session, St. Louis, MO (3/8/99)
              "Evaluation of Deaths Related to Custody"
              "Medicolegal Evaluation of Death and Injury due to Explosion"

POST Blast Investigation Training, Fort Leonard Wood, MO (4/20/99)
              "Explosion Investigation–Role of the Forensic Pathologist"

Emergency medicine grand rounds, Barnes-Jewish Hospital, St. Louis, MO (8/10/99)
              "Firearms and ballistics"

Barnes-Jewish Hospital Trauma Symposium, St. Louis, MO (2/4/00)
              "Interpretation of Patterns of Injury"

Missouri Dental Association, Missouri Emergency Response Identification Team, Jefferson City, MO (2/5/00)
              "Introduction to Forensic Pathology"
              "Firearm Injuries"
              "Investigation of Deaths Due to Explosions"
              "Asphyxial Deaths"

American Academy of Forensic Sciences Annual Meeting, Reno, NV (2/24/00)
              "Asphyxial Deaths"
              "Gunshot Wounds"

American Society of Clinical Pathology–College of American Pathologists Spring Meeting, Boston, MA (4/8/00)
              "Forensic aspects of pulmonary pathology"

Student National Medical Association, Region II conference, St. Louis, MO (11/4/00)
              "Introduction to forensic pathology"

American Academy of Forensic Sciences Annual Meeting, Seattle, WA (2/22/01)
              "Bombing Injuries"

Sudden Infant Death Syndrome Alliance, Chicago, IL (4/21/00)
              "SIDS–Diagnostic Issues"
American Association of Legal Nurse Consultants, St. Louis Chapter, St. Louis, MO (10/26/01)
              "Introduction to Forensic Pathology"

Public Agency Training Council, San Antonio, TX (11/26/01)

"Pathology Investigative Aspects of Cause, Mechanism and Manner of Death"

Department of Surgery Grand Rounds, St. Louis University Health Sciences Center, St. Louis, MO (5/1/02)
"Bombs and Explosions"

Missouri Society for Histotechnology Annual Spring Symposium, Lake of the Ozarks, MO (5/18/02)
"Case Studies in Forensic Pathology"

30th Annual Florida Medcial Examiners Educational Conference, University of Florida, Gainesville, FL (8/24/02)
"Medicolegal Evaluation of Bombs and Explosions"

Mealey's National Asbestos Litigation Conference 2000, Philadelphia, PA (9/19/02)
"Low Dose Exposure Cases: The Medicine"

American Academy of Forensic Sciences Annual Meeting, Chicago, IL (2/20/03)
"Asphyxial Deaths"

Improving Patient Care Through Forensic Science, Department of Veterans Affairs, San Diego, CA (4/24/03)
"Asphyxial Deaths"

Wisconsin Coroners and Medical Examiners Association Annual Conference, Portage, WI  (6/13/03)
"Explosion-related Deaths"
"Deaths in Custody"

Department of Internal Medicine Grand Rounds, St. Louis University, St. Louis, MO (11/21/03)
"Non-Arteriosclerotic Sudden Unexpected Cardiac Death in Young Persons"

American Academy of Forensic Sciences Annual Meeting, Dallas, TX (2/19/04)
"Explosion-related Deaths"

Cardiovascular Pathology Specialty Conference, USCAP meeting, Vancouver, BC, Canada (3/9/04)
"Non-Arteriosclerotic Sudden Unexpected Cardiac Death in Young Persons"

University of Michigan, Department of Pathology, Ann Arbor, MI--Visiting Professor (10/15/04)
Review of cases
"Basic Interpretation of Firearm Injuries"

Michigan Association of Medical Examiners annual meeting, Mt. Pleasant, MI (10/16/04)
"Interpretation of Firearm Injuries"
"Evaluation of Death and Injury due to Bombs and Explosions"

Mealey's Silica Litigation Conference, New Orleans, LA (10/25/04)
"The Pathology of Silica-related Diseases"

Missouri State Public Defender Winter Workshops, Lake of the Ozarks, MO (12/2/04)
"Determining Cause of Death"

American Academy of Forensic Sciences Annual Meeting, New Orleans, LA (2/24/05)
"Asphyxial Deaths"

Missouri Society for Histotechnology, Lake Ozark, MO (5/20/05)
"Case Studies in Forensic Pathology—Sudden Death Related to Pregnancy"

Pulmonary Pathology Society 2205 Biennial Pathology Symposium, Lake Annecy, France (6/16/05)
"Forensic Issues in Pulmonary Pathology"

Mealey's Asbestos-Related Diseases Teleconference (10/25/05)

"Malignant Mesothelioma—101)"

Defense Research Institute Asbestos Medicine Seminar, Miami Beach, FL (11/4/05)
"Causation—Thresholds of Exposure, Fiber Burden Studies and Criteria for Attribution of Asbestos-related Diseases"

Mealey's Asbestos Medicine Seminar, Philadelphia, PA (2/13/06)
"Asbestos-related Lung Disease"
"Asbestos-related Pleural Disease—Malignant Mesothelioma"

American Academy of Forensic Sciences Annual Meeting, Seattle, WA (2/23/06)
"Deaths in Custody"

Arch Air Medical Services "Trends in Emergency Care", St. Louis, MO (3/16/06)
"Forensics—Death Investigation"

Washington University Division of Geriatrics and Nutritional Science and Center for Aging, St. Louis, MO (3/17/06)
"The Law: What should be reported to the Medical Examiner? A look at health disparities from the Medical Examiner's perspective"

Mealey's Asbestos Medicine Conference, Chicago, IL (4/10/06)
"Low Dose and Secondary Exposure Cases: The Medicine and its Application in the Litigation"

Defense Research Institute Silica Medicine Seminar, Dallas, TX (6/16/06)
"Pathological Differential Diagnosis Between Asbestosis and Silicosis and Lung Cancer"

Defense Research Institute Asbestos Medicine Seminar, Las Vegas, NV (10/27/06)
"The Medical Aspects of Substantial Contributing Factor and Mesothelioma—Medical Factors to Consider"

Mealey's International Asbestos Conference, London, UK (11/1/06)
"Medicolegal Aspects of Asbestos-related Lung Disease—Lung Cancer"

Sudden Death, Excited Delirium and In-Custody Death Conference, Institute for the Prevention of In-Custody Deaths, Las Vegas, NV (11/16/06)
"Medicolegal Evaluation of In-Custody Deaths"

Missouri State Public Defender Conference, St. Louis, MO (12/11/06)
"Cause and Time of Death"

Mealey's Asbestos Conference:  the New Face of Asbestos Litigation, Washington, D.C. (2/8/07)
"Malignant Mesothelioma—Overview, 2007"

American Academy of Forensic Sciences, Dallas, TX (2/07)
"Investigation of Deaths due to Asphyxia"

Louisiana Collaborative—Balancing Forensics and Donation, White Castle, LA (4/19/07)
"Medicolegal Investigation of Deaths in Custody"
"Role of the Medical Examiner in Organ and Tissue Transplantation"

Mealey's Asbestos Super Conference, Scottsdale, AZ (9/27/07)
"Diagnosis of Malignant Mesothelioma—2007"

American Academy of Forensic Sciences, Washington DC (2/08)
"Medico-legal Investigation of Deaths in Custody"

Asbestos: Current Issues and Effective Litigation Tactics, Clayton, MO (4/10/08)

"The role of the pathologist in asbestos litigation"

Mealey's National Asbestos Litigation Super Conference, Scottsdale, AZ (9/22/08)
"Localized Malignant Mesothelioma"

Defense Research Institute Asbestos Medicine Seminar, Las Vegas, NV (11/7/08)
"Importance of tumor subtypes in assessing causation"

Southeastern Nova University Forensic Sciences Seminar, Fort Lauderdale, FL (11/14/08)
"Evaluation of Asphyxial Deaths"

American Academy of Forensic Sciences, Denver, CO (2/09)
"Asphyxial Deaths"

Mealey's "Emerging Trends in Asbestos Litigation" conference, Beverly Hills, CA (3/10/09)
"Significance of tumor subtypes in assessing causation"

NBI Conference, "Asbestos: Current Issues and Effective Litigation Tactics," St. Louis, MO (4/7/09)
"Significance of tumor subtypes"

Missouri Bar Association, Criminal Law and Procedure Committee Meeting, "Introduction to Forensic Pathology," Jefferson City, MO (5/8/09)

HarrisMartin's Midwest Asbestos Litigation Conference, "Radiation-induced Malignant Mesothelioma," St. Louis, MO (9/25/09)

Defense Research Institute, Asbestos Medicine Seminar, Miami, FL (11/13/09)
"Molecular aspects of malignant mesothelioma"

Perrin Conference, Asbestos Litigation Conference: A National Overview and Outlook, San Francisco, CA (9/15/10)
"Asbestosis—Update, 2010"

St. Louis University, Department of Pathology "Topics in Pathology", St. Louis, MO (9/20/10)
"Update on Evaluating Injuries and Death Associated With the Use of TASER Devices"

Crime Scene Investigators' National Camp, Lake of the Ozarks, MO (10/27/10)
"Introduction to Forensic Pathology"
"Evaluation of Deaths Occurring in Custody"

American Academy of Forensic Sciences Annual Meeting, Chicago, IL (2/11)
"Evaluation of deaths due to explosions and bombs"

Florida Association of Medical Examiners 38th Annual Educational Conference, West Palm Beach, FL (6/22/11)
"Evaluation of Deaths in Custody"
"TASER Medicine—An Update, 2011"

Mid-America Transplant Services, Board of Directors Retreat, Asheville, NC (9/13/11)
"Role of the Medical Examiner in Organ and Tissue Transplantation"

Perrin Conference, Asbestos Litigation Conference, San Francisco, CA (9/19/11)
"Advances in Asbestos Medicine" (Panel discussion—A. Brody, M. Graham, J. Maddox, V. Roggli)

Defense Research Institute, Asbestos Medicine Conference, Las Vegas, NV (11/11/11)
"Lung cancer update—2011"

American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA (2/23/12)
"Investigation of Deaths Temporarily Associated with Custody"

New York Association of County Coroners and Medical Examiners meeting, Saratoga, NY (9/22/12)
      "Evaluation of Deaths Temporally related to Custody"
      "Electronic Control Devices—Update, 2012"

Cutting Edge Issues in Asbestos Litigation Conference, Beverly Hills, CA (Perrin Conference, 3/18/13)
      "Pathogenesis of Pulmonary Fibrosis and Carcinoma"

Masters 15 Conference for Advanced Death Investigation, St. Louis, MO (7/23/13)
      George Gantner, Jr., M.D. Memorial Lecture Award
      "TASER Related Deaths: An Update"

St. Louis University Emergency Medicine Grand Rounds, St. Louis, MO (7/30/13)
      "Medicolegal Evaluation of Firearm Injuries"

St. Louis University Center for Medieval and Renaissance Studies King Richard III Colloquium (R3@SLU) (2/8/14)
      "Richard III—Medicolegal Death Investigation: Then and Now"

Perrin Asbestos Litigation Conference, Mesothelioma Panel, San Francisco, CA (9/9/14)
      "Radiation-induced Malignant Mesothelioma"

Michigan Association of Medical Examiners, Fall Conference, Mt. Pleasant, MI (10/25/14)
      "Investigating Death and Injury due to Explosions"
      "Investigation of Death Temporally Associated with Custody"
      "Conducted Electrical Weapons"

Defense Asbestos Lawyers Seminar, Las Vegas, NV (6/3/15)
      "Malignant mesothelioma in women"

Perrin Asbestos Litigation Conference, San Francisco, CA (9/15)
      "BAP-1 Update—2015"

Iowa Association of County Medical Examiners Annual Meeting, West Des Moines, IO (11/20/15)
      "Investigating Deaths Temporally Associated with Apprehension and Confinement"

Missouri Society of Pathologists 2016 meeting, St. Louis, MO (3/19/16)
      "Forensic Pathology—What to do, When to do it, What it means"

Defense Asbestos Litigation Seminar, Las Vegas, NV (6/8/16)
      "Diagnosis of Malignant Mesothelioma"

International Association of Coroners and Medical Examiners 2016 Annual Training Symposium, Las Vegas, NV (7/26/16)
      "Blunt Force Trauma"
      "Deaths Temporally Related to Apprehension and Custody"


**SOCIETIES & ACTIVITIES:**

American Academy of Forensic Sciences
      Program Co-chairman, 1984 national meeting, Anaheim, California
      Plenary Program Co-chairman, 1987 national meeting, San Diego, California
      Pathology/Biology Section Secretary (1991-92)
      Pathology/Biology Section Chairman (1992-1993)
      Pathology/Biology Section Program Committee (1997-1998)
      AAFS Standards Board Medicolegal Death Investigation Consensus Body (2016-current)

National Association of Medical Examiners

Education and Publications Committee (1986-1996)
Tissue Banking Committee (1986-1993)
Committee on Pediatric Toxicology Registry (1986-1992)
Committee on Medical Device Malfunction (1987)
Board of Directors (1988-2005)
Executive Committee (1989-2005)
Secretary-Treasurer (1989-2002)
Vice-president (2003)
President (2004)
Chairman, Board of Directors (2005)

National Association of Medical Examiners Foundation
 Member, Initial Board of Trustees (2006)
 Member, Board of Trustees (2006-current)
 Treasurer, Board of Trustees (2006-current)

College of American Pathologists
 Forensic Pathology Committee (1989-1999)
 Forensic Pathology Committee (2007-current)
  Vice Chairman (2010-2012)
  Chairman (2013-2016)
  Advisor (2017)

United States and Canadian Academy of Pathology

Society for Cardiovascular Pathology

Sudden Infant Death Syndrome Resources
 Medical Advisory Board (1988-1995)

American Board of Pathology
 Forensic Test Committee (1992-1997)

Mid-America Transplant Association
 Board of Directors (1991-current)

American Journal of Forensic Medicine and Pathology
 Editorial Board (1992-2009)

State of Missouri East Regional Trauma Committee
 Member (1992-disbanded circa 1994)

Missouri State Child Fatality Review Board
 Spokesperson, Pathologists' Network (1992-1996)

American Red Cross, Tissue Services
 National Medical Examiner/Coroner Advisory Committee (1999-disbanded circa 2006)
  Spokesperson (2003-2004)

Pulmonary Pathology Society

U.S. Department of Health and Human Services
 Organ Donation Breakthrough Collaborative Leadership Coordinating Council (2004-2006)

U.S. National Institute of Justice
 General forensic technical working group (2005-2007)
 NIJ/NAME EMDD Literature Review Project reviewer (2007)
 Peer Reviewer—Fundamental Research to Improve Understanding of the Accuracy, Reliability and

Measurement Validity of Forensic Science Disciplines (2010)
Peer Reviewer—Applied Research and Development in Forensic Science for Criminal Justice Purposes (2012)

National Center for Child Death Review Steering Committee (2005-2006)

TASER International, Inc.
        Scientific and medical advisory board (11/2007-current)

Academic Forensic Pathology
        Editorial board (2011-current)


**AWARDS:**

President's Award, Sudden Infant Death Syndrome Resources (1986)

Health Professional of the Year (1992), Combined Health Appeal of Greater St. Louis

Gift of Life Award, Mid-America Transplant Services and the National Kidney Foundation (1995)

Outstanding Service Award, National Association of Medical Examiners (1999)

Roland Quest Annual Award, Dept. of Pathology, St. Louis University (4/26/00)


**PUBLICATIONS:**

1.  Graham, M., Butler, D. and Milam, J., "Thoracic Aortic Thrombi and Hypercoagulability," Cardiovascular Diseases, Dec. 1981, pp. 475-479.

2.  Graham, M., Poklis, A., Mackell, M. and Gantner, G, "A Case of Suicide Involving the Concommitant Intravenous Injection of Barbital and the Oral Ingestion of Arsenic," Journal of the Forensic Sciences, JFSCA, Vol. 28, No. 1, Jan. 1983, pp. 251-254.

3.  Bagherian, V., Graham, M., Gerson, L.P. and Armstrong, D.L., "Double Pituitary Glands with Partial Duplication of Facial and Forebrain Structures with Hydrocephalus," Computerized Radiol., Vol. 8, No. 4, 1984, pp. 203-210.

4.  Cohle, S.D., Graham, M.A., "Sudden Death in Hemodialysis Patients," Journal of Forensic Sciences, JFSCA, Vol. 30, No. 1, Jan. 1985, pp. 158-66.

5.  Mackell, M., Gantner, G., Poklis, A. and Graham, M.,  "An Unsuspected Arsenic Poisoning Murder Disclosed By Forensic Autopsy" American Journal of Forensic Medicine and Pathology, 6(4):358-361, Dec, 1985.

6.  Cohle, S.D., Graham, M.A. and Pounder, D.J., "Nonatherosclerotic Sudden Coronary Death," Pathology Annual, Vol. 21, Part 2: pp. 217-249, 1986.

7.  Poklis, A., Mackell, M. and Graham, M., "Disposition of Cocaine in Fatal Poisoning in Man," J Analytical Toxicology, Vol. 9, Sept/Oct, 1985.

8. Graham, M., Hileman, F., Kirk, D., Wendling, J. and Wilson, J.,  "Background Human Exposure to 2,3,7,8-TCDD," Chemosphere, Vol. 14, No. 6/7, pp. 925-928, 1985.

9.  Graham, M., Hileman, F. D., Orth, R. G., Wendling, J. M. and Wilson, J. D.,"Chlorocarbons in Adipose Tissue From a Missouri Population," Chemosphere, Vol.15, Nos. 9-12, pp 1595-1600, 1986.

10. Newman, A.J., Graham, M.A., Carlton, C.G., Jr., Lieman, S.: "Incidental carcinoma of the prostate at the time of transurethral resection: Importance of evaluating every chip." J. Urol 1982; 128:948-50.

11. Hope, W., William, J., Gantner, G. and Graham, M., "Unacceptable Causes of Death," Metro Medicine, pp. 432-435, September, 1986.

12. Sotelo-Avila, C., Graham, M., Hanby, D. and Rudolph, A., "Nevus Cell Aggregates in the Placenta--A Histochemical and Electron Microscopic Study," Am J Clin Path 1988; 89:395-400.

13. Cohle, S., Graham, M., Dowling, G. and Pounder, D., "Sudden Death and LeftVentricular Outflow Disease," Pathology Annual 1988 (Part 2): 97-124.

14. Cohle, S., Trestrail, J., Graham, M., Oxley, D., Walp, B. and Jachimczyk, J.,"Fatal Pepper Aspiration," Am J Dis Child 1988:633-636

15. Cohle, S., Graham, M., Sperry, K. and Dowling, G., "Unexpected Death Due to Infective Endocarditis,"  Journal of the Forensic Sciences, JFSCA, Vol 34, No. 6,Nov. 1989, pp 1374-1386.

16. Poklis, A., Graham, M., Maginn, D., Branch, C. and Gantner, G., "Phencyclidine and Violent Deaths in St. Louis, Missouri: A Survey of Medical Examiners' Cases from 1977 through 1986," Am J Drug Alcohol Abuse, 16(3&4), pp 265-274 (1990).

17. Kemp, J., Kowalski, R., Burch, P., Graham, M. and Thach, B., "Unintentional Suffocation by Rebreathing: A Death Scene and Physiological Investigation of a Possible Cause of Sudden Infant Death," J Pediatr 1993; 122:881-6

18. Miller, L., Wesp, A., Jennison, S., Graham, M., Martin, T., McBride, L. Pennington, D. and Peigh, P., "Vascular Rejection in Heart Transplant Recipients," J Heart Lung Transplant, 1993; 12:S147-52.

19. Zimmerman, S., Adkins, D, Graham, M., Petruska, P., Bowers, C., Vrahnos, D.and Spitzer, G., "Case Report: Irreversible, Severe Congestive Cardiomyopathy Occurring   in Association with Interferon Alpha Therapy," Cancer Biotherapy 1994; 9:291-299.

20. Tracy, T.F., Silen, M.L. and Graham, M.A., "Delayed Rupture of the Abdominal Aorta in a Child Following a Suspected Handlebar Injury," J Trauma, 1996; 40:119-120.

21. Filkins, J.A., Cohle, S., Levy, B.K. and Graham, M.A.,"Unexpected Deaths Due to Colloid Cysts of the Third Ventricle," J Foren Sci, JFSCA, 1996; 41:521-523.

22. Donoghue, E.R., Graham, M.A., Jentzen, J.M., Lifschultz, B.D., Luke, J.L., and  Mirchandani, H.G., "Position paper: Criteria for the Diagnosis of Heat-Related Deaths," National Association of Medical Examiners, Am J Forensic Med & Pathol 1997; 18(1):11-14

23. Winters, G.L., McManus, B.M., for the Rapamycin Cardiac Rejection Treatment Trial Pathologists, " Consistencies and Controversies in the Application of the International Society of Heart and Lung Transplantation Working Formulation for Heart Transplant Biopsy Specimens," J Heart and Lung Transplantation, 1996; 15:728-735.

24. Long, C., Crifasi, J., Maginn, D., Graham, M., and Teas, S., "Comparison ofAnalytical Methods in the Determination of Two Venlafaxine Fatalities," J Analytic Tox, 21:166-169, 1997.

25. Graham, M and Hutchins, G, "Forensic Pathology–Pulmonary Pathology," Clin Laboratory Med, 1998; 18:241-262.

26.  Randall BB, Fierro MF and Froede RC for the Members of the Forensic Pathology Committee, College of American Pathologists, "Practice Guideline for Forensic Pathology," Arch Pathol Lab Med, 1998; 122:1056-1064

27. Kemp J, Unger B, Wilkins D, Psara R, Ledbetter T, Graham M, Case M and Thach B, "Unsafe Sleep Practices and an Analysis of Bedsharing Among Infants Dying Suddenly and Unexpectedly: Results of a Four-Year, Population-based, Death-scene  Investigation Study of Sudden Infant Death Syndrome and Related Deaths," Pediatrics, 2000; 106(3). URL:http://www.pediatrics.org/cgi/content/full/106/3/e41

28. Case ME, Graham MA, Corey Handy T, Jentzen JM and Monteleone J: The National Association of Medical Examiners Ad Hoc Committee on Shaken Baby Syndrome, "Position Paper on Fatal Abusive Head Injuries in Infants and Young

Children," Am J Forensic Med and Pathol, 2001; 22(2):112-122

29. Unger B, Kemp JS, Wilkins D, Psara R, Ledbetter T, Graham M, Case M and Thach BT, "Racial disparity and modifiable risk factors among infants dying suddenly and unexpectedly," Pediatrics, 2003; 111(2):E127-31.

30. Pinckard JK and Graham MA, "Heart valve tissue donation does not preclude the diagnosis of clinically significant pediatric cardiac abnormalities," Am J Forensic Med Pathol, 2003: 24:248-253.

31. Pinckard JK and Graham MA, "Pediatric Heart Valve Tissue Donation," ASCP Check Sample (FP04-1), 2004; 46(1):1-9.

32. Pinckard, JK and Graham MA, "Fat Embolism," ASCP Check Sample (FP04-3), 2004; 46(3):25-37

33. Bhalodolia r, Cortese C, Graham M and Hauptman P,  "Fulminant Acute Cellular Rejection with Negative Findings on Endomyocardial Biopsy", J Heart and Lung Transplantation 2006;25:989-92

34. Pinckard JK, Wetli CV and Graham MA, "National Association of Medical Examiners Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation," Am J Forensic Med Pathol 2007; 28: 202-207

35. Kroll MW, Calklins H, Luceri RM, Graham MA and Heegaard WG, "Sensitive Swine and TASER Electronic Control Devices," ACEM (letter to the editor) (in press)

36.  Kroll MW, Calkins H, Luceri RM, Graham MA and Heegaard WG, "TASER safety," CMAJ (letter to the editor) 2008; 179(7): 677-678

37.  Kroll MW, Walcott GP, Ideker RE, Graham MA, et al. The Stability of Electrically Induced Ventricular Fibrillation. 34th Annual International Conference of the IEEE and EMBS, August-September, 2012:6377-6381

38.  Graham MA and Roggli VL, Medicolegal Aspects of Asbestos I—Malignant Mesothelioma and Lung Cancer, Acad Forensic Pathol 2013 3 (4): 386-406.

39.  Graham, MA, Medicolegal Aspects of Asbestos II—Benign Pleural and Lung Diseases, Acad Forensic Pathol 2013 3 (4): 407-419.

40.  Graham, M, Pill Filler Angiopathy: Recognition and Investigation of Murder by Oral Pharmaceutical Injection. Arch Pathol Lab Med. 2014 138 (5):702-702 (abstract: Pulmonary Pathology Society Biennial Meeting, 6/13)

41. Graham M, Investigation of Deaths Temporally Associated with Law Enforcement Apprehension, Acad Forensic Pathol. 2014 4 (3):366-89

42. Kroll, MW, Still GK, Neuman TS, Graham MA and Griffin LV, Acute forces required for fatal compression asphyxia: A biomechanical model and historical comparisons. Medicine, Science and the Law, 2017 (in press)

**BOOKS AND CHAPTERS:**

1.  Graham, M. and Gantner, G., "Certification of Death," in Forensic Pathology, A Handbook For Pathologists, second edition.  Northfield, IL:  College of American Pathologists; 1990:pp 35-43.

2.  Graham, M. and Gantner, G., "Interacting With the Media," in Forensic Pathology, A Handbook for Pathologists, second edition.  Northfield, IL:  College of American Pathologists; 1990:pp 271-274.

3.  Graham, M. and Gantner, G., "Heat and Cold," in Forensic Pathology, A Handbook for Pathologists, second edition. Northfield, IL:  College of American Pathologists; 1990:pp 165-169.

4.  Gantner, G. and Graham, M., "Death Associated With Fire and Burns," in Forensic Pathology, A Handbook for Pathologists, Northfield, IL:  College of American Pathologists; 1990:pp 159-163.

5.  Gantner, G. and Graham, M., "Evaluating the Quality of the Medicolegal Autopsy Protocol," in Forensic Pathology, A Handbook for Pathologists, second edition. Northfield, IL:  College of American Pathologists; 1990:pp 11-17.

6.  Graham, M., "Pathology: Its Role in Personal Injury Litigation," in <u>Medical</u> <u>Evidence</u>, IICLE, Springfield, IL Chapter 8 (pp 1-22), 1990.

7.  Graham, M., "Role of the Medical Examiner in Child Abuse," in <u>Child Maltreatment,</u>  eds Brodeur, A. and Monteleone, J., G.W. Medical Publishing, Inc. St. Louis, MO,  1994

8.  Graham, M., "Pathology: Its Role in Personal Injury Litigation" in <u>Medical</u> <u>Evidence</u>, IICLE, Springfield, IL (1997)

9.  Graham, M., "Key Differences between the Role of the Coroner in the United States and the United Kingdom" in the <u>Oxford</u> <u>Textbook</u> <u>of</u> <u>Critical</u> <u>Care</u>, Webb A et al (eds), Oxford University Press, Oxford, UK; 1999:pg1044

10. Graham, M., and Hanzlick, R., <u>Forensic</u> <u>Pathology</u> <u>in</u> <u>Criminal</u> <u>Cases</u>, Lexis Law Publishing, Carlsbad, CA, 1997

11. Graham, M., "Role of the Medical Examiner in Child Abuse," in <u>Child Maltreatment,</u> second edition, eds Brodeur, A and Monteleone, J, G.W. Medical Publishing, Inc.,  St. Louis, MO, 1998

12. Graham, M., "The Medical Examiner, part 2," in <u>Child</u> <u>Maltreatment</u>, <u>A</u> <u>Comprehensive Photographic Reference Identifying Potential Child Abuse</u>, second edition, Monteleone, J, G.W. Medical Publishing, Inc., St. Louis, MO, 1998

13. Graham, M and Monteleone, J, "Identifying, Interpreting and Reporting Injuries," in <u>Quick Reference--Child Abuse</u>, Monteleone, J, G.W. Medical Publishing, Inc., St. Louis, MO, 1998

14. Graham, M, "Working with the Media and Methods of Disseminating Information," in <u>CAP Handbook for Postmortem Examination of</u> <u>Unidentified Remains</u>, Fierro, M (ed), College of American Pathologists, Northfield, IL, 1998.

15. Graham, M, "The Medicolegal Autopsy: Description of the Process," in <u>Medicolegal Death Investigation: Treatises in the Forensic Sciences</u>,2[nd] edition, Caplan YH and Frank RS (eds), The Forensic Sciences Foundation, Colorado Springs, CO, 1999

16. Graham M and Hanzlick R, <u>Forensic Pathology in Criminal Cases–1999</u> <u>Companion</u>,Lexis Law Publishing, Charlottesville, VA, 1999

17. Dix J and Graham M, <u>Time of Death, Decomposition and Identification–An Atlas</u>, CRC Press, Boca Raton, FL, 2000

18. Dix J, Graham M and Hanzick R, <u>Asphyxia and Drowning–An Atlas</u>, CRC Press, Boca Raton, FL, 2000

19. Dix J, Graham M and Hanzlick R, <u>Investigation of Road Traffic Fatalities–An</u> <u>Atlas</u>, CRC Press, Boca Raton, FL, 2000

20. Hanzlick R and Graham M, <u>Forensic Pathology in Criminal Cases, 2nd ed.</u>, Lexis Publishing, New York, New York, 2000

21. Froede RC and Graham MA, The Medicolegal Autopsy: Format and Quality Assurance. In: Froede RC, ed. <u>Handbook of Forensic Pathology</u>, 2nd ed, College Of American Pathologists, Northfield,    IL, 2003

22. Henry TE and Graham MA, Deaths Associated with Fires and Burns. In: Froede RC,  ed. <u>Handbook of Forensic Pathology</u>, 2nd ed, College of American Pathologists, Northfield, IL, 2003

23. Graham MA, Henry TE and Weedn VW, Work-Related Deaths. In: Froede RC, ed. <u>Handbook of Forensic Pathology</u>, 2nd ed, College of American Pathologists, Northfield, IL, 2003

24. Graham MA and Randall BB, Interaction with the Media. In: Froede RC, ed. <u>Handbook of Forensic Pathology</u>, 2nd ed, College of American Pathologists, Northfield, IL, 2003

25. Graham M and Corey T, Role of the Medical Examiner in Fatal Cases. In: Giardino AP and Alexander R, eds. <u>Child Maltreatment—A Clinical Guide and Reference</u>, 3rd ed., GW Medical Publishing, St. Louis, 2005

26. Bennett T, Giardino AP and Graham M, The Medical Examiner, in Alexander R and Giardino AP,eds. <u>Child</u>

<u>Maltreatment—A Comprehensive Photographic Reference Identifying Potential Child Abuse</u>, 3rd ed., GW Publishing, St. Louis, 2005

27. Graham M and Hanzlick R, <u>Forensic Pathology in Criminal Cases</u>, 3rd ed., LexisNexis, New York, 2006

   28. Graham M, Corey TS, Hanzlick R and Green MA, Forensic Pathology in the United States and United Kingdom. In: Alexander R, ed. <u>Child Fatality Review</u>, G.W. Medical Publishing, St. Louis, 2007

29. Graham M, Forensic Lung Pathology. In: Tomashefski JP, ed. <u>Dail and Hammar's Pulmonary Pathology</u>, 3rd ed, Springer , New York, 2008

   29. Graham MA and Sandomirsky M, Pathology of Asphyxial Disease in emedicine from WebMD, Updated April 6, 2011. Available at http://emedicine.medscape.com/article/1988699-overview.

   30.  Graham M, Histopathology of Cutaneous Conducted Electric Weapon Injuries, in Atlas of Conducted Electric Weapon Wounds and Forensic Analysis, Ho JD, et al (eds.), Springer. New York, 2012


**PAPERS PRESENTED:**

1.  Newman, A., Graham, M. and Carlton, E., "ABO Antigens in CIS and Dysplasia of the Urinary Bladder," American Urologic Assn., San Francisco, California (1980)

2.  Newman, A., Graham, M., et al, "Incidental Carcinoma of the Prostate at the Time of Transurethral Resection: Importance of Evaluating Every Chip," American Urologic Assn., Boston, Mass. (1981)

3.  Newman, A., Graham, M., et al, "ABO Antigens in Upper Urinary Tract Transitional Cell Tumors," American Urologic Assn., Boston, Mass. (1981)

4.  Graham, M., Hayes, D., Gantner, G., "Medical Center Suicides," American Academy of Forensic Sciences, Anaheim, California (1984)

5.  Graham, M., McGivney, J., "Fatal Mediastinitis Following Dental Extraction," American Academy of Forensic Sciences, Anaheim, California (1984)

6.  Cohle, S.D., Graham, M.A, "Sudden Death in Hemodialysis Patients," American Academy of Forensic Sciences, Anaheim, CA (1984)

7. Cohle, S.D., Graham, M.A., "Nonatherosclerotic Sudden Coronary Death, International Academy of Forensic Sciences, Oxford, England (September, 1984)
8.  Graham, M., Hileman, F., Kirk, D., Wendling, J. and Wilson, J., "Background Human Exposure to 2,3,7,8-TCDD," Fourth International Symposium on Chlorinated Dioxins and Related Compounds, Ottawa, Canada (October, 1984)

9.  Graham, M., Wong, S. and Poklis, A., "Death Due to Inhalation of Maleic Anhydride," American Academy of Forensic Sciences, Las Vegas, Nevada (1985)

10.  Gantner, G., Graham, M. and Gantner, T., "Provision of Lay Autopsy Reports to Families," American Academy of Forensic Sciences, Las Vegas, Nevada (1985)

11.  Graham, M., Hileman, F., Wendling, J. & Wilson, J. "Chlorocarbons in Adipose Tissue Samples," Fifth International Symposium on Chlorinated Dioxins & Related Compounds, Bayreuth, Federal Republic of Germany (Sept. 1985)


12.  Graham, M., Tsai, C., Miller, L., Williams, G., Tsai, L., and Martin, T., "Active Lymphocytic Myocarditis in Sudden Unexplained Death," International Academy of Pathology, Annual Meeting, New Orleans, Louisiana (March, 1986)

13.  Graham, M., Hileman, F., Wendling, J., and Wilson, J., "Chlorocarbons in Adipose Tissue and Liver Tissue Samples," Sixth International Symposium on Chlorinated Dioxins and Related Compounds, Fukuoka, Japan (September, 1986)

14.  Graham, M., and McCallister, HA, "The Spectrum of Myocardial Lesions Due to Catecholamines," National Association of Medical Examiners, Annual Meeting, Tucson, AZ (Nov., 1986)

15.  Graham, M., "Evaluation of Human Exposure to Dioxins and Other Environmental Trace Contaminants," American Academy of Forensic Sciences (Plenary Session), San Diego, CA (Feb., 1987)

16.  Burch, P., Graham, M., Poklis, A., "Sudden Death Associated with Phencyclidine," American Academy of Forensic Sciences, San Diego, CA (Feb., 1987)

17.  Graham, M., Burch, P., Cohle, S., Bux, R., Poklis, A. and Lynch, R., "Recreational and Iatrogenic Fatal Water Intoxication," American Academy of Forensic Sciences, Philadelphia, PA (Feb., 1988)

18.  Burch, P. and Graham, M., "SIDS or Infanticide?--Differentiating SIDS From Overlying and Other Forms of Infant Death When Autopsy Findings are Non-diagnostic," American Academy of Forensic Sciences, Philadelphia, PA (Feb.,1988)

19.  Poklis, A., Maginn, D., Graham, M. and Gantner, G., "Drug Abuse Trends in St. Louis, MO; 1977-86," American Academy of Forensic Sciences, Philadelphia, PA (Feb., 1988)

20.  Graham, M., "The Forensic Examination of the Cardiac Transplant Recipient," National Association of Medical Examiners, Boston, MA (Nov., 1988)

21.  Cohle, S., Graham, M., Sperry, K. and Dowling, G., "Unexpected Death Due to Infective Endocarditis," American Academy of Forensic Sciences, Las Vegas, NV (Feb., 1989)

22.  Pegors, C., Vogler, C., Graham, M. and Beeson, R., "Skeletal Muscle in Victims of SIDS: A Morphometric Assessment," American Society of Clinical Pathology, San Francisco, CA (1990) (Poster)

23.  Kemp, J., Kowalski, R., Graham, M. and Thatch, T., "Positional Ventilatory Impairment in a Serial Study of 23 SIDS Cases", The American Pediatric Society and The Society for Pediatric Research, Boston, MA (May, 1992)

24.  Jennison, S., Wesp, A., Graham, M., McBride, L., and Miller, L., "Through Cyclosporin Levels in the Early Postoperative Period Do Not Influence the Rate of Subsequent Acute Cardiac Rejection," Third International Congress on Cyclosporine, Seville, Spain (March, 1994)

25.  Graham, M., "Rebreathing - It's Role in SIDS," National Association of Medical Examiners Interim Meeting, Seattle, (February, 1995)

26.  Case, ME, Graham, MA and Wood JE, "Spinal Cord Injury in Child Abuse", National Association of Medical Examiners, Traverse City, Michigan (September, 1996)

27.  Graham, MA and Case, ME, "Hyperthermia in St. Louis – Evolution of a Community Response", National Association of Medical Examiners, Traverse City, Michigan (September, 1996)

28.  Case ME, Graham MA and Wood JE, "Spinal cord injury in Child Abuse by Shaking," The Second National Conference on Shaken Baby Syndrome, Salt Lake City, Utah (September, 1998)

29.  Unger B, Graham M, et al, "Racial Disparity in Sudden Infant Death Syndrome (SIDS) and Accidental Suffocation: Incidence and death scene findings in a 4-year population based study," Sudden Infant Death Syndrome Alliance, Chicago, IL (4/21/01) (Poster)

30.  Clark S, Graham M and Smialek J, "National Train the Trainer Academy for Medicolegal Death Investigator Training," National Association of Medical Examiners Annual Meeting, Richmond, VA (October, 2001)

31.  Jumbelic M and Graham, M, "Interobserver Variation in Estimating Coronary Atherosclerosis," National Association of Medical Examiners Annual Meeting, Richmond, VA (October, 2001)

32.  Jumbelic M, Kontanis E and Graham M, "Results of Interobserver Variation in Estimating Coronary Atherosclerosis," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

33.  Pinckard JK and Graham M, "Heart Valve Tissue Donation Does Not Preclude the Diagnosis of Clinically Significant Pediatric Cardiac Abnormalities," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

34.  Graham M, Pinckard JK and Kelly K, "Protocol for Optimizing the Examination of Hearts Procured/Processed for Valve Tissue Transplantation," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

35.  Pinckard JK and Graham M, "Deaths of Entertainment-Style Wrestlers: A Case Report and Review of the Literature", National Association of Medical Examiners Annual Meeting, San Jose, CA (September, 2003)

36.  Graham M and Hanzlick R, "The Year in Review", National Association of Medical Examiners Annual Meeting, Nashville, TN (September, 2004)

37.  Kroll M, Panescu D, Brewer J, Lakkireddy DJ and Graham MA, "Weight adjusted meta-analysis of fibrillation risk from TASER conducted electrical weapons", American Academy of Forensic Sciences annual meeting, Denver, CO (February, 2009)

38.  Dutra TF, Graham MA and Turner JW, "Big People, Big Hearts: Histochemical and immunohistochemical stain comparisons of hypertrophic heart sections from morbidly obese decedents, compared with heart sections from age matched controls", National Association of Medical Examiners Annual Meeting, San Francisco, CA (September, 2009)

39.  Graham MA, "Evaluation of Death Temporally Related to Custody (Introduction, Sickle Cell Trait, Water Intoxication)", National Association of Medical Examiners Annual Meeting, Sitka, Alaska (August, 2011)

40.  Dawes D, Ho J, Graham MA, et al, "In Vivo Wound Progression from a TASER X26 Exposure" (Poster), National Association of Medical Examiners Annual Meeting, Alaska (August, 2011)

41.  Kroll MW, Walcott GP, Ideker RE, Graham, MA, Calkins H, Lakkireddy D, Luceri RM and Panescu D, "The Stability of Electrically Induced Ventricular Fibrillation," Institute of Electrical and Electronics Engineers (IEEE),  Engineering in Medicine and Biology Conference, San Diego, CA (September, 2012)

42.  Graham, MA, "Pill Filler Angiopathy—Recognition and Investigation of Murder by Oral Pharmaceutical Injection," Pulmonary Pathology Society Biennial Meeting, Grenoble, France (June, 2012)

43.  Graham MA, et al, "Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electronic Weapons and Their Temporal Relationship to Sudden Arrest," National Association of Medical Examiners (NAME) Annual Meeting, Portland, OR (9/23/14)

44.  Graham, MA, "Overview of Investigation of Deaths Temporally Related to Law Enforcement Apprehension," National Association of Medical Examiners Annual Meeting (10/15)

4/4/17