# Exhibit A-NFLPA-60



# Forensic Medical Consulting of NY, P.C.

Lone Thanning, M.D.,
F.C.A.P., FACFE, DABFM
Diplomate, Anatomic & Forensic Pathology

## CURRICULUM VITAE

### PERSONAL DATA:

**Name:** Lone Thanning, M.D., F.C.A.P., DACFE, DABFM
Board Certified: Anatomic and Forensic Pathology,
Forensic Medicine and Forensic Examination.

**Address:** 148 Huntington Bay Road
Huntington, NY 11743

**Citizenship:** United States

**Date of Birth:** May 6, 1953

**Place of Birth:** Greve, Denmark

### EMPLOYMENT:

**1989 - Present:** Director, Forensic Medical Consulting of New York, P.C.
Anatomic and Forensic Pathologist Practice.
[Incorporated April 2006].

**April 1, 2003 - May 27, 2008:** Chief Medical Examiner,
Office of Chief Medical Examiner, Rockland County, New York.

**August 1, 2002:** Forensic Pathologist Consultant,
Office of Chief Medical Examiner, Rockland County, New York.

**January 1994 – September 1994:** Acting Assistant Medical Examiner
Office of the Medical Examiner, Onondaga County, New York.
Locum Tenens Position. In charge of 24 hour operation of
Medical Examiner's Office.

**July 1987 – August 1993:** Deputy Medical Examiner-Forensic Pathologist
Office of the Medical Examiner, Nassau County, New York.

148 Huntington Bay Road, Huntington, N.Y. 11743
Cell: (516) - 528-5448 • Tel: (631) - 470-7309 • Fax: (631) - 421-1376
E-mail: lthanning@optonline.net

CONFIDENTIAL 02

LONE THANNING, M.D.
Curriculum Vitae

2

## PROFESSIONAL TRAINING:

| | |
|---|---|
| 7/86 - 6/87: | Fellowship in Forensic Pathology, Office of the Medical Examiner, Nassau County, New York.<br>**A.C.G.M.E. - ACCREDITED PROGRAM** |
| 7/83 - 6/86: | Resident Physician in Anatomic Pathology, State University of New York at Stony Brook.<br>**Chief Resident, 7/1/85 - 6/30/86.**<br>**A.C.G.M.E. - ACCREDITED PROGRAM** |
| 3/82 - 6/83: | Resident Physician in Internal Medicine, Amtssygehuset, Maribo, Denmark.<br>**Chief Resident and Attending Physician 11/1/82 - 6/30/83.** |
| 3/80 - 2/82: | Mixed Medical Intern and Resident Physician, University of Copenhagen. Affiliated Hospitals, Denmark and Sweden.<br>**National Health Department of Denmark Accredited Program.** |

## EDUCATION:

| | |
|---|---|
| 9/72 - 1/80: | Medical School, University of Copenhagen, Denmark. All Clinical Training received at The Royal National Institute of Health.<br>Degree: **Medical Doctor.** |
| 8/69 - 6/72: | Roskilde Kommunale Gymnasium, Denmark.<br>Degree: **University-prep Degree.** |

## CERTIFICATES:

**NATIONAL MEDICAL SPECIALTY BOARDS:**

**ABP**
**AMERICAN BOARD OF PATHOLOGY:**
Board Certified Diplomate, Anatomic Pathology
Board Certified Diplomate, Forensic Pathology.
Issued: June 1993.

**ACFE**
**AMERICAN COLLEGE OF FORENSIC EXAMINERS:**
Board Certified Diplomate, Forensic Examiner, (DACFE). Issued: May, 1995.

Board Certified Diplomate, Forensic Medicine, (DABFM). Issued: September, 1995.

**FLEX CERTIFICATION:**
**National Medical Board of USA Equivalent**
Parts I and II of II
Issued: September, 1985.



LONE THANNING, M.D.
Curriculum Vitae

## CERTIFICATES (cont.):

**V.Q.E. CERTIFICATION:**
Visa Qualifying Examination
Certificate Number: 341-150-1
Issued: October, 1983.

**E.C.F.M.G. CERTIFICATION:**
Educational Commission of
Foreign Medical Graduates
Certificate Number: 341-150-1
Issued: May, 1982.

## LICENSES:

Medical License, Unrestricted, to Practice Independently as a Physician in the:

**State of New York:** License #: 167182-1.
Issued: July, 1986

**State of Florida:** License #: 55030.
Issued: February, 1989
Status: Inactive.

**Countries of Scandinavia, European Economic Community, Greenland, and the Faroe Islands:**
License #: 060553-0958
Issued: October, 1982.

## LANGUAGES:

**Fluent in Written and Spoken:** Danish, English, Swedish, Norwegian, French and German.

## PROFESSIONAL SOCIETIES:

**Current:**

1) Fellow - College of American Pathologists (F.C.A.P.). ID#: 0701990.

2) Life Fellow - American College of Forensic Examiners (FACFE-Life).

3) Life Fellow, Police Surgeon. International Society of Police Surgeons (ISPS). Badge #: 485.

4) Member United States and Canadian Academy of Pathology, Inc.

**Former:**

5) Member New York Society of Medical Jurisprudence.

6) Subs. Member National Association of Medical Examiners.

7) Member New York State Association of County Coroners & Medical Examiners.

LONE THANNING, M.D.
Curriculum Vitae

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2011. YogaFit Training Systems Worldwide, Inc. Torrance, California | Appointed Lead Physician, Medical Education Board; Certified YogaFit Instructor/TeacherTrainer. Level 1, Nov 2001; Level 2 May 2002; and Level 3 June 2005. |
| 2007. Touro College Jacob D. Fuchsberg Law Center | Conveyed Honorary Title of: "DISTINGUISHED LECTURER IN LAW". |
| Intoxikon, International, Yardley, Pennsylvania 2003. | Member, Advisory Board of Directors. |
| Touro International College, School of Health Sciences Appointed 2000-2001. | **PROGRAM DIRECTOR** Head of Faculty, Forensic Examination, and Associate Professor. |
| American College of Forensic Examiners | **CHAIRMAN** The American Board of Forensic Medicine. Executive Board of Medical Advisors (ABFM). 1997 Term of Office. 1998 Term of Office (Re-appointed). 1999 Term of Office (Re-appointed). **CHAIR EMERITUS** The American Board of Forensic Medicine. 2000 Term of Office. 2001 Term of Office (Re-appointed). |
| American Academy of Thermology 1999: | Conference Faculty Member Faculty Member. |
| ACFE 1996 - 1999: | Conference Faculty Member American College of Forensic Examiners. |
| American College of Forensic Examiners | Member, Executive Board of Advisors for Professional Standards (ACFE). 1998 Term of Office. |
| International Society of Police Surgeons (ISPS): 1997-Present | Member, Executive Advisory Board for the International Society of Police Surgeons (ISPS). Life Fellow, Police Surgeon, ID Badge #: 485. |

LONE THANNING, M.D.
Curriculum Vitae

5

## ACADEMIC APPOINTMENTS (CONT.):

| | |
|---|---|
| ACFE | **Chairman, Continuing Education Subcommittee,** (ABFM), 1998 and 1999 Term of Office. |
| ACFE 12/14/96 – 12/99: | **Member, Editorial Board of Advisors,** The American College of Forensic Examiners. |
| ABFM 9/14/95 - 12/14/96: | **Member of the Executive Board of Advisors** for Professional Standards. The American Board of Forensic Medicine. |
| New York State University (SUNY at Stony Brook). 2/87 - 11/93: | Faculty Appointment as Clinical Instructor, Department of Pathology, (Teaching of Medical Students and Residents). |
| New York State University (SUNY at Stony Brook). 7/83 - 6/86: | Faculty Appointment as Assistant Clinical Instructor, Department of Pathology. |

## HONORARY AWARDS:

| | |
|---|---|
| 2009: | America's Top Pathologists. Chief Medical Examiner, Listed among America's Top Pathologists, by Consumers' Research Council of America. |
| January 2004: | Achievement Award for Working and Helping Veterans Who Served. |
| 2002 Edition: | Listed in Nationwide Register's "Who's Who" in Executives and Businesses. |
| October 1998: | Honored for dedicated leadership as Chairman; American Board of Forensic Medicine; by the American College of Forensic Examiners. |
| September 1994: | Honored for Leadership Onondaga Medical Examiner's Office, Syracuse, New York. |

LONE THANNING, M.D.
Curriculum Vitae

6

## OTHER TEACHING ACTIVITIES:

| | |
|---|---|
| 4/03 – 5/08: | Medical Examiner's Office, Rockland County. Instruction and Supervision of Forensic Medical Investigators, Morgue Technicians, Clerical Staff and Laboratory Personnel. Supervision of Forensic Lecturing of High-School Students, Police Academy Students, and BOCES Students. |
| 1/94 - 9/94: | Medical Examiner's Office, Onondaga County, New York. Instruction and Supervision of Forensic Medical Investigators, Morgue Technicians, Clerical Staff and Laboratory Personnel. |
| 7/87 - 8/93: | Medical Examiner's Office Nassau County, New York. Forensic Pathology Teaching and Supervision of Fellow Medical Examiner-Pathologist Trainees, Pathology Residents, Medical Students, Law Students, Police Academy Students, EMS and AMS Trainees. Instruction and Supervision of Forensic Medical Investigators and Laboratory Personnel. |

## PUBLICATIONS AND LECTURES:

1. **L. Thanning, M.D., F.C.A.P.** Speaker. Breast Cancer Benefit; The Sheraton Hotel, 110 Motor Parkway, Hauppauge, NY 11788. Moderator: Michelle Imperato, Channel 55/10 News. October 10, 2010.

2. Cyril H. Wecht, M.D., J.D., Steven A. Kochler, MPH, Ph.D, and **Lone Thanning, M.D.** "Medical Legal Aspects of Medical Records. Autopsy Reports", Chapter 18. Second Edition, Volume I. Foundations of Medical Records. By Patricia Iyer, MSN, RN, LNCC & Barbara J. Levin, BSN, RN, ONC, LNCC. Lawyers and Judges Publishing Co., Inc. Tucson, Arizona, 2010.

3. **L. Thanning, M.D.; F.C.A.P.** Speaker: **The Queens County Bar Association.** "Practical Application of Civil Litigation Trial Techniques" Seminar. January 2009.

4. **L. Thanning, M.D., Presenter/Speaker: Nassau-Suffolk Counties Trial Lawyers' Association.** Case Presentations and Discussions. Hilton Hotel, Melville, NY 1998; County Attorneys Offices, Mineola, New York, December 2000; Westbury Manor, March 2007; "Forensic Considerations in Civil Litigation". Powerpoint Presentation.

5. **L. Thanning, M.D., Presenter/Speaker: Trauma Symposium. Hilton Hotel, Mahwah, New Jersey.** Sponsored by Good Samaritan Hospital, Suffern, New York. November 2005.

LONE THANNING, M.D.
Curriculum Vitae

7

## PUBLICATIONS AND LECTURES (CONT.):

6. L. Thanning, M.D., Lecturer. Touro College. Jacob D. Fuchsberg School of Law. Fall 2004, 2005, 2006 and 2007.

7. L. Thanning, M.D., ACFE//APA'S 7th Annual National Academy Convention. Wrote "Core Course I" and Presented Part 3: "Principles and Practice of Forensic Medicine Applied in Civil Cases". Served on Teaching Faculty and as Moderator, Waldorf-Astoria Hotel, New York City, October 1999.

8. S. Govindan, M.D. and L. Thanning, M.D., The American Academy of Thermology 28th Annual Meeting. "Monitoring Postmortem Cooling of the Human Head". Abstract presentation. May 1999.

9. L. Thanning, M.D., Article published in "The Forensic Examiner" Journal of the ACFE. "Professional Medical Misconduct". Volume 8, Number 1&2, January/February 1999.

10. L. Thanning, M.D., Srini Govindan, M.D. (Co-lecturer), American College of Forensic Examiners' 6th Annual Academy Meeting, Naples, Florida. "Sudden Death in Head Injury". A Forensic perspective. Abstract Presentation. Served on Conference Faculty for this National Convention. October 1998.

11. L. Thanning, M.D., Editorial Letter Published in "The Forensic Examiner" Journal of the ACFE. "On Issues of Ethics and Integrity Requirements in Continuing Education". Volume 7, Numbers 5 & 6, May/June 1998.

12. L. Thanning, M.D., American College of Forensic Examiners' 5th Annual Academy Meeting. San Diego, California. "Medico-Legal Controversies". A colloquy addressing problems in Death Certification. December 1997.

    Served as **Division Chair** (Forensic Medicine) for this **National Convention**.

13. L. Thanning, M.D., American College of Forensic Examiners' 4th Annual Academy Meeting, San Diego, California. "Mysterious Undiagnosed Deaths" - A Neuro-Psychiatric-Pathological Discussion, Co-Lecturer: David Rosengard, M.D., December 1996.

14. Peer Review Editing of Multiple Articles Submitted to the "Forensic Examiner" Journal of the ACFE and National Continuing Medical Education Courses, as follows:
    - CME Course: Evaluation of National Internet Distance Course on Disability Assessments. Author Gabriel E. Sella, M.D., American Academy of Family Practitioners. January 1996.
    - "Legal Issues and Ethics", 1996.

LONE THANNING, M.D.
Curriculum Vitae

8

## PUBLICATIONS AND LECTURES (CONT.):

- "Delaware's Medico-Legal Investigation of Death", 1997.
- "Delaware's Serial Killer", 1997.
- "The Role of Forensic Psychological Evaluation in Death Row Appeal Cases", 1997.
- "The Relationship Between Chronic Pain and Fear-Induced Disability", 1997.
- "The Humpty Dumpty Affliction", 1997.
- CME Course: "Syllabus on Forensic Sculpture." (Facial Reconstruction from the Human Skull), 1997.
- "Teenage Suicide and Equivocal Cases", 1998.

15. L. Thanning, M.D., American Board of Forensic Medicine Section on Forensic Psychiatry Certification. Editorial Letter published in "The Forensic Examiner" Journal of the ACFE. Volume 6. Numbers 9 & 10, Sept. - Oct. 1997.

16. **International Lecture:** L. Thanning, M.D., Royal Danish National Institute of Health (Rigshospitalet) Department of Anesthesiology. "Medico-Legal Aspects of Anesthetic Complications Regarding Central Venous Catheterization. July 1996.

17. **International Lecture:** L. Thanning, M.D., University of Copenhagen, Denmark. Institute of Forensic Pathology. "The Role of the Forensic Pathologist in the American Legal System". December 1993.

18. L. Thanning, M.D., Presenter/Speaker: Nassau - Suffolk Counties Trial Attorney's Association: Hilton Hotel, Huntington, New York. "The Role of the Forensic Pathologist in Litigation." November 1993.

19. Chumas, J., Thanning, L., Mann, W. Malignant mixed mullerian tumor arising in Extragenital endometriosis. Case Report and Literature Review. International Journal of Gynecologic Oncology: 23, 227-233, January 1986.

20. L. Thanning, M.D., Lecture: State University of New York, SUNY at Stony Brook, Department of Pathology. "Biopsy Interpretation of Renal-Transplant Rejection." March 1986.

21. Thanning, M.D., Lecture: State University of New York, SUNY at Stony Brook, Department of Pathology. "Neuropathologic Changes Applicable in Medico-legal Deaths". November 1985.

22. Lone Thanning, M.D., Tutorials in Surgery 5. Surgical Pathology. F.D. Smiddy and P.N. Cowen. Diman Prss, Bath, 1984. Pp. 273, **Abstract on Medical Textbook Review.** Published in "The Journal of Histotechnology".

LONE THANNING, M.D.
Curriculum Vitae

## PUBLICATIONS AND LECTURES (CONT.):

23. **Thanning, L.**, Knuhtsen, B. Non-specific spondylitis. Case Reports. Ugeskrift for laeger (The Danish Medical Journal. English Abstract) 50, 145:3913-3914. December 1983.

## PARTICIPATION IN UNPUBLISHED RESEARCH PROJECTS:

1. E. Coryllos, Editor, **Thanning, L.**, Leiderman, M., Lukash, L., Office of the Medical Examiner, Nassau County. **Chapter in Book**, on Sports Medicine. "Sudden Unexpected Non-Traumatic Death in Children and Adolescents During Physical Exertion." 1990 - 1992.

2. Fromowitz, F.B., Lane, B.P., **Thanning, L.**, State University of New York at Stony Brook, Department of Pathology. **Comparative Study** on Prostate Cancer Classification. Electron Microscopy vs. Immunohistochemical Features. 1985 - 1986.

3. Sloan-Kettering Memorial Hospital; New York City. Tissue Laboratory. Director and Chairman Professor Bo Dupont. **Experimental Study** on T-Cell//NK Cells. 1981.

## CURRENT OR FORMER FORENSIC PATHOLOGIST EXPERT CONSULTANT FOR:

- New York City; Patrolmen's Benevolent Association.
- New York City; The Legal Aid Society, Criminal Defense Division. New York City; The Neighborhood Defender Service of Harlem.
- New York State; Attorney General's Office.
- New York State; Office of Mental Health.
- New York State; Nassau County District Attorney's Office, Special Investigations Bureau and County Attorney's Office.
- Metro Medical Services (MMS).
- New York State; Capital Defender's Office.
- State of Kansas: Capital Defender's Office.
- Metropolitan Transportation Authority; Long Island Rail Road.
- Nationally; Medically Dedicated Incorporated (MDI).
- New York State; Indigent Defendants' Legal Panel. Assigned Counsel Plan.
- New York State; Onondaga County and Oneida County; District Attorney's Office.
- Washington, D.C.; Attorney General's Office. Pro Bono. For National Disaster Team Investigation of Major Airplane Crash. Avianca Airline, January 1990. (Participated in scene investigation, triage operation and conducted multiple autopsies).
- United Cerebral Palsy (UCP) Of Greater Suffolk, NY. (Pro Bono Consultant).

LONE THANNING, M.D.  
Curriculum Vitae

10

## PROFESSIONAL EXPERIENCE:

- **Over 4000 Autopsies and External Examinations Performed.**
- **Assisted in/Supervised over 5000 Autopsies.**
  (Hospital-Based, Medical Examiner Cases and Private Cases).
- **Performed Multiple Exhumation Autopsies.**
- **Performed Several Hundred Forensic Scene Investigations.**
  (Involving Homicide, Accidental, Suicidal and Natural Deaths).
- **Testified as an expert more than 400 times in the Court of Law and in Depositions.**
  (Includes Criminal Court, Supreme Court, Federal Court, Court of Claims, Hearings and Arbitrations in approximately 11 of the United States (NY, NJ, CT, RI, PA, NC, WV, KS, KY, FL, MI).

## MEDIA EXPOSURE:

1) ABC Eyewitness News, TV and Website. Reconstruction of Unidentified Body, 2004.
2) National Prime Time Radio (ABC News-Court TV): O.J. Simpson Trial Commentator. 1995.
3) Portrayed by Canadian Broadcast Television Company Aired in 59 Countries Worldwide; Forensic Case Work-up of High Profile Murder, 1990.
4) Danish National News Magazine Article, 1990.
5) National Educational Television on Drug and Alcohol Abuse-Related Fatalities. Aired more than one dozen times. Approximately 1988.

LT:dg  
MAY 2011

CONFIDENTIAL 02