# Exhibit A-NFLPA-61

**DigitalShield**

*Your Front Line in Cyber Security*

**Requesting Company:** **National Football League (NFL)**
**Requesting Personnel:** **David McCain**
**Digital Forensic Examiner:** **Joseph Church**

**Case Synopsis:**

Digital Shield, Inc. (DSI) was contacted to provide a forensic analysis and report of findings ("Report of Findings") on two (2) mobile forensic images for the National Football League (NFL) located in New York, New York. The NFL has asked DSI to provide a Report of Findings, based on its forensic expertise, detailing all related communications (SMS, MMS, Application Data) and images (pictures/EXIF) of identified parties within a specific timeframe relevant to an alleged domestic abuse incident or incidents.

Items for analysis were provided on an Aegis Padlock 3 "A25-3PL256-500" Encrypted drive by FEDEX Tracking Number: (7152 4930 4436).

## Evidence Submitted for Analysis

Items for forensic review:

**ITEM A:** Black USB 3 External Hard Drive Aegis Padlock 3 "A25-3PL256-500" – Encrypted Drive
- Password protected containing two mobile forensic images



| ▸ Aegis (F:) | | | |
|---|---|---|---|
| Name ^ | Date modified | Type | Size |
| Apple iPhone 6 (A1549) 2016_10_18 (001) | 10/18/2016 12:25 ... | File folder | |
| Apple iPhone 6s (A1688) 2016_11_01 (001) | 11/1/2016 12:08 PM | File folder | |

Both mobile device images were produced by Cellebrite UFED Mobile forensic suite and contain separate file system dumps from the following:
- Apple iPhone 6 (A1549)
- Apple iPhone 6s (A1688)

## Examinations/Analysis

Both mobile device forensic images were decoded and analyzed using Cellebrite UFED Physical Analyzer version 6.0.0.129. Digital Shield's mobile device expert examined text based communication and pictures for evidence of the alleged domestic violence.  Parties identified as relevant for the investigation were:

- **Tiffany Thompson**
  - (614) 378-3880
  - (614) 928-4472
- **Ezekiel Elliott**
  - (314) 920-0584
  - (614) 440-2003

CONFIDENTIAL 02

**DigitalShield**

*Your Front Line in Cyber Security*

- o (214) 886-7271
- o (614) 440-2083
- Aunt Elaine (Tiffany's Aunt)
  - o (614) 204-4867

From analysis of provided mobile device images, data was located possibly pertaining to alleged incidents of domestic violence.

- Aunt Elaine – Apple iPhone 6 (A1549) 2016_10_18 (001)
- Tiffany Thompson – Apple iPhone 6s (A1688) 2016_11_01 (001)

## Aunt Elaine's Mobile Device Information:

### Apple iPhone 6 (A1549) 2016_10_18 (001)



Information profile collected from Aunt Elaine's Mobile Device

**NOTE:** Screen shots represented in the report of conversations that appear in color were taken by the examiner to show the flow of the conversations with chat view. These were produced by the examiner/forensic software to better represent the conversation of both parties.



NFL – Case #2017-001-001

CONFIDENTIAL 02

**DigitalShield**

*Your Front Line in Cyber Security*

## Tiffany Thompson's Mobile Device Information:

### Apple iPhone 6s (A1688) 2016_11_01 (001)

Device Info

| | | |
|---|---|---|
| | 8901120100329371314B | edu.plist : Gx1AD |
| | Fake | Manifest.plist : 0xDD4 |
| IMSI | (614) 928-4472 | info.plist : 0x2A4 |
| | 353134579783051 | info.plist : 0x1F1 |
| | iPhone8.2 | info.plist : 0x1F3 |
| | FCDA520LGRA5 | info.plist : 0x2bA |
| | 14a11B4a4324726d42eea37f2add3f3f0a342ze4 | info.plist : 0x2bU |
| | iPhone | info.plist : 0x1F3 |
| | iPhone 6s Plus | info.plist : 0x1F1 |
| | 10.0.1 | info.plist : 0x231 |

Tethering:

| | | |
|---|---|---|
| | 9/19/2016 12:43 ST AM(UTC+0) | |
| | True | Accounts3.sqlite : 0x551C |
| | d31rc4B.90.74c5 | PhoneInfo.xml : 0x4f0 |
| | FCDA520LGRA5 | PhoneInfo.xml : 0x1E17 |
| | 310125829773.314 | PhoneInfo.xml : 0xc97 |
| | 3133144073780021 | PhoneInfo.xml : 0xCc4 |
| | 8901120100329371143 | PhoneInfo.xml : 0x8f7 |
| | 14a11B4a4324726d42eea37f2add3f3f0a342ze4 | PhoneInfo.xml : 0x1b76 |
| | d31rc4B.99.74.c5 | PhoneInfo.xml : 0x1919 |
| | iPhone (MobileAP) | PhoneInfo.xml : 0v904 |
| | 11/1/2016 4:08 35 PM(UTC+0) | PhoneInfo.xml : 0x17b8 |
| | iPhone8.2 | PhoneInfo.xml : 0x1329 |
| | iPhone 6s Plus | PhoneInfo.xml : 0x1329 |
| | 10.0.1 | PhoneInfo.xml : 0x16b2 |
| | em.4faby_11as@yanoo.com | com.apple.homedomae.plist : 0x18A |
| | 8901120100329371314B | cudata : 0x196 |
| | 6148284472 | com.apple.commcenter.plist : 0x250 |

Phone Settings

| | | |
|---|---|---|
| | True | com.apple.locationd.plist : 0x72 |
| | True | com.apple.kbd fredimtiratrect.ptst/Mldhu curfu plist ... |

*Information profile collected from* **Tiffany Thompson's** *Mobile Device*

---

## Timeline

**11/13/2015**

- Screen captures of chat/SMS conversation with Tiffany Thompson and Aunt Elaine, discussion of possible abuse and injury.



*Source:* **Aunt Elaine's** *Mobile Device*

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**12/23/2015**

- Screen shots of chat/SMS conversations with Tiffany Thompson and Aunt Elaine, where detox of drugs is discussed and remedy provided by Aunt Elaine.



*Source:  Aunt Elaine's Mobile Device*

**2/12/2016 – 2/13/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine, discussing police being outside and pressing charges for possible abuse.





*Your Front Line in Cyber Security*



Source:  *Aunt Elaine's Mobile Device*

**2/16/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Embedded in chat/SMS message is screen capture of a message from Ezekiel Elliott to Tiffany Thompson discussing Tiffany speaking to police and trying to end Ezekiel Elliott's career.



Embedded Text
Message from
Ezekiel Elliott

Source:  *Aunt Elaine's Mobile Device*

NFL – Case #2017-001-001

CONFIDENTIAL 02



*Your Front Line in Cyber Security*



\*\* Tiffany Thompson receives SMS message from Ezekiel Elliott via SMS and screen captures it to send to Aunt Elaine via SMS message.  Message contains reference to talking to police/

**2/29/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine, showing embedded picture of Ezekiel Elliott's social media feed discussing domestic violence and Tiffany Thompson's response to the post.





*Source:  Aunt Elaine's Mobile Device*



**DigitalShield**   *Your Front Line in Cyber Security*

**3/10/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine in which Tiffany sent picture of positive pregnancy test in a message.



*Source: Aunt Elaine's Mobile Device*

**3/12/2016**
- Screen captures of chat/SMS conversation with Tiffany Thompson and Aunt Elaine with embedded messages from Ezekiel Elliott discussing pregnancy with 3rd party.

**Embedded Text Message from Ezekiel Elliott**

*Source: Aunt Elaine's Device*



NFL – Case #2017-001-001

Page 7 of 35

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**3/14/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine. Message appears to be cut and paste into conversation by Tiffany from a previous message received from Ezekiel Elliott. Message discusses pregnancy and past relationship issues.



*Source: Aunt Elaine's Mobile Device*

Its not good for us. The pregnancy is not Wat we need right now. This is not the best thing for us. I just think you need to analyze the whole situation. This is OUR decision. No one else z. We are the only ones that are truly going to have to deal with this. Anyone can say they will be there for us and help all they want but honestly it's going to be us that have to take control of this situation they say they will help us but we won't be a priority to this they will help us on their time just like now the people they say they would help us only do on their time. We been dealing with u moving out ur parents house by ourselves even though people said they would help. Like I just want u to seriously think about what our options are here. Like I know u have always told yourself you would never get an abortion but like there are things that I said I would never do too. One being continuing to mess with a girl they would disrespect me completely and fuck with a guy I am team mates with. Not once but 3 times u did and I

Larger view of message and contents of message.

**3/21/2016**

- Screen capture of chat /SMS conversation with Tiffany Thompson and Aunt Elaine, where Tiffany Thompson tells Aunt Elaine she is pregnant with twins.



*Source: Aunt Elaine's Mobile Device*

**3/24/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine, where Tiffany Thompson tells Aunt Elaine, Zeke's family has twins in the family as well.



*Source: Aunt Elaine's Mobile Device*

NFL – Case #2017-001-001

CONFIDENTIAL 02

**DigitalShield** *Your Front Line in Cyber Security*

**3/28/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine. Tiffany Thompson talks about possibly losing one of the twins due to miscarriage from bleeding.



Source: *Aunt Elaine's Mobile Device*

**3/30/2016**

- Screen captures of chat/SMS conversation with Tiffany Thompson and Aunt Elaine. Tiffany Thompson tells Aunt Elaine she wants to go through with the abortion.



Source: *Aunt Elaine's Mobile Device*

**4/5/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine discussing message received from Ezekiel Elliott about custody of unborn child.



Source: *Aunt Elaine's Mobile Device*
** Screen capture of message from Ezekiel Elliott to Tiffany Thompson



CONFIDENTIAL 02



*Your Front Line in Cyber Security*



Message sent to Tiffany Thompson from Ezekiel Elliott; Tiffany took screen capture and sent to Aunt Elaine via message

**4/15/2016**

- Screen captures of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Tiffany Thompson tells Aunt Elaine the abortion has be done.



*Source:  Aunt Elaine's Mobile Device*





*Your Front Line in Cyber Security*

**4/19/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Tiffany Thompson expresses regret for abortion discussion.



Source: *Aunt Elaine's Mobile Device*

**4/24/2016**

- Pictures stored on Tiffany Thompson phone of possible injuries with the Capture Time on 4/24/2016.



- Capture time is listed as **4/24/2016** and was taken by an iPhone 6s Plus which is the same make and model of Tiffany Thompson's phone.  The capture time is the date and time the photograph was taken.

Source: *Tiffany Thompson* Mobile Device



CONFIDENTIAL 02

**DigitalShield**                    *Your Front Line in Cyber Security*

**5/4/2016**
- Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson. Ezekiel Elliott mentions hurting Tiffany Thompson and wanting to give her space.



*Source: Tiffany Thompson Mobile Device*

**5/6/2016**
- Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson. Tiffany Thompson mentions things have changed for her after the abortion.



*Source: Tiffany Thompson Mobile Device*

**5/6/2016**
- Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson. Ezekiel Elliott tells Tiffany Thompson he is sorry for all the hurt he has done to her.



*Source: Tiffany Thompson Mobile Device*



*Your Front Line in Cyber Security*

**5/6/2016**

Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson.  Ezekiel Elliott tells Tiffany Thompson no other guy can hurt her the way he has.



Source:  *Tiffany Thompson* Mobile Device

**5/11/2016**

- Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson.  Ezekiel Elliott tells Tiffany Thompson he feels bad that Tiffany Thompson is scared of him.



Source:  *Tiffany Thompson* Mobile Device

**5/24/2016**

- Screen capture of chat/SMS conversation between Ezekiel Elliott and Tiffany Thompson.  Ezekiel Elliott tells Tiffany Thompson he took "adders".  Possible reference to Adderall prescription pills with known side effects of appetite suppression.



Source:  *Tiffany Thompson* Mobile Device



**6/10/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Ezekiel Elliott. Tiffany Thompson discuss possible drug issue.

> **Tiffany Thompson**
> You think I'm on s___ because you are
> Read: 6/10/2016 3:41:23 AM(UTC-4) | Delivered: 6/10/2016 2:47:54 AM(UTC-4)
> 6/10/2016 2:47:53 AM(UTC-4)
> Sources (1)

Source: *Tiffany Thompson* Mobile Device

**6/11/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Ezekiel Elliott mentions doing Molly without me.  Text is in quotes.



> **Ezekiel Elliott**
> "U guys did Molly without me ??"
> Read 6/11/2016 11:07:14 PM(UTC-4)
> 6/11/2016 11:07:14 PM(UTC-4)
> Sources (1)

Source: *Tiffany Thompson* Mobile Device

**6/14/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson talks about Ezekiel Elliott on possible drugs.



> **Tiffany Thompson**
> Difference between me and u I don't be on s___
> Read: 6/14/2016 7:40:00 AM(UTC-4) | Delivered: 6/14/2016 7:26:16 AM(UTC-4)
> 6/14/2016 7:26:15 AM(UTC-4)
> Sources (1)

Source: *Tiffany Thompson* Mobile Device

**6/23/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson talks to Ezekiel Elliott about doing drugs tonight.



> **Tiffany Thompson**
> I'm bout to leave my phone at home tonight. Doing ____ so I don't wanna lose anything so how bout to text me now before I can't talk anymore
> Read: 6/23/2016 9:13:16 PM(UTC-4) | Delivered: 6/23/2016 9:14:28 PM(UTC-4)
> 6/23/2016 9:14:27 PM(UTC-4)
> Sources (1)

Source: *Tiffany Thompson* Mobile Device

CONFIDENTIAL 02

 *Your Front Line in Cyber Security*

**7/11/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott. Tiffany Thompson talks to Ezekiel Elliott about passing his drug test. Ezekiel Elliott talks about passing and being in sauna for 24 hours.



*Source:* *Tiffany Thompson* *Mobile Device*

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/18/2016**

- Screen capture of photo stored on Tiffany Thompson's mobile device with date/time and location with possibly injuries. Creation time is 10/17/2016, **capture date is 7/18/2016**. Picture is a thumbnail of a screen capture of a picture taken on 7/18/2016 on Tiffany Thompson's iPhone.



| | |
|---|---|
| Name: | 5005.JPG |
| Type: | Images |
| Size (bytes): | 53416 |
| Path: | iPhone/var/mobile/Media/PhotoData/Thumbnails/V2/PhotoData/CPLAssets/group405/8AB07488-9DDD-4F2A-9F2B-75653FC39D47.PNG/5005.JPG |
| Created: | 10/17/2016 10:55:59 AM(UTC-4) |
| Accessed: | |
| Modified: | 10/17/2016 10:55:59 AM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | b054d9105395a1039b0f75ecB55dc4ba |
| Source file: | 5005.JPG |

*Source:* *Tiffany Thompson* *Mobile Device*

CONFIDENTIAL 02


*Your Front Line in Cyber Security*

**7/18/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine discuss possible abuse and Tiffany Thompson sends pictures to Aunt Elaine with possible injuries.



*Source: Aunt Elaine's Mobile Device*
- There are 7 individual images file sent within this text message all listed on the right. Similar pictures were also located on Tiffany Thompson mobile device.

**NFL – Case #2017-001-001**

CONFIDENTIAL 02



*Your Front Line in Cyber Security*





- There are two different timeframes associated with the picture files.  The creation/accessed time is the timeframe the picture was sent and received to Aunt Elaine.  The "**Metadata**" Capture time, is the accurate time the photo was taken by the user/camera listed as "iPhone 6s Plus", which is same make and model of Tiffany Thompson phone.  In this set of pictures, both timeframes match up.

NFL – Case #2017-001-001

CONFIDENTIAL 02



| | |
|---|---|
| Name: | IMG_0867.MOV |
| Type: | Videos |
| Size (bytes): | 1547583 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/[illegible]7/07/D1044812-9FAD-4FEA-8F56-D0ED12AC5D18/IMG_0867.MOV |
| Created: | 7/18/2016 5:04:33 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:33 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 2d7521ac2963cf833e62a5ae73a87657 |
| Source file: | IMG_0867.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9709/-083.0517/+238.254 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 3:33:14 PM(UTC-4) |

| | |
|---|---|
| Name: | IMG_0868.MOV |
| Type: | Videos |
| Size (bytes): | 978942 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/b8/08/FFCF817F-6959-4768-9558-AC5931SC48DD/IMG_0868.MOV |
| Created: | 7/18/2016 5:04:31 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:31 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 29feff6bfeed3ed1aea350aab47682ccd |
| Source file: | IMG_0868.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9710/-083.0518/+223.549 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 3:33:19 PM(UTC-4) |

| | |
|---|---|
| Name: | IMG_0869.MOV |
| Type: | Videos |
| Size (bytes): | 1619596 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/46/06/829048I1-44E7-490E-B1BF-A082E0964628/IMG_0869.MOV |
| Created: | 7/18/2016 5:04:32 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:32 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 64c4dcd049dd3404f59fdd82ba6d5ba |
| Source file: | IMG_0869.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9711/-083.0519/+223.441 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 3:33:44 PM(UTC-4) |

| | |
|---|---|
| Name: | IMG_0870.MOV |
| Type: | Videos |
| Size (bytes): | 416464 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/20/00/2F21C284-E166-48IE-8C75-E208EA8240FZ/IMG_0870.MOV |
| Created: | 7/18/2016 5:04:33 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:33 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | fda99b0cfb00d8b56cd598cb1ed1006 |
| Source file: | IMG_0870.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9710/-083.0518/+227.750 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 3:34:31 PM(UTC-4) |

| | |
|---|---|
| Name: | IMG_0872.MOV |
| Type: | Videos |
| Size (bytes): | 1323155 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/0b/11/EC1F9449-4ED8-4635-A71F-6B8E42A5C8FA/IMG_0872.MOV |
| Created: | 7/18/2016 5:04:33 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:33 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 0b32459993163e95449d7abb66e75d6 |
| Source file: | IMG_0872.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9710/-083.0518/+239.806 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 4:13:41 PM(UTC-4) |

| | |
|---|---|
| Name: | IMG_0873.MOV |
| Type: | Videos |
| Size (bytes): | 1575763 |
| Path: | Elaine's phone /var/mobile/Library/SMS/Attachments/9a/10/E43B5234-703D-4538-AA9D-A8D7958C4018/IMG_0873.MOV |
| Created: | 7/18/2016 5:04:32 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/18/2016 5:04:32 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 735dc09dbb3428d0575915462 4b06f7d |
| Source file: | IMG_0873.MOV |

**Metadata**

| | |
|---|---|
| Lat/Lon/Elev: | +39.9710/-083.0517/+239.806 |
| Camera Software: | 9.2.1 |
| Camera Make: | Apple |
| Camera Model: | iPhone 6s Plus |
| Record Time: | 7/18/2016 4:13:47 PM(UTC-4) |

- There are two different timeframes associated with the movie files. The creation/accessed time is the timeframe the movie was sent and received to Aunt Elaine. The "**Metadata**" Record time, is the accurate time the movie was taken by the user/camera listed as "iPhone 6s Plus", which is same make and model of Tiffany Thompson phone. In this set of movie files both timeframes match up.



*Your Front Line in Cyber Security*

**7/18/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott. Tiffany Thompson talks to Ezekiel Elliott about night of 7/18/2016 and locking Ezekiel Elliott out of the house. Tiffany Thompson also mentions Ezekiel Elliott threatening her at the apartment complex.

> **Tiffany Thompson**
> Columbus that your ways never left. I understand if I was at a dudes house fucking around and had your keys but I literally was driving. I was in your apartment complex for literally 10 minutes. If you wouldn't have been threatening me I would've had no problem getting out of my car to give them to you. Whatever else happened last night I'm sorry once again. I wasn't playing games and I want you to know that. Not on these games anymore and I told you that as soon as we said we were going to work on things. But I do need to talk with
>
> 7/18/2016 6:46:49 PM(UTC-4)

Source: *Tiffany Thompson* Mobile Device

**7/18/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott. Ezekiel Elliott talks about Tiffany Thompson putting her hands on him.



> **Ezekiel Elliott**
> I called Jeffie to see if I could stay there
> Read 7/18/2016 6:44:24 PM(UTC-4)
> 7/18/2016 6:48:19 PM(UTC-4)
> Source: (1)
>
> **Ezekiel Elliott**
> Because u kept putting ur hands on me
> Read 7/18/2016 6:43:26 PM(UTC-4)
> 7/18/2016 6:48:20 PM(UTC-4)
> Source: (1)

Source: *Tiffany Thompson* Mobile Device

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of photo stored on Tiffany Thompson's mobile device with date/time and location with possibly injuries. Creation time is 10/17/2016, capture date is 7/21/2016. This is a thumbnail of a screen capture of a picture taken on Tiffany Thompson's iPhone mobile device.



| | |
|---|---|
| Name: | 5005.JPG |
| Type: | Images |
| Size (bytes): | 52040 |
| Path: | iPhone/var/mobile/Media/PhotoData/Thumbnails/V2/PhotoData/CPLAssets/group498/8FB35E4A-3ED9-4CBD-9A2E-22CFB1128BA9.PNG/5005.JPG |
| Created: | 10/17/2016 10:57:52 AM(UTC-4) |
| Accessed: | |
| Modified: | 10/17/2016 10:57:52 AM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 67a08e193c5574Bb32B7b2c1385f7fac |
| Source file: | 5005.JPG |

*Source:* *Tiffany Thompson* *Mobile Device*

CONFIDENTIAL 02

**DigitalShield!**

*Your Front Line in Cyber Security*

**7/18/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson and Ezekiel Elliott discuss getting together for drinks.



*Source: Tiffany Thompson Mobile Device*

**7/20/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and Kai.  Tiffany Thompson tells Kai her body is hurting all over.  Tiffany Thompson used temporary new phone number to send and receive messages from Kai on this date.



*Source: Tiffany Thompson Mobile Device*




*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of photo stored on Tiffany Thompson's mobile device with date/time and location with possibly injuries. Creation time is 10/17/2016, **capture date is 7/21/2016.** This is a thumbnail of a screenshot of a picture taken on Tiffany Thompson's iPhone mobile device.



| | |
|---|---|
| Name: | 5005.JPG |
| Type: | Images |
| Size (bytes): | 51804 |
| Path: | iPhone/var/mobile/Media/PhotoData/Thumbnails/ V2/PhotoData/CPLAssets/group56/ E11E7717-9A39-4911-8B2B-68C5CFDE8F92.PNG/500 5.JPG |
| Created: | 10/17/2016 10:56:18 AM(UTC-4) |
| Accessed: | |
| Modified: | 10/17/2016 10:56:18 AM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 13dc417b0bf754b55fe88a578b794afe |
| Source file: | 5005.JPG |

*Source: Tiffany Thompson Mobile Device*



en



*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson tells Ezekiel Elliott she was in a car accident and "rearended" someone.



Source:  *Tiffany Thompson* Mobile Device

**7/21/2016**

- Pictures located on Tiffany Thompson mobile phone with possible injuries.  Capture date is 7/21/2016 and is same make and model iPhone 6s as Tiffany Thompson's mobile device.



Source:  *Tiffany Thompson* Mobile Device

CONFIDENTIAL 02





*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Tessie. Tiffany Thompson sends Tessie message with pictures of possible injuries.



Pictures embedded inside of SMS message from Tiffany Thompson to Tessie.

Source: *Tiffany Thompson* Mobile Device



CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson tells Ezekiel Elliott she got her ass beat and doesn't want to leave Ezekiel Elliott.  Conversation refers to Tiffany Thompson in physical altercation with another female.



Source:  *Tiffany Thompson* Mobile Device



CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/21/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Ezekiel Elliott.  Tiffany Thompson tells Ezekiel Elliott she is going to have a good time and just wants to smoke.  Ezekiel Elliott responds back with Naw man.



*Source:* *Tiffany Thompson* *Mobile Device*



*Your Front Line in Cyber Security*

**7/21/2016**

- Screen captures of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Tiffany Thompson states she is ready to go to the police and she was grabbed and body is hurting.



Source:  *Aunt Elaine's Mobile Device*

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/22/2016**

- Screen captures of chat/SMS conversation with Tiffany Thompson and Ayrin (Tiffany's Friend).  Tiffany and Aryin discuss police being on scene and taking Aryin home while Tiffany is left on side of the road.



Source: *Tiffany Thompson* Device

**7/22/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Kai. Kai tells Tiffany Thompson she has precious bruise pictures is she needs them for evidence.

Kai

I have precious pictures you ve sent me if you need them for evidence

Read: 7/22/2016 12:26:59 PM(UTC-4)

7/22/2016 12:24:53 PM(UTC-4)

Source: *Tiffany Thompson Device*

**7/22/2016**

- Screen captures of picture files stored on Tiffany Thompson's phone with possible injuries. Pictures were sent to Tiffany Thompson via SMS message on 7/22/2016 from Kai.

| | |
|---|---|
| Name: | IMG_3660.JPG |
| Type: | Images |
| Size (bytes): | 1145301 |
| Path: | iPhone/var/mobile/Library/SMS/Attachments/54/04/D00ABE9F-A3C6-4D17-931D-344B081A193E/IMG_3660.JPG |
| Created: | 7/22/2016 6:25:45 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/22/2016 6:25:45 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | 17db783b4a44421 a6c5e8f903533ec6 |
| Source file: | IMG_3660.JPG |

**Metadata**

| | |
|---|---|
| Camera Make: | Apple |
| Camera Model: | iPhone 6s |
| Capture Time: | 7/22/2016 6:24:51 PM |
| Pixel resolution: | 4032x3024 |
| Resolution: | 72x72 (Unit: Inch) |

| | |
|---|---|
| Name: | IMG_3661.JPG |
| Type: | Images |
| Size (bytes): | 984554 |
| Path: | iPhone/var/mobile/Library/SMS/Attachments/0c/12/DA382DA7-2877-4DF5-BA96-D1751D663FAE/IMG_3661.JPG |
| Created: | 7/22/2016 6:25:44 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/22/2016 6:25:44 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | fa38b3a5c769473ead7224e23fcd9319 |
| Source file: | IMG_3661.JPG |

**Metadata**

| | |
|---|---|
| Camera Make: | Apple |
| Camera Model: | iPhone 6s |
| Capture Time: | 7/22/2016 6:25:10 PM |
| Pixel resolution: | 4032x3024 |
| Resolution: | 72x72 (Unit: Inch) |

| | |
|---|---|
| Name: | IMG_3662.JPG |
| Type: | Images |
| Size (bytes): | 1120063 |
| Path: | iPhone/var/mobile/Library/SMS/Attachments/eb/11/B098161D-100A-4149-B5AC-9CABEDE1BEDF/IMG_3662.JPG |
| Created: | 7/22/2016 6:26:31 PM(UTC-4) |
| Accessed: | |
| Modified: | 7/22/2016 6:26:32 PM(UTC-4) |
| Deleted: | |
| Extraction: | File System |
| MD5: | fd63c71c73e20f46fcb7aa94a1a3abf8 |
| Source file: | IMG_3662.JPG |

**Metadata**

| | |
|---|---|
| Camera Make: | Apple |
| Camera Model: | iPhone 6s |
| Capture Time: | 7/22/2016 6:25:36 PM |
| Pixel resolution: | 4032x3024 |
| Resolution: | 72x72 (Unit: Inch) |

Source: *Tiffany Thompson Device*

CONFIDENTIAL 02

 *Your Front Line In Cyber Security*

**7/22/2016**
- Screen capture of chat/SMS conversation between Tiffany Thompson and B Shook.  Tiffany Thompson tells B Shook abuse has been happening since February and scared to tell anyone about abuse after police didn't believe her.



*Source:  Tiffany Thompson Device*

CONFIDENTIAL 02



*Your Front Line in Cyber Security*

**7/23/2016**

- Screen capture of chat/SMS conversation between Tiffany Thompson and Lee Lee.  Tiffany Thompson tells Lee Lee she is not lying about abuse incident and bruising.



*Source:*  *Tiffany Thompson* *Device*

CONFIDENTIAL 02





**7/27/2016**

- Screen capture of chat/SMS conversation with Tiffany Thompson and Aryin.  Aryin asks Tiffany is she wants her to lie to Ezekiel Elliott's lawyer about what happened.  Tiffany Thompson tells her not to lie if she didn't see anything.



Source: *Tiffany Thompson* Device

**DigitalShield**

*Your Front Line in Cyber Security*

**8/3/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Bri'onte Dunn.  Tiffany Thompson discusses taking "X" with Zeke months ago.  "X" is a known slang term for the drug Ecstasy.



*Source: Tiffany Thompson's Mobile Device*

**9/23/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Tiffany Thompson discusses meeting with the NFL.



*Source: Aunt Elaine's Mobile Device*

**10/13/2016**
- Screen capture of chat/SMS conversation with Tiffany Thompson and Aunt Elaine.  Tiffany Thompson is sending a message to Aunt Elaine with sample message she wants to send to Kia with the NFL about stopping the investigation.



*Source: Aunt Elaine's Mobile Device*

**NFL – Case #2017-001-001**

**Page 34 of 35**

CONFIDENTIAL 02



*Your Front Line In Cyber Security*

## Conclusion of Findings:

From conducting the analysis of both mobile devices provided, several picture files were located with possible injuries to Tiffany Thompson within the specified timeframes provided. These pictures were sent to several individuals to show the extent of the injuries and to notify of the incident occurring.

There were four specific timeframes where possible incidents occurred and injuries possibly occurred to Tiffany Thompson.

**October 2015**
- Chat session with Aunt Elaine discussing possible abuse from Ezekiel Elliott towards Tiffany Thompson. No pictures or additional messages were present to confirm incident occurred. Information is in the timeline provided.

**February 2016**
- Chats sessions discussing possible abuse going back to February of 2016. Additional chat sessions with Aunt Elaine and Ezekiel Elliott talking about police on scene and Tiffany Thompson speaking to Police. Information is in the timeline provided. Additional conversation with Lee Lee about abuse starting back in February.



**April 2016**
- Picture files were located on the mobile device with possible injuries for that timeframe. Examiner did not recover any chat or text messages discussing an incident of possible abuse. The metadata capture time was used to identify the true date of when the photos were taken. Information is in the timeline provided.

**July 2016**
- Both text and picture files were located for two specific dates within the July timeframe. Within these two dates, there are several chat sessions with Aunt Elaine, Ezekiel Elliott, Ayrin, Tessie, and Lee Lee discussing the incident and pictures showing the extent of possible injuries. Tiffany Thompson reported incident to police who responded to the scene. Also within the two dates, Tiffany Thompson was involved in a physical altercation with another female, and was also involved in a car accident. Information is located within the timeline provided.

In conducting the investigation, I did not see any signs on date and time manipulation. Some of the picture timeframes (creation/accessed/modified) on files from Tiffany Thompson mobile device do not reflect the accurate timeframes when the picture was taken. The metadata was used to reflect the correct timeframe by using the capture date which gets embedded in the picture when the picture is taken. These pictures are discussed in the timeline presented above for review.

**NFL – Case #2017-001-001**