# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of EZEKIEL ELLIOTT | § § § § | |
| v. | § § | 4:17-CV-000615 |
| NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL | § § § § | Judge Mazzant |

## ORDER

Pending before the Court is Petitioner's Emergency Motion for Temporary Restraining Order or Preliminary Injunction (#5). The Court hereby sets this motion for hearing on *Tuesday, September 5, 2017,* at *5:00 p.m.* at the *Paul Brown United States Courthouse, 2nd Floor Courtroom, 101 E. Pecan Street, Sherman, Texas 75090.*

Petitioner is hereby **ORDERED** to serve this Order on Respondents.

**IT IS SO ORDERED**.
**SIGNED this 1st day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE