# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 9/5/2017

| DISTRICT JUDGE | COURT REPORTER: Dep. udy Werlinger |
|---|---|
| **Amos L. Mazzant, III** | COURTROOM DEPUTY: Debbie McCord |
| NFL Players Association Vs. NFL, et al | 4:17cv615 |
|  |  |

| ATTORNEYS FOR PETITIONER | ATTORNEYS FOR RESPONDENTS |
|---|---|
| Jeff Kessler, Tom Melsheimer, Jonathan Amoona, Angela Smedley | Daniel Nash, Eric Gambrell, Patrick O'Brien, Nathan Oleson, Adolpho Birch |
|  |  |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Emergency Motion for TRO or Injunction (Dkt. #5) |
|---|---|
| 5:03 pm | Court in session, appearances noted.  Court noted hearing before the Court, but first wants to address jurisdiction. |
| 5:07 pm | Court first heard from Mr. Kessler. |
| 5:26 pm | Response of Mr. Nash. |
| 5:46 pm | Mr. Kessler replies. |
| 5:49 pm | Court next heard from Mr. Kessler on Petitioner's motion. |
| 6:34 pm | Response of Mr. Nash for NFL. |
| 7:18 pm | Reply of Mr. Kessler, who advised the Court of Arbitrator ruling - suspension was sustained. |
| 7:20 pm | Court asked that Arbitrator decision be submitted to the Court.  Additional briefing due by 5pm tomorrow if parties desire. |
| 7:21 pm | Court will issue decision by 5 pm on Friday. |
| 7:23 pm | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:     Debbie McCord
Courtroom Deputy Clerk

CASE NO. DATE:
PAGE 2 - PROCEEDINGS CONTINUED: