IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own Behalf and on behalf of EZEKIEL ELLIOTT, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | No. 4:17-CV-00615-ALM |
| NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | § § § § § | |
| Respondents. | § | |

## DECLARATION OF DANIEL L. NASH

I, Daniel L. Nash, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for Respondents National Football League and National Football League Management Council in the above-captioned litigation. I make this declaration based on my personal knowledge and in support of Respondents' Opposition to Petitioner's Motion for Temporary Restraining Order or Preliminary Injunction.

2. Attached as Exhibit A is a true and correct copy of the September 5, 2017 Award in the Ezekiel Elliott Appeal – Player Conduct Policy, which has been executed by the Hearing Officer, Harold Henderson ("Award").

3. Attached as Exhibit B is a true and correct copy of the Complaint, with accompanying Exhibits, filed on September 5, 2017 in the United States District Court for the Southern District of New York, Case No. 1:17-CV-06761-KPF, seeking confirmation of the Award.

2

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 6, 2017   */s/ Daniel L. Nash*
                           Daniel L. Nash