# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own Behalf and on behalf of EZEKIEL ELLIOTT,** | § § § § § | |
| Petitioner, | § § | |
| v. | § § | No. 4:17-CV-00615-ALM |
| **NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,** | § § § § § | |
| Respondents. | § | |

## NOTICE OF APPEAL

Respondents National Football League and National Football League Management Council hereby appeal to the United States Court of Appeals for the Fifth Circuit from the preliminary injunction (ECF No. 28) entered in this action on September 8, 2017.

Dated: September 11, 2017

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Eric Gambrell*
Eric Gambrell
egambrell@akingump.com
Texas Bar No. 00790735
*Lead Attorney*
Patrick G. O'Brien
pobrien@akingump.com
Texas Bar No. 24046541
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Daniel L. Nash
*Pro hac vice*
dnash@akingump.com
Nathan J. Oleson
*Pro hac vice*
noleson@akingump.com
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys For Respondents
National Football League And
National Football League Management
Council*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record in this case who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Patrick G. O'Brien*