**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of EZEKIEL ELLIOTT, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CASE NO. 4:17-cv-00615-ALM |
| NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | § § § § § | |
| Respondents. | § | |

## ORDER GRANTING RESPONDENTS' EMERGENCY MOTION TO STAY INJUNCTION PENDING APPEAL

On this date the Court considered Respondents' Emergency Motion to Stay Injunction Pending Appeal. After considering the arguments, the Court finds the Motion should be GRANTED. The Preliminary Injunction entered on September 8, 2017 is hereby STAYED pending Respondents' appeal.