**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of EZEKIEL ELLIOTT, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CASE NO. 4:17-cv-00615-ALM |
| NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | § § § § § | |
| Respondents. | § | |

## ORDER FOR EXPEDITED BRIEFING

Pending before the Court is Respondents' Emergency Motion to Stay Injunction Pending Appeal (Dkt. #30). Petitioner shall file a response no later than Wednesday, September 13, 2017, at 5:00 p.m. Respondents' deadline to file a reply is 5:00 p.m. on Friday, September 15, 2017.

**IT IS SO ORDERED.**

SIGNED this 11th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE