UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of EZEKIEL ELLIOTT, | § § § § § | |
| Petitioner, | § § § | CASE NO. 4:17-cv-00615 |
| v. | § § | |
| NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | § § § § | |
| Respondents. | | |

**NOTICE REGARDING MOTION TO
RECALL THE CIRCUIT COURT'S MANDATE**

On behalf of itself and Ezekiel Elliott, Petitioner NFLPA submits a copy of the motion to recall the mandate on the appellate court's October 12 decision on this Court's subject matter jurisdiction over this case, filed yesterday by Petitioner in the Fifth Circuit and attached as Exhibit A.  Petitioner NFLPA requests that the Court not dismiss this case until there has been a ruling on the motion by the Circuit.  We will keep the Court apprised of further developments in this matter.

Respectfully submitted,

By: */s/ Thomas M. Melsheimer*

| JACKSON WALKER LLP | WINSTON & STRAWN LLP |
|---|---|
| **David Folsom** <br> Texas Bar No. 07210800 <br> dfolsom@jw.com | **Jeffrey L. Kessler** (*pro hac vice*) <br> New York Bar No. 1539865 <br> jkessler@winston.com <br> **David L. Greenspan** (*pro hac vice*) <br> New York Bar No. 4042099 <br> dgreenspan@winston.com |
| 6002 Summerfield, Suite B <br> Texarkana, TX 75503 <br> (903) 255-3260 – Telephone <br> (903) 225-3265 – Facsimile | **Jonathan J. Amoona** (*pro hac vice*) <br> New York Bar No. 4797338 <br> jamoona@winston.com |
| **David T. Moran** <br> Texas Bar No. 14419400 <br> dmoran@jw.com | **Angela A. Smedley** (*pro hac vice*) <br> New York Bar No. 4942132 <br> asmedley@winston.com |
| 2323 Ross Ave., Suite 600 <br> Dallas, TX 75201 <br> (214) 953-6000 – Telephone <br> (214) 953-5822 – Facsimile | 200 Park Avenue <br> New York, New York 10166 <br> (212) 294-6700 – Telephone <br> (212) 294-4700 – Facsimile |
| | **Thomas M. Melsheimer** <br> Texas Bar No. 13922550 <br> tmelsheimer@winston.com <br> **Lane M. Webster** (*pro hac vice*) <br> Texas Bar No. 24089042 <br> lwebster@winston.com |
| | 2501 N. Harwood Street, 17th Floor <br> Dallas, TX 75201 <br> (214) 453-6500 – Telephone <br> (214) 453-6400 – Facsimile |
| | *Counsel for Petitioner National Football League Players Association and Ezekiel Elliott* |

cc: All counsel of record (via ECF)

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).

                /s/ *Thomas M. Melsheimer*
                Thomas M. Melsheimer