# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of EZEKIEL ELLIOTT <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL | § § § § § § § § § § | Civil Action No. 4:17-CV-00615 <br> Judge Mazzant |

### ORDER

On October 12, 2017, the Fifth Circuit Court of Appeals issued an opinion on the National Football League and National Football League Management Council's appeal of the Court's preliminary injunction in the above-styled cause of action. The Fifth Circuit vacated the Court's preliminary injunction and remanded the case with instructions to dismiss the case. On October 13, 2017, the mandate issued forthwith. The National Football League Players Association, on its own behalf and on behalf of Ezekiel Elliott ("NFLPA") filed a motion to recall the mandate. The NFLPA indicated that it intends to file a petition for rehearing and would suffer prejudice if the mandate is not recalled. The Court defers dismissing the case pursuant to the mandate until the Fifth Circuit decides the NFLPA's motion for recall, unless otherwise instructed.

**SIGNED this 13th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE